Hilary L. Barnes, State Bar #19669
Philip J. Giles, State Bar #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
       pgiles@allenbarneslaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **STIPULATED ORDER PURSUANT TO BANKRUPTCY CODE §§ 331 AND 105 ESTABLISHING AND AUTHORIZING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** |

Counsel for the above captioned debtor ("**Debtor**") and counsel for the United States Trustee for the District of Arizona, Region 14, (**U.S. Trustee**") have stipulated to an order establishing procedures for interim compensation and reimbursement of expenses of court-appointed professionals ("**Professionals**") in the above-captioned bankruptcy case ("**Case**") as detailed below. The Court has reviewed this Stipulated Order, finds that such procedures are proper in this Case, and for good cause appearing,

**IT IS HEREBY ORDERED** approving and authorizing the following procedures for interim compensation (the "**Compensation Procedures**"):

1. Each Professional appointed by the Court may apply to the court every 30 days for compensation of services rendered and reimbursement of expenses in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016 ("**Interim Application**"). Each such Interim Application shall comply with the standard Fee Guidelines as set forth in 28 C.F.R. Part 58, Appendix.

2. The Interim Application shall be filed with the Court and served on all parties entitled to notice in accordance with Local Bankruptcy Rule 9013-1(k)(3) and, as such, subject to a 21-day negative notice period ("**Objection Period**").

3. If no objections are timely filed and served within the Objection Period, then 100% of the fees and costs that are requested in the Interim Application shall be allowed on an interim basis, and the Debtor shall be authorized and directed to pay such approved amounts, subject to any cash collateral orders entered in the Case.

4. If an objection is timely filed and served, then a hearing will be set in the normal course to consider the objection.

5. All the fees and costs that are approved pursuant to Compensation Procedures shall be allowed on an interim basis only, and shall be subject to further order of the Court pursuant to 11 U.S.C. § 330, and the procedures and guidelines established thereunder.

6. To the extent this Stipulated Order conflicts with any prior or subsequent orders employing Professionals of the estate ("**Employment Orders**"), excluding the *Order Granting Application to Employ Debtor's Counsel* [ECF No. 10], the terms of those Employment Orders shall control.

**DATED AND SIGNED ABOVE**

Agreed as to form and content:

/s/ *Larry L. Watson (CA Bar No. 193531)*
Larry L. Watson
Trial Attorney
Office of the United States Trustee

/s/ *Philip J. Giles*
Hilary L. Barnes, Esq.
Philip J. Giles, Esq.
Allen Barnes & Jones, PLC
Attorney for the Debtor