Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **NOTICE OF BAR DATE RE: FIRST INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY COUNSEL FOR THE DEBTOR** |

**APPLICATION PERIOD: OCTOBER 2, 2018 THROUGH NOVEMBER 9, 2018**

**NOTICE IS HEREBY GIVEN** that on December 3, 2018, Allen Barnes & Jones, PLC ("AB&J"), counsel for Bob Bondurant School of High Performance Driving, Inc., (the "Debtor") filed its *First Interim Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Debtor* ("Application"). The Application requests approval of compensation of AB&J's fees in the amount of **$41,270.50** and reimbursement of out-of-pocket costs of $**471.83**, and seeks an order from the Court authorizing and directing the Debtor to immediately pay AB&J such fees totaling **$41,742.33**.

Copies of the Application may be obtained by contacting the Debtor's counsel at the above-referenced address. Objections to the Application must (a) contain facts and law in support of the Objection and (b) be filed with the U.S. Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003 on or before **twenty-one (21) days** from the date of the filing of this Notice. Copies of any objections also must be mailed to counsel for the Debtor at the above-referenced address.

/ / /

{00136512 2}

If no objections are timely filed, the Court may enter an order approving the fees and costs requested in the Application without further notice or a hearing.

DATED: December 3, 2018.

**ALLEN BARNES & JONES, PLC**

/s/ *HLB #19669*
Hilary L. Barnes
Philip J. Giles
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
*Attorneys for the Debtor*