Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
        pgiles@allenbarneslaw.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **FIRST INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY COUNSEL FOR THE DEBTOR** |

### APPLICATION PERIOD: OCTOBER 2, 2018 THROUGH NOVEMBER 9, 2018

Allen Barnes & Jones, PLC ("AB&J"), counsel for Bob Bondurant School of High Performance Driving, Inc. ("Debtor"), hereby files its *First Interim Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Debtor* ("Application").

In support of its Application, AB&J submits its billing and expense statements for fees and costs in the total amount of **$41,742.33** incurred for the period of October 2, 2018 through November 9, 2018 ("Application Period"), attached as **Exhibit A** and incorporated herein by reference. During the Application Period, AB&J spent 129.3 hours in its representation of the Debtor. Based upon its ordinary hourly rates in effect at the time said services were rendered, the total fees incurred by AB&J during the Application Period are **$41,270.50**. In addition, AB&J incurred out-of-pocket expenses for which it is seeking reimbursement in the total amount of **$471.83**. AB&J currently holds $44,468.00 in its IOLTA Trust account.

Services for which allowance of compensation is requested were performed by AB&J solely on behalf of the Debtor and not on behalf of any other person or entity. Compensation is sought pursuant to 11 U.S.C. §§ 330(a), 331, and 503(a) and (b), Fed. R. Bankr. P. 2016(a), and

in compliance with the Guidelines of the Office of the United States Trustee for the District of Arizona ("UST Guidelines").

AB&J has not made any arrangement to share any compensation received by Order of this Court with any party, nor does AB&J have any arrangement to share any compensation hereinafter awarded, except as between members of AB&J's firm. The fees as may be awarded and paid to AB&J pursuant to this Application will be "on account" type fees.

The rates charged by AB&J are at or below the normal and customary rated charged by bankruptcy attorneys of similar expertise and experience performing similar services in the Phoenix metropolitan area. The rates charged by the professionals in this case are the same as those charged for non-bankruptcy clients. The following professionals and paraprofessionals provided services to the Debtor during the Application Period:

(A)    Thomas H. Allen. Mr. Allen has been practicing in Arizona since 1987 and has substantial experience in bankruptcy matters. His customary rate for representing debtors in Chapter 11 cases is $405.00 per hour.

(B)    Hilary L. Barnes. Ms. Barnes has been practicing in Arizona since 1999, and has substantial experience in bankruptcy matters. Her customary rate for representing debtors in Chapter 11 cases is $405.00 per hour.

(C)    Philip J. Giles. Mr. Giles has been practicing in California since 2010 and Arizona since 2013 and has experience in bankruptcy matters. His customary rate for representing debtors in Chapter 11 cases is $305.00 per hour.

(D)    Sherry L. Gomez. Ms. Gomez is a paralegal who has substantial bankruptcy experience. Her standard hourly rate for providing services to debtors in Chapter 11 cases is $195.00 per hour.

The following chart summarizes the time expended by AB&J's professionals and paraprofessionals, the customary rates billed, and the total fees incurred:

| Attorneys | Hours | Rate | Total |
|---|---|---|---|
| Thomas H. Allen, Member | 1.6 | $405.00 | $      648.00 |
| Hilary L. Barnes, Member | 55.0 | $405.00 | $  21,262.50 |
| Philip J. Giles, Associate | 47.4 | $305.00 | $  14,426.50 |
| Sherry L. Gomez | 25.3 | $195.00 | $    4,933.50 |
| **TOTALS** | **129.30** | | **$41,270.50** |

AB&J requests the right to supplement this Application if additional fees and costs are

incurred.

In further support of its Application, AB&J respectfully represents as follows:

## I.   NARRATION

### A.   Background

1.      On October 2, 2018, Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code, thereby initiating the above-captioned case ("Case").

2.      AB&J is the Court-approved counsel for the Debtor.

3.      AB&J requests compensation for fees for 129.30 hours spent in its representation of the Debtor since the Petition Date.  Based upon its customary hourly rates, and after "no charges," AB&J's total fees are **$41,270.50**.  In addition, AB&J incurred out-of-pocket expenses in the amount of **$471.83**.

### B.   Case Status

This Case is in its early stages. Since the Petition Date, the Debtor has operated as a debtor-in-possession.  AB&J prepared first day motions on the Debtor's behalf and appeared at the first day hearing on October 10, 2018, seeking approval to use cash collateral that may be subject to a lien of JPMorgan Chase Bank, N.A. and to pay pre-petition wages and benefits owed to its employees.  AB&J assisted the Debtor to prepare its Statement of Financial Affairs and bankruptcy schedules.  The Debtor, through its representatives, appeared for its initial debtor interview and 341 Meeting of Creditors with the U.S. Trustee's Office.  The Debtor anticipates filing a plan of reorganization within the exclusivity period.

### C.   Summary of Legal Services by Category

AB&J has attempted to prepare this Application in strict compliance with the UST Guidelines, reflecting a categorization of specific tasks.  During this Application Period, AB&J devoted time to the performance of services for the Debtor.  The actual hours expended, services performed, rates charged, and fees incurred are detailed on **Exhibit A** attached hereto.  A narrative summary by category is as follows:

1.      Case Administration (B110)

AB&J's efforts in this category consisted of meeting with the Debtor and

assisting the Debtor in meeting their obligations as a Chapter 11 Debtor-in-possession. Those efforts included without limitations: (i) analyzing the need for, drafting, and filing first day motions; (ii) analyzing various issues related to the Debtor's financial health and cash flow; (iii) assisting the Debtor in preparing its Bankruptcy Schedules, Statement of Financial Affairs, and compiling information requested by the US Trustee; (iv) advising the Debtor regarding post-petition operations, including opening Debtor-in-possession accounts, and (v) preparing client team for and attending the Initial Debtor Interview and Debtor's First Meeting of Creditors.

**AB&J expended a total of 97.0 hours in this category for fees in the amount of $30,043.50**.

2.      Asset Analysis (B120)

AB&J's efforts in this category consisted of reviewing Debtor's assets and determining which assets are encumbered, held for the benefit of another party, owned free and clear, or those in which Debtor only holds a possessory interest. These efforts aided with the preparation of Debtor's bankruptcy schedules, as amended, as well as determining which assets may be available as security for a potential investor.

**AB&J expended a total of 2.0 hours in this category for fees in the amount of $710.00.**

3.      Fee/Employment Application (B160)

AB&J's efforts in this category consisted of preparation of its employment and retention application and related pleadings, interviewing various professionals seeking to be retained as financial professionals, conferring with a potential appraiser and beginning initial pleadings for retention, and providing updated invoices to the Debtor for review and approval.

**AB&J expended a total of 8.0 hours in this category for fees in the amount of $2,970.00.**

4.      Cash Collateral/Financing (B230)

AB&J's efforts in this category consisted of (i) preparing and prosecuting a motion for use of cash collateral and related filings; (ii) communicating and working with potential investors and providing those investors with information relevant to their analysis of

the Debtor's operations; (iii) preparing and negotiating nondisclosure agreements with the potential investors; and (iv) evaluating various prospective investors with the Debtor's team.

**AB&J expended a total of 22.2 hours in this category for fees in the amount of $7,547.00.**

        D.     <u>Summary of Costs</u>

        1.     The costs for which AB&J seeks reimbursement total **$471.83**. The costs were incurred in connection with the Chapter 11 case, including copying expenses incurred due to the copy requirements and noticing requirements when filing pleadings with the Court. Facsimile charges were incurred where the pace and status of the case made delivery time-sensitive.

        2.     The amount charged by AB&J for photocopies is $.25 per page. All costs from outside parties, such as Federal Express, transcription fees, mail, long distance telephone charges, and parking are charged at AB&J's cost.

        3.     The following is a summary of AB&J's costs incurred in this case:

| EXPENSE | AMOUNT |
|---|---:|
| Copying | $411.30 |
| Postage | $6.35 |
| Parking | $3.00 |
| Telephone Conference Call | $51.18 |
| **TOTAL** | **$471.83** |

## II.    **EVALUATING STANDARDS**

The fees billed by AB&J to the Debtor for professional services rendered during the Application Period total $41,270.50. In accordance with 11 U.S.C. § 330, this amount was calculated using the hourly rate for the professionals and paraprofessionals involved. <u>See also</u> <u>In re Yermankov</u>, 718 F.2d 1465, 1471 (9th Cir. 1983) ("the primary method used to determine reasonable attorneys' fees in a bankruptcy case is to multiply the number of hours expended by an hourly rate"). This has also been referred to as the "lodestar" or basic fee which, if warranted, can be adjusted upward or downward. In that regard, the Ninth Circuit in <u>Yermankov</u> made specific reference to <u>Johnson v. Georgia Highway Express, Inc.</u> 488 F.2d

713, 717-19 (5th Cir. 1974), in which the Fifth Circuit listed twelve factors which should be considered in awarding attorneys' fees in bankruptcy cases. See In re Nucorp Energy, Inc. 764 F.2d 655 (9th Cir. 1985). The Ninth Circuit Bankruptcy Appellate Panel concluded that the "lodestar" approach, coupled with consideration of the "Johnson factors" is the appropriate standard to be applied in awarding fees in a bankruptcy case. See In re Powerine Oil Co., 71 B.R. 767 (9th Cir. 1986).

In addition, the provisions of Code § 330(a) place a premium on the timeliness of administration of the case. Compensable services must be "performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed." 11 U.S.C. § 330(a)(3)(D). The results obtained by AB&J within the time frames of this Application illustrate that it:

1. Possessed and used the expertise required to represent the Debtor in this case;

2. Provided services necessary to the administration of the case; and,

3. Performed the services within a reasonable amount of time commensurate with the complexity, importance and nature of each task.

Furthermore, based upon the results achieved by AB&J during the Application Period and the rate charged by AB&J for the services performed, the compensation requested is reasonable based on the customary compensation charged by comparably skilled practitioners. The Debtor's Chief Restructuring Officer[1] has reviewed and approved this Fee Application.

## III.   **CONCLUSION**

Based upon the foregoing, AB&J respectfully requests that this Court enter an order:

A. Allowing compensation for professional services rendered by AB&J as the Debtor's counsel during the Application Period in the amount of **$41,270.50** as an approved administrative expense;

B. Allowing reimbursement of **$471.83** for actual and necessary expenses, which AB&J incurred and paid during the Application Period in connection with the rendering of such

---

[1]     Outside of the Application Period, a Chief Restructuring Officer was approved and authorized by the Court to review and approve fee applications [DE #68].

professional services as an approved administrative expense; and

        C.      Authorizing AB&J to immediately apply the funds currently held in its IOLTA trust account upon entry of the order approving this Application.

        DATED:  December 3, 2018.

                        **ALLEN BARNES & JONES, PLC**

                        /s/ *HLB #19669*
                        Hilary L. Barnes
                        Philip J. Giles
                        1850 N. Central Avenue, Suite 1150
                        Phoenix, Arizona 85004
                        *Attorneys for the Debtor*

**E-FILED** on December 3, 2018 with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have
appeared in the case.

**COPY** emailed same date to:

Elizabeth C. Amorosi
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

Dale C. Schian, Esq.
Scott R. Goldberg, Esq.
SCHIAN WALKER, P.L.C.
1850 N. Central Ave., #900
Phoenix, AZ 85004-4531
bkdocket@biz.law
*Attorneys for Robert and Patricia C. Bondurant*


*/s/ Sherry Gomez*

### Allen Barnes & Jones, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004 USA

(602) 256-6000

Bob Bondurant School of High Performanc        December 3, 2018
20000 S Maricopa Rd Gate 3
Chandler, AZ 85226

File #: 7223.002

Inv #: 39928

RE:      Bob Bondurant School of High Performance Driving, Inc. - Chapter 11
Bankruptcy

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Effective Rate | Hours | Amount |
|---|---|---|---|---|
| Hilary Barnes | Partner | 386.59 | 55.00 | 21,262.50 |
| Thomas H. Allen | Partner | 405.00 | 1.60 | 648.00 |
| Phil J Giles | Associate | 305.00 | 47.30 | 14,426.50 |
| Sherry L. Gomez | Paralegal | 195.00 | 25.30 | 4,933.50 |
| **Total** | | | **129.20** | **$41,270.50** |

# EXHIBIT A

| Date | Description | Lawyer | Hours | Amount | Task |
|------|-------------|--------|-------|--------|------|
| Oct-02-18 | Confirm filing (.1); draft and send client e-mail with notice of bankruptcy, petition. and instructions for transmittal to GRIC (.2); review and consider e-mails and documents received from clients regarding GRIC, wages and commissions (.2); telephone conference with UST's office regarding bankruptcy and upcoming first day motions (.2); confer regarding preparation of schedules and other case issues (.4) | HLB | 1.10 | 445.50 | B110 |
| Oct-02-18 | Prepare retention agreement, emergency filing letter, Chapter 11 operating letter for Bondurant (NC) | HLB | 1.70 | 0.00 | B110 |
| Oct-02-18 | Finalize employment pleadings and provide to client for review and approval | HLB | 0.30 | 121.50 | B160 |
| Oct-02-18 | Strategize regarding utility providers | PJG | 0.20 | 61.00 | B110 |
| Oct-02-18 | Review financials, AP reports and vendor list; e-mail principals regarding same | SLG | 0.40 | 78.00 | B110 |
| Oct-02-18 | Prepare and file Chapter 11 Petition; download same and notice of bankruptcy filing and send to H. Barnes for transmittal to client team | SLG | 0.30 | 58.50 | B110 |
| Oct-03-18 | Strategize regarding task items/first day motions and other immediate concerns (.9); telephone conference with client team regarding DIP accounts and post-petition books (.3); telephone conference with client regarding PR issues (.1); revise press release and send to client (.5); confer with client regarding same (.2); telephone conference with TimePiece marketing regarding Bondurant press issues (.4); telephone conference with UST's office and receive notice of substitution of trial counsel (.2); confer with client regarding utilities (.2); work on first day declaration and send to client (.3); confer with client and strategize regarding critical vendors (.8); work on first day motions (2.3); confer regarding related entities and relation to debtor (.1); review and consider report from A.Cook regarding press inquiries (.1) | HLB | 6.40 | 2,592.00 | B110 |
| Oct-03-18 | Confer with client regarding employment application (.2); finalize and file (.2); review and consider order approving our retention and send to client (.1) | HLB | 0.50 | 202.50 | B160 |
| Oct-03-18 | Correspond with client regarding cash collateral issues (.3); strategize regarding scope of lien and related issues (.5); review research related to same (.5) | HLB | 1.30 | 526.50 | B230 |

| | | | | | |
|---|---|---|---|---|---|
| Oct-03-18 | Strategize regarding first day motions and items needed (.9); draft press release (.3); draft motion and order for emergency hearing (.4); review notes, conduct online research regarding racing school and draft declaration in support of first day motions (1.3); confer with H. Barnes regarding critical vendors (.2) Review multiple e-mails from client regarding financial statements, budget, vendors, and employee wages (.3); review critical vendor list and e-mails with L Arvizu regarding the same (.4); telephone conference with clients regarding critical vendors (.2); strategize with H. Barnes regarding the same (.5); draft motion to pay critical vendors (.8) | PJG | 5.30 | 1,616.50 | B110 |
| Oct-03-18 | Draft cash collateral motion and order | PJG | 1.30 | 396.50 | B230 |
| Oct-03-18 | E-mail L. Arvizu regarding opening Debtor-in-possession accounts and closing pre-petition accounts | SLG | 0.10 | 19.50 | B110 |
| Oct-03-18 | Conference with H. Barnes regarding case issues | SLG | 0.20 | 39.00 | B110 |
| Oct-03-18 | Continue preparing schedules | SLG | 0.80 | 156.00 | B110 |
| Oct-03-18 | Pull UCC-1 filings and e-mail H. Barnes same | SLG | 0.60 | 117.00 | B110 |
| Oct-03-18 | Telephone conference with H. Barnes and L. Arvizu (controller), regarding DIP accounts, opening and starting new books | SLG | 0.40 | 78.00 | B110 |
| Oct-03-18 | Telephone call to J. Search regarding opening new books and telephone conference with  L. Arvizu regarding same | SLG | 0.30 | 58.50 | B110 |
| Oct-04-18 | Telephone conference with client team regarding outstanding task items and related bankruptcy issues (1.1); send e-mail to client regarding payment issues (.3); correspond with client team regarding first day matters (wage motion and declaration) and debrief thereafter (1.2); telephone conference with counsel for GRIC (.3); strategize regarding cash flow issues (.7); review and analyze power point prepared by former financial advisor and leave message for same (.5); confer regarding schedules (.2); continue working on first day motions with client input (.8); send draft first days to UST trial counsel for review and confer with client regarding same (.2) | HLB | 5.30 | 2,146.50 | B110 |
| Oct-04-18 | Correspond with various candidates for financial advisor or valuation roles | HLB | 0.50 | 202.50 | B160 |

| | | | | | |
|---|---|---|---|---|---|
| Oct-04-18 | Work on cash collateral motion and confer with client team repeatedly regarding budgets and collateral values  (2.1); correspond with potential investor and confer with client regarding same (.1) | HLB | 2.20 | 891.00 | B230 |
| Oct-04-18 | Strategize regarding insurance and operating expenses (.3); revise and update first day motions (.4); review multiple e-mails regarding budget, wages, and unsecured creditors (.2); strategize regarding budget and cash flow (.7) | PJG | 1.60 | 488.00 | B110 |
| Oct-04-18 | Telephone conference with client team regarding outstanding issues and debrief thereafter | PJG | 1.20 | 366.00 | B110 |
| Oct-04-18 | Continue preparing schedules (3.6); correspond with principals regarding list of 20 largest unsecured creditors (.2); conference with H. Barnes regarding same (.2) | SLG | 4.00 | 780.00 | B110 |
| Oct-05-18 | Final review of motion for expedited hearing and order (.2); review and strategize regarding budget (.4); attend to filing of cash collateral motion (.1) | PJG | 0.70 | 213.50 | B110 |
| Oct-05-18 | Continue working on Schedules and SOFA | SLG | 1.50 | 292.50 | B110 |
| Oct-08-18 | Correspond with client team regarding podcast appearance and PR opportunities in general (.8); confer regarding employee turnover and replacing mechanics immediately (.1); review affidavit of mailing and confer regarding DIP accounts (.2); review and consider information from similar bankruptcy (.2) | HLB | 1.30 | 526.50 | B110 |
| Oct-08-18 | Confer with and regarding potential financial advisors (.5); review research on other potential advisors (.2) | HLB | 0.70 | 283.50 | B160 |
| Oct-08-18 | Confer regarding Debtor-in-possession Financing and cash collateral issues (.4); confer with client team regarding investment (.4) | HLB | 0.80 | 324.00 | B230 |
| Oct-08-18 | Confer with H. Barnes regarding Podcast (.1); review e-mails regarding potential FAs and review docket of similar bankruptcys in same industry(.2); review e-mails with P. Bondurant regarding A. Carol la show (.1) | PJG | 0.40 | 122.00 | B110 |
| Oct-08-18 | Strategize regarding DIP financing | PJG | 0.40 | 122.00 | B230 |
| Oct-08-18 | Research similar bankruptcy in racing industry and provide information to attorneys | SLG | 0.30 | 58.50 | B110 |

| Oct-09-18 | Telephone conference with client team (1.5); debrief thereafter (.2); call with GRIC counsel regarding first day hearing (.5); call with former FA regarding status (.9); debrief thereafter (.2); review and consider report regarding  UST's telephone conference with client (.1); review and consider order setting hearing and ensure proper service (.1); review and consider UST objection to wages motion and confer with client regarding same (.8); confer regarding master mailing list before filing (.1) | HLB | 4.40 | 1,782.00 | B110 |
|---|---|---|---|---|---|
| Oct-09-18 | With client team, interview potential FAs (1.0); followup correspondence regarding same (.2) | HLB | 1.20 | 486.00 | B160 |
| Oct-09-18 | Contact Chase Bank at numerous portals to try to get to someone with knowledge/authority and report to client regarding efforts (.3); Correspond with client regarding investor interest from China (.2); correspond with possible investor (.1); confer with client regarding necessary investment (.2); review and consider e-mail from client regarding another investor that is interested (and provided more detail regarding a potential deal) (.1) | HLB | 0.90 | 364.50 | B230 |
| Oct-09-18 | Telephone conference with clients and potential FAs (1.6); telephone conference with former FA and debrief thereafter (1.0); review UST Objection to wages motion(.1) | PJG | 2.70 | 823.50 | B160 |
| Oct-09-18 | Ensure service of cash collateral motion on JPMC (.2); strategize with H. Barnes regarding the same and potential investment and telephone conference with with client (1.2) | PJG | 1.40 | 427.00 | B230 |
| Oct-09-18 | Conference with H. Barnes regarding master mailing list | SLG | 0.10 | 19.50 | B110 |
| Oct-09-18 | Finalize and file MML | SLG | 0.20 | 39.00 | B110 |
| Oct-10-18 | Confer regarding outstanding items (.2); prepare for and attend first day hearings and confer with client before hearing and thereafter (2.4); debrief regarding next steps (.3); review and consider correspondence regarding IDI documents still outstanding and confer regarding same (.1); confer with UST (.2); finalize wage order for uploading (.1) | HLB | 3.30 | 1,336.50 | B110 |
| Oct-10-18 | Correspond with client regarding need for Dodge contract | HLB | 0.20 | 81.00 | B110 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| Oct-10-18 | Correspond with potential investor | HLB | 0.10 | 40.50 | B230 |
| Oct-10-18 | Finalize cash collateral order for uploading | HLB | 0.20 | 81.00 | B230 |
| Oct-10-18 | Prepare for and attend hearing on first day motions (2.5); review notice of 341 meeting of creditors (.1) | PJG | 2.60 | 793.00 | B110 |
| Oct-10-18 | Download proof of insurance and certificates of insurance and begin preparing Initial Debtor Interview packet | SLG | 1.30 | 253.50 | B110 |
| Oct-10-18 | Review and respond to e-mail from L. Arvizu regarding bank accounts and online access | SLG | 0.10 | 19.50 | B110 |
| Oct-10-18 | E-mail L. Arvizu regarding information needed to complete Initial Debtor Interview packet | SLG | 0.30 | 58.50 | B110 |
| Oct-10-18 | Review e-mail from Lavida and edit schedules accordingly; update IDI packet with Debtor-in-possession account information | SLG | 0.30 | 58.50 | B110 |
| Oct-11-18 | Review and consider minute entry from first day hearing and provide to client (.1); confer with L.Arvizu regarding ACH issues (.2); review IDI questionnaire (.1); review and consider wages order and send immediately to client (.1); confer regarding amended agreement (.1) | HLB | 0.60 | 243.00 | B110 |
| Oct-11-18 | Strategize regarding contractual issues (.1); debrief after PJG client team call (.1) | HLB | 0.20 | 81.00 | B110 |
| Oct-11-18 | Correspond with potential FA | HLB | 0.20 | 81.00 | B160 |
| Oct-11-18 | Correspond with potential investor and strategize regarding necessary DIP financing/investment (.3); review and consider CAC order and ensure proper service (.1) | HLB | 0.40 | 162.00 | B230 |
| Oct-11-18 | Analyze Amendment to Promotional Agreement and confer with H. Barnes regarding the same (.2); telephone conference with J. Bondurant regarding Amendment (.2) | PJG | 0.40 | 122.00 | B110 |
| Oct-11-18 | Strategize with H. Barnes regarding investment and DIP financing | PJG | 0.20 | 61.00 | B230 |
| Oct-11-18 | Review e-mail from potential FA | PJG | 0.10 | 30.50 | B230 |
| Oct-11-18 | Edit IDI packet and bankruptcy schedules from | SLG | 1.00 | 195.00 | B110 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | information provided by L. Arvizu and the balance sheet |  |  |  |  |
| Oct-11-18 | Correspond with J. Search and L. Arvizu regarding online access to DIP accounts | SLG | 0.20 | 39.00 | B110 |
| Oct-11-18 | Review and respond to e-mail from L. Arvizu regarding wire transferring funds for payroll | SLG | 0.10 | 19.50 | B110 |
| Oct-12-18 | Confer with L.Arvizu regarding A/P aging summary (.2); review and consider order setting Chapter 11 status hearing and direct service as required (.1) | HLB | 0.30 | 121.50 | B110 |
| Oct-12-18 | Confer with client team regarding FCA contract | HLB | 0.20 | 81.00 | B110 |
| Oct-12-18 | Confer with client team regarding investor followup | HLB | 0.20 | 81.00 | B230 |
| Oct-15-18 | E-mails with J. Bondurant regarding FCA | PJG | 0.20 | 61.00 | B110 |
| Oct-15-18 | Follow up e-mail to Chase's counsel | PJG | 0.20 | 61.00 | B230 |
| Oct-16-18 | Review motion to extend deadline to file schedules | PJG | 0.10 | 30.50 | B110 |
| Oct-16-18 | Review e-mail from Chase (.1) and e-mails with client regarding the same (.2); correspond with potential FA (.1); telephone conference with another FA (.3); review another investor website regarding potential investment (.2) | PJG | 0.90 | 274.50 | B230 |
| Oct-16-18 | Draft motion to extend time to file schedules; e-mail P. Giles regarding review of same | SLG | 0.50 | 97.50 | B110 |
| Oct-16-18 | Finalize, file and serve motion to extend time to file schedules | SLG | 0.20 | 39.00 | B110 |
| Oct-16-18 | Correspond with L. Arvizu regarding final pieces for IDI packet; review and edit various spreadsheets for printing and attaching to IDI packet; organize packet for submission to US Trustee; | SLG | 1.20 | 234.00 | B110 |
| Oct-17-18 | Meeting with P. Giles regarding case issues | THA | 0.10 | 40.50 | B110 |
| Oct-17-18 | Telephone conference with client regarding status (1.5); telephone conference with W. Stapleton regarding GRIC (.3); search records regarding principals' liabilities and e-mail to client regarding the same and call with  Stapleton (.3); confer with H. Barnes regarding call with W. Stapleton (.1) | PJG | 2.20 | 671.00 | B110 |
| Oct-17-18 | Confer with T. Allen regarding case issues | PJG | 0.10 | 30.50 | B110 |

| | | | | | |
|---|---|---|---|---|---|
| Oct-17-18 | Continue preparing IDI packet | SLG | 0.60 | 117.00 | B110 |
| Oct-17-18 | E-mail L. Arvizu regarding final information needed for IDI packet; e-mail J. Search for extension of time to submit Initial Debtor Interview packet | SLG | 0.20 | 39.00 | B110 |
| Oct-18-18 | Review IDI packet | PJG | 0.20 | 61.00 | B110 |
| Oct-18-18 | Draft e-mails to Chase and client regarding cash collateral budget (.2); review updated budget (.3) | PJG | 0.50 | 152.50 | B230 |
| Oct-18-18 | Draft NDA (.4); e-mail to H. Lawson regarding claims (.1) | PJG | 0.50 | 152.50 | B230 |
| Oct-18-18 | Review and respond to e-mail from L. Arvizu regarding inventory information and another license; e-mail J. Search regarding additional license | SLG | 0.30 | 58.50 | B110 |
| Oct-18-18 | Finalize Initial Debtor Interview packet; scan and e-mail to J. Search | SLG | 0.30 | 58.50 | B110 |
| Oct-18-18 | Draft and send e-mail to J. Bondurant and P. Bondurant regarding upcoming 341 meeting and Initial Debtor Interview | SLG | 0.20 | 39.00 | B110 |
| Oct-18-18 | Review and respond to e-mail from J. Search regarding certificates of insurance | SLG | 0.20 | 39.00 | B110 |
| Oct-19-18 | Confer regarding sale options | HLB | 0.20 | 81.00 | B120 |
| Oct-19-18 | Strategize regarding Chase, cash position, assets, and investment options | HLB | 0.80 | 324.00 | B230 |
| Oct-19-18 | Review and consider options for plan/sale (duplicate - NC) | HLB | 0.80 | 0.00 | B230 |
| Oct-19-18 | Meeting with P. Giles regarding case issues | THA | 0.20 | 81.00 | B110 |
| Oct-19-18 | Telephone conference with J. Bondurant (.7); strategize regarding bankruptcy issues (.2) | PJG | 0.90 | 274.50 | B110 |
| Oct-19-18 | Strategize regarding sale options | PJG | 0.30 | 91.50 | B120 |
| Oct-19-18 | Strategize regarding cash collateral issues in advance of hearing | PJG | 0.80 | 244.00 | B230 |
| Oct-19-18 | Multiple conference calls with Sonoran Capital regarding potential DIP financing | PJG | 0.50 | 152.50 | B230 |
| Oct-22-18 | Confer regarding status of possible investor interest | HLB | 0.10 | 40.50 | B230 |

| Oct-22-18 | Telephone conference with J. Bondurant regarding update (.2); telephone conference with client regarding Phillip66 (.4) | PJG | 0.60 | 183.00 | B110 |
|---|---|---|---|---|---|
| Oct-23-18 | Strategize in advance of CAC hearing and receive update thereafter | HLB | 0.30 | 121.50 | B230 |
| Oct-23-18 | Meeting with P. Giles regarding potential financing and case issues | THA | 0.20 | 81.00 | B230 |
| Oct-23-18 | Review e-mail to Phillips Petroleum (.1); review, consider, and exchange e-mails with S. Rice regarding YPO cancellation (.3) | PJG | 0.40 | 122.00 | B110 |
| Oct-23-18 | Prepare for continued hearing on cash collateral and wage motion (.7); travel from/to and attend continued hearing (1.0); draft final order on cash collateral (.4) | PJG | 2.10 | 640.50 | B230 |
| Oct-23-18 | Telephone conference with client team regarding cash collateral motion and case issues (.6); e-mail to Phillips Petroleum (.1) | PJG | 0.70 | 213.50 | B230 |
| Oct-23-18 | Prepare Monthly Report form and e-mail L. Arvizu regarding same | SLG | 0.20 | 39.00 | B110 |
| Oct-23-18 | E-mail additional information to J. Search and update paper copy of Initial Debtor Interview packet; follow up with P. Giles regarding same | SLG | 0.30 | 58.50 | B110 |
| Oct-23-18 | E-mail P. and J. Bondurant a copy of IDI packet and remind them of time and place for meeting | SLG | 0.10 | 19.50 | B110 |
| Oct-24-18 | Confer regarding cash flow issues | HLB | 0.20 | 81.00 | B230 |
| Oct-24-18 | Prepare for and attend Initial Debtor Interview (2.0); meet with clients regarding Initial Debtor Interview and investment (.7) | PJG | 2.70 | 823.50 | B110 |
| Oct-24-18 | Review cash collateral order and e-mail client (.1); strategize regarding Cash Collateral (.2) | PJG | 0.20 | 61.00 | B230 |
| Oct-24-18 | Conference with P. Giles regarding outcome of initial debtor interview (.1); review and respond to e-mail from J. Search regarding direct contact authorization form (.1) | SLG | 0.20 | 39.00 | B110 |
| Oct-25-18 | Meeting with P. Giles regarding case issues | THA | 0.40 | 162.00 | B110 |
| Oct-25-18 | E-mails with J. Bondurant regarding status (.1); strategize regarding case issues (.4) | PJG | 0.50 | 152.50 | B110 |

| Oct-25-18 | Edit schedules; e-mail extensive list of questions to principals for review and response | SLG | 0.80 | 156.00 | B110 |
| Oct-25-18 | Correspond with J. Bondurant via e-mail regarding bankruptcy schedules (.2); review spreadsheets and respond to questions from Celeste Holm and edit schedules accordingly (.7) | SLG | 0.90 | 175.50 | B110 |
| Oct-26-18 | Meeting with P. Giles regarding potential sale and case issues | THA | 0.70 | 283.50 | B120 |
| Oct-26-18 | Review of first draft of schedules (.3); telephone conference with client team regarding case issues and investment and debrief with S. Gomez (2.7); review multiple e-mails regarding financials and schedule information (.3) | PJG | 3.30 | 1,006.50 | B110 |
| Oct-26-18 | Strategize with T. Allen to discuss sale options | PJG | 0.70 | 213.50 | B120 |
| Oct-26-18 | Edit statement of financial affairs (.4); telephone conference with L. Arvizu regarding bankruptcy schedules and make additional edits (.2); conference with P. Giles regarding scheduling conference call to review schedules (.2) | SLG | 0.80 | 156.00 | B110 |
| Oct-26-18 | Draft, edit, finalize, file and serve second motion to extend time to file schedules | SLG | 0.50 | 97.50 | B110 |
| Oct-26-18 | Schedule and participate in conference call with client team and potential investors | SLG | 1.70 | 331.50 | B110 |
| Oct-27-18 | Review and consider latest update on company museum assets | HLB | 0.10 | 40.50 | B120 |
| Oct-27-18 | Debrief with P. Giles after call with client team | HLB | 0.30 | 121.50 | B230 |
| Oct-27-18 | Provide status update to H. Barnes | PJG | 0.30 | 91.50 | B230 |
| Oct-29-18 | E-mails with client regarding status of Phillips investment (.2); telephone conference with J. Bondurant (.3); e-mails with S. Rice regarding refund (.2) | PJG | 0.70 | 213.50 | B110 |
| Oct-29-18 | Review e-mail regarding valuations of personal property | PJG | 0.10 | 30.50 | B110 |
| Oct-29-18 | Edit Schedules and e-mail Lavida regarding same | SLG | 0.70 | 136.50 | B110 |
| Oct-30-18 | Review draft schedules and exchange e-mails with clients (.4); exchange e-mails with S. Rice regarding | PJG | 1.20 | 366.00 | B110 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | YPO (.1); review e-mails regarding customer deposits (.2) and confer with S. Gomez regarding the same (.3); e-mails with P. Bondurant regarding investment (.2) |  |  |  |  |
| Oct-31-18 | Confer regarding status and issues related to bankruptcy case (.3); correspond with client group via e-mail regarding status (.1) | HLB | 0.40 | 162.00 | B110 |
| Oct-31-18 | E-mails with L. Arvizu regarding customer refunds | PJG | 0.20 | 61.00 | B110 |
| Oct-31-18 | Strategize with H. Barnes regarding status | PJG | 0.30 | 91.50 | B110 |
| Nov-01-18 | Correspond with client team regarding status (.1); telephone conference with client team (1.5); correspond with D.Schian regarding representation of principals (.1); strategize regarding options (.2); telephone conference with send P.Bondurant update (.1); telephone conference with S.Goldberg (.3); review and consider list of museum vehicles (.1); confer regarding same (.2) | HLB | 2.60 | 1,053.00 | B110 |
| Nov-01-18 | Confer regarding invoices for preparation of October invoice for client consideration | HLB | 0.20 | 81.00 | B160 |
| Nov-01-18 | Telephone conference with clients (1.5); debrief thereafter (.2) | PJG | 1.70 | 518.50 | B110 |
| Nov-02-18 | Confer with S.Goldberg, provide vehicle inventory, and provide update to client (.2); strategize regarding next steps (.4); telephone call to client (NC); review and consider e-mail from P.Bondurant and correspond with S.Goldberg after call with P.Bondurant (.2); strategize regarding bankruptcy schedules and 341 meeting and preparing principal for same (.4); review statements and schedules (.5) | HLB | 1.70 | 688.50 | B110 |
| Nov-02-18 | Conference with H. Barnes regarding schedules and upcoming 341 meeting | SLG | 0.40 | 78.00 | B110 |
| Nov-02-18 | E-mail P. Bondurant and J. Bondurant regarding review of schedules and 341 questions and schedule telephone conference to prepare for 341 meeting | SLG | 0.20 | 39.00 | B110 |
| Nov-03-18 | Correspond with S.Goldberg | HLB | 0.10 | 40.50 | B110 |
| Nov-05-18 | Numerous calls with client in preparation for 341 meeting (.9); review and analyze statements and schedules in preparation for 341 meeting (.5); confer with SLG regarding same (.8); review and consider documents provided to UST (.3) telephone conference with S.Goldberg (.1) | HLB | 2.60 | 1,053.00 | B110 |

| Nov-05-18 | Review and consider e-mail from client regarding latest investor/financing prospect and strategize regarding alternatives | HLB | 0.60 | 243.00 | B230 |
| Nov-05-18 | Multiple conference calls with client | PJG | 0.90 | 274.50 | B110 |
| Nov-05-18 | Strategize regarding investment/financing and alternate direction with case | PJG | 0.60 | 183.00 | B230 |
| Nov-05-18 | Prepare file for 341 meeting; conference with H. Barnes regarding same | SLG | 1.00 | 195.00 | B110 |
| Nov-05-18 | Gather additional documents requested by US Trustee and e-mail same to J. Search | SLG | 0.50 | 97.50 | B110 |
| Nov-06-18 | Correspond with landlord's counsel regarding stub rent | HLB | 0.10 | 40.50 | B110 |
| Nov-06-18 | Prepare for and attend 341 meeting and debrief with client thereafter (2.3); debrief internally about open task items (.2); correspond with P.Bondurant regarding potential investor (.2); review and consider correspondence and documentation regarding FCA-FIAT sponsorship contract discussion (.5); receive Dodge A/R summary and open invoices (.1); correspond with landlord counsel and confer with client regarding stub rent (.3); strategize regarding cash flow issues (.2) | HLB | 3.80 | 1,539.00 | B110 |
| Nov-06-18 | Prepare for and attend 341 Meeting of Creditors and debrief thereafter (1.8);  review e-mails regarding rent and Dodge/Fiat contracts and confer with H. Barnes and client team regarding the same (.2) | PJG | 2.00 | 610.00 | B110 |
| Nov-06-18 | Conference with H. Barnes regarding outcome of 341 meeting | SLG | 0.20 | 39.00 | B110 |
| Nov-07-18 | Correspond with client regarding payment status and rent payment | HLB | 0.20 | 81.00 | B110 |
| Nov-07-18 | Work on October invoice | HLB | 0.40 | 162.00 | B160 |
| Nov-07-18 | Review text communication with W. Stapleton regarding rent | PJG | 0.10 | 30.50 | B110 |
| Nov-07-18 | E-mails with L. Arvizu regarding credit card | PJG | 0.10 | 30.50 | B110 |
| Nov-08-18 | Correspond with client team (.1); attend client conference call (.9); debrief thereafter (.2); review and | HLB | 1.50 | 607.50 | B110 |

consider L.Arvizu's resignation, respond to same with
request documents for MoR (.2)

| | | | | | |
|---|---|---|---|---|---|
| Nov-08-18 | Confer regarding potential appraiser | HLB | 0.10 | 40.50 | B160 |
| Nov-08-18 | Continue working on October invoice and send to client with discussion regarding fee application process | HLB | 0.70 | 283.50 | B160 |
| Nov-08-18 | Review and consider NDA and answer questions set forth therein and confer with client team regarding same (.5); provide requested documents and confer with client team regarding same and other related matters (.5) | HLB | 1.00 | 405.00 | B230 |
| Nov-08-18 | Review e-mail from J. Bondurant regarding drag strip racing (.1); e-mails with L. Arvizu regarding SuperKarts (.2); review e-mail regarding L. Arvizu's resignation notice and debrief with H. Barnes regarding status (.2) | PJG | 0.50 | 152.50 | B110 |
| Nov-08-18 | Confer with H. Barnes regarding Chase's counsel and e-mail to Chaes counsel | PJG | 0.20 | 61.00 | B230 |
| Nov-08-18 | Conference with H. Barnes regarding necessary amendments to the Schedules and SOFA (.1); review e-mails from Lavida Arvisu regarding AP and e-mail H. Barnes regarding same (.2) | SLG | 0.30 | 58.50 | B110 |
| Nov-08-18 | Telephone call from client rep regarding status and follow up with H.Barnes regarding same | SLG | 0.30 | 58.50 | B110 |
| Nov-09-18 | Correspond with client team via e-mail and telephone | HLB | 0.60 | 243.00 | B110 |
| Nov-09-18 | Work on employment app for appraiser | HLB | 0.50 | 202.50 | B160 |
| Nov-09-18 | Correspond and telephone conference with potential investment broker regarding visit next week | HLB | 0.40 | 162.00 | B230 |
| Nov-09-18 | Discuss case with Chase counsel and confer regarding their position | HLB | 0.20 | 81.00 | B230 |
| Nov-09-18 | E-mails with P. Bondurant regarding related entities (.4); confer with H. Barnes regarding the same (.1) | PJG | 0.50 | 152.50 | B110 |
| Nov-09-18 | Review Chase loan documents and telephone conference with L. Folks regarding Chase position (.4) confer with H. Barnes regarding the same (.1) | PJG | 0.50 | 152.50 | B110 |
| Nov-09-18 | Review and consider multiple e-mails with potential investor and confer regarding same | PJG | 0.30 | 91.50 | B230 |

|  | Totals | | 129.20 | $41,270.50 |
|---|---|---|---|---|

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| | Copying | 411.30 | |
| | Postage | 6.35 | |
| | Parking | 3.00 | |
| Oct-27-18 | Telephone 10/26 | 19.27 | |
| Oct-27-18 | Telephone 10/15 | 31.91 | |
| | Totals | $471.83 | $0.00 |

| **Total Fees & Disbursements** | **$41,742.33** |
|---|---|
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$41,742.33** |

## SUMMARY BY TASK

| Task | | **Effective Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| B230 | Cash Collateral/Financing | $339.95 | 22.20 | 7,547.00 |
| B110 | Case Administration | $309.73 | 97.00 | 30,043.50 |
| B120 | Asset Analysis and Recovery | $355.00 | 2.00 | 710.00 |
| B160 | Fee/Employment Applications | $371.25 | 8.00 | 2,970.00 |
| **Grand Total** | | | **129.20** | **$41,270.50** |