Christopher C. Simpson (AZ Bar #018626)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
christopher.simpson@stinson.com

*Local Counsel for FCA US LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

**BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.**

**Debtor.**

Case No. 2:18-bk-12041-BKM

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

NOTICE IS HEREBY GIVEN of the appearance of Christopher C. Simpson and Stinson Leonard Street LLP on behalf of FCA US LLC. Notice of all pleadings and documents should be transmitted to Stinson Leonard Street LLP at the following address:

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
602-279-1600 (phone)
602-240-6925 (fax)
christopher.simpson@stinson.com

DATED this 6th day of December, 2018.

**STINSON LEONARD STREET LLP**

By: /s/ Christopher C. Simpson
Christopher C. Simpson
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
*Attorneys for NC Industries, LLC*

A copy of the foregoing emailed and mailed
as indicated this 6th December, 2018, to:

Hilary L Barnes
Philip J Giles
Allen Barnes & Jones, PLC
On behalf of Bob Bondurant School Of High Performance Driving, Inc.
Email: hbarnes@allenbarneslaw.com
Email: pgiles@allenbarneslaw.com

Elizabeth C. Amorosi
Patty Chan
Office of the U.S. Trustee
Email: Elizabeth.C.Amorosi@usdoj.gov
Email: Patty.chan@usdoj.gov

Larry O. Folks
On behalf of Creditor JPMorgan Chase Bank, N.A.
Email: folks@folkshesskass.com

Thomas E. Littler
On behalf of Creditor Semple Marcal Cooper PLC
telittler@gmail.com

Michelle E. Shriro
On behalf of Creditor Moses Smith Racing LLC
mshriro@singerlevick.com

Warren J. Stapleton
On behalf of Creditor Sun Valley Marina Development Corporation
wstapleton@omlaw.com

Scott R. Goldberg
Schian Walker, P.L.C.
On behalf of Patricia Bondurant, Robert Bondurant.
Email: bkdocket@biz.law

Leslie A. Berkoff
Moritt Hock & Hamroff LLP
On behalf of UNIFI Equipment Finance, Inc.
Email: lberkoff@moritthock.com

| | |
|---|---|
| Bancorp Bank<br>Attn: Lease Payment Center<br>P.O. Box 140733<br>Orlando, FL 32814-0733 | Chase Cardmember Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia, PA 19176-0251 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 |
| 2060 Digital Phoenix Hubbard<br>Lockbox #511553<br>P.O. Box 511553<br>Los Angeles, CA 90051-8108 | Goodyear<br>200 Innovation Way<br>Akron, OH 44306 |
| Clifton Larson Allen LLP<br>P.O. Box 31001-2433<br>Pasadena, CA 91110-2433 | S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix, AZ 85040 |
| Arizona Business Bank Cardmember Services<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe, AZ 85284 |
| Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine, CA 92614 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 |
| Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix, AZ 85007 | Crain Communications Inc.<br>29588 Network Place<br>Chicago, IL 60673-1295 |
| Dig-Phoenix<br>P.O. Box 730824<br>Dallas, TX 75373-0824 | Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork, UT 84003 |
| Firefly Graphics Inc.<br>734 W. Main Street<br>Mesa, AZ 85201 | |