Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **AFFIDAVIT OF SERVICE** |

STATE OF ARIZONA )
           ) ss.
County of Maricopa )

  Sherry Gomez, being first duly sworn upon her oath, deposes and states that she is over the age of 21 years, that she is employed by the law firm of Allen Barnes & Jones, PLC, and that on **December 3, 2018**, she caused to be deposited with the U.S. Postal Service, copies of the *Notice of Bar Date Re: First Interim Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Debtor* ("**Notice**") [ECF No. 78] in sealed, postage pre-paid envelopes addressed to all parties listed on the Debtor's Master Mailing List, a copy of which is attached hereto as **Exhibit A**.

  Additionally, on December 3, 2018, the *First Interim Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Debtor* ("**Application**") [ECF No. 79] and the Notice were served via (1) electronic notification on all registered parties via the court's ECF system, and (ii) via email to the following:

/ / /

/ / /

{00140769 2}

Elizabeth C. Amorosi
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

Dale C. Schian, Esq.
Scott R. Goldberg, Esq.
SCHIAN WALKER, P.L.C.
1850 N. Central Ave., #900
Phoenix, AZ 85004-4531
bkdocket@biz.law
*Attorneys for Robert and Patricia C. Bondurant*

Patricia C. Bonduarnt, President/CEO
BOB BONDURANT SCHOOL OF HIGH PERFORMACE DRIVING
20000 S. Maricopa Road Gate #3
Chandler, AZ 85226
pbondurant@bondurant.com

Timothy H. Shaffer, Managing Member
CLOTHO CORPORATE RECOVERY, LLC
6333 N. Scottsdale Rd. #17
Scottsdale, AZ  85250
thshaffer@cox.net
*Chief Restructuring Officer*

/ / /

/ / /

/ / /

DATED: December 6, 2018.

                                  */s/ Sherry Gomez*
                                  Sherry Gomez

SUBSCRIBED AND SWORN TO BEFORE ME this 6th day of December 2018, by Sherry Gomez.

                                  */s/ Misty Vasquez*
                                  Notary Public

My Commission Expires: <u>02/29/2020</u>

{00140769 2}      -3-
Case 2:18-bk-12041-BKM   Doc 82   Filed 12/06/18   Entered 12/06/18 11:41:46   Desc
Main Document   Page 3 of 9

# Exhibit A

```
Label Matrix for local noticing            BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRI    FCA US LLC
0970-2                                     20000 S. MARICOPA ROAD, GATE 3                  STINSON LEONARD STREET LLP
Case 2:18-bk-12041-BKM                     CHANDLER, AZ 85226-5206                         Christopher C. Simpson
District of Arizona                                                                        PHOENIX, AZ 85004
Phoenix
Thu Dec  6 11:34:47 MST 2018

JPMorgan Chase Bank, N.A.                  Sun Valley Marina Development Corporation       UNIFI EQUIPMENT FINANCE, INC
c/o FOLKS HESS KASS, PLLC                  Osborn Maledon, P.A.                            C/O Moritt Hock and Hamroff LLP
LARRY O. FOLKS                             2929 N. Central Ave.                            Attn. Leslie A. Berkoff
1850 N. CENTRAL AVENUE                     Ste. 2100                                       400 Garden City Plaza
SUITE 1140                                 Phoenix, AZ 85012-2793                          Garden City, NY 11530-3327
PHOENIX, AZ 85004-4586

U.S. Bankruptcy Court, Arizona             2060 Digital Phoenix Hubbard                    ACI Air Compressors Inc.
230 North First Avenue, Suite 101          Lockbox #511553                                 1298 E. Delano Drive
Phoenix, AZ 85003-0608                     P.O. Box 511553                                 Casa Grande AZ 85122-1136
                                           Los Angeles CA 90051-8108


ADP Screening and Selection Services       AMERICAN EXPRESS TRAVEL RELATED SERVICES COM    AT&T Mobility
P.O. Box 645177                            INC.                                            P.O. Box 6463
Cincinnati OH 45264-5177                   C/O BECKET AND LEE LLP                          Carol Stream IL 60197-6463
                                           PO BOX 3001
                                           MALVERN  PA 19355-0701


All Pro Fence Company                      Allied Fire Inc.                                Allied Gases & Welding Supplies, Inc.
1055 S. Center Street                      2845 N. Norfolk                                 945 E. Curry Road
Mesa AZ 85210-3601                         Mesa AZ 85215-1139                              Tempe AZ 85281-1905



Alsco Inc.                                 Amazon                                          American Airlines Business Card Services
4707 W. Camelback Road                     P.O. Box #530958                                P.O. Box 23066
Phoenix AZ 85031-1413                      Atlanta GA 30353-0958                           Columbus GA 31902-3066



American Express                           Appia Communications, Inc.                     Arizona Business Bank
P.O. Box 981535                            Dept CH 17329                                   Cardmember Services
El Paso TX 79998-1535                      Palatine IL 60055-7329                          P.O. Box 790408
                                                                                           Saint Louis MO 63179-0408



Arizona Rubber Co.                         BP Lubricants USA Inc.                          Bancorp Bank
2939 N. 31st Ave                           P.O. BOx 409383                                 Attn: Lease Payment Center
Phoenix AZ 85017-5483                      Atlanta GA 30384-9383                           P.O. Box 140733
                                                                                           Orlando FL 32814-0733



Blaze Cone Company Inc.                    Blue Cross Blue Shield                          CRAIN COMMUNICATIONS INC
4929 SE 17th Ave                           P.O. Box 52563                                  ATTN LEGAL DEPT
Portland OR 97202                          Phoenix AZ 85072-2563                           1155 GRATIOT AVENUE
                                                                                           DETROIT MI 48207-2732



Cereus Graphics                            Chase Bank                                      Chase Cardmember Services
2950-2 E. Broadway Road                    P.O. Box 78039                                  P.O. Box 94014
Phoenix AZ 85040-0705                      Phoenix AZ 85062-8039                           Palatine IL 60094-4014
```

| | | |
|---|---|---|
| Clifton Larson Allen LLP<br>P.O. Box 31001-2433<br>Pasadena CA 91110-2433 | Competition Engineering, Inc.<br>3442 E. Wood Street<br>Phoenix AZ 85040-1833 | Copperpoint Mutual<br>P.O. Box 33049<br>Phoenix AZ 85067-3049 |
| Crain Communications Inc.<br>29588 Network Place<br>Chicago IL 60673-1295 | Creative Hands Cuisine<br>3035 N. Maple Street, #1<br>Mesa AZ 85215-1127 | Davis Vision<br>HM Life Insurance Company<br>P.O. Box 382038<br>Pittsburgh PA 15251-8038 |
| Dig-Phoenix<br>P.O. Box 730824<br>Dallas TX 75373-0824 | DirecTv<br>P.O. Box 5007<br>Carol Stream IL 60197-5007 | Document Technologies<br>1350 W. 23rd Street<br>Tempe AZ 85282-1837 |
| Docusign Inc.<br>Dept. 3428<br>P.O. Box 3428<br>Dallas TX 75312-3428 | FedEx<br>P.O. Box 7221<br>Pasadena CA 91109-7321 | FedEx Office<br>Customer Admin Services<br>P.O. Box 672085<br>Dallas TX 75267-2085 |
| Ferrari Club of America<br>Attn: Michael Salemi, Advertising Mgr<br>21129 Chase Drive<br>Novi TX 78375-4751 | Firedrum Internet Marketing<br>9903 E. Bell Road, Suite 120<br>Scottsdale AZ 85260-2159 | Firefly Graphics Inc.<br>734 W. Main Street<br>Mesa AZ 85201-7207 |
| First Call Auto Parts for Professionals<br>P.O. Box 9464<br>Springfield MO 65801-9464 | Gila River Indian Community<br>Utility Authority<br>6636 W. Sundust Rd. Box 5091<br>Chandler AZ 85226-5150 | Goodyear<br>200 Innovation Way<br>Akron OH 44306 |
| Grainger<br>P.O. Box 419267<br>Kansas City MO 64141-6267 | Hoerr Racing Products<br>9804 W. Primrose Lane<br>Edwards IL 61528-9306 | Home Depot Credit Card Services<br>P.O. Box 9001043<br>Louisville KY 40290-1043 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Hunter Svc LLC<br>19865 E. Willow Drive<br>Queen Creek AZ 85142-9431 | Ice King<br>5925 W. Van Buren STreet<br>Phoenix AZ 85043-3516 |
| Icostore LLC<br>1850 W. Drake Drive<br>Tempe AZ 85283-4303 | JPMorgan Chase Bank, N.A.<br>Collateral Management Small Business<br>P.O. Box 33035<br>Louisville KY 40232-3035 | JPMorgan Chase Bnk, NA<br>c/o Larry O. Folks<br>Folks Hess Kass, PLLC<br>1850 N. Central Ave., Suite 1140<br>Phoenix, AZ 85004-4586 |
| Jordak<br>P.O. Box 461904<br>Escondido CA 92046-1904 | KANS AZ LLC DBA PLANET SUB<br>LYNETTE OGLESBY<br>1920 W GERMANN RD STE 1<br>CHANDLER AZ 85286-8452 | Kimball Midwest<br>Dept L-2780<br>Columbus OH 43260-2780 |

| | | |
|---|---|---|
| Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork UT 84003-2425 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge LA 70896-9030 | Metlife<br>P.O. Box 804466<br>Kansas City MO 64180-3323 |
| Mobile Wheel Restoration<br>dba Mobile Wheel Repair<br>12605 W. Indianola Avenue<br>Avondale AZ 85392-6328 | Moses Smith Racing<br>9016 Performance Court<br>Cresson TX 76035-4360 | Moses Smith Racing LLC<br>c/o Michelle E. Shriro<br>Singer & Levick PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 |
| Neopost<br>Neofunds<br>P.O.Box 6813<br>Carol Stream IL 60197-6813 | O'Reilly Auto Parts<br>P.O. Box 9464<br>Springfield MO 65801-9464 | OEI Design<br>7120 E. Indian School Road<br>Scottsdale AZ 85251-3855 |
| Oakley<br>P.O. Box 740964<br>Los Angeles CA 90074-0964 | Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia PA 19176-0251 | Planet Sub<br>1920 W. Germann Road, Suite 1<br>Chandler AZ 85286-8452 |
| Printing Specialists<br>1929 E. 5th Street<br>Tempe AZ 85281-2952 | (p)PRO AUTO SPORTS<br>315 S ALMA SCHOOL RD<br>MESA AZ 85210-1012 | Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine CA 92614-5626 |
| Red Guitar Advertising<br>26724 IRON CANYON RD<br>SANTA CLARITA CA 91387-4813 | Regents Capital Corporation<br>3200 Bristol Street, Suite 400<br>Costa Mesa CA 92626-1800 | Robert and Patricia Bondurant<br>c/o Schian Walker, P.L.C.<br>1850 North Central Avenue, Suite 900<br>Phoenix, AZ 85004-4531 |
| S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix AZ 85040-1838 | Safety-Kleen Systems, Inc.<br>P.O. Box 7170<br>Pasadena CA 91109-7170 | Semple, Marchal & Cooper, LLP<br>2700 N. Central Avenue, 9th Floor<br>Phoenix AZ 85004-1147 |
| Shell Small Business<br>P.O.Box 78012<br>Phoenix AZ 85062-8012 | Shred-It USA<br>28883 Network Place<br>Chicago IL 60673-1288 | Society's Air LLC<br>45030 W. Portabello Road<br>Maricopa AZ 85139-8779 |
| Sun Marina Valley Development Corporation<br>c/o Warren J. Stapleton<br>Osborn Maledon, P.A.<br>2929 N. Central Ave., Ste. 2100<br>Phoenix, AZ 85012-2793 | Sun Valley Marina Development Corp.<br>P.O. Box 5090<br>Chandler AZ 85226 | TLC Equipment Service<br>25664 N. 71st Drive<br>Peoria AZ 85383-7174 |
| TRC Auto Glass, LLC<br>P.O. Box 9416<br>Surprise AZ 85374-0140 | Taylor Race Engineering LLC<br>2010 AVenue G, Suite 914<br>Plano TX 75074 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe AZ 85284-1023 |

| | | |
|---|---|---|
| Thomas Printworks<br>P.O. Box 740967<br>Dallas TX 75374-0967 | Time Piece Public Relations, Inc.<br>3201 Skylane, #116<br>Carrollton TX 75006-2501 | Tire Equipment Service<br>4002 E. Elwood Street, Suite 4<br>Phoenix AZ 85040-0906 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Uline<br>P.O. Box 88741<br>Chicago IL 60680-1741 | UniFi Equipment Finance, Inc.<br>3893 Research Park Drive<br>Ann Arbor MI 48108-2217 |
| Unifi Equipment Finance<br>P.O. Box 1689<br>Ann Arbor MI 48106-1689 | Unifi Equipment Finance, Inc<br>c/o Moritt Hock and Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327<br>Attn: Leslie A. Berkoff, Esq. | United Pet Care, LLC<br>6232 N. 7th Street, Suite 202<br>Phoenix AZ 85014-1852 |
| Unum Life Insurance Co of America<br>P.O. Box 403748<br>Atlanta GA 30384-3748 | Vintage Motorsports Inc.<br>8712 E. Via De Commercio<br>Scottsdale AZ 85258-3362 | Waxie Sanitary Supply<br>P.O. Box 748802<br>Los Angeles CA 90074-8802 |
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F005-055<br>Des Moines, IA 50309-3605 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street, MAC N0005-044<br>Des Moines IA 50309-3891 | Wells Fargo Vendor Financial Services, L<br>P.O. Box 35701<br>Billings MT 59107-5701 |
| Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix AZ 85007-3398 | Westwood Professional Services, Inc.<br>P.O. Box 856650<br>Minneapolis MN 55485-6650 | Whirlwind Golf Club<br>5692 W. North Loop Road<br>Chandler AZ 85226-5268 |
| Yess<br>168 W. 12th Place<br>Tempe AZ 85281 | HILARY L BARNES<br>ALLEN BARNES & JONES, PLC<br>1850 N. CENTRAL AVE., SUITE 1150<br>PHOENIX, AZ 85004-4512 | PHILIP J GILES<br>Allen Barnes & Jones, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004-4512 |
| Patricia Bondurant<br>c/o Schian Walker PLC<br>1850 N. Central Avenue, Suite 900<br>Phoenix, AZ 85004-4531 | Robert Bondurant<br>c/o Schian Walker PLC<br>1850 N. Central Avenue, Suite 900<br>Phoenix, AZ 85004-4531 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Home Depot Credit Card Services<br>c/o Citicards Private Label<br>P.O. Box 20483<br>Kansas City MO 64195 | Pro Auto Sports<br>315 S. Alma School Road<br>Mesa AZ 85210 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Moses Smith Racing LLC | (u)Semple Marcal Cooper PLC<br>2700 N Central Ave<br>9th Floor<br>Phoenix | End of Label Matrix<br>Mailable recipients    112<br>Bypassed recipients      2<br>Total                  114 |