Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
　　　　pgiles@allenbarneslaw.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **AFFIDAVIT OF SERVICE OF: STIPULATED INTERIM ORDER GRANTING EMERGENCY APPLICATION TO EMPLOY TIMOTHY H. SHAFFER OF CLOTHO CORPORATE RECOVERY, LLC AS CHIEF RESTRUCTURING OFFICER NUNC PRO TUNC AS OF NOVEMBER 13, 2018** |

| | |
|---|---|
| STATE OF ARIZONA | ) |
| | ) ss. |
| County of Maricopa | ) |

  Misty Vasquez, being first duly sworn upon her oath, deposes and states that she is over the age of 21 years, she is employed by the law firm of Allen Barnes & Jones, PLC, she is not a party to the above-entitled proceeding, and that on **November 21, 2018**, she mailed a copy of the signed *Stipulated Interim Order Granting Emergency Application to Employ Timothy H. Shaffer of Clotho Corporate Recovery, LLC as Chief Restructuring Officer Nunc Pro Tunc as of November 13, 2018* via U.S. First Class Mail to all parties listed on the attached mailing list, see **Exhibit A**.

/ / /

/ / /

Additionally, on **November 21, 2018**, the Order was served via email upon the following interested parties:

Elizabeth C. Amorosi, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton, Esq.
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
Attorneys for Semple Marchal Cooper PLC

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

DATED:  December 10, 2018.

/s/ *Misty Vasquez*
Misty Vasquez

SUBSCRIBED AND SWORN TO BEFORE ME this 10th day of December, 2018 by Misty Vasquez.

/s/ *Sherry Gomez*
Notary Public

My Commission Expires:  03/10/20

# Exhibit A

# 20 LARGEST CREDITORS

2060 DIGITAL PHOENIX HUBBARD
LOCKBOX #511553
P.O. BOX 511553
LOS ANGELES CA 90051-8108

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO TX 79998-1535

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO TX 79998-1535

ARIZONA BUSINESS BANK
CARDMEMBER SERVICES
P.O. BOX 790408
SAINT LOUIS MO 63179-0408

BANCORP BANK
ATTN: LEASE PAYMENT CENTER
P.O. BOX 140733
ORLANDO FL 32814-0733

CHASE CARDMEMBER SERVICES
P.O. BOX 94014
PALATINE IL 60094-4014

CLIFTON LARSON ALLEN LLP
P.O. BOX 31001-2433
PASADENA CA 91110-2433

CRAIN COMMUNICATIONS INC.
29588 NETWORK PLACE
CHICAGO IL 60673-1295

DIG-PHOENIX
P.O. BOX 730824
DALLAS TX 75373-0824

FIREFLY GRAPHICS INC.
734 W. MAIN STREET
MESA AZ 85201

GOODYEAR
200 INNOVATION WAY
AKRON OH 44306

KNEADERS BAKERY AND CAFE
871 SOUTH AUTO MALL DRIVE
AMERICAN FORK UT 84003

LAMAR COMPANIES
P.O. BOX 96030
BATON ROUGE LA 70896

PHILADELPHIA INSURANCE CO.
P.O. BOX 70251
PHILADELPHIA PA 19176-0251

Racer Media & Marketing Inc.
17030 RED HILL AVENUE
IRVINE CA 92614

S&S PAVING AND
CONSTRUCTION, INC.
3401 E. ILLINI STREET
PHOENIX AZ 85040

SEMPLE, MARCHAL & COOPER
2700 N. CENTRAL AVENUE, 9TH Fl
PHOENIX AZ 85004-1147

SUN VALLEY MARINA
DEVELOPMENT CORP.
P.O. BOX 5090
CHANDLER AZ 85226

Tempe Dodge Chrysler Jeep Ram Kia
7975 S. AUTOPLEX LOOP
TEMPE AZ 85284

WESTERN STATES PETROLEUM
450 S. 15TH AVENUE
PHOENIX AZ 85007

## Landlords, Secured Creditors,
## ADOR and IRS

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Bancorp Bank
Attn: Lease Payment Center
P.O. Box 140733
Orlando FL  32814-0733
*Secured Creditor*

JPMorgan Chase Bank
c/o CT CORPORATION SYSTEM
3800 N CENTRAL AVE, STE 460,
PHOENIX, AZ, 85012

Arizona Department of Revenue
P.O. Box 29086
Phoenix, AZ 85038-9086

JP Morgan Chase Bank, N.A.
Collateral Management
   Small Business
P.O. Box 33035
Louisville, KY 40232

Sun Valley Marina
   Development Corp
P.O. Box 5090
Chandler Az 85226
*Landlord*

James Dimon, CEO/Chairperson
JPMORGAN CHASE
270 Park Avenue
New York, NY 10017

{00130317}

| | |
|---|---|
| **From:** | Misty Vasquez |
| **Sent:** | Wednesday, November 21, 2018 2:10 PM |
| **To:** | 'Elizabeth.C.Amorosi@usdoj.gov'; 'wstapleton@omlaw.com'; 'mshriro@singerlevick.com'; 'telittler@gmail.com'; 'Christopher.simpson@stinson.com'; 'stoby@dykema.com' |
| **Cc:** | Hilary Barnes; Melissa Morgan; Phil Giles |
| **Subject:** | Bob Bondurant - Case No. 2:18-bk-12041-BKM |
| **Attachments:** | 68 - Stipulated Interim ORDER Granting Emergency Application to Employ Timothy H. Shaffer of Clotho Corporate Recovery, LLC as Ch (00139080xE39E4).PDF |
| | |
| **Follow Up Flag:** | Copied to Worldox (Client Documents\07223\7223.001\00139102.MSG) |

Attached is the Court's signed *Stipulated Interim Order Granting Emergency Application to Employ Timothy H. Shaffer of Clotho Corporate Recovery, LLC as Chief Restructuring Officer Nunc Pro Tunc as of November 13, 2018.*

A final hearing on the Application to Employ is scheduled for **December 11, 2018 at 11:00 a.m.**  Objections are due on or before **December 4, 2018** by 5:00 p.m. and reply briefs, if any, shall be filed on or before **December 7, 2018** by 5:00 p.m.

## ALLEN BARNES & JONES
### —— PLC ——

Misty Vasquez, Legal Secretary
1850 N. Central Avenue, Suite 1150
Phoenix, AZ  85004
Ofc:  (602) 256-6000
Fax: (602) 252-4712
Email: mvasquez@allenbarneslaw.com