# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )
)
BOB BONDURANT SCHOOL OF HIGH )
PERFORMANCE DRIVING, INC., )
)
)
)
)
Debtor. )
)

CASE NO.   2:18-bk-12041-BKM

**BUSINESS AND INDUSTRY**
**MONTHLY OPERATING REPORT**

MONTH OF _____ Oct-18

DATE PETITION FILED: _____ 10/2/18

TAX PAYER ID NO. : _____ xx-xxx4755

Nature of Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: _____ TO BE FILED: within exclusivity
DATE PLAN OF REORGANIZATION FILED: _____ TO BE FILED: within exclusivity

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

RESPONSIBLE PARTY:

_____
ORIGINAL  SIGNATURE  OF RESPONSIBLE PARTY

CRO
TITLE

TIMOTHY H. SHAFFER
PRINTED NAME  OF RESPONSIBLE PARTY

12-10-18
DATE

PREPARER:

_____
ORIGINAL  SIGNATURE  OF  PREPARER

Accountant
TITLE

Sarah. Michael
PRINTED NAME OF PREPARER

12·10·18
DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** TIMOTHY H SHAFFER

PHONE NUMBER: 602 469-5147

ADDRESS: 33839 N. 79th WAY
SCOTTSDALE, AZ 85266

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

Case Number: 2:18-bk-12041-BKM

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | Operating | Payroll | Tax | **Total** |
| | Acct#6106 | Acct #6114 | Acct #6130 | |
| Balance at Beginning of Period | | | | |
| **RECEIPTS** | | | | |
| Cash Sales | $132,309.66 | | | $132,309.66 |
| Accounts Rceivable - Prepetition | | | | |
| Accounts Rceivable - Postpetition | | | | |
| Loans and Advances | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | $131,182.74 | $17,757.01 | $148,939.75 |
| Transfer from pre-petition account | $443,480.30 | | | $443,480.30 |
| | | | | |
| TOTAL RECEIPTS | $575,789.96 | $131,182.74 | $17,757.01 | $724,729.71 |
| **DISBURSEMENTS** | | | | |
| Business - Ordinary Operations | $213,163.90 | $113,248.88 | $17,829.02 | $344,241.80 |
| Capitol Improvements | | | | |
| Pre-Petition Expenses | | | | |
| Transfers to Other DIP Accounts | $132,747.63 | $16,192.12 | | $148,939.75 |
| Payroll Fees to ADP | $3,029.97 | | | $3,029.97 |
| Wage Garnishment | $620.21 | | | $620.21 |
| Payroll Taxes | | | | |
| Reorganization Expenses: | | | | |
| Attorney Fees | | | | |
| Accountant Fees | | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | | | | |
| Court Costs | | | | |
| | | | | |
| TOTAL DISBURSEMENTS | $349,561.71 | $129,441.00 | $17,829.02 | $496,831.73 |
| Balance at End of Month | $226,228.25 | $1,741.74 | -$72.01 | $227,897.98 |

*Information provided above should reconcile with balance sheet and income statement amounts

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES** | |
|---|---|
| Total Disbursements From Above | $496,831.73 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | $496,831.73 |

Bondurant is seeking to retain additional accounting staff as well as retaining Tom Azzarelli of B2BCFO. Financial and accounting records are under internal review in preparation of verifying the accuracy of information reported herein.

Should either Tom Azzarelli or newly hired accounting staff make any material adjustments to the local accounting records, these Monthly Operating Reports, might be amended in the future.

# Bob Bondurant School of High Performance Driving, Inc.
## INCOME STATEMENT

ACCRUAL BASIS

| | Current Month | Year To Date | Total Since Filing |
|---|---|---|---|
| **Revenues** | **531,496.42** | **531,496.42** | **531,496.42** |
| **Cost of Goods Sold** | | | |
| Cost of Goods Sold - Merchandise | 1,013.26 | 1,013.26 | 1,013.26 |
| **Total Cost of Goods Sold** | **1,013.26** | **1,013.26** | **1,013.26** |
| **Gross Profit** | **530,483.16** | **530,483.16** | **530,483.16** |
| **Expenses** | | | |
| 4001000 Wages - Regular | 168,771.59 | 168,771.59 | 168,771.59 |
| 4003000 Wages - OT | 1,003.50 | 1,003.50 | 1,003.50 |
| 4004000 Commissions | 14,988.27 | 14,988.27 | 14,988.27 |
| 4005000 Payroll Taxes | 13,166.61 | 13,166.61 | 13,166.61 |
| 4007000 Employee Benefits | 7,412.10 | 7,412.10 | 7,412.10 |
| 4011201 Payroll Exp - ADP Fees | 3,029.97 | 3,029.97 | 3,029.97 |
| 4201700 Office Expenses | 3,273.63 | 3,273.63 | 3,273.63 |
| 4202000 Dues & Subscriptions | 1,607.45 | 1,607.45 | 1,607.45 |
| 4202100 Legal & Professional Fees | 3,572.00 | 3,572.00 | 3,572.00 |
| 4202300 Merchant Fees | 64.85 | 64.85 | 64.85 |
| 4202900 Recruiting Expense | 161.45 | 161.45 | 161.45 |
| 4203100 Telephone | 3,587.78 | 3,587.78 | 3,587.78 |
| 4203600 Uniform Expense | 50.00 | 50.00 | 50.00 |
| 4203800 Facilities Expense | 31,955.49 | 31,955.49 | 31,955.49 |
| 4203900 Insurance | 12,263.58 | 12,263.58 | 12,263.58 |
| 4204300 Repair & Maintenance - Equipment | 1,271.60 | 1,271.60 | 1,271.60 |
| 4204350 Repair & Maintenance - Facilties | 890.94 | 890.94 | 890.94 |
| 4705400 Track Rental Expense | 14,437.50 | 14,437.50 | 14,437.50 |
| 4707300 Student Supplies | 98.42 | 98.42 | 98.42 |
| 4808100 Catering Expense | 3,625.07 | 3,625.07 | 3,625.07 |
| 6705000 Shop Expenses | 1,165.91 | 1,165.91 | 1,165.91 |
| 6708300 Marketing Expense | 34,999.98 | 34,999.98 | 34,999.98 |
| 6805000 Formula Expenses | 3,999.89 | 3,999.89 | 3,999.89 |
| 7108301 Rent - Sun Valley Marina Corp - Facilities | 61,350.64 | 61,350.64 | 61,350.64 |
| 8108002 Sales Tax - G&A | 160.91 | 160.91 | 160.91 |
| 8108801 Interest Exp - G&A | 1,155.66 | 1,155.66 | 1,155.66 |
| **Total Expenses** | **388,064.79** | **388,064.79** | **388,064.79** |
| **Net Operating Income** | **142,425.37** | **142,425.37** | **142,425.37** |
| **Other Expenses** | | | |
| AZ Bus Bank Reserve Write-off | 75,000.00 | 75,000.00 | 75,000.00 |
| 8109501 Penalties - G&A | 766.01 | 766.01 | 766.01 |
| **Total Other Expenses** | **75,766.01** | **75,766.01** | **75,766.01** |
| **Net Other Income** | **-75,766.01** | **-75,766.01** | **-75,766.01** |
| **Net Income** | **66,652.36** | **66,652.36** | **66,652.36** |

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | $375,168.99 | $456,827.00 | |
| Restricted Cash | $0.00 | $0.00 | |
| Total Cash | $375,168.99 | $456,827.00 | $0.00 |
| Accounts Receivable (net) | $175,183.57 | $176,384.83 | |
| Inventory | $21,719.01 | $161,824.00 | |
| Notes Receivable | $0.00 | $48,648.39 | |
| Prepaid Expenses | $46,874.56 | $35,170.00 | |
| Other (attach list) | | | |
| Total Current Assets | $618,946.13 | $422,027.22 | $0.00 |
| Property, Plant & Equipment | $0.00 | $7,318,100.00 | |
| Less: Accumulated Depreciation | | $4,678,237.00 | |
| Net Property, Plant & Equip. | $0.00 | $2,639,863.00 | $0.00 |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | $0.00 | $86,033.61 | |
| Other (attach list) | | $245.00 | |
| TOTAL ASSETS | $618,946.13 | $3,604,995.83 | $0.00 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | $545.00 | |
| Taxes Payable | | | |
| Notes Payable | | $34,593.00 | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) Payroll | | $45,488.53 | |
| Total Post-Petition Liabilities | $0.00 | $80,626.53 | $0.00 |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | $2,686,239.56 | $2,259,739.00 | |
| Priority Debt | | | |
| Unsecured Debt | $766,324.73 | $1,970,590.83 | |
| Other (attach list) | | $337,681.00 | |
| Total Pre-Petition Liabilities | $3,452,564.29 | $4,568,010.83 | $0.00 |
| TOTAL LIABILITIES | $3,452,564.29 | $4,648,637.36 | $0.00 |
| EQUITY | | | |
| Pre-petition Owner's Equity | -$2,833,618.16 | -$1,110,293.00 | |
| Post-Petition Cumulative Profit/Loss | | $66,651.47 | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | -$2,833,618.16 | -$1,043,641.53 | $0.00 |
| TOTAL LIABILITIES & OWNER'S EQUITY | $618,946.13 | $3,604,995.83 | $0.00 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

**Other Assets - net (attach list)**

| | |
|---|---|
| Museum Assets | 49,964.13 |
| OEI Design Project | 36,024.60 |
| Due From Bondurant Trackside | 45.00 |
| Total | 86,033.73 |

| | |
|---|---|
| Employee Advances | 245.00 |

## OTHER LIABILITIES
Post- Petition

| | |
|---|---|
| 2002301 Sales Tax Payable | 1.86 |
| 2002901 Accrued Employee Gratuity | 134.30 |
| 2003001 Accrued Payroll | 49,013.72 |
| 2003301 Accrued Commissions | 4,780.61 |
| 2004701 Accrued P/R Taxes | 133.48 |
| 2005001 SCCA Fees | 525.00 |
| Arizona Department of revenue | -9,100.28 |
| **Total** | 45,488.69 |

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | $176,384.83 | $90,571.48 | $15,035.85 | $70,777.50 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | $176,384.83 | $90,571.48 | $15,035.85 | $70,777.50 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | $163,576.59 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | $1,752.52 |
| Ending Inventory | $161,824.07 |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | $0.00 | $0.00 | $0.00 | $0.00 |
| Equipment | $17,719.01 | | | $1,761,279.84 |
| Accumulated Depreciation | | | | |
| Net Equipment | $17,719.01 | $0.00 | $0.00 | $1,761,279.84 |
| Autos/Vehicles | | | | $3,473,130.61 |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | $0.00 | $0.00 | $0.00 | $3,473,130.61 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Case Number: 2:18-bk-12041-BKM

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | $545.00 | $545.00 | | | |
| Taxes Payable | $0.00 | | | | |
| Notes Payable | $34,593.00 | $34,593.00 | | | |
| Professional Fees Payable | $0.00 | | | | |
| Secured Debt | $0.00 | | | | |
| Other (attach list) | $0.00 | | | | |
| | $0.00 | | | | |
| Total Post-Petition Liabilities | $35,138.00 | $35,138.00 | $0.00 | $0.00 | $0.00 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | $0.00 | $0.00 |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | 0 | 0 |

**CASE STATUS**

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

_____

_____

_____

nt number of employees: _33_

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| | SEE SCHEDULE | | |
| | | | |
| | | | |
| | | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Employed restructuring officer and reduced payroll by reducing number of employees.

**Identify any matters that are delaying the filing of a plan of reorganization:**

_____

_____

_____

| Policy Type | Term | Carrier | Policy Number |
|---|---|---|---|
| Package (Liaiblity; Auto; Crime; EDP; Floater; Property & Sexual Abuse/Molestation | 1/1/18-1/1/19 | Philadelphia Indemnity Insurance Company | PHUB612260 |
| Motor Sport Pkg | 1/1/18-1/1/19 | Philadelphia Indemnity Insurance Company | PHPK1755711 |
| Management Liaiblity (Directors & Officers; Employent Practies and Fiduciary) | 1/1/17-1/1/18 | Berkeley Ins. Co. (pay Lovitt) | 1605828 |
| Workers' Compensation | 4/1/18 - 4/1/19 | CopperPoint Mututal Insurance Company | 1014889 |
| Collector Vehicle Coverage | 12/3/17 - 12/3/18 | Chubb Masterpiece Policy | 13984004-01 |
| 2017 ERISA Bond, $130,000 | 2/26/16 - 2/26/19 | Travelers Casualty & Surety Co | 106412322 |
| 2018 Participant Accident Renewal | 1/1/18-1/1/19 | Special Market Ins Cons. (pay Lovitt) | SR2014P99790 |

DISBURSEMENT DETAIL

| | | Month: | Oct-18 |
|---|---|---|---|
| Please use a separate form for each | | Account #: | 4508 |
| | | Bank Name: | Chase Bank |

| Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| ACH | 10/09/2018 | Bondurant | move from chase to DIP account | 54,685.16 |

**DISBURSEMENT DETAIL**

Month: **Oct-18**
Account #: **5479 Closed**
Bank Name: **AZ Business Bank**

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| Transfer | 10/03/2018 | Bondurant | Telephone transfer debit to Acct No. ...5106-D | 338,833.94 |
| Transfer | 10/10/2018 | Bondurant | Telephone transfer debit to Acct No. 6106-D | 35,396.80 |
| Transfer | 10/09/2018 | Bondurant | Telephone transfer debit to Acct No. 5106-D | 14,564.40 |
| | | Total Disbursements | | 388,795.14 |

DISBURSEMENT DETAIL

Please use a separate form for each bank account

**Month:** Oct-18
**Account #:** 6114
**Bank Name:** AZ Business Bank - Payroll

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| PR102118 | 10/24/2018 | PAYROLL W.E. 10/21/18 | Payroll Employees | 1,741.74 |
| PR102118 | 10/24/2018 | PAYROLL W.E. 10/21/18 | Payroll Employees | 16,192.12 |
| PR102118 | 10/24/2018 | PAYROLL W.E. 10/21/18 | Payroll Employees | 49,966.08 |
| PR102118 | 10/24/2018 | PAYROLL W.E. 10/21/18 | Payroll Employees | 446.86 |
| | | Total Disbursments | | 68,346.80 |

(00139493)

**DISBURSEMENT DETAIL**

|  | Month: | Oct-18 |
|---|---|---|
|  | Account #: | 4508 |
|  | Bank Name: | Chase Bank |

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| EFT Transfer | 10/09/2018 | Bondurant | Transfer Acct to new | 54,685.16 |

# DISBURSEMENT DETAIL

Case Number: 2:18-bk-12041-BKM

Month: Oct-18
Account #: 6106
Bank Name: AZ Business Bank - General

Please use a separate form for each bank account

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1001 | 10/26/2018 | NATIONAL CONSTRUCTION RENTALS | Rentals | -1,390.10 |
| 1002 | 10/30/2018 | SAM'S CLUB | Voided - #6213 | 0.00 |
| 1003 | 10/30/2018 | SAM'S CLUB | Cleaning Materials | -232.07 |
| 1004 | 10/30/2018 | CARROLL SHELBY ENTERPRISES, INC. | Tires Spare Parts | -3,969.50 |
| 1005 | 10/30/2018 | HEALTHEQUITY | Health Care Benefits | -630.00 |
| 1006 | 10/30/2018 | METLIFE | Insurance | -1,230.07 |
| 1007 | 10/30/2018 | ALLIANCE SOFTWARE GROUP | Dues and Subcriptions | -377.09 |
| 1008 | 10/31/2018 | Petty Cash | Petty Cash | -376.50 |
| 1009 | 10/31/2018 | CREATIVE HANDS CUISINE | Meals and Entertainment | -1,732.04 |
| 1012785 | 10/30/2018 | BLUE CROSS BLUE SHIELD OF ARIZONA | Health Care Benefits | -11,866.72 |
| 1374650 | 10/30/2018 | UNUM LIFE INSURANCE CO OF AMERICA | Insurance | -964.11 |
| 2803972 | 10/19/2018 | PHILADELPHIA INSURANCE CO | Insurance | -17,318.00 |
| 6031505 | 10/02/2018 | GILA RIVER TELECOMMUNICATIONS | Telephone | -734.96 |
| 6031506 | 10/18/2018 | CHASE LINE OF CREDIT | Interest | -798.29 |
| 6031507 | 10/18/2018 | AT&T MOBILITY | Telephone | -350.43 |
| 6031508 | 10/18/2018 | HEALTHEQUITY | Health Care Benefits | -1,391.61 |
| 6031509 | 10/18/2018 | DOCUMENT TECHNOLOGIES | Office Documents | -1,865.00 |
| 6031510 | 10/18/2018 | TimePiece Public Relations, Inc. | Advertising | -3,000.00 |

{00139493}

| | | | | |
|---|---|---|---|---|
| 6031511 | 10/18/2018 | UNUM LIFE INSURANCE CO OF AMERICA | Insurance | -1,246.69 |
| 6031512 | 10/18/2018 | METLIFE | Health Care Benefits | -1,230.07 |
| 6031513 | 10/18/2018 | DAVIS VISION | Vision benefits | -111.70 |
| 6031514 | 10/18/2018 | UNITED PET CARE, LLC. | GROUP # 462 | -171.20 |
| 6031515 | 10/18/2018 | SUN VALLEY MARINA DEVELOPMENT CORP | Rent | -59.37 |
| 6031516 | 10/18/2018 | WELLS FARGO VENDOR FIN SERV | Lease Payment | -2,223.91 |
| 6031517 | 10/02/2018 | Bancorp Bank | Notes payable | -32,675.43 |
| 6031523 | 10/19/2018 | SUN VALLEY MARINA DEVELOPMENT CORP | Rent | -59,370.00 |
| 6031584 | 10/31/2018 | Western States Petroleum, Inc. | Fuel | -14,760.43 |
| 755773080 | 10/22/2018 | VERIZON WIRELESS | Telephone | -268.59 |
| 2018030308813 | 10/30/2018 | BLUE CROSS BLUE SHIELD | Health Care Benefits | -258.74 |
| 294482653052 | 10/31/2018 | REPUBLIC SERVICES | Utilities | -1,930.83 |
| 101218-bus | 10/12/2018 | deluxe check | New Checks | -118.24 |
| 101518-bus | 10/15/2018 | deluxe check | New Checks | -118.24 |
| 101718-mic | 10/17/2018 | MICROSOFT * | Dues and Subcriptions | -21.72 |
| 101718-mic1 | 10/17/2018 | MICROSOFT * | Dues and Subcriptions | -81.46 |
| 101718-mic2 | 10/17/2018 | MICROSOFT * | Dues and Subcriptions | -125.09 |
| 101818-gil | 10/18/2018 | GILA RIVER INDIAN COMMUNITY (4001240001) | Utilities | -31.80 |
| 101819-gil | 10/18/2018 | GILA RIVER INDIAN COMMUNITY (4001240002) | Utilities | -31.84 |
| 101820-gil | 10/18/2018 | GILA RIVER INDIAN COMMUNITY (4001240004) | Utilities | -202.52 |
| 101821-gil | 10/18/2018 | GILA RIVER INDIAN COMMUNITY (4001240005) | Utilities | -32.32 |
| 101822-gil | 10/18/2018 | GILA RIVER INDIAN COMMUNITY (4001240003) | Utilities | -2,960.00 |
| 101823-gil | 10/18/2018 | APPIA COMMUNICATIONS INC | Telephone | -275.79 |
| 101918-gil | 10/19/2018 | GILA RIVER INDIAN COMMUNITY (4001239001) | 4001239001 | -397.17 |
| 102618-adp | 10/26/2018 | ADP, LLC | Payroll Fees | -3,029.97 |
| 103018-dav | 10/30/2018 | DAVIS VISION | Vision benefits | -246.09 |

{00139493}

| | | | | |
|---|---|---|---|---|
| 195970-0001 | 10/12/2018 | UNIFI EQUIPMENT FINANCE | Lease finance Payment | -1,720.20 |
| 195970-0002 | 10/15/2018 | UNIFI EQUIPMENT FINANCE | Lease finance Payment | -683.53 |
| ACH | 10/23/2018 | Transfer Payroll acct 4456114 | Transfer Payroll acct 4456114 | -68,346.80 |
| ACH | 10/15/2018 | Transfer Payroll acct 4456114 | Transfer Payroll acct 4456114 | -10,988.54 |
| ACH 72 | 10/11/2018 | Merchant Fees | Merchant Fees | -11,124.00 |
| paypal verify | 10/15/2018 | Paypal fees | Paypal fees | -0.08 |
| PR100718 | 10/10/2018 | PAYROLL W.E. 10/07/18 | PAYROLL W.E. 10/07/18 | -18,514.25 |
| PR100718 | 10/10/2018 | PAYROLL W.E. 10/07/18 | PAYROLL W.E. 10/07/18 | -16,275.78 |
| PR100718 | 10/10/2018 | PAYROLL W.E. 10/07/18 | PAYROLL W.E. 10/07/18 | -15,821.46 |
| PR100718 | 10/10/2018 | PAYROLL W.E. 10/07/18 | PAYROLL W.E. 10/07/18 | -11,509.63 |
| PR100718 | 10/10/2018 | PAYROLL W.E. 10/07/18 | PAYROLL W.E. 10/07/18 | -3,700.51 |
| PR100718 | 10/10/2018 | PAYROLL W.E. 10/07/18 | PAYROLL W.E. 10/07/18 | -1,728.31 |
| PR100718 | 10/10/2018 | PAYROLL W.E. 10/07/18 | PAYROLL W.E. 10/07/18 | -620.21 |
| sdverify | 10/09/2018 | MISC | Misc | -0.01 |
| w1500027937 | 10/18/2018 | COPPERPOINT MUTUAL | Insurance | -2,599.80 |
| ACH | 10/22/2018 | Transfer Payroll acct 4456114 | Transfer Payroll acct 4456114 | -1,728.99 |
| ACH | 10/11/2018 | transfer to tax account 4456130 | transfer to tax account 4456130 | -1,564.99 |
| | | Total Disbursements | | -337,131.79 |



# Arizona Business Bank

CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)



Independence to succeed.

BOB BONDURANT SCHOOL OF HIGH
DEBTOR IN POSSESSION
CASE # 2:18-BK-12041-BKM GENERAL ACCT
PO BOX 51980
PHOENIX AZ 85076

## CHECKING ACCOUNT

**Business Banking Essential Pkg**

| | | | |
|---|---|---|---|
| Account Number | 6106 | Number of Enclosures | 11 |
| Previous Balance | .00 | Statement Dates | 10/03/18 thru 10/31/18 |
| 39 Deposits | 575,872.76 | Days in the Statement Period | 29 |
| 37 Withdrawals | 349,644.51 | Average Ledger | 313,750.41 |
| Service Charge | .00 | Average Collected | 312,895.61 |
| Interest Paid | .00 | | |
| Ending Balance | 226,228.25 | | |

## DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 10/03 | Telephone transfer credit from<br>Acct No.        5479-D | 338,833.94 |
| 10/05 | Telephone transfer credit from<br>Acct No.        5479-D | 14,564.40 |
| 10/09 | SDV-VRFY  Square Inc      PPD | .01 |
| 10/09 | WIREIN BOB BONDURANT SCHOOL OF | 54,685.16 |
| 10/10 | Closing entry - Deposited<br>Acct No.        5479 | 35,396.80 |
| 10/10 | 181010P2  Square Inc      PPD | 1.94 |
| 10/10 | COMB. DEP. MERCH BANKCARD  CCD<br>0707 | 7,300.00 |
| 10/11 | 181011P2  Square Inc      PPD | 197.84 |
| 10/12 | 181012P2  Square Inc      PPD | 319.58 |
| 10/12 | COMB. DEP. MERCH BANKCARD  CCD<br>0707 | 19,368.73 |
| 10/12 | Deposit | 6,080.70 |
| 10/15 | VERIFYBANKPAYPAL          PPD | .02 |

## CONSUMER DEPOSIT DISCLOSURES

**In Case of Errors or Questions About Your ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201 as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt which the error or problem appeared.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so you will have the use of the money during the time it takes us to complete our investigation.

*Please note: Paper draft and paper check claims must be disputed within 30 days per the Terms and Conditions of your account.

## CONSUMER LENDING DISCLOSURES

If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the statement cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next statement cycle will not include any days included in the prior cycle.

**Consumer Personal or Ready Reserve Line of Credit Computation of Interest Charges**
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance.

**What to Do if You Think You Find a Mistake on Your Personal, Ready Reserve Line of Credit or Consumer HELOC Statement**
If you think there is an error on your statement, write to us at Customer Service, P.O. Box 8779, Denver, CO 80201. In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us at 1.800.624.0102, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
- Note for Consumer HELOC only: You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Consumer HELOC Computation of Finance Charges**
Finance charges begin to accrue from the date of each advance. To calculate the finance charge for each statement cycle, the Daily Periodic Rate is multiplied by the Daily Balance. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total **FINANCE CHARGE** for the cycle. To calculate the Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments, credits and unpaid finance charges.
The Average Daily Balance shown on the front of this statement is for illustration purposes only. To calculate the amount of your finance charge, multiply the number of days in the Cycle by the Average Daily Balance, then multiply by the Daily Periodic Rate.
NOTE: The Annual Percentage Rate and Daily Periodic Rate may vary.

## ADDITIONAL INFORMATION FOR ALL ACCOUNTS

**Negative Information Disclosure**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## CONTACT US FOR PAYMENTS, INQUIRIES, DISPUTES, ERRORS, OR REPORT LOST OR STOLEN CHECKS
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201

Member FDIC
Part of CoBiz Bank


EQUAL HOUSING LENDER



## Arizona Business Bank
CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

### Statement of Account

| Statement Period | 10/03/2018 - 10/31/2018 |
|---|---|
| Account Number | 6106 |
| Page | 2 of 5 |

**800.624.0102**          **azbizbank.com**

## DEPOSITS (Continued)

| Date | Description | | Amount |
|---|---|---|---:|
| 10/15 | VERIFYBANKPAYPAL | PPD | .06 |
| 10/15 | 181015P2 Square Inc | PPD | 405.48 |
| 10/15 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 2,949.50 |
| 10/15 | COMB. DEP.MERCH BANKCARD CCD 80707 | | 4,499.00 |
| 10/16 | 181016P2 Square Inc | PPD | 198.24 |
| 10/17 | 181017P2 Square Inc | PPD | 27.25 |
| 10/17 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 1,059.20 |
| 10/18 | 181018P2 Square Inc | PPD | 48.21 |
| 10/18 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 1,699.00 |
| 10/19 | 181019P2 Square Inc | PPD | 444.13 |
| 10/19 | TRANSFER PAYPAL | PPD | 2,507.54 |
| 10/19 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 8,848.50 |
| 10/19 | Deposit | | 59.37 |
| 10/22 | 181022P2 Square Inc | PPD | 241.46 |
| 10/22 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 3,499.00 |
| 10/22 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 4,198.50 |
| 10/24 | 181024P2 Square Inc | PPD | 33.24 |
| 10/24 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 27,271.61 |
| 10/25 | 181025P2 Square Inc | PPD | 82.79 |
| 10/25 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 17,795.00 |
| 10/26 | 181026P2 Square Inc | PPD | 172.87 |
| 10/26 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 4,499.00 |
| 10/29 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 353.66 |
| 10/29 | 181029P2 Square Inc | PPD | 635.95 |
| 10/29 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 5,898.00 |
| 10/29 | Deposit | | 4,148.93 |
| 10/31 | COMB. DEP.MERCH BANKCARD CCD 0707 | | 7,548.15 |



# Arizona Business Bank
**CoBiz** Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

## Statement of Account

| | |
|---|---|
| Statement Period | 10/03/2018 - 10/31/2018 |
| Account Number | 6106 |
| Page | 3 of 5 |

**800.624.0102**     **azbizbank.com**

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/09 | SDV-VRFY   Square Inc      WEB T20070534958 | (.01) |
| 10/10 | BILLNG     MERCH BANKCARD  CCD 0707 | (7,222.10) |
| 10/11 | COMB. DEP.MERCH BANKCARD  CCD 0707 | (11,124.00) |
| 10/11 | Telephone transfer debit to Acct No.        6114-D | (10,988.54) |
| 10/11 | Telephone transfer debit to Acct No.        6114-D | (50,000.17) |
| 10/12 | BUS PRODS DELUXE BUS SYS. CCD 83774033 | (118.24) |
| 10/12 | AUTH PAYMEUniFi Equipment CCD 195970-0001 | (1,720.20) |
| 10/15 | VERIFYBANKPAYPAL         PPD | (.08) |
| 10/15 | WAGE GARN ADP WAGE GARN   CCD 3625692576630NV | (620.21) |
| 10/15 | AUTH PAYMEUniFi Equipment CCD 195970-0002 | (683.53) |
| 10/15 | ADP Tax   ADP Tax       CCD AA0NV 101141A01 | (15,821.46) |
| 10/15 | Telephone transfer debit to Acct No.        6114-D | (118.24) |
| 10/17 | EDI PAYMNTMICROSOFT 6041  PPD TRN*1*Z20MZUD07TDX\ | (21.72) |
| 10/17 | EDI PAYMNTMICROSOFT 6041  PPD TRN*1*Z20HZUC1RB98\ | (81.46) |
| 10/17 | EDI PAYMNTMICROSOFT 6041  PPD TRN*1*Z20HZUC1RB9B\ | (125.09) |
| 10/17 | Bank Debit | (1,564.89) |
| 10/18 | Bank Debit | (13,193.23) |
| 10/19 | INS IN    PHILA INS CO   PPD | (17,318.00) |
| 10/19 | Bank Debit | (32,675.43) |
| 10/19 | Bank Debit | (59,370.00) |
| 10/22 | PAYMENT  GilaRiverICUA   PPD | (397.17) |
| 10/22 | CASHCD    COPPERPOINT    CCD 50193 | (2,599.00) |
| 10/22 | PAYMENT  GilaRiverICUA   PPD | (3,258.48) |
| 10/22 | Telephone transfer debit to Acct No.        6114-D | (1,728.99) |
| 10/23 | Telephone transfer debit to Acct No.        6114-D | (68,346.80) |
| 10/24 | BILL PYMNT ACHMA VISB      WEB 2325656 | (268.59) |



| Statement Period | 10/03/2018 - 10/31/2018 |
|---|---|
| Account Number | 6106 |
| Page | 4 of 5 |

**800.624.0102**      **azbizbank.com**

## WITHDRAWALS (Continued)

| Date | Description | Amount |
|---|---|---|
| 10/24 | PAYMENT  GilaRiverICUA   PPD | (319.68) |
| 10/24 | PAYMENT  GilaRiverICUA   PPD | (3,911.45) |
| 10/25 | 20181024A Appia          PPD | (275.79) |
| 10/26 | ADP - FEESADP PAYROLL FEESCCD
8I0300NV1820124 | (3,029.97) |
| 10/31 | EDI PAYMTSHIGHMARK       CCD
15522665 | (245.09) |
| 10/31 | BC-BS PREM BCBS OF ARIZONA TEL
8500162990 | (258.74) |
| 10/31 | BC-BS PREM BCBS OF ARIZONA WEB
1012785 | (11,866.72) |
| 10/31 | Bank Debit | (14,760.43) |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/15 | | 291.36 | 10/15 | | 13,929.55 | 10/29 | 1001* | 1,390.10 |

\* Denotes missing or duplicate (re-presented) check number

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/03 | 338,833.94 | 10/15 | 371,965.47 | 10/23 | 194,115.61 |
| 10/05 | 353,398.34 | 10/16 | 372,163.71 | 10/24 | 216,920.74 |
| 10/09 | 408,083.50 | 10/17 | 371,457.00 | 10/25 | 234,522.74 |
| 10/10 | 443,560.14 | 10/18 | 360,010.98 | 10/26 | 236,164.64 |
| 10/11 | 371,645.27 | 10/19 | 262,507.09 | 10/29 | 245,811.08 |
| 10/12 | 395,575.84 | 10/22 | 262,462.41 | 10/31 | 226,228.25 |



# Arizona Business Bank
## CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)





# Arizona Business Bank

**CoBiz Financial**

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)



Independence to succeed.

BOB BONDURANT SCHOOL OF HIGH
DEBTOR IN POSSISSION
CASE# 2:18-BK-12041-BKM PAYROLL ACCT
PO BOX 51980
PHOENIX AZ 85076

## CHECKING ACCOUNT

| **Business Banking Essential Pkg** | | | |
|---|---|---|---|
| Account Number | 6114 | Number of Enclosures | 6 |
| Previous Balance | .00 | Statement Dates | 10/03/18 thru 10/31/18 |
| 5 Deposits | 131,182.74 | Days in the Statement Period | 29 |
| 10 Withdrawals | 129,441.00 | Average Ledger | 2,825.03 |
| Service Charge | .00 | Average Collected | 2,825.03 |
| Interest Paid | .00 | | |
| Ending Balance | 1,741.74 | | |

## DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 10/11 | Telephone transfer credit from Acct No.      6106-D | 10,988.54 |
| 10/11 | Telephone transfer credit from Acct No.      6106-D | 50,000.17 |
| 10/15 | Telephone transfer credit from Acct No.      6106-D | 118.24 |
| 10/22 | Telephone transfer credit from Acct No.      6106-D | 1,728.99 |
| 10/23 | Telephone transfer credit from Acct No.      6106-D | 68,346.80 |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/11 | Bank Debit | (10,988.54) |
| 10/12 | BUS PRODS DELUXE BUS SYS. CCD 4080 | (118.24) |
| 10/22 | Bank Debit | (1,728.99) |

## CONSUMER DEPOSIT DISCLOSURES

**In Case of Errors or Questions About Your ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201 as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so you will have the use of the money during the time it takes us to complete our investigation.

*Please note: Paper draft and paper check claims must be disputed within 30 days per the Terms and Conditions of your account.

## CONSUMER LENDING DISCLOSURES

If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the statement cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next statement cycle will not include any days included in the prior cycle.

**Consumer Personal or Ready Reserve Line of Credit Computation of Interest Charges**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance.

**What to Do if You Think You Find a Mistake on Your Personal, Ready Reserve Line of Credit or Consumer HELOC Statement**

If you think there is an error on your statement, write to us at Customer Service, P.O. Box 8779, Denver, CO 80201. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us at 1.800.624.0102, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
- Note for Consumer HELOC only: You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Consumer HELOC Computation of Finance Charges**

Finance charges begin to accrue from the date of each advance. To calculate the finance charge for each statement cycle, the Daily Periodic Rate is multiplied by the Daily Balance. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total **FINANCE CHARGE** for the cycle. To calculate the Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments, credits and unpaid finance charges.

The Average Daily Balance shown on the front of this statement is for illustration purposes only. To calculate the amount of your finance charge, multiply the number of days in the Cycle by the Average Daily Balance, then multiply by the Daily Periodic Rate.

NOTE: The Annual Percentage Rate and Daily Periodic Rate may vary.

## ADDITIONAL INFORMATION FOR ALL ACCOUNTS

**Negative Information Disclosure**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## CONTACT US FOR PAYMENTS, INQUIRIES, DISPUTES, ERRORS, OR REPORT LOST OR STOLEN CHECKS

Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201

Member FDIC
Part of CoBiz Bank


EQUAL HOUSING
LENDER



**Arizona Business Bank**

CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

## WITHDRAWALS (Continued)

| Date | Description | Amount |
|---|---|---|
| 10/24 | WAGE GARN ADP WAGE GARN   CCD | (446.86) |
|  | 9263087428300NV |  |
| 10/24 | WAGE PAY  ADP WAGE PAY    CCD | (49,966.08) |
|  | 9263087428290NV |  |
| 10/24 | Telephone transfer debit to | (16,192.12) |
|  | Acct No.          6130-D |  |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 10/11 |  | 3,700.51 | 10/11 | 61* | 11,509.63 |
| 10/11 |  | 18,514.25 | 10/11 | 61* | 16,275.78 |

* Denotes missing or duplicate (re-presented) check number

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/03 | .00 | 10/15 | .00 | 10/24 | 1,741.74 |
| 10/11 | .00 | 10/22 | .00 |  |  |
| 10/12 | (118.24) | 10/23 | 68,346.80 |  |  |

# Arizona Business Bank
## CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

## Statement of Account

| Statement Period | 10/03/2018 - 10/31/2018 |
|---|---|
| Account Number | 6114 |
| Page | 3 of 3 |

**800.624.0102**     **azbizbank.com**



| 0 | 10112018 | 10,988.54 |
|---|---|---|



| 0 | 10112018 | 3,700.51 |
|---|---|---|



| 0 | 10112018 | 18,514.25 |
|---|---|---|



| 0 | 10222018 | 1,728.99 |
|---|---|---|



| 61 | 10112018 | 11,509.63 |
|---|---|---|



| 61 | 10112018 | 16,275.78 |
|---|---|---|



## Arizona Business Bank
### CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)



Independence to succeed.

BOB BONDURANT SCHOOL OF HIGH
DEBTOR IN POSSESSION
CASE# 2:18-BK-12041-BKM TAX ACCOUNT
PO BOX 51980
PHOENIX AZ 85076

## CHECKING ACCOUNT

| Business Banking Essential Pkg | | Number of Enclosures | 3 |
|---|---|---|---|
| Account Number | 6130 | Statement Dates | 10/03/18 thru 10/31/18 |
| Previous Balance | .00 | Days in the Statement Period | 29 |
| 2 Deposits | 17,757.01 | Average Ledger | (4.62) |
| 5 Withdrawals | 17,829.02 | Average Collected | (4.62) |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | (72.01) | | |

### DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 10/17 | Bank Credit | 1,564.89 |
| 10/24 | Telephone transfer credit from | 16,192.12 |
| | Acct No.      4456114-D | |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/17 | Bank Debit | (425.47) |
| 10/17 | Bank Debit | (1,139.42) |
| 10/24 | ADP Tax   ADP Tax        CCD | (16,192.12) |
| | AA0NV 102543A01 | |
| 10/30 | BUS PRODS DELUXE BUS SYS. CCD | (67.01) |
| | 83884410 | |
| 10/31 | Overdrawn Balance Fee | (5.00) |

## CONSUMER DEPOSIT DISCLOSURES

**In Case of Errors or Questions About Your ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201 as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt which the error or problem appeared.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so you will have the use of the money during the time it takes us to complete our investigation.

*Please note: Paper draft and paper check claims must be disputed within 30 days per the Terms and Conditions of your account.

## CONSUMER LENDING DISCLOSURES

If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the statement cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next statement cycle will not include any days included in the prior cycle.

**Consumer Personal or Ready Reserve Line of Credit Computation of Interest Charges**
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance.

**What to Do if You Think You Find a Mistake on Your Personal, Ready Reserve Line of Credit or Consumer HELOC Statement**
If you think there is an error on your statement, write to us at Customer Service, P.O. Box 8779, Denver, CO 80201. In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us at 1.800.624.0102, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
- Note for Consumer HELOC only: You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Consumer HELOC Computation of Finance Charges**
Finance charges begin to accrue from the date of each advance. To calculate the finance charge for each statement cycle, the Daily Periodic Rate is multiplied by the Daily Balance. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total **FINANCE CHARGE** for the cycle. To calculate the Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments, credits and unpaid finance charges.
The Average Daily Balance shown on the front of this statement is for illustration purposes only. To calculate the amount of your finance charge, multiply the number of days in the Cycle by the Average Daily Balance, then multiply by the Daily Periodic Rate.
NOTE: The Annual Percentage Rate and Daily Periodic Rate may vary.

## ADDITIONAL INFORMATION FOR ALL ACCOUNTS

**Negative Information Disclosure**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**CONTACT US FOR PAYMENTS, INQUIRIES, DISPUTES, ERRORS, OR REPORT LOST OR STOLEN CHECKS**
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201

Member FDIC
Part of CoBiz Bank


EQUAL HOUSING LENDER



Arizona Business Bank
CoBiz Financial
PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

Statement of Account

| Statement Period | 10/03/2018 - 10/31/2018 |
|---|---|
| Account Number | 6130 |
| Page | 2 of 3 |

**800.624.0102**          **azbizbank.com**

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/03 | .00 | 10/24 | .00 | 10/31 | (72.01) |
| 10/17 | .00 | 10/30 | (67.01) | | |

Case 2:18-bk-12041-BKM    Doc 85    Filed 12/10/18    Entered 12/10/18 18:14:12    Desc
Main Document      Page 31 of 36



# Arizona Business Bank
## CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)



0                    10172018                    1,564.89



0                    10172018                    425.47



0                    10172018                    1,139.42


# Arizona Business Bank
## CoBiz Financial
PO Box 111365
Nashville, TN 37222
(For Return Mail Only)



Independence to succeed.

BOB BONDURANT SCHOOL OF HIGH
PERFORMANCE DRIVING
PO BOX 51980
PHOENIX AZ 85076

## CHECKING ACCOUNT

**Business Banking Essential Pkg**

| | | | |
|---|---|---|---|
| Account Number | 5479 | Number of Enclosures | 3 |
| Previous Balance | 354,558.54 | Statement Dates | 10/01/18 thru 10/31/18 |
| 16 Deposits | 86,197.52 | Days in the Statement Period | 31 |
| 6 Withdrawals | 440,756.06 | Average Ledger | 22,975.94 |
| Service Charge | .00 | Average Collected | 22,975.94 |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

## DEPOSITS

| Date | Description | | Amount |
|---|---|---|---|
| 10/01 | 181001P2 Square Inc | PPD | 708.58 |
| 10/01 | COMB. DEP.MERCH BANKCARD CCD | | 9,027.65 |
| 10/01 | COMB. DEP.MERCH BANKCARD CCD | | 9,847.50 |
| 10/02 | 181002P2 Square Inc | PPD | 85.52 |
| 10/03 | 181003P2 Square Inc | PPD | 142.96 |
| 10/03 | COMB. DEP.MERCH BANKCARD CCD | | 16,471.95 |
| 10/04 | 181004P2 Square Inc | PPD | 68.06 |
| 10/04 | COMB. DEP.MERCH BANKCARD CCD | | 14,448.50 |
| 10/05 | 181005P2 Square Inc | PPD | 40.79 |
| 10/05 | COMB. DEP.MERCH BANKCARD CCD | | 4,298.50 |
| 10/09 | 181009P2 Square Inc | PPD | .97 |
| 10/09 | 181008P2 Square Inc | PPD | 60.71 |

## CONSUMER DEPOSIT DISCLOSURES

**In Case of Errors or Questions About Your ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201 as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt which the error or problem appeared.
  • Tell us your name and account number.
  • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  • Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so you will have the use of the money during the time it takes us to complete our investigation.

*Please note: Paper draft and paper check claims must be disputed within 30 days per the Terms and Conditions of your account.

## CONSUMER LENDING DISCLOSURES

If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the statement cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next statement cycle will not include any days included in the prior cycle.

**Consumer Personal or Ready Reserve Line of Credit Computation of Interest Charges**
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance.

**What to Do if You Think You Find a Mistake on Your Personal, Ready Reserve Line of Credit or Consumer HELOC Statement**
If you think there is an error on your statement, write to us at Customer Service, P.O. Box 8779, Denver, CO 80201. In your letter, give us the following information:
  • Account information: Your name and account number.
  • Dollar amount: The dollar amount of the suspected error.
  • Description of the Problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us at 1.800.624.0102, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether there has been an error, the following are true:
  • We cannot try to collect the amount in question, or report you as delinquent on that amount.
  • The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  • We can apply any unpaid amount against your credit limit.
  • Note for Consumer HELOC only: You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.
After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Consumer HELOC Computation of Finance Charges**
Finance charges begin to accrue from the date of each advance. To calculate the finance charge for each statement cycle, the Daily Periodic Rate is multiplied by the Daily Balance. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total **FINANCE CHARGE** for the cycle. To calculate the Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments, credits and unpaid finance charges.
The Average Daily Balance shown on the front of this statement is for illustration purposes only. To calculate the amount of your finance charge, multiply the number of days in the Cycle by the Average Daily Balance, then multiply by the Daily Periodic Rate.
NOTE: The Annual Percentage Rate and Daily Periodic Rate may vary.

## ADDITIONAL INFORMATION FOR ALL ACCOUNTS

**Negative Information Disclosure**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## CONTACT US FOR PAYMENTS, INQUIRIES, DISPUTES, ERRORS, OR REPORT LOST OR STOLEN CHECKS
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201

Member FDIC
Part of CoBiz Bank





## Arizona Business Bank
### CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

## DEPOSITS (Continued)

| Date | Description | Amount |
|---|---|---|
| 10/09 | 181008P2  Square Inc      PPD | 104.83 |
| 10/09 | COMB. DEP.MERCH BANKCARD  CCD | 2,999.00 |
| 10/09 | COMB. DEP.MERCH BANKCARD  CCD | 9,497.00 |
| 10/09 | COMB. DEP.MERCH BANKCARD  CCD | 18,395.00 |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/03 | Telephone transfer debit to | (338,833.94) |
| | Acct No.          6106-D | |
| 10/09 | Telephone transfer debit to | (14,564.40) |
| | Acct No.          6106-D | |
| 10/10 | Closing entry - Deposit funds | (35,396.80) |
| | Acct No.          6106 | |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/01 | 70003 | 51,717.00 | 10/03 | 70006* | 196.08 | 10/02 | 500001* | 47.84 |

* Denotes missing or duplicate (re-presented) check number

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 322,425.27 | 10/04 | 14,564.40 | 10/10 | .00 |
| 10/02 | 322,462.95 | 10/05 | 18,903.69 | | |
| 10/03 | 47.84 | 10/09 | 35,396.80 | | |


# Arizona Business Bank
## CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)



70003          10012018          51,717.00



70006          10032018          196.08



500001          10022018          47.84