# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.
**Case Number:** 2:18-BK-12041-BKM  **Chapter:** 11
**Date / Time / Room:** TUESDAY, DECEMBER 11, 2018 11:00 AM  7TH FLOOR #701
**Bankruptcy Judge:** BRENDA K. MARTIN
**Courtroom Clerk:** JENNIFER LOWRY
**Reporter / ECR:** JO-ANN STAWARSKI

## Matter:

FINAL HEARING REGARDING APPLICATION TO EMPLOY TIMOTHY H. SHAFFER OF CLOTHO CORPORATE RECOVERY, LLC AS CHIEF RESTRUCTURING OFFICER NUNC PRO TUNC AS OF NOVEMBER 13, 2018 FILED BY HILARY L BARNES ON BEHALF OF BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.

R / M #:  52 / 0

## Appearances:

HILARY L BARNES, ATTORNEY FOR BOB BONDURANT SCHOOL OF HIGH PERFORMANCE
PHILIP J GILES, ATTORNEY FOR BOB BONDURANT SCHOOL OF HIGH PERFORMANCE
WARREN STAPLETON, ATTORNEY FOR SUN VALLEY MARINA DEVELOPMENT CORPORATION

Case 2:18-bk-12041-BKM    Doc 89    Filed 12/11/18    Entered 12/12/18 09:08:14    Desc
Main Document    Page 1 of 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:18-BK-12041-BKM          TUESDAY, DECEMBER 11, 2018 11:00 AM

## *Proceedings:*

Ms. Barnes advised that this is the final hearing to appoint Mr. Shaffer as the Chief Restructuring Officer for the debtor.

COURT: THE COURT ASKED WHAT CHANGES WERE MADE TO THE FORM OF ORDER THAT ADDRESS SOME OF THE CONCERNS MR. LITTLER PUT FORTH IN HIS INITIAL OBJECTION.

Ms. Barnes responded that Mr. Shaffer is going to provide time entries on a monthly basis, and will submit a final fee application at the end of his engagement. The fee application will be evaluated under a reasonability standard. Ms. Barnes stated that since Mr. Shaffer has been engaged he has worked closely with creditors and the PR firm that is dealing with the media reports.

COURT: THE COURT QUESTIONED IF THE DEBTOR HAS HIRED A NEW MANAGER TO FILL THE POSITION OF JASON BONDURANT.

Ms. Barnes responded that there is an acting operations manager and advised that the debtor now has 6 driver instructors and 4 mechanics on staff. Ms. Barnes stated that the debtor has also hired someone for the accounting department, as well as a new CFO. Ms. Barnes discussed the recent media reports and the business disruption.

COURT: THE COURT QUESTIONED MS. BARNES REGARDING THE NEGATIVE MEDIA REPORTS.

Ms. Barnes replied that the reports are regarding Ms. Patricia Bondurant and stated that these reports have created a distraction to the restructuring efforts. Ms. Barnes reported that the CRO has brought stability to the operation and has removed the drama.

Mr. Stapleton stated that his client is in support of Mr. Shaffer's appointment and discussed the objection filed by Mr. Littler. Mr. Stapleton advised that his client was not paid November rent and stated that a motion may be filed regarding the missing payment.

COURT: THE COURT ADVISED THAT AT THIS POINT IT IS FINE WITH CONTINUING THE APPOINTMENT OF MR. SHAFFER. THE COURT NOTED THAT THERE HAVE BEEN NO OTHER OBJECTIONS FILED OR RECEIVED BY THIS COURT REGARDING THE REQUEST TO CONTINUE MR. SHAFFER'S WORK BEYOND AN INTERIM BASIS. THE COURT WILL SIGN AN ORDER THAT IS CONSISTENT WITH THE INTERIM ORDER IN TERMS OF WHAT IT REQUIRED REGARDING COMPENSATION AND THE WORK THAT IS BEING DONE, WHICH EXTENDS MR. SHAFFER'S APPOINTMENT OUT BEYOND A TEMPORARY BASIS.

THE COURT NOTED THAT THERE IS CURRENTLY A STATUS HEARING SET FOR JANUARY 15,

Case 2:18-bk-12041-BKM    Doc 89    Filed 12/11/18    Entered 12/12/18 09:08:14    Desc
Main Document    Page 2 of 3            12/12/2018    9:08:04AM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)...   2:18-BK-12041-BKM        TUESDAY, DECEMBER 11, 2018 11:00 AM

2019 AT 11:00 AM.