Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
       pgiles@allenbarneslaw.com

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**APPLICATION TO EMPLOY THOMAS AZZARELLI OF B2B CFO, LLC AS CHIEF FINANCIAL OFFICER** *NUNC PRO TUNC* **AS OF NOVEMBER 19, 2018** |

      Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11 case (the "**Case**"), hereby applies to this Court for the entry of an order ("**Order**") under §§ 105, 327, 328 and 330 and Fed. R. Bankr. P. 2014, approving the Debtor's retention and employment of Thomas Azzarelli, CMA, CPA, of B2B CFO, LLC ("**Azzarelli**") as Chief Financial Officer ("**CFO**") pursuant to the terms of the services agreement ("**Services Agreement**") between B2B and the Debtor attached to this Application as **Exhibit A**. This application is based on the record before the Court, the *Verified Statement of Thomas Azzarelli in Support of the Application to Employ Chief Financial Officer Nunc Pro Tunc as of November 19, 2018* ("**Azzarelli Declaration**"), and the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

### Jurisdiction and Venue

      1.     The Debtor filed a voluntary petition for relief under Chapter 11 on October 2, 2018. The Debtor continues to operate its business as debtor-in-possession in accordance with

{00141623}
Case 2:18-bk-12041-BKM   Doc 90   Filed 12/12/18   Entered 12/12/18 11:03:39   Desc
Main Document    Page 1 of 13

11 U.S.C. §§ 1107 and 1108.

2. This Court has jurisdiction over the Cases under 28 U.S.C. §§ 157 and 1334. This Application is a core proceeding related to the administration of the bankruptcy estates under 28 U.S.C. § 157(b)(2).

3. The Debtor maintains its headquarters and principal place of business in Phoenix, Arizona, specifically at 20000 S. Maricopa Road, Gate 3, Chandler, AZ 85226. Accordingly, venue for this Case is proper in this District under 28 U.S.C. §§ 1408 and 1409.

4. No trustee or examiner has been appointed in this Case, nor has an official committee of unsecured creditors been formed.

5. Pursuant to this Court's order entered on November 21, 2018, Timothy H. Shaffer was appointed as Chief Restructuring Officer ("**CRO**"). See Docket No. 68.

6. The Debtor seeks to engage Mr. Azzarelli of B2B as CRO as a result of the circumstances referenced in the *Emergency Application to Employ Timothy H. Shaffer of Clotho Corporate Recovery, LLC as Chief Restructuring Officer Nunc Pro Tunc as of November 13, 2018* [ECF No. 52]. On November 12, 2018, the Debtor's controller resigned, leaving the Company with no accounting staff. Thereafter, the CRO reached out to Azzarelli for assistance with accessing Quickbooks and other financial information and to perform other accounting functions to enable the Debtor to function and to provide financial information to interested investors. The Debtor retained Mr. Azzarelli on November 19, 2018.

7. The CRO believes that Mr. Azzarelli's services are necessary to ensure the Debtor can comply with its financial reporting requirements under the Bankruptcy Code and to optimize the Debtor's chances for a successful reorganization.

**Azzarelli's Qualifications**

8. Mr. Azzarelli has 40 years of diverse experience working with private companies providing strategic advice on critical business decisions and providing CFO, financial services, and CFO consulting services maximizing cash flow, bank and lending relationships, budgeting and cost control, risk management, software selection and implementation. In addition, he is

uniquely capable of providing business owners with financial clarity to enable them to increase cash, profits, and company value. A B2B partner, Mr. Azzarelli has served as a CFO, CFO consultant, and financial advisor for many companies. Mr. Azzarrelli's qualifications are further detailed in **Exhibit B** attached hereto.

### Services to be Rendered

9. As CFO, Mr. Azzarelli will oversee the Debtor's accounting department, reconcile and prepare financial statements and daily cash and other financial reporting, provide financial statements and other information for potential investors and debtor-in-possession lenders, assist in the preparation of Debtor's monthly operating reports, and assist, as needed, with preparation of Debtor's 2018 tax returns.

10. Based on the expectation that Mr. Azzarelli's employment with the Debtor is short-term, Mr. Azzarelli will also assist Debtor with interviewing, employing, and training employees in the Debtor's accounting department.

11. The terms of Mr. Azzarelli's employment agreed to by the Debtor, subject to Bankruptcy Court approval, consist of the following:

   a. Hourly fees for Mr. Azzarelli at the rate of $225.00 per hour, with a minimum of 23 hours per month;

   b. A monthly cap on Mr. Azzarellis's hourly fees of $5,000;

   c. Reimbursement for Mr. Azzarelli's and B2B's reasonable out-of-pocket expenses incurred in connection with this assignment, such as travel, lodging, duplicating, messenger and telephone charges; and

   d. All fees and expenses will be billed and payable on a monthly basis subject to the terms of the Stipulated Order on file at ECF No. 83.

12. Neither Mr. Azzarelli nor B2B were engaged by the Debtor prior to November 19, 2018. As such, neither Mr. Azzarelli nor B2B have incurred any unpaid fees or expenses on Debtor's behalf prior to November 19, 2018.

13. Mr. Azzarrelli will make periodic applications and seek Court approval for

payment for the services rendered and for reimbursement of all out-of-pocket costs. Mr. Azzarrelli has agreed to comply with the applicable guidelines of the United States Trustee in seeking compensation in this case, and has accepted no compensation relating to this case as of the filing of this Application.

## Disinterestedness

14. To the best of the Debtor's knowledge, information and belief, based on and other than as set forth in the Azzarelli Declaration, neither Mr. Azzarelli nor B2B holds or represents an interest adverse to the Debtor's estates and is a "disinterested person," as that term is defined in 11 U.S.C. §§ 101(14) and 1107(b) with respect to the matters for which they are to be retained. To the best of the Debtor's knowledge, information, and belief, other than as stated in the Azzarelli Declaration, neither Mr. Azzarelli nor B2B has any connection with the Debtor or its affiliates, its creditors, its estate, any United States District Judge or United States Bankruptcy Judge for the District of Arizona, the United States Trustee or any person employed in the office of the United States Trustee for Region 14, or any other party-in-interest, or their respective attorneys and accountants.

15. To the best of the Debtor's knowledge, information, and belief, the disclosures made in the Azzarelli Declaration satisfy any disclosure requirements necessary to employ Mr. Azzarelli through B2B.

## Relief Requested and Authority

16. The Debtor believes that Mr. Azzarelli is well qualified and uniquely able to serve the Debtor effectively and efficiently as the Debtor's CFO in the Case. Mr. Azzarelli's capabilities and experience in advising the Debtor and overseeing its accounting department and reconciling its financials is crucial to the Debtor's successful restructuring. As such, the Debtor believes that the retention of Mr. Azzarelli is in the best interest of the Debtor, its estate, its customers, creditors, vendors, sponsors, and other parties-in-interest. Mr. Azzarelli has been working with the CRO since November 19, 2018; accordingly, the Debtor requests that the retention of Mr. Azzarelli be approved and made effective as of that day.

**WHEREFORE**, the Debtor requests (a) entry of an order authorizing the Debtor's retention and employment of Mr. Azzarelli as CRO *nunc pro tunc* as of November 19, 2018 on the terms set forth in the Services Agreement; and (b) such other relief as is just and proper under the circumstances.

DATED: December 12, 2018.

**ALLEN BARNES & JONES, PLC**

/s/ *HLB #19669*
Hilary L. Barnes
Philip J. Giles
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
*Attorneys for the Debtor*

**E-FILED** on December 12, 2018 with the U.S.
Bankruptcy Court and copies served via ECF
notice on all parties that have appeared in the case.
**COPY** mailed same date via U.S. Mail to:

OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

JP Morgan Chase Bank, N.A.
Collateral Management Small Business
P.O. Box 33035
Louisville, KY 40232-9891
Secured Creditor

Bancorp Bank
Attn: Lease Payment Center
P.O. Box 140733
Orlando FL 32814-0733
Secured Creditor

Sun Valley Marina Development Corp.
P.O. Box 5090
Chandler AZ 85226
Landlord

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Arizona Department of Revenue
P.O. Box 29086
Phoenix, AZ 85038-9086

*Twenty (20) largest unsecured creditors*

**COPY** emailed same date to:

Elizabeth C. Amorosi
Assistant United States Attorney
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folksheskass.com
*Attorneys for JPMorgan Chase Bank, NA*

*/s/ Carol McDonald*

# Exhibit A

## B2B CFO® SERVICES AGREEMENT

Thomas Azzarelli ("Consultant"), in Consultant's capacity as a Partner with B2B CFO Partners, LLC, an Arizona limited liability company, dba B2B CFO® ("B2B CFO®"), will be providing certain services to the client named below (the "Client"). This Agreement describes the terms and conditions upon which Consultant will provide services to the Client, and it supersedes and supplants any prior agreement or proposals between Consultant and Client (the "Parties") relating to the subject matter hereof.

1. **Services to be Provided**. B2B CFO® provides various advisory and financial consulting services to small and medium size businesses. Consultant, in Consultant's capacity as a Member of B2B CFO®, has been engaged to provide various financial consulting services to the Client (the "Services"), which will be documented and reflected in invoices that Consultant will provide to Client. **Consultant will be providing the Services to the Client subject to the Standard Limitations set forth on Exhibit A attached hereto.**

2. **Consultant's Time Commitment and Compensation**. Consultant's time commitment to help Client achieve its goals, and the compensation to be paid Consultant (the "Compensation") are set forth in Exhibit B attached hereto.

3. **Confidentiality**. Communications between the Consultant and the Client, and all of Client's proprietary information will remain confidential both during and after the term of this Agreement, which means that they will not be shared with any third party unless Client expressly indicates otherwise.

4. **Independent Contractor**. In providing the Services, Consultant will be acting as an independent contractor and in no event will the relationship between the Parties be that of joint venture, partners, employer and employee, principal and agent or any similar relationship, nor will Consultant be acting as an independent CPA.

5. **Termination**. Either Party may terminate this Agreement at any time for any reason by giving a written notice of termination to the other Party. Except as otherwise provided in this Agreement, upon any termination, all rights and duties of the Parties toward each other shall cease, provided that (i) Sections 3 (Confidentiality) and 4 (Independent Contractor) shall survive termination of this Agreement, and (ii) Consultant shall be entitled to receipt of any remaining Compensation due in accordance with the provisions of Exhibit A attached hereto.

6. **Entire Agreement**. This Agreement is the entire agreement of the Parties. It may be changed only by an agreement in writing signed by a Party against whom enforcement of any waiver, change, modification, extension or discharge is sought.

7. **Notices**. All notices, requests, reports, submissions and other communications permitted or required to be given under this Agreement are to be in writing and sent by personal delivery or by airmail, cable, telegram, telex, facsimile transmission or other commercial means of rapid delivery, postage or costs of transmission and delivery prepaid, to the Parties at the addresses set forth below until such time as either Party hereto gives the other Party hereto written notice of a change of address in accordance with the provisions hereof.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement on the date(s) set forth below their respective signatures.

CONSULTANT:  
THOMAS AZZARELLI  
Thomas Azzarelli, in his  
capacity as a Partner in B2B CFO Partners, LLC

Address: 6179 S White Place  
Chandler, AZ 85249

Date: November 19, 2018

CLIENT: Bob Bondurant School of High Performance Driving, Inc.  
By: _____  
Title: _____ CRO

Address: 20000 S Maricopa Rd # 3, Chandler, AZ 85226

Date: November 19, 2018

A-1

# EXHIBIT A

## DISCLOSURE OF STANDARD LIMITATIONS ON SERVICES

**Prohibited Services:** Consultant shall in no event undertake any of the following in connection with providing Services to the Client:

1. expend any funds on behalf of the Client;

2. act as an officer, including, without limitation, Chief Financial Officer, or employee of the Client or allow the Client to represent that Consultant is an officer, including, without limitation, Chief Financial Officer, or employee of the Client, and in that regard neither the Client nor the Consultant shall utilize stationery, business cards, email addresses, or websites that indicate or imply that Consultant is an officer or employee;

3. sign on behalf or as a representative of the Client any documents, instruments, forms or agreements of any kind whatsoever, including, without limitation, checks;

4. although the Consultant may from time to time discuss with a Client tax matters relating to a Client's business, Consultant is not being engaged in the role of a certified public accountant or tax advisor, and it should not be expected that the Consultant will be responsible for providing tax planning or advice to the Client, nor will Consultant prepare, sign or file on behalf of the Client (a) Federal or State income tax returns, or (b) any other Federal, State or local tax returns, including sales, use, or employment tax returns;

5. attest function services that typically are performed by independent CPAs, such as audits, unaudited reviews or compilation statements on any financial information;

6. conduct or prepare business valuations, provided that (A) as part of Consultant's services Consultant may interact with third party firms providing business valuation services to the Client, and (B) if the Client utilizes the B2B Exit™ Software, Consultant will utilize the valuation feature within the B2B Exit™ Software for the Client's internal purposes only;

7. undertake bookkeeping or write-up work except as Consultant may otherwise specifically agree in writing to Client;

8. provide payroll processing functions;

9. provide services to any person or company engaged in any activity that is or can be construed as violating federal laws or regulations, regardless of whether or not any such activity is in accordance with the laws of a particular state. For purposes of example only and without limiting the generality of the foregoing, providing services to any person or company engaged in the marijuana industry in such a fashion to be violative of federal laws or regulations concerning controlled substances.

10. provide the following investment banking services (which should be provided by an Investment Banking or M&A firm):

    - finding investors for the Client or otherwise participating in the solicitation of, or negotiation with, any potential buyers or sellers of any securities of the Client;
    - providing services on behalf of any investment banking or business brokerage firm that the Client may engage in connection with any transaction involving the sale of any securities of the Client;
    - participating in the execution of any transaction involving the sale of any securities of the Client or acquisition of any securities by the Client, including preparing a private placement memorandum or other offering documents, although it is understood that the Consultant's work product prepared in the normal course of providing Services to the Client may be disclosed to potential buyers of the Client's securities as part of the due diligence process undertaken by such buyers.

B2B CFO®                                                           Client

EXHIBIT B

COMPENSATION

**My fee is $5,000 per month.**
For your information, my hourly rate is $ 225.00  I invoice weekly with payment due seven (7) days from the invoice date. I will not exceed the $5,000 fee unless I am asked to provide additional hours of service. Based on the fixed fee I will provide at least 23 hours per month.

**Scope of Services:**
Oversee the accounting department personnel
Maintain  integrity and accuracy of the financial records
Assist CRO in developing cash forecast and projections for DIP lenders and potential investors
Review monthly financial statements and prepare commentary reports for CRO as required
Develop and train staff to prepare daily cash and other financial reporting required by CRO
Interview for replacement of accounting manager/HR/payroll position ( Train and oversee position )
Assist CRO on strategic level activities to further goals of debtor and turnaround.
Review general ledger postings and assist accounting manager in monthly closing /preparation of financial statements

B-1

# Exhibit B

# Thomas Azzarelli - Qualifications

Tom Azzarelli has 40 years of diversified experience working with private companies providing strategic advice on critical business decisions across a broad range of domestic and international disciplines. He has a strong background in financial planning, profit improvement, operations management, acquisitions and divestitures, consolidations and technology.

He has served in a variety of industries including; manufacturing, distribution, consumer goods, specialty chemicals, food processing, tobacco processing and products, transportation, advertising and media, construction products, real estate development, commercial steel fabrication, semi-conductor and clean-room operations, software development products, automobile dealerships, equipment leasing and intermediate pharmaceutical industries ranging in size from start-up to $1 billion.

Tom's concentrated areas of expertise includes **maximizing cash flow**, bank and lending relationships, budgeting and cost control, risk management, software selection and implementation. He has negotiated revolving credit loans in excess of $85 million and worked with lenders in restructuring debt of distressed businesses.

His other areas of experience include:

- Implementing "Best Practices" accounting and reporting/IT systems to deliver on-time, accurate financial statements
- Start-ups, turnarounds and reorganization programs
- Employee Stock Ownership Plans and business exit strategies
- Equipment lease financing programs
- Presentations (Road Shows) to private equity firms and investment banks to obtain mezzanine financing for business expansions, divestitures of businesses and IPO's
- Coaching and mentoring accounting and management staff members to excel in performance

He is a trusted advisor with the highest degree of integrity and ethics that partners with CEO's to accomplish organizational goals together. With his diversified experience he is uniquely capable of providing business owners with financial clarity to increase cash, profits and company value.

Tom earned his Bachelor of Science Degree at the University of Scranton, Pennsylvania. He is a licensed New Jersey and Arizona Certified Public Accountant and a Certified Management Accountant.