ORDERED ACCORDINGLY.

Dated: December 13, 2018



_____
Brenda K. Martin, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF THOMAS AZZARELLI OF B2B CFO, LLC AS CHIEF FINANCIAL OFFICER *NUNC PRO TUNC* AS OF NOVEMBER 19, 2018** |

Upon consideration of the *Application to Employ Thomas Azzarelli of B2B CFO, LLC as Chief Financial Officer Nunc Pro Tunc as of November 19, 2018* (the "**Application**"), filed pursuant to Bankruptcy Code §§ 105, 327, 328 and 330 and Fed. R. Bankr. P. 2014 by Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11 case (the "**Case**"), the Debtor seeking approval to retain and employ Thomas Azzarelli, CMA, CPA, of B2B CFO, LLC ("**Azzarelli**") as Chief Financial Officer ("**CFO**") pursuant to the terms of the services agreement ("**Services Agreement**") between B2B and the Debtor attached to the Application as Exhibit A, and based upon the *Verified Statement of Thomas Azzarelli in Support of the Application to Employ Chief Financial Officer Nunc Pro Tunc as of November 19, 2018*, it appearing that Azzarelli is disinterested, and that the Debtor's employment of a CFO is in the best interests of the estate,

**IT IS HEREBY ORDERED**:

A.  The Application is granted in its entirety; and

B. The Debtor is authorized to retain and employ Azzarelli as CRO *nunc pro tunc* as of November 19, 2018 on the terms set forth in the Services Agreement and subject to the terms of the Stipulated Order pertaining to payment of professionals in this Case [DE No. 83].

**DATED AND SIGNED ABOVE**