Christopher R. Kaup, Esq., State Bar No. 014820

**TB TIFFANY & BOSCO**
P.A.

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com
*Attorneys for Patricia and Robert Bondurant*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **STIPULATION FOR SUBSTITUTION OF COUNSEL** |

It is hereby stipulated and agreed that Christopher R. Kaup and the law firm of Tiffany & Bosco, P.A., be substituted in place and stead of Dale C. Schian, Scott R. Goldberg, and the law firm of Schian Walker, P.L.C., who appeared as attorneys for Patricia and Robert Bondurant in the above captioned bankruptcy case.

All future communications to counsel for the Bondurants should be directed to:

Christopher R. Kaup
Tiffany & Bosco, P.A.
Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ 85016
Tel: (602) 255-6000
Fax: (602 255-0103
Email: crk@tblaw.com

23948-001/4H01548.DOCX

RESPECTFULLY SUBMITTED this 18th day of December, 2018.

        **TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup
    Christopher R. Kaup
    Seventh Floor, Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Proposed Attorneys for Patricia and Robert Bondurant*

        **SCHIAN WALKER, P.L.C.**

By: (See attached signature page)
    Dale C. Schian
    Scott R. Goldberg
    1850 N. Central Ave., #900
    Phoenix, AZ 85004-4531
    *Current Attorneys for Patricia and Robert C. Bondurant*

**FOREGOING** electronically filed with the Bankruptcy Court this 18th day of December, 2018

**COPIES** served by the Court's electronic notification system if marked with an "*" or otherwise mailed, this or the next business day to:

| | |
|---|---|
| Hilary L Barnes<br>Philip J Giles<br>Allen Barnes & Jones, PLC<br>1850 N. Central Ave., Suite 1150<br>Phoenix, AZ 85004<br>Email: hbarnes@allenbarneslaw.com<br>Email: pgiles@allenbarneslaw.com<br>*Debtor's attorneys\** | Bob Bondurant School of High Performance Driving, Inc.<br>20000 S. Maricopa Road, Gate 3<br>Chandler, AZ 85226<br>*Debtor* |

23948-001/4H01548.DOCX

TIFFANY & BOSCO, P.A.

By: /s/ Christopher R. Kaup
    Christopher R. Kaup
    Seventh Floor, Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Proposed Attorneys for Patricia and Robert Bondurant*

SCHIAN WALKER, P.L.C.

By: _[signature]_
    Dale C. Schian
    Scott R. Goldberg
    1850 N. Central Ave., #900
    Phoenix, AZ 85004-4531
    *Current Attorneys for Patricia and Robert C. Bondurant*

**FOREGOING** electronically filed with the Bankruptcy Court this ___th day of December, 2018

**COPIES** served by the Court's electronic notification system if marked with an "*" or otherwise mailed, this or the next business day to:

Hilary L Barnes
Philip J Giles
Allen Barnes & Jones, PLC
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Email: hbarnes@allenbarneslaw.com
Email: pgiles@allenbarneslaw.com
*Debtor's attorneys* *

Bob Bondurant School of High Performance Driving, Inc.
20000 S. Maricopa Road, Gate 3
Chandler, AZ 85226
*Debtor*

Elizabeth C. Amorosi
Patty Chan
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

Warren J. Stapleton
Osborn Maledon
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com

23948-001/STIPULATION FOR SUB OF COUNSEL.docx

-2-

| | |
|---|---|
| Elizabeth C. Amorosi<br>Patty Chan<br>Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003<br>Email: Elizabeth.C.Amorosi@usdoj.gov<br>*Attorney for US Trustee\** | Warren J. Stapleton<br>Osborn Maledon<br>2929 N. Central Ave., Ste 2100<br>Phoenix, AZ 85012<br>wstapleton@omlaw.com<br>*Attorneys for Sun Valley Marina Development Corp.\** |
| Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>mshriro@singerlevick.com<br>*Attorneys for Moses Smith Racing LLC\** | Thomas E. Littler<br>Littler, PC<br>341 W Secretariat Dr.<br>Phoenix, AZ 85284<br>telittler@gmail.com<br>*Attorneys for Semple Marchal Cooper PLC\** |
| Larry O. Folks<br>Folks Hess Kass, PLLC<br>1850 North Central Ave., Suite 1140<br>Phoenix, AZ 85004<br>folks@folkshesskass.com<br>*Attorneys for JPMorgan Chase Bank, NA\** | Leslie A. Berkoff<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530<br>lberkoff@moritthock.com<br>*Attorneys for Unifi Equipment Finance, Inc.\** |
| Sheryl L. Toby<br>Dykema Gossett PLLC<br>39577 Woodward Ave., #300<br>Bloomfield Hills, MI 48304<br>stoby@dykema.com<br>*Attorneys for FCA US LLC\** | Christopher C. Simpson<br>Stinson Leonard Street LLP<br>1850 N. Central Ave., #2100<br>Phoenix, AZ 85004<br>Christopher.simpson@stinson.com<br>*Attorneys for FCA US LLC\** |
| Dale C. Schian, Esq.<br>Scott R. Goldberg, Esq.<br>Schian Walker, P.L.C.<br>1850 N. Central Ave., #900<br>Phoenix, AZ 85004-4531<br>bkdocket@biz.law<br>*Attorneys for Patricia and Robert Bondurant\** | |

/s/ Louis A. Lofredo