Christopher R. Kaup, Esq., State Bar No. 014820
**TIFFANY & BOSCO** P.A.
Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com
*Attorneys for Patricia and Robert Bondurant*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**NOTICE OF LODGING ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL** |

**NOTICE IS HEREBY GIVEN** that on December 18, 2018 the attached *Order Granting Stipulation for Substitution of Counsel* was lodged with this Court.

RESPECTFULLY SUBMITTED this 18th day of December, 2018.

                **TIFFANY & BOSCO, P.A.**

                By: /s/ Christopher R. Kaup
                   Christopher R. Kaup
                   Seventh Floor, Camelback Esplanade II
                   2525 East Camelback Road
                   Phoenix, Arizona 85016
                   *Attorneys for Patricia and Robert Bondurant*

**FOREGOING** electronically filed with the Bankruptcy Court this 18th day of December, 2018

**COPIES** served by the Court's electronic notification system if marked with an "*" or otherwise mailed, this or the next business day to:

| | |
|---|---|
| Hilary L Barnes<br>Philip J Giles<br>Allen Barnes & Jones, PLC<br>1850 N. Central Ave., Suite 1150<br>Phoenix, AZ 85004<br>Email: hbarnes@allenbarneslaw.com<br>Email: pgiles@allenbarneslaw.com<br>*Debtor's attorneys** | Bob Bondurant School of High Performance Driving, Inc.<br>20000 S. Maricopa Road, Gate 3<br>Chandler, AZ 85226<br>*Debtor* |
| Elizabeth C. Amorosi<br>Patty Chan<br>Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003<br>Email: Elizabeth.C.Amorosi@usdoj.gov<br>*Attorney for US Trustee** | Warren J. Stapleton<br>Osborn Maledon<br>2929 N. Central Ave., Ste 2100<br>Phoenix, AZ 85012<br>wstapleton@omlaw.com<br>*Attorneys for Sun Valley Marina Development Corp.** |
| Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>mshriro@singerlevick.com<br>*Attorneys for Moses Smith Racing LLC** | Thomas E. Littler<br>Littler, PC<br>341 W Secretariat Dr.<br>Phoenix, AZ 85284<br>telittler@gmail.com<br>*Attorneys for Semple Marchal Cooper PLC** |
| Larry O. Folks<br>Folks Hess Kass, PLLC<br>1850 North Central Ave., Suite 1140<br>Phoenix, AZ 85004<br>folks@folkshesskass.com<br>*Attorneys for JPMorgan Chase Bank, NA** | Leslie A. Berkoff<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530<br>lberkoff@moritthock.com<br>*Attorneys for Unifi Equipment Finance, Inc.** |

| | | |
|---|---|---|
| 1 | Sheryl L. Toby<br>Dykema Gossett PLLC | Christopher C. Simpson<br>Stinson Leonard Street LLP |
| 2 | 39577 Woodward Ave., #300<br>Bloomfield Hills, MI 48304 | 1850 N. Central Ave., #2100<br>Phoenix, AZ 85004 |
| 3 | stoby@dykema.com | Christopher.simpson@stinson.com |
| 4 | *Attorneys for FCA US LLC\** | *Attorneys for FCA US LLC\** |

Dale C. Schian, Esq.
Scott R. Goldberg, Esq.
Schian Walker, P.L.C.
1850 N. Central Ave., #900
Phoenix, AZ 85004-4531
bkdocket@biz.law
*Attorneys for Patricia and Robert Bondurant\**

/s/ Louis A. Lofredo

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL** |

The Court having reviewed the *Stipulation for Substitution of Counsel* ("Stipulation")(Doc 100), and good cause appearing,

**IT IS ORDERED** that the Stipulation is granted.

**IT IS FURTHER ORDERED** that the law firm of Schian Walker, P.L.C. is withdrawn as counsel of record for Patricia and Robert Bondurant.

**IT IS FURTHER ORDERED** that the law firm of Tiffany & Bosco P.A. is substituted as counsel for Patricia and Robert Bondurant.

**IT IS FURTHER OREDERED** that all notices, pleadings, orders, and other matters shall be provided to Christopher R. Kaup of Tiffany & Bosco P.A.

**DATED AND SIGNED ABOVE.**