# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL** |

The Court having reviewed the *Stipulation for Substitution of Counsel* ("Stipulation")(Doc 100), and good cause appearing,

**IT IS ORDERED** that the Stipulation is granted.

**IT IS FURTHER ORDERED** that the law firm of Schian Walker, P.L.C. is withdrawn as counsel of record for Patricia and Robert Bondurant.

**IT IS FURTHER ORDERED** that the law firm of Tiffany & Bosco P.A. is substituted as counsel for Patricia and Robert Bondurant.

**IT IS FURTHER OREDERED** that all notices, pleadings, orders, and other matters shall be provided to Christopher R. Kaup of Tiffany & Bosco P.A.

**DATED AND SIGNED ABOVE.**