

**Brenda K. Martin, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>**BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,**<br><br><br>DEBTOR. | In Proceedings Under Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER GRANTING MOTION OF GOODYEAR TO FILE AGREEMENTS UNDER SEAL** |

Upon, the *Motion Pursuant to Section 107(b) of the Bankruptcy Code Rule 9018 of the Federal Rules of Bankruptcy Procedure for an Order Granting Leave to File Agreements Under Seal* (the "Motion") of The Goodyear Tire & Rubber Company (the "Movant") having been considered, it is:

**ORDERED** that the Motion is **GRANTED** and the Movant is authorized to file the following under seal: the Agreements[1] in support of the *Motion for Relief from the Automatic Stay* [Docket Entry No. 94]. Movant shall be required to deliver the Agreements only to the Debtor, the Court, and the U.S. Trustee only upon further order of the Court.

**DATED AND SIGNED ABOVE.**

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.