
## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY COUNSEL FOR THE DEBTOR** |

**APPLICATION PERIOD: OCTOBER 2, 2017 THROUGH NOVEMBER 9, 2018**

Upon consideration of the *First Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Debtor* ("Application") [Dkt. No. 79] filed by Allen Barnes & Jones, PLC ("AB&J") as counsel for the Debtor, proper notice of the Application having been given [Dkt. Nos. 78 and 82], the Debtor having reviewed and approved the Application, no objections thereto having been filed, and other good cause appearing,

**IT IS HEREBY ORDERED** approving the Application and allowing AB&J compensation of fees in this case in the amount of $41,270.50 and cost reimbursement of $471.83 for a total of **$41,742.33.**

**IT IS FURTHER ORDERED** authorizing AB&J to apply the funds held in its trust account ($44,468.00) to satisfy the amounts allowed and approved herein.

**DATED AND SIGNED ABOVE**