Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office:  (602) 256-6000
Fax:  (602) 252-4712
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**MOTION FOR EXPEDITED HEARING ON DEBTOR'S MOTION FOR ORDER GRANTING DEBTOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT PURSUANT TO 11 U.S.C. § 364(c)** |

Pursuant to Local Bankruptcy Rule 9013-1(h), Bob Bondurant School of High Performance Driving, Inc. ("Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case (the "Case"), hereby requests the Court to enter an order setting an expedited hearing at its earliest convenience to consider the *Motion For Order Granting Debtor Authority to Enter into Insurance Premium Finance Agreement Pursuant to 11 U.S.C. § 364(c)* ("Motion") [Dkt. No. 110], pursuant to which the Debtor requests from the Court approval and authority (a) to enter into an insurance premium finance agreement (the "Agreement") with AFCO Credit Corporation ("AFCO") to finance the payment of the Debtor's insurance premiums, and (b) to grant to AFCO a security interest in (i) any and all unearned premiums and dividends that may become payable to the Debtor under the financed insurance policies in the event of cancellation of the related insurance policies; (ii) any loss payments that may reduce the unearned premiums, subject to any loss payee interests, and (iii) any interest in any state guarantee funds relating to any financed policy.

The financing discussed in the Motion is crucial to the Debtor maintaining its insurance, protecting its operations, and preserving its cashflow. The premiums to be financed relate to insurance policies that took effect on January 1, 2019 (although the Debtor obtained an extension of its D&O policy to February 1, 2019). The Debtor worked with its insurance broker, Lovett & Touche, Inc. throughout December to obtain the insurance coverage, receiving confirmation of coverage on Friday, December 28, 2018 (before the long holiday weekend), and obtained the Agreement on January 2, 2019, the same day it filed the Motion. Without the financing, the Debtor will have no insurance, and without insurance, the Debtor cannot operate. Therefore, the Debtor respectfully requests the Court to set a hearing to consider the Motion at the earliest possible date.

In support of this Motion for Expedited Hearing, the Debtor respectfully states as follows:

## I. JURISDICTION AND VENUE

1. The Debtor filed a voluntary bankruptcy petition for relief in the District of Arizona under Chapter 11 on October 2, 2018. The Debtor continues to operate its business as a debtor-in-possession in accordance with Code §§ 1107 and 1108.

2. This Court has jurisdiction over the Case under 28 U.S.C. §§ 157 and 1334. This Motion is a core proceeding related to the administration of the bankruptcy estate under 28 U.S.C. § 157(b)(2)(A).

3. The Debtor maintains its headquarters and principal place of business in Chandler, Arizona. Accordingly, venue for this Case is proper in this District under 28 U.S.C. §§ 1408 and 1409.

4. No trustee or examiner has been appointed in this case, nor has an official committee of unsecured creditors been appointed.

## II. FACTUAL BACKGROUND

5. In the ordinary course of its business providing high performance driving instruction, the Debtor must maintain various insurance policies to protect its assets, its students,

and to continue its operations.

6. The required insurance policies are set forth as Exhibit A to the Motion and include a commercial and general liability policy, an excess coverage policy, and a management liability policy. The commercial and general liability and excess coverage policies were effective on January 1, 2019, and the management liability policy becomes effective February 1, 2019.

7. The Debtor worked with its insurance broker, Lovett & Touche, Inc., to obtain the coverages necessary to continue its operations, but did not receive confirmation of continued coverage until Friday, December 28, 2018. The Debtor notified interested parties of the continuation of coverage as soon as it had confirmation. Lovett & Touche, Inc. was closed for the holiday until January 2, 2019. The Debtor received the insurance premium financing agreement on January 2, 2019 and filed the Motion as soon as practicable.

8. After making reasonable efforts, the Debtor has been unable to locate any source of unsecured premium financing. Working with Lovitt & Touche, Inc., the Debtor contacted and negotiated with numerous insurance companies regarding coverage and payment terms, but none were willing to provide alternative payment terms to payment in full. The only company willing to finance the premium was AFCO, pursuant to the terms set forth in the Agreement.

9. As discussed in the Motion, at this time, the Debtor cannot pay the collective total of the annual premiums for the policies, which is $264,635.84. The Debtor cannot renew and/or obtain the insurance policies unless the premiums are financed.

10. The Agreement requires the Debtor to make a 35% down payment in the amount of $96,122.54 and to make 7 monthly payments, each in the amount of $25,928.70. The annual percentage rate is 5.0 percent. Under the Agreement, the total amount financed is $178,513.30, and the total payment amount is $181,500.90. The Debtor has sufficient funds to pay the required down payment.

11. To continue its insurance coverage, the Debtor requests the Court to consider the Motion on an expedited basis so that the Debtor's operations are not disrupted and the estate's

assets remain protected.

## III. REQUESTED RELIEF

12. Pursuant to pursuant to Local Bankruptcy Rule 9013-1(h), the Debtor respectfully requests the Court to set an expedited hearing on an accelerated notice to consider the Motion. The Debtor has provided advance notice of this Motion for Expedited Hearing to certain parties-in-interest and is unaware of any parties who oppose or will oppose its request for an expedited hearing.

## IV. NOTICE

13. Pursuant to the service list on the Motion, the Motion was provided to the following parties, who will also receive immediate notice of this Motion for Expedited Hearing:

Lovitt & Touche, Inc.
7202 E. Rosewood, 2nd Floor, #200
Tucson, AZ 85710
lheppler@lovitt-touche.com
bwilder@lovitt-touche.com
rpassey@lovitt-touche.com
tzelinko@lovitt-touche.com

Elizabeth C. Amorosi
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

Jared G. Parker
Parker Schwartz, PLLC
7310 N. 16th St., Suite 330
Phoenix AZ 85020
jparker@psazlaw.com
*Attorneys for Goodyear*

Christopher R. Kaup
Richard C. Gramlich
TIFFANY & BOSCO, P.A.
Seventh Floor, Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
crk@tblaw.com
rcg@tblaw.com
*Attorneys for Robert and Patricia C. Bondurant*

14. Given the exigent circumstances here, the Debtor submits that it is not feasible to give any other notice. Accordingly, the Debtor requests that the Court waive and dispense with the requirement of any further notice for the Motion.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order, the proposed form of which is attached hereto as **Exhibit A**, setting an expedited hearing to consider the Motion at the Court's earliest convenience.

DATED: January 3, 2019.

**ALLEN BARNES & JONES, PLC**

/s/ *HLB #19669*
Hilary L. Barnes
Philip J. Giles
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
*Attorneys for the Debtor*

**E-FILED** on January 3, 2019 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.
**COPY** mailed same date via U.S. Mail to:

OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

Lovitt & Touche, Inc.
7202 E. Rosewood, 2nd Floor, #200
Tucson, AZ 85710
lheppler@lovitt-touche.com
bwilder@lovitt-touche.com
rpassey@lovitt-touche.com
tzelinko@lovitt-touche.com

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

Christopher R. Kaup
Richard C. Gramlich
TIFFANY & BOSCO, P.A.
Seventh Floor, Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
crk@tblaw.com
rcg@tblaw.com
*Attorneys for Robert and Patricia C. Bondurant*

Elizabeth C. Amorosi
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Jared G. Parker, Esq.
Parker Schwartz, PLLC
7310 N. 16th St., Suite 330
Phoenix AZ 85020
jparker@psazlaw.com
*Attorneys for Goodyear.*

*/s/ Carol McDonald*

# Exhibit A

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER SETTING FOR EXPEDITED HEARING ON DEBTOR'S MOTION FOR ORDER GRANTING DEBTOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT PURSUANT TO 11 U.S.C. § 364(c)**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Hearing Place: 230 N. First Street<br>                   Courtroom 701<br>                   Phoenix, AZ 85003 |

      Having reviewed and considered the *Motion for Expedited Hearing on Debtor's Motion for Order Granting Debtor Authority to Enter Into Insurance Premium Finance Agreement* ("Motion for Expedited Hearing") filed by the Bob Bondurant School of High Performance Driving, Inc. ("Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, the Debtor having complied with LBR 9103-1(h) and having provided adequate and proper notice of the Motion for Expedited Hearing under the circumstances to interested parties and all parties requesting ECF notice, and no other notice being necessary, and good cause appearing for the prompt consideration of the Debtor's *Motion For Order Granting Debtor Authority to Enter into Insurance Premium Finance Agreement Pursuant to 11 U.S.C. § 364(c)* ("Motion") [Dkt. No. 110],

**IT IS HEREBY ORDERED** granting the Motion for Expedited Hearing.

**IT IS FURTHER ORDERED** setting an expedited hearing on _____ \_\_\_, 2019 at _____ **a.m./p.m.** to be held at the United States Bankruptcy Court, District of Arizona, 230 North First Avenue, 7th Floor, Courtroom 701, Phoenix, Arizona 85003 to consider the Motion.

**IT IS FURTHER ORDERED** that the Debtor shall immediately serve a copy of this Order upon those parties receiving the Motion and the Motion for Expedited Hearing and file a certificate of service thereof.

**DATED AND SIGNED ABOVE**