
# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **STIPULATED ORDER EXTENDING DEADLINE FOR DEBTOR TO RESPOND TO THE GOODYEAR TIRE & RUBBER COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |

Upon consideration of the agreement as provided herein by and among the Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession ("**Debtor**") and The Goodyear Tire & Rubber Company ("**Goodyear**" and with the Debtor, the "**Parties**"), and as indicated by the Parties' respective counsel's signatures herein, the Parties have agreed to extend the deadline for Debtor to respond to Goodyear's *Motion for Relief from Automatic Stay* [ECF No. 94] ("**Motion**") to January 7, 2019, on the condition that neither the Debtor nor Goodyear shall be entitled to any rights or required to perform any obligations under the Goodyear Sponsorship Agreement or the Trademark License Agreement (together, the "**Agreements**"), while resolution of the Motion remains pending. Wherefore, pursuant to the Parties' agreement herein and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The deadline for Debtor to respond to Goodyear's Motion shall be extended to January 7, 2019.

2. Neither the Debtor nor Goodyear is entitled to any rights or required to perform any obligations under the Agreements while resolution of the Motion remains pending. The foregoing rights include, without limitation, the Debtor's right to order tires under the Goodyear Sponsorship Agreement or to authorize third party manufacturers the right to use Goodyear's trademarks under the Trademark License Agreement.

3. Except as specifically stated herein, the Parties do not waive, and specifically reserve, any rights that they may have with respect to the Agreements.

**DATED AND SIGNED ABOVE.**

APPROVED AS TO FORM AND CONTENT:

| **ALLEN BARNES & JONES, PLC** | **PARKER SCHWARTZ, PLLC** |
|---|---|
| /s/ *HLB #19669* | /s/ Jared G. Parker (*with permission*) |
| Hilary L. Barnes | Jared G. Parker |
| Philip J. Giles | 7310 North 16th Street, Suite 330 |
| 1850 N. Central Avenue, Suite 1150 | Phoenix, Arizona 85020 |
| Phoenix, Arizona 85004 | *Attorney for Goodyear* |
| *Attorneys for the Debtor* | |