ORDERED ACCORDINGLY.

Dated: January 3, 2019



_____
**Brenda K. Martin, Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER SETTING FOR EXPEDITED HEARING ON DEBTOR'S MOTION FOR ORDER GRANTING DEBTOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT PURSUANT TO 11 U.S.C. § 364(c)**<br><br>Hearing Date: January 10, 2019<br>Hearing Time: 10:30 a.m.<br>Hearing Place: 230 N. First ~~Street~~ Avenue<br>       Courtroom 701<br>       Phoenix, AZ<br>       85003 (BKM) |

Having reviewed and considered the *Motion for Expedited Hearing on Debtor's Motion for Order Granting Debtor Authority to Enter Into Insurance Premium Finance Agreement* ("Motion for Expedited Hearing") filed by the Bob Bondurant School of High Performance Driving, Inc. ("Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, the Debtor having complied with LBR 9103-1(h) and having provided adequate and proper notice of the Motion for Expedited Hearing under the circumstances to interested parties and all parties requesting ECF notice, and no other notice being necessary, and good cause appearing for the prompt consideration of the Debtor's *Motion For Order Granting Debtor Authority to Enter into Insurance Premium Finance Agreement Pursuant to 11 U.S.C. § 364(c)* ("Motion") [Dkt. No. 110],

{00145741}
Case 2:18-bk-12041-BKM   Doc 115   Filed 01/03/19   Entered 01/04/19 07:13:49   Desc
Main Document   Page 1 of 2

**IT IS HEREBY ORDERED** granting the Motion for Expedited Hearing.

**IT IS FURTHER ORDERED** setting an expedited hearing on **January 10, 2019 at 10:30 a.m.** to be held at the United States Bankruptcy Court, District of Arizona, 230 North First Avenue, 7th Floor, Courtroom 701, Phoenix, Arizona 85003 to consider the Motion.

(BKM) **IT IS FURTHER ORDERED** that the Debtor shall immediately serve a copy of this Order upon ~~those parties receiving the Motion and the Motion for Expedited Hearing~~ all creditors and parties in interest, and file a certificate of service thereof.

**DATED AND SIGNED ABOVE**