Christopher C. Simpson (AZ Bar #018626)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
christopher.simpson@stinson.com

Sheryl L. Toby (P39114)
Dykema Gossett PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
Tel: 248-203-0522
Fax: 855-232-1790
Email: stoby@dykema.com

*Counsel for FCA US LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**CERTIFICATE OF SERVICE AND NO OBJECTIONS RE: STIPULATED ORDER GRANTING STAY RELIEF, ADEQUATE PROTECTION AND CONDITIONAL REJECTION OF CONTRACT** |
| FCA US LLC,<br>              Movant,<br>vs.<br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,<br><br>              Respondent. | |

I, Christopher C. Simpson, counsel for FCA US LLC, hereby certify as follows:

1. On November 30, 2018, I filed the *Notice of Filing Stipulated Order Granting Stay Relief, Adequate Protection and Conditional Rejection of Contract (Vehicles Attached Hereto As Exhibit A General Materials On Exhibit B)* ("Stipulated Order") [DE 76].

2. The time to object to the Stipulated Order has expired, and, as of the date of this certification, counsel has received no objections, and no objections have been filed, according to the Court's electronically maintained docket.

3. Accordingly, FCA US, LLC's counsel requests that the Court enter the Stipulated Order, which has been lodged contemporaneously herewith.

RESPECTFULLY SUBMITTED this 4th day of January, 2019.

**STINSON LEONARD STREET LLP**

/s/ Christoper C. Simpson
Christopher C. Simpson
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
*Attorneys for FCA US, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

**COPY** mailed same date via U.S. Mail to:

| | |
|---|---|
| Bancorp Bank<br>Attn: Lease Payment Center<br>P.O. Box 140733<br>Orlando, FL 32814-0733 | Chase Cardmember Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia, PA 19176-0251 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 |
| 2060 Digital Phoenix Hubbard<br>Lockbox #511553<br>P.O. Box 511553<br>Los Angeles, CA 90051-8108 | Goodyear<br>200 Innovation Way<br>Akron, OH 44306 |

| | |
|---|---|
| Clifton Larson Allen LLP<br>P.O. Box 31001-2433<br>Pasadena, CA 91110-2433 | S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix, AZ 85040 |
| Arizona Business Bank Cardmember Services<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe, AZ 85284 |
| Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine, CA 92614 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 |
| Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix, AZ 85007 | Crain Communications Inc.<br>29588 Network Place<br>Chicago, IL 60673-1295 |
| Dig-Phoenix<br>P.O. Box 730824<br>Dallas, TX 75373-0824 | Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork, UT 84003 |
| Firefly Graphics Inc.<br>734 W. Main Street<br>Mesa, AZ 85201 | |

/s/Karen Graves