# Exhibit A

1
2
3
4
5
6

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 |
| BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **STIPULATED ORDER GRANTING STAY RELIEF, ADEQUATE PROTECTION AND CONDITIONAL REJECTION OF CONTRACT** |
| | (Vehicles Attached Hereto As Exhibit A; General Materials On Exhibit B) |
| FCA US LLC, | |
| Movant, | |
| vs. | |
| BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC., | |
| Respondent. | |

FCA US LLC ("**FCA**") and Bob Bondurant School of High Performance Driving, Inc. ("**Debtor**" or "**Bondurant School**"), having agreed to the terms set forth herein and stipulated to entry of this Order to resolve certain post-petition issues between FCA and the Bondurant School, the Court having considered the stipulation and the entire record before the Court, and after due deliberation thereon and sufficient cause appearing therefore;

THE COURT HEREBY FINDS AND CONCLUDES:

A.     Generally, pursuant to certain promotional packages offered by FCA to qualifying consumer owners of (i) certain FCA Dodge vehicles that purchased an SRT trim package, or (ii) certain Fiat vehicles that purchased the Abarth trim package, such consumers are entitled to a one-day free class at Bondurant School. Consequently, the Bondurant School's inability to hold its classes or to perform can cause damage to Bondurant School, FCA, and consumers who incur costs to attend the classes.

B.     There were two promotional contracts between FCA and the Bondurant School (detailed below) which are exclusive contracts in that Bondurant School, with limited exception, can only use certain FCA-owned vehicles for its classes, and FCA provides a fleet of vehicles owned by FCA for use by the Bondurant School.

C.     FCA and Debtor are parties to a Promotional Agreement dated October 6, 2015 as amended on March 21, 2018 (the "**Dodge Contract**"). The original parties and only parties that can claim an interest in the contract are FCA and the Bondurant School. As part of the terms of the Dodge Contract, FCA provided, on an at-will bailment basis, a fleet of vehicles owned by FCA and which Bondurant School uses in its operations pursuant to the terms of the Dodge Contract.

D.     The Bondurant School and FCA were parties to a Promotional Agreement involving certain Fiat brand vehicles (the "**Fiat Contract**") pursuant to which FCA provided certain Fiat brand vehicles which the Bondurant School could use exclusively to provide classes for qualifying consumer customers that purchased certain Fiat vehicles with the Abarth trim package. The Fiat Contract expired by its own terms pre-petition in August 2018 and FCA and the Bondurant School were in negotiations regarding the Fiat Contract when the Bondurant School filed its petition.

E.     Attached as Exhibit A is FCA's list (the "**FCA List**") of the FCA-owned Dodge and Fiat vehicles that it supplied to the Bondurant School on an at-will bailment basis which are owned by FCA and which FCA maintains should be in the Bondurant School's possession. At the time of delivery, FCA maintains the combined manufacturer's suggested retail price (MSRP)

for the vehicles on the FCA List was approximately $9.0 million. The FCA List changes from time to time as vehicles are "swapped" in and out for maintenance, repair, or replacement.

F. In addition, FCA owns promotional materials with FCA trademarked references such as flags and other items associated with providing the classes such as, for example, tires, that are either provided directly by FCA or paid for and owned by FCA and that are to be used solely in connection with the Program classes (the "**Other FCA Items**") and as also generally described on the attached Exhibit B. All of the vehicles on the FCA List (as modified as vehicles are swapped) (collectively the "**Vehicles**") and the Other FCA Items are owned by FCA and are not property of the Debtor's estate. The Vehicles together with the Other FCA Items are referred to collectively as the "**FCA Assets**".

G. Both the Dodge Contract and the Fiat Contract (collectively the "**Agreements**") contain specified insurance coverage that must be in place and maintained by the Bondurant School (the "**Insurance Coverage**"). On November 27, 2018, Debtor provided FCA with certain certificates of insurance. The insurance in place expires December 31, 2018 (the "**Insurance Expiration Date**"). Based on the certificates, FCA is concerned that the insurance that is currently in place does not meet the Agreements' requirements, whereas the Debtor believes it is compliant. The Debtor is working to obtain copies of the current insurance policies and when obtained will provide FCA with copies of same. The Bondurant School is also working on putting insurance in place before the Insurance Expiration Date and FCA and the Bondurant School are in discussions regarding the insurance situation.

H. Although the Fiat Contract has expired by its own terms, the parties disagree on whether FCA nevertheless needs to seek relief from the stay to take possession of the Fiat vehicles from Debtor's possession should FCA choose to do so. Notwithstanding any stipulated relief granted herein, that issue and the Parties' rights are preserved.

I. Pursuant to 11 U.S.C. §§361, 362, 363(e) and 365, as set forth herein, the Parties have agreed to modify the automatic stay and provide FCA stay relief under specific circumstances to provide adequate assurances to FCA regarding the protection and security of the FCA Assets while they remain in Bondurant School's possession, and other related relief,

including rejection of the Dodge Agreement in the event FCA is entitled to stay relief with respect to the Dodge vehicles as granted herein.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1.     Upon the occurrence of specific events, as set forth below, FCA is entitled to and is hereby granted relief from the stay pursuant to 11 U.S.C. §362, adequate protection pursuant to 11 U.S.C. §361 and the Dodge Contract is rejected without further notice or hearing in the event that FCA files with the Court a notice that FCA intends to take immediate action (an "**Immediate Action Notice**"), with copies of such notice being sent by overnight mail and/or email  ("**Service**") to counsel for the Debtor, the court-appointed Chief Restructuring Officer for the Bondurant School, any party requesting notice via CM/ECF, and the Office of the U.S. Trustee ("**Notice Parties**").  The triggering events that entitle FCA to file an Immediate Action Notice are:

(a)     If by close of business Wednesday, December 5, 2018, Debtor has not completed and provided an inventory of all FCA Vehicles in its possession (the "**Inventory**") to FCA, with a list and pictures which show the outside of the Vehicles and for each vehicle a picture of the correlating vehicle identification number.  Notwithstanding the foregoing, at its option, FCA may extend the time for completion of the Inventory or provide additional time for the investigation regarding any unaccounted-for Vehicles.  In the event the Inventory is not timely delivered, or three or more of the Vehicles identified on the FCA List are missing and are not located by close of business December 7, 2018, then FCA, at its option, may file and serve an Immediate Action Notice.  However, if after the Inventory is completed and delivered, and any of the aforesaid unaccounted-for Vehicles are located after December 7, 2018, and so long as arrangements have not yet been made by FCA for alternative options for qualifying consumers or carriers to pick up the FCA Vehicles which cannot be cancelled without penalty, the triggering event(s) will be cured, and FCA will withdraw its Immediate Action Notice.

(b)     The Insurance Coverage is not extended by the Insurance Expiration Date for a sufficient period for Debtor to complete its Chapter 11 case (the "**Insurance Extension**") in a manner acceptable to FCA.

IT IS FURTHER ORDERED THAT:

2.     Debtor shall keep FCA fully informed regarding the Bondurant School operations including (i) financial and logistical ability to operate all classes pursuant to the terms of the Agreements; and (ii) status of investor and sale process.

IT IS FURTHER ORDERED THAT:

3.     In the event that any of the following occurs, FCA may file with the court a notice (the "**Court Notice**"), with Service on the Notice Parties, identifying that one or more of the following events have occurred (a "**Trigger Event**"):

a.     A Vehicle is missing and has not been accounted for to FCA's satisfaction;

b.     Debtor fails to notify FCA at least 3 days before any FCA class scheduled pursuant to the Agreements that such class is to be cancelled or otherwise fails to cooperate with FCA regarding communications to consumers regarding any cancelled class(es);

c.     In the event Debtor obtains the Insurance Extension but Debtor fails to establish to FCA's satisfaction that the insurance complies with the terms of the Agreements;

d.     Debtor fails to comply with any material terms of the Agreements;

e.     Debtor discontinues ordinary course operations or fails to hold two or more consecutive classes required by the Agreements; or

f.     This case is converted to Chapter 7, or the Debtor otherwise informs the court it is intending to liquidate.

4.     Upon the filing and Service on the Notice Parties of the Court Notice, the automatic stay provided by 11 U.S.C §362 shall be terminated as to FCA, and the Dodge

Contract is rejected pursuant to 11 U.S.C §365 without further notice or hearing unless Debtor obtains a temporary restraining order from the Court within 5 business days after the Court Notice is filed and served.

IT IS FURTHER ORDERED THAT:

5. At FCA's option, at any time, FCA may file a Court Notice and shall make Service upon the Notice Parties disclosing that it intends to take immediate possession of the Fiat vehicles. In the event that FCA issues such Court Notice, the automatic stay provided by 11 U.S.C §362 (to the extent it was still applicable as of the filing of the Court Notice) shall be terminated as to the Fiat vehicles unless Debtor obtains a temporary restraining order from the Court within 5 business days after the Court Notice is filed and served. Until FCA notifies Debtor of its intent to take immediate possession of the Fiat vehicles, the Parties shall continue to comply with the terms of the Fiat Contract as if it was in full force and effect. For further clarity, a notice by FCA that it intends to take immediate possession of the Fiat vehicles either through contending that it can take possession due to its position that the automatic stay does not apply or by issuing the Court Notice, will not result in automatic rejection of the Dodge Contract.

6. Nothing herein shall be construed as the Debtor's assumption or rejection of the Dodge Contract absent an event (cured or uncured) set forth in paragraphs 1 and 4. The Parties reserve their rights in connection therewith.

7. Immediately upon the issuance of an Immediate Action Notice by FCA, or the issuance of a Court Notice that is not stayed pursuant to the terms of section 5 or 6 above, FCA (or its agents, as directed by FCA) is entitled to secure and retrieve the applicable FCA Assets. FCA and its agents shall be granted immediate reasonable access to the Debtor's premises for the purpose of protecting and removing the applicable FCA Assets, and Debtor (or Chapter 7 Trustee as applicable) will fully cooperate with FCA regarding securing and protecting the Vehicles until they are removed from the Debtor's premises.

8.      In the event any Vehicles are determined to be missing, the Bondurant School (or the Chapter 7 Trustee, as applicable) shall fully cooperate with FCA regarding any investigation and insurance, police or other reporting of any missing Vehicle.

9.      The above is without prejudice to FCA's ability to seek additional or different relief and any rights, claims or interests that FCA may have against the Debtor or other related parties.

10.     This Order shall remain in full force and effect upon conversion of this case to a Chapter 7, is binding upon any subsequently appointed Trustee, and the findings and conclusions of the Court shall survive any dismissal of this Bankruptcy Case.

11.     For cause shown, the provisions of Fed. R. Bank. P. 4001(3) shall not apply to the Stipulated Order.

**DATED AND SIGNED ABOVE**

APPROVED TO FORM AND CONTENT:

STINSON LEONARD STREET LLP

/s/ Christopher C. Simpson
*Attorneys for FCA US LLC*

ALLEN BARNES & JONES PLC

/s/ Hilary L. Barnes
*Attorneys for Debtors*

# Exhibit A

| VIN | YR | Trim | Exterior | Interior |
|---|---|---|---|---|
| **Quota** | | | | |
| **Vipers** | | | | |
| DV400658 | 13 to 15 ACR Exterior Only | ACR-Viper-Image Model-Not representative of production | Blk/Wht/Red | Race Interior |
| GV100305 | 2016 | Viper ACR | Viper White | High Grip Alcantara Leather Seat-Black/Red |
| GV100327 | 2016 | Viper GTC | Viper White | Sabelt - Leather Bucket Seats-Black/Demonic Red |
| **Challenger** | | | | |
| GH191589 | 2016 | Challenger Hellcat | Pitch Black | Suede/Nappa Perform Seat SRT Logo-Black/Ruby Red |
| GH191593 | 2016 | Challenger Hellcat | Pitch Black | Suede/Nappa Perform Seat SRT Logo-Black/Ruby Red |
| GH191594 | 2016 | Challenger Hellcat | Pitch Black | Suede/Nappa Perform Seat SRT Logo-Black/Ruby Red |
| GH191595 | 2016 | Challenger Hellcat | Pitch Black | Suede/Nappa Perform Seat SRT Logo-Black/Ruby Red |
| GH191597 | 2016 | Challenger Hellcat | Pitch Black | Suede/Nappa Perform Seat SRT Logo-Black/Ruby Red |
| GH191598 | 2016 | Challenger Hellcat | Pitch Black | Suede/Nappa Perform Seat SRT Logo-Black/Ruby Red |
| GH191599 | 2016 | Challenger Hellcat | Pitch Black | Suede/Nappa Perform Seat SRT Logo-Black/Ruby Red |
| GH191600 | 2016 | Challenger Hellcat | Pitch Black | Suede/Nappa Perform Seat SRT Logo-Black/Ruby Red |
| JH245191 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245192 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245166 | 2018 | Challenger Hellcat Widebody | Pitch Black w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245169 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |

| | | | | |
|---|---|---|---|---|
| JH245176 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245177 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245181 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245184 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245186 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245188 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH321346 | 2018 | Challenger Hellcat Widebody | White Knuckle | Hellcat Logo Nappa/Alcantara/Black |
| JH245168 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245170 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245171 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245174 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245180 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245182 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245187 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |

| | | | | |
|---|---|---|---|---|
| JH245190 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| **Demons** | | | | |
| JH110257 | 2018 | Challenger-Demon | Yellow Jacket | |
| JH110258 | 2018 | Challenger-Demon | White Knuckle | |
| JH110255 | 2018 | Challenger-Demon | Go Mango | |
| JH110256 | 2018 | Challenger-Demon | Octane Red | |
| **Charger** | | | | |
| GH253817 | 2016 | CHARGER HELLCAT | Pitch Black | |
| GH253818 | 2016 | CHARGER HELLCAT | Pitch Black | |
| GH253819 | 2016 | CHARGER HELLCAT | Pitch Black | |
| GH253820 | 2016 | CHARGER HELLCAT | Pitch Black | |
| GH253821 | 2016 | CHARGER HELLCAT | Pitch Black | |
| **Military/Law Enforcement 4 Total** | | | | |
| JC315338 | 2018 | Durango SRT AWD | White Knuckle | Leather Trimmed Bucket Seats/Black |
| JC315340 | 2018 | Durango SRT AWD | White Knuckle | Leather Trimmed Bucket Seats/Black |
| **Executive Cars 4 Total** | | | | |
| HC850267 | 2017 | Durango R/T RWD | White Knuckle | Lux Leather Trimmed Bucket Seats-Black |
| HC690307 | 2017 | Durango | Vice White | Lux Leather Trimmed Bucket Seats-Black/Lt Frost Beige |

| | | | | |
|---|---|---|---|---|
| JC315342 | 2018 | Durango SRT AWD | DB Black Crystal | Leather Trimmed Bucket Seats/Black |
| JC315343 | 2018 | Durango SRT AWD | Bruiser Grey | Leather Trimmed Bucket Seats/Black |
| **Show Cars 4 Total** | | | | |
| HH600493 | 2017 | Charger Hellcat | Go Mango w/ Black Painted Roof | Laguna Lt Wgt Perform Emboss Logo-Black |
| JH245167 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| **HPD 1 Total** | | | | |
| HH597847 | 2017 | Charger Hellcat | Pitch Black | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| **HPD/Auto 6 Total** | | | | |
| HH597800 | 2017 | Challenger Hellcat | White Knuckle w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597801 | 2017 | Challenger Hellcat | White Knuckle w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597802 | 2017 | Challenger Hellcat | White Knuckle w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597803 | 2017 | Challenger Hellcat | White Knuckle w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597804 | 2017 | Challenger Hellcat | White Knuckle w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |

| | | | | |
|---|---|---|---|---|
| HH597805 | 2017 | Challenger Hellcat | White Knuckle w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597893 | 2017 | Charger Daytona R/T RWD | Contusion Blue | Daytona Perf Suede/Leather Seats-Black/Brazen Gold |
| HH597894 | 2017 | Charger Daytona R/T RWD | Contusion Blue | Daytona Perf Suede/Leather Seats-Black/Brazen Gold |
| HH597895 | 2017 | Charger Daytona R/T RWD | Contusion Blue | Daytona Perf Suede/Leather Seats-Black/Brazen Gold |
| HH597896 | 2017 | Charger Daytona R/T RWD | Contusion Blue | Daytona Perf Suede/Leather Seats-Black/Brazen Gold |
| **Instructor Cars  14 Total** | | | | |
| HH597833 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597834 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597835 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597836 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597837 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |

| HH597838 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
|----------|------|-----------------|----------|-------------------------------------------|
| HH597839 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597840 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597841 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597842 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597843 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597844 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597845 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |
| HH597846 | 2017 | Charger Hellcat | Go Mango | Suede/Nappa Lt Wgt Perform SRT Logo-Black |

**GPRR/Arr Class Cars 32 Total**

| | | | | |
|---|---|---|---|---|
| HH597772 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597775 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597778 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597779 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597780 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597781 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597782 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597783 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597785 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597786 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597788 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597789 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597790 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597791 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |

| | | | | |
|---|---|---|---|---|
| HH597794 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597795 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| HH597796 | 2017 | Challenger Hellcat | Yellow Jacket w/Satin Black Hood | SRT Nappa/Suede W/Hellcat Logo-Black |
| JC315341 | 2018 | Durango SRT AWD | White Knuckle | Leather Trimmed Bucket Seats/Black |
| JH245203 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245206 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245196 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245198 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245201 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245207 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245194 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245202 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245199 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JC315339 | 2018 | Durango SRT AWD | White Knuckle | Leather Trimmed Bucket Seats/Black |

| | | | | |
|---|---|---|---|---|
| JH245195 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245200 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245204 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245205 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245208 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245197 | 2018 | Challenger SRT 392 | White Knuckle | SRT Logo Nappa/Alcantara Seat/Black |
| JH245172 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245173 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245175 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245178 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245179 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245183 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245189 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |
| JH245193 | 2018 | Challenger Hellcat Widebody | Yellow Jacket w/Painted Black Satin Hood | Hellcat Logo Laguna Leather Seat/Black |

**Support Vehicles**

| | | | | |
|---|---|---|---|---|
| GG234524 | 2016 | RAM 2500 Crew 4x4 Big Horn | Delmonico Red Pearl | Cloth 40/20/40 Prem Bench Seat-Black/Diesel Gray |
| GG234525 | 2016 | RAM 2500 Crew 4x4 Big Horn | Delmonico Red Pearl | Cloth 40/20/40 Prem Bench Seat-Black/Diesel Gray |
| EE121397 | 2014 | PROMASTER | Black | |
| EE121395 | 2014 | PROMASTER | Black | |
| G6B01775 | 2016 | Promaster City Waygon | Deep Red Metallic | |
| | | | | |

| Wheels | Tires | Engine-Transmission | Other Options | MSRP |
|---|---|---|---|---|
| | | | | |
| Rattler (5 Spoke), Hyper Black | | 6-Speed Manual | Big Wing | $ 101,990.00 |
| WP8S 19X11.0 19X13.0 Santana Alum Wheels | | 8.4L V10-6 Speed Manual | Extreme Aero Package, ACR Seat Belts, Center Band Paint Stripe-Red | $ 138,340.00 |
| WPA 18X10.5 19X13.0 Sidewinder II Matte Whls | | 8.4L V10-6 Speed Manual | Time Attack Group 2.0, SRT Hood | $ 111,790.00 |
| | | | | |
| WH3 20" x 9.5" Matte Black Lightweight Forged Aluminum | | 6.2L V8 Supercharger-6-Spd Manual | | $ 65,385.00 |
| WH3 20" x 9.5" Matte Black Lightweight Forged Aluminum | | 6.2L V8 Supercharger-6-Spd Manual | | $ 65,385.00 |
| WH3 20" x 9.5" Matte Black Lightweight Forged Aluminum | | 6.2L V8 Supercharger-6-Spd Manual | | $ 65,385.00 |
| WH3 20" x 9.5" Matte Black Lightweight Forged Aluminum | | 6.2L V8 Supercharger-6-Spd Manual | | $ 65,385.00 |
| WH3 20" x 9.5" Matte Black Lightweight Forged Aluminum | | 6.2L V8 Supercharger-6-Spd Manual | | $ 65,385.00 |
| WH3 20" x 9.5" Matte Black Lightweight Forged Aluminum | | 6.2L V8 Supercharger-6-Spd Manual | | $ 65,385.00 |
| WH3 20" x 9.5" Matte Black Lightweight Forged Aluminum | | 6.2L V8 Supercharger-6-Spd Manual | | $ 65,385.00 |
| WH3 20" x 9.5" Matte Black Lightweight Forged Aluminum | | 6.2L V8 Supercharger-6-Spd Manual | | $ 65,385.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Red Seat Belts, Power Sunroof | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |

| | | | | | |
|---|---|---|---|---|---|
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 8-Spd Auto | Rear Seat Delte Group, Painted Black Satin Hood, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |

| | | | | | |
|---|---|---|---|---|---|
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ | 75,775.00 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | $ | 87,686.00 |
| | | | | $ | 89,585.00 |
| | | | | $ | 87,686.00 |
| | | | | $ | 87,686.00 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | $ | 71,230.00 |
| | | | | $ | 71,230.00 |
| | | | | $ | 71,230.00 |
| | | | | $ | 71,230.00 |
| | | | | $ | 71,230.00 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| WPF 20x10.0 Lo-Gloss Blk Multispoke | 295/45ZR20 BSW All Season | 6.4L V8 SRT HEMI 8-Spd Auto | SRT Interior Appearance Group, 2nd Row Console w/Armrest & Storage | $ | 66,680.00 |
| WPF 20x10.0 Lo-Gloss Blk Multispoke | 295/45ZR20 BSW All Season | 6.4L V8 SRT HEMI 8-Spd Auto | SRT Interior Appearance Group, 2nd Row Console w/Armrest & Storage | $ | 66,680.00 |
| ■ | ■ | ■ | ■ | ■ | ■ |
| 265/50R20 BSW All Season | | 5.7L V8  8-Spd Auto | Technology Group, Blacktop Package, Trailer Tow Group IV, 2nd Row Fold/Tumble Captain Chairs, 2nd Row Consol w/Armrest & Storage, Power Sunroof | $ | 49,265.00 |
| 265/50R20 Performance A/S Tires | | 3.6L V6 | Power Sunroof, Technology Group, 2nd Row Fold/Tumble Captain Chairs, 8.4 Touchscreen Display | $ | 46,675.00 |

| | | | | |
|---|---|---|---|---|
| WPF 20x10.0 Lo-Gloss Blk Multispoke | 295/45ZR/20 BSW 3 Season Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Technology Group, Rear DVD Entertainment Center, SRT Interior Appearance Group, 2nd Row Console w/Armrest&Storage, Power Sunroof | $ 72,960.00 |
| WPF 20x10.0 Lo-Gloss Blk Multispoke | 295/45ZR/20 BSW 3 Season Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Technology Group, Rear DVD Entertainment Center, SRT Interior Appearance Group, 2nd Row Console w/Armrest&Storage, Power Sunroof | $ 72,960.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20X8.0 Gloss Black Aluminum Wheels | 6.2L V8      8 Spd Auto | Power Convenience Group, Harman Kardon Audio Group,  Floormats Front/Rear Right, Floormats Front/Rear Left, Power Sunroof, Black Painted Roof | $ 74,130.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 8-Spd Auto | Red Seat Belts, Power Sunroof | $ 80,465.00 |
| 275/40ZR20 P Zerso Summer Tires | WSB 20X9.5 Brass Monkey | 6.2L V8      8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group | $ 72,225.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8      8-Spd Auto | Painted Black Satin Hood | $ 70,180.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8      8-Spd Auto | Painted Black Satin Hood | $ 70,180.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8      8-Spd Auto | Painted Black Satin Hood | $ 70,180.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8      8-Spd Auto | Painted Black Satin Hood | $ 70,180.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8      8-Spd Auto | Painted Black Satin Hood | $ 70,180.00 |

| | | | | | |
|---|---|---|---|---|---|
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Painted Black Satin Hood | $ 70,180.00 |
| 245/45ZR20 BSW Perf Tires | | 5.7 L V8 | 8-Spd-Auto | Beats Audio Group, Anti-Lock 4-Wheel Disc HD Brakes, Baytona Decals Delete | $ 70,180.00 |
| 245/45ZR20 BSW Perf Tires | | 5.7 L V8 | 8-Spd-Auto | Beats Audio Group, Anti-Lock 4-Wheel Disc HD Brakes, Baytona Decals Delete | $ 70,180.00 |
| 245/45ZR20 BSW Perf Tires | | 5.7 L V8 | 8-Spd-Auto | Beats Audio Group, Anti-Lock 4-Wheel Disc HD Brakes, Baytona Decals Delete | $ 70,180.00 |
| 245/45ZR20 BSW Perf Tires | | 5.7 L V8 | 8-Spd-Auto | Beats Audio Group, Anti-Lock 4-Wheel Disc HD Brakes, Baytona Decals Delete | $ 70,180.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |

| | | | | | |
|---|---|---|---|---|---|
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 | 8-Spd Auto | Power Convenience Group, Harman Kardon Audio Group, Floormats Front/Rear Right, Front/Rear Left | $ 70,635.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8 Manual | 6 Speed | Black Satin Hood | $ | 67,185.00 |

| | | | | | |
|---|---|---|---|---|---|
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8    6 Speed Manual | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8    6 Speed Manual | Black Satin Hood | $ | 67,185.00 |
| 275/40ZR20 All Season Perf Tires-Pirelli | WEB 20x9.5 SRT LowGloss Black Perf | 6.2L V8    6 Speed Manual | Black Satin Hood | $ | 67,185.00 |
| WPF 20x10.0 Lo-Gloss Blk Multispoke | 295/45ZR20 BSW All Season | 6.4L V8 SRT HEMI 8-Spd Auto | SRT Interior Appearance Group, 2nd Row Console w/Armrest & Storage | $ | 67,185.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ | 66,680.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ | 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ | 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ | 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ | 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ | 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ | 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ | 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ | 52,980.00 |
| WPF 20x10.0 Lo-Gloss Blk Multispoke | 295/45ZR20 BSW All Season | 6.4L V8 SRT HEMI 8-Spd Auto | SRT Interior Appearance Group, 2nd Row Console w/Armrest & Storage | $ | 52,980.00 |

| | | | | |
|---|---|---|---|---|
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ 52,980.00 |
| SRT Low Gloss Black Perf Whls | 275/40ZR20 P Zero Summer Tires | 6.4L V8 SRT HEMI 8-Spd Auto | Red Seat Belts | $ 52,980.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |
| Devil's Rim Aluminum Wheels | 305/35ZR20 P Zero Summer Tires | 6.2L V8 SRT HEMI 6-Spd MANUAL | Rear Seat Delete Group, Brake Calipers-Black | $ 75,775.00 |

| | | | | |
|---|---|---|---|---|
| WBEP 18X8.0 Polished Aluminum Wheels | | 6.7L I6 Turbo Diesel Engine-Auto Transmission | Protection Group, 180 Amp Alternator, Power Black trailer Tow Mirrors, Ctr Stop Lamp w/Cargo View Camera, Uconnect 8.4 NAV, Park View-Rear Back-up Camera, ParkSense FT/RR Park Assist System, Power Adjustable Pedals, Spray in Bedliner | $ 57,680.00 |
| WBEP 18X8.0 Polished Aluminum Wheels | | 6.7L I6 Turbo Diesel Engine-Auto Transmission | Protection Group, 180 Amp Alternator, Power Black Trailer Tow Mirrors, Ctr Stop Lamp w/Cargo View Camera, Uconnect 8.4 NAV, Park View-Rear Back-up Camera, ParkSense FT/RR Park Assist System, Power Adjustable Pedals, Spray in Bedliner | $ 57,680.00 |
| | | | | $ 38,070.00 |
| | | | | $ 38,070.00 |
| | | | | $ 30,790.00 |
| | | | | $ 8,215,648.00  Total |

| Vin | MY | Make | MSRP |
|---|---|---|---|
| H0109246 | 17 | Fiat Spider | $31,271.00 |
| H0109243 | 17 | Fiat Spider | $31,271.00 |
| H0109241 | 17 | Fiat Spider | $31,271.00 |
| H0109152 | 17 | Fiat Spider | $32,500.00 |
| H0109091 | 17 | Fiat Spider | $32,500.00 |
| H0109067 | 17 | Fiat Spider | $31,271.00 |
| H0108991 | 17 | Fiat Spider | $31,271.00 |
| H0108776 | 17 | Fiat Spider | $31,271.00 |
| H0108769 | 17 | Fiat Spider | $32,500.00 |
| H0108574 | 17 | Fiat Spider | $31,271.00 |
| H0107991 | 17 | Fiat Spider | $31,271.00 |
| H0106320 | 17 | Fiat Spider | $32,500.00 |
| H0100260 | 17 | Fiat Spider | $33,811.00 |
| HT529797 | 17 | FIAT 500 - FF | $24,672.00 |
| HT529193 | 17 | FIAT 500 - FF | $25,577.00 |
| HT529192 | 17 | FIAT 500 - FF | $25,577.00 |
| HT529191 | 17 | FIAT 500 - FF | $25,577.00 |
| HT529190 | 17 | FIAT 500 - FF | $25,577.00 |
| HT529189 | 17 | FIAT 500 - FF | $25,577.00 |
| HT529188 | 17 | FIAT 500 - FF | $25,577.00 |
| HT529187 | 17 | FIAT 500 - FF | $24,672.00 |
| HT529186 | 17 | FIAT 500 - FF | $24,672.00 |
| HT529185 | 17 | FIAT 500 - FF | $24,672.00 |
| HT529184 | 17 | FIAT 500 - FF | $24,672.00 |
| HT529183 | 17 | FIAT 500 - FF | $24,672.00 |
| HT529182 | 17 | FIAT 500 - FF | $24,672.00 |
| FT502848 | 15 | FIAT 500 - FF | $25,940.00 |
| FT502839 | 15 | FIAT 500 - FF | $25,940.00 |
| FT502837 | 15 | FIAT 500 - FF | $25,940.00 |

# Exhibit B

**FCA trademarked items and any product delivered by FCA, including without limitation, tires, which are for use on the FCA Vehicles.**