# EXHIBIT A-2

# EXHIBIT C

## West Track



# EXHIBIT D

## Access Easement



# EXHIBIT E

**Carousel/Looper**

