# EXHIBIT A-3

**EXHIBIT F**

**Lessor's Maintenance Area**





# EXHIBIT G

**Common Utilities**

