# EXHIBIT A-4

# EXHIBIT H

**Tracks and Associated Areas**



**EXHIBIT I**

**Depiction of Skid Pad**



# EXHIBIT J

## Overhead Entryway Signage


Case 2:18-bk-12041-BKM   Doc 118-4   Filed 01/04/19   Entered 01/04/19 12:53:50   Desc Exhibit A-4   Page 7 of 7