JARED G. PARKER (SBN: 6428)
**PARKER SCHWARTZ, PLLC**
7310 N. 16TH ST., SUITE 330
PHOENIX, ARIZONA 85020
EMAIL: JPARKER@PSAZLAW.COM
TELEPHONE:(602) 282-0476
FACSIMILE:(602) 282-0478
ATTORNEY FOR THE GOODYEAR TIRE & RUBBER COMPANY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>**BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.**,<br><br>DEBTOR.<br><br>**THE GOODYEAR TIRE & RUBBER COMPANY**,<br><br>Movant,<br><br>vs.<br><br>**BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.**,<br><br>Respondent | In Proceedings Under Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO GOODYEAR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Date: January 23, 2019<br>Hearing Time: 1:30PM<br>Location: Courtroom 701 |

NOTICE IS GIVEN that a hearing on Movant's *Motion for Relief from the Automatic Stay* [Docket Entry No. 94; filed December 17, 2018], and Debtor's Objection thereto [Docket Entry No. 120; filed January 7, 2019] shall be held on January 23, 2019 at 1:30 P.M. before the Honorable Brenda K. Martin at the

United States Bankruptcy Court, at 230 N. First Avenue, Courtroom 701, Phoenix, Arizona 85003.

DATED this 9th day of January, 2019.

**PARKER SCHWARTZ, PLLC**

By: /s/ Jared G. Parker 006428
Jared G. Parker (Bar No. 006428)
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0469
Fax: 602-282-0520
Counsel for Goodyear Tire & Rubber Company, Inc.

COPY of the foregoing or mailed and/or emailed this

9th day of January, 2019 to:

Allen Barnes & Jones, PLC
Attn: Hilary L. Barnes
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
hbarnes@allenbarneslaw.com

Allen Barnes & Jones, PLC
Attn: Philip J. Giles
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
pgiles@allenbarneslaw.com

Office of the U.S. Trustee
Attn: Elizabeth C. Amorosi
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003