JARED G. PARKER (SBN: 6428)
**PARKER SCHWARTZ, PLLC**
7310 N. 16TH ST., SUITE 330
PHOENIX, ARIZONA 85020
EMAIL: JPARKER@PSAZLAW.COM
TELEPHONE:(602) 282-0476
FACSIMILE:(602) 282-0478
ATTORNEY FOR THE GOODYEAR TIRE & RUBBER COMPANY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>**BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.**,<br><br>DEBTOR. | In Proceedings Under Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**CERTIFICATE OF SERVICE** |
| **THE GOODYEAR TIRE & RUBBER COMPANY,**<br><br>Movant,<br><br>vs.<br><br>**BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.**,<br><br>Respondent | |

I, Elizabeth Stubbs, an employee of the law firm of Parker Schwartz, PLLC, hereby certify under penalty of perjury that I am over the age of 18, and that, on January 9, 2019, I emailed and mailed via USPS first class mail the *Notice of Hearing on Debtor's Objection to Goodyear's Motion for Relief from the Automatic*

PARKER SCHWARTZ, PLLC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020

*Stay* [Docket Entry No. 121; filed on January 9, 2019] to the Debtor and Trustee at the addresses listed below:

> Allen Barnes & Jones, PLC
> Attn: Hilary L. Barnes
> 1850 N. Central Avenue, Suite 1150
> Phoenix, AZ 85004
> hbarnes@allenbarneslaw.com
>
> Allen Barnes & Jones, PLC
> Attn: Philip J. Giles
> 1850 N. Central Avenue, Suite 1150
> Phoenix, AZ 85004
> pgiles@allenbarneslaw.com
>
> Office of the U.S. Trustee
> Attn: Elizabeth C. Amorosi
> 230 N. 1st Avenue, Suite 204
> Phoenix, AZ 85003

DATED this 9th day of January, 2019.

**PARKER SCHWARTZ, PLLC**


By: /s/ Elizabeth Stubbs
Elizabeth Stubbs, CP
Certified Paralegal
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0469
Fax: 602-282-0520
Counsel for Goodyear Tire & Rubber Company, Inc.