Hilary L. Barnes, #19669
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **AFFIDAVIT OF MAILING** |

STATE OF ARIZONA    )
                   ) ss.
County of Maricopa  )

Misty Vasquez, being first duly sworn upon her oath, deposes and states that she is over the age of 21 years, she is employed by the law firm of Allen Barnes & Jones, PLC, and that on **January 3, 2019**, she mailed a copy of the *Order Setting Expedited Hearing on Debtor's Motion for Order Granting Debtor Authority to Enter Into Insurance Premium Finance Agreement Pursuant to 11 U.S.C. § 364(c)* [ECF No. 115] ("Order") along with the *Motion for Order Granting Debtor Authority to Enter Into Insurance Premium Finance Agreement Pursuant to 11 U.S.C. § 364(c)* [ECF No. 110] ("Motion") via U.S. First Class Mail to all parties listed on the attached mailing list, see **Exhibit A**, and she also emailed a copy of the Order to those parties seeking ECF notice, who also received a copy of the Motion.

DATED: January 9, 2019.

/s/ *Misty Vasquez*
Misty Vasquez

SUBSCRIBED AND SWORN TO BEFORE ME this 9th day of January, 2019 by Misty Vasquez.

/s/ *Sherry Gomez*
Notary Public

My Commission Expires: 03/10/20

# Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:18-bk-12041-BKM<br>District of Arizona<br>Phoenix<br>Thu Jan  3 16:39:03 MST 2019 | BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRI<br>20000 S. MARICOPA ROAD, GATE 3<br>CHANDLER, AZ 85226-5206 | FCA US LLC<br>STINSON LEONARD STREET LLP<br>Christopher C. Simpson<br>PHOENIX, AZ 85004 |
| JPMorgan Chase Bank, N.A.<br>c/o FOLKS HESS KASS, PLLC<br>LARRY O. FOLKS<br>1850 N. CENTRAL AVENUE<br>SUITE 1140<br>PHOENIX, AZ 85004-4586 | Sun Valley Marina Development Corporation<br>Osborn Maledon, P.A.<br>2929 N. Central Ave.<br>Ste. 2100<br>Phoenix, AZ 85012-2793 | The Goodyear Tire & Rubber Company<br>c/o Jared G. Parker<br>Parker Schwartz, PLLC<br>7310 N. 16th Street, Suite 330<br>Phoenix, AZ 85020-5276 |
| UNIFI EQUIPMENT FINANCE, INC<br>C/O Moritt Hock and Hamroff LLP<br>Attn. Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 | 2060 Digital Phoenix Hubbard<br>Lockbox #511553<br>P.O. Box 511553<br>Los Angeles CA 90051-8108 |
| ACI Air Compressors Inc.<br>1298 E. Delano Drive<br>Casa Grande AZ 85122-1136 | ADP Screening and Selection Services<br>P.O. Box 645177<br>Cincinnati OH 45264-5177 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COM<br>INC.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| AT&T Mobility<br>P.O. Box 6463<br>Carol Stream IL 60197-6463 | All Pro Fence Company<br>1055 S. Center Street<br>Mesa AZ 85210-3601 | Allied Fire Inc.<br>2845 N. Norfolk<br>Mesa AZ 85215-1139 |
| Allied Gases & Welding Supplies, Inc.<br>945 E. Curry Road<br>Tempe AZ 85281-1905 | Alsco Inc.<br>4707 W. Camelback Road<br>Phoenix AZ 85031-1413 | Amazon<br>P.O. Box #530958<br>Atlanta GA 30353-0958 |
| American Airlines Business Card Services<br>P.O. Box 23066<br>Columbus GA 31902-3066 | American Express<br>P.O. Box 981535<br>El Paso TX 79998-1535 | Appia Communications, Inc.<br>Dept CH 17329<br>Palatine IL 60055-7329 |
| Arizona Business Bank<br>Cardmember Services<br>P.O. Box 790408<br>Saint Louis MO 63179-0408 | Arizona Rubber Co.<br>2939 N. 31st Ave<br>Phoenix AZ 85017-5483 | BP Lubricants USA Inc.<br>P.O. BOx 409383<br>Atlanta GA 30384-9383 |
| Bancorp Bank<br>Attn: Lease Payment Center<br>P.O. Box 140733<br>Orlando FL 32814-0733 | Blaze Cone Company Inc.<br>4929 SE 17th Ave<br>Portland OR 97202 | Blue Cross Blue Shield<br>P.O. Box 52563<br>Phoenix AZ 85072-2563 |
| CRAIN COMMUNICATIONS INC<br>ATTN LEGAL DEPT<br>1155 GRATIOT AVENUE<br>DETROIT MI 48207-2732 | Cereus Graphics<br>2950-2 E. Broadway Road<br>Phoenix AZ 85040-0705 | Chase Bank<br>P.O. Box 78039<br>Phoenix AZ 85062-8039 |

| | | |
|---|---|---|
| Chase Cardmember Services<br>P.O. Box 94014<br>Palatine IL 60094-4014 | Clifton Larson Allen LLP<br>P.O. Box 31001-2433<br>Pasadena CA 91110-2433 | Competition Engineering, Inc.<br>3442 E. Wood Street<br>Phoenix AZ 85040-1833 |
| Copperpoint Mutual<br>P.O. Box 33049<br>Phoenix AZ 85067-3049 | Crain Communications Inc.<br>29588 Network Place<br>Chicago IL 60673-1295 | Creative Hands Cuisine<br>3035 N. Maple Street, #1<br>Mesa AZ 85215-1127 |
| Davis Vision<br>HM Life Insurance Company<br>P.O. Box 382038<br>Pittsburgh PA 15251-8038 | Dig-Phoenix<br>P.O. Box 730824<br>Dallas TX 75373-0824 | DirecTv<br>P.O. Box 5007<br>Carol Stream IL 60197-5007 |
| Document Technologies<br>1350 W. 23rd Street<br>Tempe AZ 85282-1837 | Docusign Inc.<br>Dept. 3428<br>P.O. Box 3428<br>Dallas TX 75312-3428 | FedEx<br>P.O. Box 7221<br>Pasadena CA 91109-7321 |
| FedEx Office<br>Customer Admin Services<br>P.O. Box 672085<br>Dallas TX 75267-2085 | Ferrari Club of America<br>Attn: Michael Salemi, Advertising Mgr<br>21129 Chase Drive<br>Novi TX 78375-4751 | Firedrum Internet Marketing<br>9903 E. Bell Road, Suite 120<br>Scottsdale AZ 85260-2159 |
| Firefly Graphics Inc.<br>734 W. Main Street<br>Mesa AZ 85201-7207 | First Call Auto Parts for Professionals<br>P.O. Box 9464<br>Springfield MO 65801-9464 | Gila River Indian Community<br>Utility Authority<br>6636 W. Sundust Rd. Box 5091<br>Chandler AZ 85226-5150 |
| Goodyear<br>200 Innovation Way<br>Akron OH 44306 | Grainger<br>P.O. Box 419267<br>Kansas City MO 64141-6267 | Hoerr Racing Products<br>9804 W. Primrose Lane<br>Edwards IL 61528-9306 |
| Home Depot Credit Card Services<br>P.O. Box 9001043<br>Louisville KY 40290-1043 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Hunter Svc LLC<br>19865 E. Willow Drive<br>Queen Creek AZ 85142-9431 |
| Ice King<br>5925 W. Van Buren STreet<br>Phoenix AZ 85043-3516 | Icostore LLC<br>1850 W. Drake Drive<br>Tempe AZ 85283-4303 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>Collateral Management Small Business<br>P.O. Box 33035<br>Louisville KY 40232-3035 | JPMorgan Chase Bnk, NA<br>c/o Larry O. Folks<br>Folks Hess Kass, PLLC<br>1850 N. Central Ave., Suite 1140<br>Phoenix AZ 85004-4586 | Jordak<br>P.O. Box 461904<br>Escondido CA 92046-1904 |

| | | |
|---|---|---|
| KANS AZ LLC DBA PLANET SUB<br>LYNETTE OGLESBY<br>1920 W GERMANN RD STE 1<br>CHANDLER AZ 85286-8452 | Kimball Midwest<br>Dept L-2780<br>Columbus OH 43260-2780 | Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork UT 84003-2425 |
| Lamar Companies<br>P.O. Box 96030<br>Baton Rouge LA 70896-9030 | Metlife<br>P.O. Box 804466<br>Kansas City MO 64180-3323 | Mobile Wheel Restoration<br>dba Mobile Wheel Repair<br>12605 W. Indianola Avenue<br>Avondale AZ 85392-6328 |
| Moses Smith Racing<br>9016 Performance Court<br>Cresson TX 76035-4360 | Moses Smith Racing LLC<br>c/o Michelle E. Shriro<br>Singer & Levick PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 | Neopost<br>Neofunds<br>P.O.Box 6813<br>Carol Stream IL 60197-6813 |
| O'Reilly Auto Parts<br>P.O. Box 9464<br>Springfield MO 65801-9464 | OEI Design<br>7120 E. Indian School Road<br>Scottsdale AZ 85251-3855 | Oakley<br>P.O. Box 740964<br>Los Angeles CA 90074-0964 |
| Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia PA 19176-0251 | Planet Sub<br>1920 W. Germann Road, Suite 1<br>Chandler AZ 85286-8452 | Printing Specialists<br>1929 E. 5th Street<br>Tempe AZ 85281-2952 |
| (p)PRO AUTO SPORTS<br>315 S ALMA SCHOOL RD<br>MESA AZ 85210-1012 | Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine CA 92614-5626 | Red Guitar Advertising<br>26724 IRON CANYON RD<br>SANTA CLARITA CA 91387-4813 |
| Regents Capital Corporation<br>3200 Bristol Street, Suite 400<br>Costa Mesa CA 92626-1800 | Robert and Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix AZ 85040-1838 |
| Safety-Kleen Systems, Inc.<br>P.O. Box 7170<br>Pasadena CA 91109-7170 | Semple, Marchal & Cooper, LLP<br>2700 N. Central Avenue, 9th Floor<br>Phoenix AZ 85004-1147 | Shell Small Business<br>P.O.Box 78012<br>Phoenix AZ 85062-8012 |
| Shred-It USA<br>28883 Network Place<br>Chicago IL 60673-1288 | Society's Air LLC<br>41256 W. Rio Bravo Dr.<br>Maricopa AZ 85138-9540 | Sun Marina Valley Development Corporation<br>c/o Warren J. Stapleton<br>Osborn Maledon, P.A.<br>2929 N. Central Ave., Ste. 2100<br>Phoenix, AZ 85012-2793 |
| Sun Valley Marina Development Corp.<br>P.O. Box 5090<br>Chandler AZ 85226 | TLC Equipment Service<br>25664 N. 71st Drive<br>Peoria AZ 85383-7174 | TRC Auto Glass, LLC<br>P.O. Box 9416<br>Surprise AZ 85374-0140 |

| | | |
|---|---|---|
| Taylor Race Engineering LLC<br>2010 AVenue G, Suite 914<br>Plano TX 75074 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe AZ 85284-1023 | Thomas Printworks<br>P.O. Box 740967<br>Dallas TX 75374-0967 |
| Time Piece Public Relations, Inc.<br>3201 Skylane, #116<br>Carrollton TX 75006-2501 | Tire Equipment Service<br>4002 E. Elwood Street, Suite 4<br>Phoenix AZ 85040-0906 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| Uline<br>P.O. Box 88741<br>Chicago IL 60680-1741 | UniFi Equipment Finance, Inc.<br>3893 Research Park Drive<br>Ann Arbor MI 48108-2217 | Unifi Equipment Finance<br>P.O. Box 1689<br>Ann Arbor MI 48106-1689 |
| Unifi Equipment Finance, Inc<br>c/o Moritt Hock and Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327<br>Attn: Leslie A. Berkoff, Esq. | United Pet Care, LLC<br>6232 N. 7th Street, Suite 202<br>Phoenix AZ 85014-1852 | Unum Life Insurance Co of America<br>P.O. Box 403748<br>Atlanta GA 30384-3748 |
| Vintage Motorsports Inc.<br>8712 E. Via De Commercio<br>Scottsdale AZ 85258-3362 | Waxie Sanitary Supply<br>P.O. Box 748802<br>Los Angeles CA 90074-8802 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F005-055<br>Des Moines, IA 50309-3605 |
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street, MAC N0005-044<br>Des Moines IA 50309-3891 | Wells Fargo Vendor Financial Services, L<br>P.O. Box 35701<br>Billings MT 59107-5701 | Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix AZ 85007-3398 |
| Westwood Professional Services, Inc.<br>P.O. Box 856650<br>Minneapolis MN 55485-6650 | Whirlwind Golf Club<br>5692 W. North Loop Road<br>Chandler AZ 85226-5268 | Yess<br>168 W. 12th Place<br>Tempe AZ 85281 |
| HILARY L BARNES<br>ALLEN BARNES & JONES, PLC<br>1850 N. CENTRAL AVE., SUITE 1150<br>PHOENIX, AZ 85004-4512 | PHILIP J GILES<br>Allen Barnes & Jones, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004-4512 | Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 |
| Robert Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Home Depot Credit Card Services        Pro Auto Sports
c/o Citicards Private Label            315 S. Alma School Road
P.O. Box 20483                         Mesa AZ 85210
Kansas City MO 64195
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Moses Smith Racing LLC              (u)Semple Marcal Cooper PLC       End of Label Matrix
                                       2700 N Central Ave                Mailable recipients   114
                                       9th Floor                         Bypassed recipients     2
                                       Phoenix                           Total                 116
```