# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

**Hearing Information:**

| | |
|---|---|
| Debtor: | BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC. |
| Case Number: | 2:18-BK-12041-BKM    Chapter: 11 |
| Date / Time / Room: | THURSDAY, JANUARY 10, 2019 10:30 AM   7TH FLOOR #701 |
| Bankruptcy Judge: | BRENDA K. MARTIN |
| Courtroom Clerk: | ANDAMO PURVIS |
| Reporter / ECR: | JO-ANN STAWARSKI |

**Matter:**

EXPEDITED HEARING ON MOTION TO APPROVE MOTION FOR ORDER GRANTING DEBTOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT PURSUANT TO 11 U.S.C. ? 364(C) FILED BY HILARY L BARNES ON BEHALF OF BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.

R / M #:   110 / 0

**Appearances:**

HILARY L BARNES, ATTORNEY FOR BOB BONDURANT SCHOOL OF HIGH PERFORMANCE

WARREN STAPLETON, ATTORNEY FOR SUN VALLEY

**Proceedings:**

Ms. Barnes addresses the court. She reviews the motion, advising the court on the insurance and payment terms. She requests the order be approved.

Mr. Stapleton states is client has not received rent payments since November. They support the motion.

COURT:  THE COURT NOTES THE MOTION WAS PROPERLY NOTICED. THE ORDER IS APPROVED.

Case 2:18-bk-12041-BKM   Doc 124   Filed 01/10/19   Entered 01/10/19 11:47:45   Desc
Main Document    Page 1 of 1