ORDERED ACCORDINGLY.

Dated: January 10, 2019



_____
Brenda K. Martin, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER GRANTING DEBTOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT PURSUANT TO 11 U.S.C. § 364(c)**<br><br>Hearing Date: January 10, 2019<br>Hearing Time: 10:30 am |

After consideration of the *Motion for Order Granting Debtor Authority to Enter Into Insurance Premium Finance Agreement Pursuant to 11 U.S.C. § 364(c)* (the "Motion") filed by Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), pursuant to which the Debtor moved this Court for authority to enter into an insurance premium finance agreement (the "Agreement") with AFCO Credit Corporation ("AFCO") to finance the payment of the Debtor's insurance premiums, among other things, and after consideration of the statements made by counsel at the hearing on January 10, 2019, and given that no objections were raised, and notice was sufficient and all legal requirements have been met, and finding good cause for the relief requested, it is hereby ORDERED:

    A.  The Motion is granted in its entirety;

    B.  The Debtor is authorized to enter into the Agreement, and its terms, including all

rights and privileges granted AFCO therein, are approved;

C. The Debtor is authorized and directed to pay to AFCO the sums required by the Agreement;

D. AFCO is granted a first priority security interest in (i) any and all unearned premiums and dividends that may become payable to the Debtor under the financed insurance policies in the event of cancellation of the related insurance policies and (ii) any loss payments that may reduce the unearned premiums, subject to any loss payee interests, and (iii) any interest in any state guarantee funds relating to any financed policy;

E. AFCO's security interest shall be deemed duly perfected without further action by AFCO; and

F. In the event of a payment default, AFCO is authorized to cancel the financed insurance policies and receive and apply all unearned insurance premiums to the account of the Debtor, and if after such application of unearned premiums any sums still remain due to AFCO pursuant to the Agreement, such deficiency shall be deemed an administrative expense of the estate; and

G. AFCO's rights under the Agreement and controlling state law are fully preserved and protected and are and shall remain unimpaired by the pendency of the bankruptcy case or any subsequent conversion of this proceeding to a Chapter 7 or any subsequent appointment of a trustee.

**DATED AND SIGNED ABOVE.**