# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC. | | |
| **Case Number:** | 2:18-BK-12041-BKM | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 15, 2019 11:00 AM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | BRENDA K. MARTIN | | |
| **Courtroom Clerk:** | LETICIA OROSCO | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## Matter:

CONTINUED CHAPTER 11 STATUS CONFERENCE

**R / M #:**   30 / 0

## Appearances:

HILARY L BARNES, ATTORNEY FOR BOB BONDURANT SCHOOL OF HIGH PERFORMANCE
WARREN STAPLETON, ATTORNEY FOR SUN VALLEY MARINA DEVELOPMENT CORPORATION
CHRISTOPHER KAUP, ATTORNEY FOR PATRICIA BONDURANT,ROBERT BONDURANT

## Proceedings:

Ms. Barnes provides the Court with an update. She notes they continue to operate and are insured. She states they are continuing to negotiate with the landlord and hopeful they can get an answer in connection with their motion to compel by the end of the day. The Chief Restructuring Officer is continuing discussions with varies investor groups for stalking horse bids. Ms. Barnes spoke with Mr. Stapleton today and notes she will be extending the deadline to assume or reject the leases.

Mr. Stapleton states the landlord is not necessary agreeable to extending the time to assume or reject and reserves their rights.

COURT: IT IS ORDERED SETTING A CONTINUED STATUS HEARING FOR FEBRUARY 27TH, AT 11:00 AM.

Page 1 of 1

Case 2:18-bk-12041-BKM    Doc 129    Filed 01/15/19    Entered 01/16/19 10:21:07    Desc
Main Document    Page 1 of 1                                                01/16/2019  10:20:55AM