Warren J. Stapleton, 018646
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail: wstapleton@omlaw.com

Attorneys for Sun Marina Valley Development Corporation

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.<br><br>Debtor. | No. 2:18-bk-12041-BKM<br><br>**NOTICE OF HEARING ON SUN VALLEY MARINA DEVELOPMENT CORPORATION'S MOTION TO COMPEL PAYMENT OF POST-PETITION RENT**<br><br>Date: **February 6, 2019**<br>Time: **11:00 A.M.**<br>Location: **230 North First Avenue**<br>**Courtroom 701**<br>**Phoenix, Arizona** |

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **February 6, 2019** at **11:00 A.M.** before the Honorable Brenda K. Martin, United States Bankruptcy Court, 230 North First Avenue, Courtroom 701, Phoenix, Arizona 85003 on Sun Valley Marina Development Corporation's Motion to Compel Payment of Post-Petition Rent (Dkt. 118). Any objection to the Motion shall be filed no later than January 25, 2019. Any reply in support of the Motion shall be filed no later than February 1, 2019.

/ / /

/ / /

/ / /

DATED this 18th day of January, 2019.

OSBORN MALEDON, P.A.

By  /s/ Warren J. Stapleton
   Warren J. Stapleton
   2929 North Central Avenue
   21st Floor
   Phoenix, Arizona  85012-2793
   Attorneys for Sun Marina Development Corporation

COPY of the foregoing sent via email and/or U.S. Mail this 18th day of January, 2019.

| | |
|---|---|
| Hillary L. Barnes<br>Allen Barnes & Jones, PLC<br>1850 N. Central Ave., Ste. 1150<br>Phoenix, AZ 85004<br>hbarnes@allenbarneslaw.com<br>Attorney for Debtor | Elizabeth C. Amorosi<br>Office of the U.S. Trustee<br>230 N First Ave Ste 204<br>Phoenix AZ 85003-1706<br>Elizabeth.C.Amorosi@usdoj.gov |
| Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Rd Ste 140<br>Addison TX 75001<br>mshriro@singerlevick.com<br>*Attorneys for Moses Smith Racing LLC* | Thomas E. Littler<br>Littler, PC<br>341 W Secretariat Dr<br>Phoenix AZ 85284<br>telittler@gmail.com<br>*Attorneys for Semple Marchal Cooper PLC* |
| Christopher C. Simpson<br>Stinson Leonard Street LLP<br>1850 N Central Ave Ste 2100<br>Phoenix AZ 85004<br>christopher.simpson@stinson.com<br>*Attorneys for FCA US LLC* | Sheryl L. Toby<br>Dykema Gossett PLLC<br>39577 Woodward Ave Ste 300<br>Bloomfield Hills MI 48304<br>stoby@dykema.com<br>*Attorneys for FCA US LLC* |
| 2060 Digital Phoenix Hubbard<br>Lockbox 511553<br>PO Box 511553<br>Los Angeles CA 90051-8108 | American Express<br>PO Box 981535<br>El Paso TX 79998-1535 |

| | | |
|---|---|---|
| 1 | Arizona Business Bank | Bancorp Bank |
| 2 | Cardmember Services<br>PO Box 790408 | Attn: Lease Payment Center<br>PO Box 140733 |
| 3 | St Louis MO 63179-0408 | Orlando FL 32814-0733 |
| 4 | Chase Cardmember Services | Clifton Larson Allen LLP |
| 5 | PO Box 94014<br>Palatine IL 60094-4014 | PO Box 31001-2433<br>Pasadena CA 91110-2433 |
| 6 | | |
| 7 | Crain Communications Inc<br>29588 Network Pl | DIG-Phoenix<br>PO Box 730824 |
| 8 | Chicago IL 60673-1295 | Dallas TX 75373-0824 |
| 9 | Firefly Graphics Inc | Goodyear |
| 10 | 734 W Main St<br>Mesa AZ 85201 | 200 Innovation Way<br>Akron OH 43306 |
| 11 | | |
| 12 | Kneaders Bakery and Cafe<br>871 S Auto Mall Dr | Lamar Companies<br>PO Box 96030 |
| 13 | American Fork UT 84003 | Baton Rouge LA 70896 |
| 14 | Philadelphia Insurance Co | Racer Media & Marketing Inc. |
| 15 | PO Box 70251<br>Philadelphia PA 19176-0251 | 17030 Red Hill Ave<br>Irvine CA 92614 |
| 16 | | |
| 17 | S&S Paving and Construction Inc.<br>3401 E Illini St | Semple, Marchal & Cooper<br>2700 N Central Ave 9th Fl |
| 18 | Phoenix AZ 85040 | Phoenix AZ 85004-1147 |
| 19 | Sun Valley Marina Development Corp. | Tempe Dodge Chrysler Jeep Ram Kia |
| 20 | PO Box 5090<br>Chandler AZ 85226 | 7975 S Autoplex Loop<br>Tempe AZ 85284 |
| 21 | | |
| 22 | Western States Petroleum<br>450 S 15th Ave | Christopher R. Kaup<br>Tiffany & Bosco P.A. |
| 23 | Phoenix AZ 85007 | 2525 E Camelback Rd 7th Floor<br>Phoenix AZ 85016-4237 |
| 24 | | *Attorneys for Patricia and Robert* |
| 25 | | *Bondurant* |
| 26 | Leslie A. Berkoff | Larry O. Folks |
| 27 | Moritt Hock & Hamroff LLP<br>400 Garden City Plaza | Folks Hess Kass, PLLC<br>1850 N Central Ave Ste 1140 |
| 28 | Garden City NY 11530 | Phoenix AZ 85004 |

3

Case 2:18-bk-12041-BKM    Doc 130    Filed 01/18/19    Entered 01/18/19 10:45:30    Desc
Main Document    Page 3 of 4

| | |
|---|---|
| lberkoff@moritthock.com<br>*Attorneys for Unifi Equipment Finance* | *Attorneys for JP Morgan Chase Bank NA* |
| Jared G. Parker<br>Parker Schwartz PLLC<br>7310 N 16th St Ste 330<br>Phoenix AZ 85020<br>*Attorneys for Goodyear Tire & Rubber Co.* | Christopher C. Simpson<br>Stinson Leonard Street LLP<br>1850 N Central Ave Ste 2100<br>Phoenix AZ 85004-4584<br>*Attorneys for FCA US LLC* |

/s/ Peggy L. Nieto
7908417