Warren J. Stapleton, 018646
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail:      wstapleton@omlaw.com


Attorneys for Sun Marina Valley Development Corporation

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC. | No. 2:18-bk-12041-BKM |
| Debtor. | **AFFIDAVIT OF MAILING** |

STATE OF ARIZONA    )
                        ) ss.
County of Maricopa    )

      I, Peggy L. Nieto, duly sworn upon my oath, depose as follows:

      1.    I am over the age of eighteen (18) and a resident of the State of Arizona; and

      2.    In my capacity as Assistant to Warren J. Stapleton, I caused to have sent via U.S. Mail and/or electronic mail on January 18, 2019, true and correct copies of *Notice of Hearing Sun Valley Marina Development Corporation's Motion to Compel Payment of Post-Petition Rent* upon those interested parties and creditors listed below.

| | |
|---|---|
| Hillary L. Barnes | Elizabeth C. Amorosi |
| Allen Barnes & Jones, PLC | Office of the U.S. Trustee |
| 1850 N. Central Ave., Ste. 1150 | 230 N First Ave Ste 204 |
| Phoenix, AZ 85004 | Phoenix AZ 85003-1706 |
| hbarnes@allenbarneslaw.com | Elizabeth.C.Amorosi@usdoj.gov |
| Attorney for Debtor | |
| | |
| Michelle E. Shriro | Thomas E. Littler |

| | | |
|---|---|---|
| 1 | Singer & Levick, P.C. | Littler, PC |
| 2 | 16200 Addison Rd Ste 140 | 341 W Secretariat Dr |
| | Addison TX 75001 | Phoenix AZ 85284 |
| 3 | mshriro@singerlevick.com | telittler@gmail.com |
| | *Attorneys for Moses Smith Racing LLC* | *Attorneys for Semple Marchal Cooper* |
| 4 | | *PLC* |
| 5 | | |
| | Christopher C. Simpson | Sheryl L. Toby |
| 6 | Stinson Leonard Street LLP | Dykema Gossett PLLC |
| 7 | 1850 N Central Ave Ste 2100 | 39577 Woodward Ave Ste 300 |
| | Phoenix AZ 85004 | Bloomfield Hills MI 48304 |
| 8 | christopher.simpson@stinson.com | stoby@dykema.com |
| | *Attorneys for FCA US LLC* | *Attorneys for FCA US LLC* |
| 9 | | |
| 10 | 2060 Digital Phoenix Hubbard | American Express |
| | Lockbox 511553 | PO Box 981535 |
| 11 | PO Box 511553 | El Paso TX 79998-1535 |
| | Los Angeles CA 90051-8108 | |
| 12 | | |
| 13 | Arizona Business Bank | Bancorp Bank |
| | Cardmember Services | Attn: Lease Payment Center |
| 14 | PO Box 790408 | PO Box 140733 |
| | St Louis MO 63179-0408 | Orlando FL 32814-0733 |
| 15 | | |
| 16 | Chase Cardmember Services | Clifton Larson Allen LLP |
| | PO Box 94014 | PO Box 31001-2433 |
| 17 | Palatine IL 60094-4014 | Pasadena CA 91110-2433 |
| 18 | | |
| 19 | Crain Communications Inc | DIG-Phoenix |
| | 29588 Network Pl | PO Box 730824 |
| 20 | Chicago IL 60673-1295 | Dallas TX 75373-0824 |
| 21 | Firefly Graphics Inc | Goodyear |
| | 734 W Main St | 200 Innovation Way |
| 22 | Mesa AZ 85201 | Akron OH 43306 |
| 23 | | |
| | Kneaders Bakery and Cafe | Lamar Companies |
| 24 | 871 S Auto Mall Dr | PO Box 96030 |
| 25 | American Fork UT 84003 | Baton Rouge LA 70896 |
| 26 | Philadelphia Insurance Co | Racer Media & Marketing Inc. |
| | PO Box 70251 | 17030 Red Hill Ave |
| 27 | Philadelphia PA 19176-0251 | Irvine CA 92614 |
| 28 | | |

Case 2:18-bk-12041-BKM    Doc 131    Filed 01/18/19    Entered 01/18/19 11:39:32    Desc
Main Document    Page 2 of 3

| | |
|---|---|
| S&S Paving and Construction Inc.<br>3401 E Illini St<br>Phoenix AZ 85040 | Semple, Marchal & Cooper<br>2700 N Central Ave 9th Fl<br>Phoenix AZ 85004-1147 |

S&S Paving and Construction Inc.
3401 E Illini St
Phoenix AZ 85040

Semple, Marchal & Cooper
2700 N Central Ave 9th Fl
Phoenix AZ 85004-1147

Sun Valley Marina Development Corp.
PO Box 5090
Chandler AZ 85226

Tempe Dodge Chrysler Jeep Ram Kia
7975 S Autoplex Loop
Tempe AZ 85284

Western States Petroleum
450 S 15th Ave
Phoenix AZ 85007

Christopher R. Kaup
Tiffany & Bosco P.A.
2525 E Camelback Rd 7th Floor
Phoenix AZ 85016-4237
*Attorneys for Patricia and Robert Bondurant*

Leslie A. Berkoff
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance*

Larry O. Folks
Folks Hess Kass, PLLC
1850 N Central Ave Ste 1140
Phoenix AZ 85004
*Attorneys for JP Morgan Chase Bank NA*

Jared G. Parker
Parker Schwartz PLLC
7310 N 16th St Ste 330
Phoenix AZ 85020
*Attorneys for Goodyear Tire & Rubber Co.*

Christopher C. Simpson
Stinson Leonard Street LLP
1850 N Central Ave Ste 2100
Phoenix AZ 85004-4584
*Attorneys for FCA US LLC*

DATED this 18th day of January, 2019.

Peggy L. Nieto

SUBSCRIBED AND SWORN to before me on this 18th day of January, 2019.

Notary Public

BRENDA J. WENDT
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
Commission #: 523213
Notary ID: 52554
My Comm. Expires March 1, 2021