**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**STIPULATED ORDER CONTINUING HEARING REGARDING GOODYEAR TIRE & RUBBER COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |

Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession ("**Debtor**") in the above-captioned bankruptcy case, and The Goodyear Tire & Rubber Company ("**Goodyear**" and with the Debtor, the "**Parties**") have stipulated and agreed to continue the preliminary hearing on Goodyear's *Motion for Relief from Automatic Stay* ("**Motion**") from January 23, 2019 at 1:30 p.m. to February 6, 2019 at 11:00 a.m. to allow the Parties additional time to negotiate a consensual resolution to the Motion.

Based upon the foregoing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** vacating the hearing on the Motion currently scheduled for January 23, 2019 at 1:30 p.m., and setting a continued preliminary hearing on February 6, 2019 at 11:00 a.m.

**IT IS FURTHER ORDERED** that Goodyear's Reply deadline is February 4, 2019.

**IT IS FURTHER ORDERED** that the Debtor shall immediately serve a copy of this Order upon the U.S. Trustee and those creditors and parties-in-interest requesting notice, and file a certificate of service thereof.

**DATED AND SIGNED ABOVE**

<u>APPROVED AS TO FORM AND CONTENT:</u>

| **ALLEN BARNES & JONES, PLC** | **PARKER SCHWARTZ, PLLC** |
|---|---|
| <u>/s/ *HLB #19669*</u> | /s/ Jared G. Parker (*with permission*) |
| Hilary L. Barnes | Jared G. Parker |
| *Attorneys for the Debtor* | *Attorney for Goodyear* |