# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re: )                                    CASE NO.   2:18-bk-12041-BKM
)
BOB BONDURANT SCHOOL OF HIGH )              **BUSINESS AND INDUSTRY**
PERFORMANCE DRIVING, INC., )                **MONTHLY OPERATING REPORT**
)
)                                           MONTH OF _____ December
)
)                                           DATE PETITION FILED: _____ 10/2/18
Debtor. )
)                                           TAX PAYER ID NO. : _____ xx-xxx4755
_____ )

Nature of Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: _____ TO BE FILED:  within exclusivity
DATE PLAN OF REORGANIZATION FILED: _____ TO BE FILED:  within exclusivity

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____          CRO
ORIGINAL  SIGNATURE  OF RESPONSIBLE PARTY          TITLE

Timothy H. Staffer                         1-25-19
PRINTED NAME  OF RESPONSIBLE PARTY          DATE

**PREPARER:**

_____          Accountant
ORIGINAL  SIGNATURE  OF  PREPARER          TITLE

Sarah Michael                              1/25/19
PRINTED NAME OF PREPARER          DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Timothy H Staffer

PHONE NUMBER: 602-469-5147

ADDRESS: 3839 N 79th Way
Scottsdale, AZ 85266

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

| | | BANK ACCOUNTS | | | |
|---|---|---|---|---|---|
| | | Operating | Payroll | Tax | **Total** |
| | | Acct#6106 | Acct #6114 | Acct #6130 | |
| Balance at Beginning of Period | | $100,934.02 | -$2,312.96 | -$751.07 | $97,869.99 |
| **RECEIPTS** | | | | | |
| Cash Sales | | $163,255.16 | | | $163,255.16 |
| Accounts Rceivable - Prepetition | | | $111,572.00 | | $111,572.00 |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | $164.35 | | $164.35 |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | $15,000.00 | $80,588.72 | $95,588.72 |
| Transfer from pre-petition account | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | $163,255.16 | $126,736.35 | $80,588.72 | $370,580.23 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | $39,700.16 | $63,278.97 | $58.20 | $103,037.33 |
| Capitol Improvements | | | | | |
| Pre-Petition Expenses | | | | | |
| Transfers to Other DIP Accounts | | $95,588.72 | | | $95,588.72 |
| Payroll Fees to ADP | | | | | |
| Wage Garnishment | | | $1,541.67 | | $1,541.67 |
| Payroll Taxes | | | | $22,067.98 | $22,067.98 |
| **Reorganization Expenses:** | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | $20,000.00 | $20,000.00 |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| **TOTAL DISBURSEMENTS** | | $135,288.88 | $64,820.64 | $42,126.18 | $242,235.70 |
| Balance at End of Month | | $128,900.30 | $59,602.75 | $37,711.47 | $226,214.52 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | $242,235.70 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | $242,235.70 |

Bondurant has retained additional accounting staff as well as retaining Tom Azzarelli of B2BCFO. Financial and accounting records are under internal review in preparation of verifying the accuracy of information reported herein.

Should the current accounting staff identify any required material adjustments to the local accounting records, these Monthly Operating Reports, might be amended.

# Bob Bondurant School of High Performance Driving, Inc.
## Profit and Loss
### Income Statement

| | Dec 2018 | YTD Total | Since Filing |
|---|---|---|---|
| **Income** | | | |
| 3000500 Regular Courses | 308,217.45 | 4,771,574.08 | 1,028,234.32 |
| 3103000 Group Courses | 150.00 | 364,098.35 | 3,447.54 |
| 3502000 Merchandise Sales Total | 3,467.05 | 69,240.40 | 11,827.30 |
| 3700000 Marketing & Sponsorship Income | | 411,500.00 | 15,500.00 |
| 3800201 Promotional Income | | 56,277.50 | 0.00 |
| 3903100 Discounts/Refunds Given | | -3,043.10 | 0.00 |
| 3909000 Other Revenue | 10,398.30 | 126,758.22 | -42.30 |
| Shipping Income | | 202.53 | 18,140.17 |
| **Total Income** | $ 322,232.80 | $ 5,796,607.98 | $ 1,075,107.43 |
| **Cost of Goods Sold** | | | |
| Cost of Goods Sold | 2,773.00 | 35,681.80 | 4,222.72 |
| Inventory Shrinkage | | -41.88 | -39.10 |
| **Total Cost of Goods Sold** | $ 2,773.00 | $ 35,639.92 | $ 4,183.62 |
| **Gross Profit** | $ 319,459.80 | $ 5,760,968.06 | $ 1,070,923.81 |
| **Expenses** | | | |
| 4001000 Wages - Regular | 72,829.12 | 2,032,737.29 | 314,415.49 |
| 4003000 Wages - OT | 1,575.73 | 37,845.05 | 2,575.23 |
| 4004000 Commissions | 6,500.00 | 128,827.83 | 25,644.11 |
| 4005000 Payroll Taxes | 4,271.66 | 186,401.15 | 29,358.88 |
| 4007000 Employee Benefits | 6,331.60 | 127,177.86 | 20,377.29 |
| 4011201 Payroll Exp - ADP Fees | 3,371.92 | 36,524.81 | 9,398.56 |
| 4201700 Office Expenses | 5,005.55 | 96,063.83 | 8,467.40 |
| 4201901 Donations - Goodwill - G&A | | 4,000.00 | 0.00 |
| 4202000 Dues & Subscriptions | 461.58 | 71,860.75 | 2,867.21 |
| 4202100 Legal & Professional Fees | 25,000.00 | 268,220.58 | 79,040.00 |
| 4202300 Merchant Fees | 4,712.40 | 135,736.43 | 17,768.19 |
| 4202900 Recruiting Expense | | 816.65 | 161.45 |
| 4203100 Telephone | 834.96 | 33,186.75 | 6,347.08 |
| 4203600 Uniform Expense | | 615.34 | 50.00 |
| 4203800 Facilities Expense | 23,365.30 | 326,455.16 | 94,301.58 |
| 4203900 Insurance | 30,269.16 | 292,040.87 | 59,702.40 |
| 4204000 Travel | | 43,829.81 | |
| 4204200 Licenses & Fees | | 710.00 | 525.00 |
| 4204300 Repair & Maintenance - Equipment | 751.32 | 15,179.90 | 4,489.13 |
| 4204350 Repair & Maintenance - Facilities | | 5,844.00 | 919.27 |
| 4204700 Entertainment | | 378.80 | |
| 4205100 Meals | | 15,503.11 | |
| 4605401 Cost of Merchandise Sold | | 15.15 | |
| 4705400 Track Rental Expense | 19,745.00 | 68,377.50 | 39,932.50 |
| 4706301 Track/Paddock - Instructors | | 31,423.81 | |
| 4707300 Student Supplies | | 52,334.86 | 449.04 |
| 4808100 Catering Expense | | 35,740.90 | 3,625.07 |
| 5205900 Exhibit Booth Expense | | 113,545.91 | |
| 5209601 Business Promotional Gifts - Mktg/Sales | | 495.00 | |
| 6705000 Shop Expenses | 654.57 | 100,583.25 | 3,968.75 |
| 6706300 Marketing Expense | 2,340.00 | 392,683.72 | 37,679.98 |
| 6805000 Formula Expenses | 16,625.00 | 87,965.91 | 20,624.89 |
| 7106301 Rent - Sun Valley Marina Corp - Facilities | 61,350.64 | 658,845.16 | 184,054.92 |
| 8107801 Bad Debts - Write-off - G&A | | 3,180.00 | |
| 8108001 Sales Tax West Track-West Track | | 486.00 | |
| 8108002 Sales Tax - G&A | | 1,126.37 | 160.91 |
| 8108201 Tax - Property - G&A | 218.89 | 761.71 | 761.71 |
| 8108801 Interest Exp - G&A | 96,126.91 | 146,229.41 | 97,740.62 |
| Taxes & Licenses | | 746.76 | |
| **Total Expenses** | $ 385,372.33 | $ 5,492,430.87 | $ 1,665,430.75 |
| **Net Operating Income** | -$ 65,912.53 | $ 268,537.19 | $ 5,493.06 |
| **Other Income** | | | |
| 3401701 Track Rental | 7,572.00 | 26,088.00 | 8,572.00 |
| 3401702 Track Rental - Groups | | 42,193.00 | |
| 3405801 Facility Rental | | 38,400.00 | |
| Interest Earned | | 60.34 | |
| **Total Other Income** | $ 7,572.00 | $ 106,741.34 | $ 8,572.00 |
| **Other Expenses** | | | |
| 8109591 Penalties - G&A | | 2,350.78 | 804.01 |
| Other Miscellaneous Expense | | 75,000.00 | 75,000.00 |
| Reconciliation Discrepancies | 0.00 | 4.43 | |
| **Total Other Expenses** | $ 0.00 | $ 77,355.21 | $ 75,804.01 |
| **Net Other Income** | $ 7,572.00 | $ 29,386.13 | $ 67,232.01 |
| **Net Income** | (58,340.53) | $ 291,923.32 | (61,738.95) |

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | $375,168.99 | $227,502.41 | $115,943.51 |
| Restricted Cash | $0.00 | $0.00 | $0.00 |
| Total Cash | $375,168.99 | $227,502.41 | $115,943.51 |
| Accounts Receivable (net) | $175,183.57 | $130,883.83 | $176,383.83 |
| Inventory | $21,719.01 | $158,945.07 | $161,718.07 |
| Notes Receivable | $0.00 | $48,967.44 | $48,967.44 |
| Prepaid Expenses | $46,874.56 | $300.00 | $27,989.36 |
| Other (attach list) | | | |
| Total Current Assets | $618,946.13 | $566,598.75 | $531,002.21 |
| Property, Plant & Equipment | $0.00 | $7,318,100.00 | $7,318,100.00 |
| Less: Accumulated Depreciation | | $4,678,237.00 | $4,678,237.00 |
| Net Property, Plant & Equip. | $0.00 | $2,639,863.00 | $2,639,863.00 |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | $0.00 | $86,046.23 | $86,046.80 |
| Other (attach list) | | $135.67 | $135.67 |
| TOTAL ASSETS | $618,946.13 | $3,292,643.65 | $3,257,047.68 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | $278,485.37 | $174,211.76 |
| Taxes Payable | | | |
| Notes Payable | | $78,288.41 | $14,573.46 |
| Professional Fees | | $49,468.00 | $860.56 |
| Secured Debt | | | |
| Other (attach list) Payroll | | $17,526.52 | $26,805.62 |
| Total Post-Petition Liabilities | $0.00 | $374,300.30 | $215,590.84 |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | $2,686,239.56 | $2,282,651.62 | $2,225,543.23 |
| Priority Debt | | | |
| Unsecured Debt | $766,324.73 | $1,470,042.68 | $1,591,924.13 |
| Other (attach list) | | $337,681.00 | $337,681.00 |
| Total Pre-Petition Liabilities | $3,452,564.29 | $4,090,375.30 | $4,155,148.36 |
| TOTAL LIABILITIES | $3,452,564.29 | $4,464,675.60 | $4,370,739.20 |
| EQUITY | | | |
| Pre-petition Owner's Equity | -$2,833,618.16 | -$1,110,293.00 | -$1,110,293.00 |
| Post-Petition Cumulative Profit/Loss | | -$61,738.95 | -$3,398.52 |
| Direct Charges to Equity (explain) | | | |
| Total Equity | -$2,833,618.16 | -$1,172,031.95 | -$1,113,691.52 |
| TOTAL LIABILITIES & OWNER'S EQUITY | $618,946.13 | $3,292,643.65 | $3,257,047.68 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

## Other Assets (attach list)

|  | December |
|---|---|
| Museum Assets | 49,964.13 |
| OEI Design Project | 36,082.10 |
| Due From Bondurant Trackside | 45.00 |
| Total | 86,091.23 |
| | |
| Employee Advances | 135.67 |

**OTHER LIABILITIES** (Attach List)

|  | December |
|---|---|
| **Post- Petition** | |
| 2002301 Sales Tax Payable | |
| 2002901 Accrued Employee Gratuity | 244.3 |
| 2003001 Accrued Payroll | 18081.91 |
| 2003701 Accrued 401K | 1,265.32 |
| 2003301 Accrued Commissions | 4263.21 |
| 2004701 Accrued P/R Taxes | 1699.22 |
| 2005001 SCCA Fees | 1050 |
| Arizona Department of revenue | -9077.44 |
| Total | 17,526.52 |
| **Pre- Petition Liabilities** | |
| 2300101 N/P - Bob Bondurant | 77,000.00 |
| 2300102 Note Payable - Pat Bondurant | 1,800.00 |
| 2300201 Due to Bondurant Superkarts | 201,325.67 |
| 2300301 Due to Bondurant Trackside | 57,556.09 |
| Total | 337,681.76 |

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | $130,883.83 | $30,000.00 | $28,518.85 | $72,364.98 |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | $130,883.83 | $30,000.00 | $28,518.85 | $72,364.98 |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | $161,718.07 |
| Plus: Purchases | |
| Less: Cost of Goods Sold | $2,773.00 |
| Ending Inventory | $158,945.07 |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | $0.00 | $0.00 | $0.00 | $0.00 |
| Equipment | $17,719.01 | | | $1,761,279.84 |
| Accumulated Depreciation | | | | |
| Net Equipment | $17,719.01 | $0.00 | $0.00 | $1,761,279.84 |
| Autos/Vehicles | | | | $3,473,130.61 |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | $0.00 | $0.00 | $0.00 | $3,473,130.61 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | $278,485.37 | $124,357.70 | $121,685.63 | $32,442.04 | |
| Taxes Payable | $0.00 | | | | |
| Notes Payable | $78,288.41 | $74,451.71 | $3,836.70 | | |
| Professional Fees Payable | $49,468.00 | $5,000.00 | $44,468.00 | | |
| Secured Debt | $0.00 | | | | |
| Other (attach list) | $0.00 | | | | |
| | $0.00 | | | | |
| Total Post-Petition Liabilities | $406,241.78 | $203,809.41 | $169,990.33 | $32,442.04 | $0.00 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | $0.00 | $0.00 |

| Professionals | | | |
|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| Tim Shaffer | 12/11/18 | 20,000.00 | 20,000.00 | 20,000.00 |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Professionals | | | 20,000.00 | 20,000.00 |

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

_____

_____

_____

nt number of employees: _____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| | See Schedule attached | | |
| | | | |
| | | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Employed restructuring officer and reduced payroll by reducing number of employees.

_____

**Identify any matters that are delaying the filing of a plan of reorganization:**

_____

_____

_____

| | | | |
|---|---|---|---|
| Package (Liability;Auto;Crime;EDP; Floater; Property & Sexual Abuse/Molestation) | 1/1/18-1/1/19 | Philadelphia Indemnity Insurance Company | PHUB612260 |
| Motor Sport Package | 1/1/18-1/1/19 | Philadelphia Indemnity Insurance Company | PHPK1755711 |
| Worker's Compensation | 4/1/18-4/1/19 | Copperpoint Mutual Insurance Company | 1014889 |
| 2017 ERISA Bond, $130,000 | 2/26/16-2/26/19 | Traveler's Casualty & Surety Co | 106412322 |
| 2018 Participant Accident Renewal | 1/1/18-1/1/19 | Special Market Ins Co. | SR2014P99790 |

DISBURSEMENT DETAIL

Month: **Dec-18**
Account #: **5479 Closed**
Bank Name: **AZ Business Bank**

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | No Transactions | Closed Account | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DISBURSEMENT DETAIL**

| | Month: | **Dec-18** |
|---|---|---|
| | Account #: | 4508 |
| | Bank Name: | Chase Bank |

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | No Transactions | Closed Account | | |

**DISBURSEMENT DETAIL**

Please use a separate form for each

| | | | |
|---|---|---|---|
| Month: | Dec-18 | | |
| Account #: | 4508 | | |
| Bank Name: | Chase Bank | | |

| Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | No Transactions | Closed Account | |
| | | | | |
| | | | | |
| | | | | |

**DISBURSEMENT DETAIL**

Please use a separate form for each bank account

| | | Month: | Dec-18 |
| | | Account #: | 6114 |
| | | Bank Name: | AZ Business Bank - Payroll |

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| PR11302018 | 12/01/2018 | ADP 401K | Payroll Date 11/30/2018 401K | (43.27) |
| REC12102018 | 12/10/2018 | AZ Business Bank | Bank analysis fee - Payroll account Dec 2018 | (58.60) |
| REC10312018 | 12/01/2018 | AZ Business Bank | Payroll account analysis fee Oct 2018 | (118.24) |
| ACH | 12/21/2018 | ADP, LLC | ADP PAYROLL FEES ADP - FEES | (250.00) |
| 526674229 | 12/28/2018 | ADP, LLC | 4011201 Payroll Exp - ADP Fees | (328.95) |
| PR11302021 | 12/01/2018 | Garnishment reciepient | ADP Wages garnishments paid 11/30/2018 | (513.89) |
| PR12132018 | 12/13/2018 | Garnishment reciepient | Payroll date 12/14/2018 support paid | (513.89) |
| PR12272018 | 12/27/2018 | Garnishment reciepient | Payroll date 12/27/2018 Payroll paid support | (513.89) |
| PR11302018 | 12/01/2018 | ADP 401K | Payroll Date 11/30/2018 401K | (632.66) |
| PR12272018 | 12/27/2018 | ADP 401K | Payroll date 12/27/2018 Payroll taxes 401K | (632.66) |
| PR12272018 | 12/27/2018 | ADP 401k | Payroll date 12/27/2018 Payroll paid 401K | (940.60) |
| PR11302021 | 12/01/2018 | Wages | ADP Wages paid 11/30/2018 | (1,799.07) |
| PR12272018 | 12/27/2018 | Wages | Payroll date 12/27/2018 Payroll paid net | (22,141.49) |
| PR12132018 | 12/13/2018 | Wages | Payroll date 12/14/2018 wages paid net | (28,229.90) |
| | | | | |
| | | | | (56,717.11) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

{00139493}    Page 8 (Payroll 44456114)

**DISBURSEMENT DETAIL**

Case Number: 2:18-bk-12041-BKM

Please use a separate form for each bank account

Month: **Dec-18**
Account #: 6106
Bank Name: AZ Business Bank - General

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1040 | 12/01/2018 | MICHAEL MCGOVERN | Wages | (400.00) |
| 1041 | 12/01/2018 | DANIEL BULLOCK | Wages | (400.00) |
| ACH | 12/01/2018 | GILA RIVER INDIAN COMMUNITY (4001240004) | Utilities | (289.09) |
| ACH | 12/01/2018 | COPPERPOINT MUTUAL | Insuranse | (2,599.80) |
| 1047 | 12/01/2018 | CS MEDIA, LLC | Advertising | (2,000.00) |
| EFT | 12/03/2018 | Transfer to tax account | Transfer | (15,000.00) |
| EFT | 12/03/2018 | Transfer to Payroll account | Transfer | (80,588.72) |
| EFT | 12/05/2018 | Western States Petroleum, Inc. | Gas | (14,115.67) |
| ACH | 12/05/2018 | UNIFI EQUIPMENT FINANCE | Lease payment | (1,720.20) |
| 1037 | 12/06/2018 | WILDHORSE PASS MOTORSPORTS PARK | track rental | (3,900.00) |
| 1043 | 12/12/2018 | Stevie Pearrie | wages | (243.86) |
| 1042 | 12/13/2018 | DAIQUAIN ORTIZ | wages | (278.60) |
| 1035 | 12/13/2018 | WILDHORSE PASS MOTORSPORTS PARK | track rental | (3,650.00) |
| 1044 | 12/14/2018 | WILLIAM PARKER | wages | (1,884.62) |
| EFT | 12/14/2018 | MICROSOFT  * | subscriptions | (179.20) |
| EFT | 12/14/2018 | UNIFI EQUIPMENT FINANCE | lease payment | (683.53) |
| ACH | 12/14/2018 | GILA RIVER INDIAN COMMUNITY (4001239001) | Utilities | (187.77) |
| ACH | 12/17/2018 | UNIFI EQUIPMENT FINANCE | Lease payment | (683.53) |
| ACH | 12/17/2018 | MICROSOFT  * | subscriptions | (81.46) |
| ACH | 12/17/2018 | MICROSOFT  * | subscriptions | (21.72) |
| 1048 | 12/18/2018 | Corona Landscape LLC | Landscaping | (625.00) |
| 1036 | 12/18/2018 | MICHAEL MCGOVERN | wages | (790.54) |
| 1046 | 12/20/2018 | KATIE POLTASH | wages - commission | (4,263.21) |
| ACH | 12/20/2018 | ADP, LLC | ADP payroll services | (2,996.67) |
| 1054 | 12/24/2018 | JOSEPH WILLIAMS | wages | (1,050.00) |
| 1052 | 12/27/2018 | TimePiece Public Relations, Inc. | Public relations | (3,000.00) |
| EFT | 12/27/2018 | MICROSOFT  * | subscriptions | (179.20) |
|  |  |  |  |  |
|  |  |  | Total Dec 2018 Disbursements: | (141,812.39) |
|  |  |  |  |  |

**DISBURSEMENT DETAIL**

Please use a separate form for each bank account

| | Month: | **Dec-18** |
|---|---|---|
| | Account #: | 6114 Payroll |
| | Bank Name: | AZ Bus Bank |

| | | | | |
|---|---|---|---|---|
| E Pay | 12/14/18 | Tyler Girvin | Wages | $195.82 |
| E Pay | 12/14/18 | Danny Bullock | Wages | $2,845.77 |
| E Pay | 12/14/18 | David Gengenbach | Wages | $820.05 |
| E Pay | 12/14/18 | William Hawkins | Wages | $2,118.51 |
| E Pay | 12/14/18 | Robert Knipe | Wages | $1,906.42 |
| E Pay | 12/14/18 | Michael McGovern | Wages | $3,369.43 |
| E Pay | 12/14/18 | Steve Pffefer | Wages | 860.64 |
| E Pay | 12/14/18 | Austin Robison | Wages | $2,264.62 |
| E Pay | 12/14/18 | Tyler Tibbetts | Wages | $3,071.42 |
| E Pay | 12/14/18 | Katherine Poltash | Wages | $1,028.40 |
| E Pay | 12/14/18 | Jordan Fear | Wages | $199.03 |
| E Pay | 12/14/18 | Daiquain Ortiz | Wages | $307.68 |
| E Pay | 12/14/18 | Stevie Pearrie | Wages | $243.86 |
| E Pay | 12/14/18 | Patricia Bondurant | Wages | $5,229.85 |
| E Pay | 12/14/18 | Robert Bondurant | Wages | $1,474.13 |
| E Pay | 12/27/18 | Tyler Girvin | Wages | $332.05 |
| E Pay | 12/27/18 | Daniel Bullock | Wages | $2,795.78 |
| E Pay | 12/27/18 | William Hawkins | Wages | $1,789.01 |
| E Pay | 12/27/18 | Robert Knipe | Wages | $2,692.31 |
| E Pay | 12/27/18 | Michael McGovern | Wages | $3,369.42 |
| E Pay | 12/27/18 | William Parker | Wages | $2,187.08 |
| E Pay | 12/27/18 | Steve Pffefer | Wages | $215.16 |
| E Pay | 12/27/18 | Tyler Tibbetts | Wages | $2,657.68 |
| E Pay | 12/27/18 | Blue Garrison | Wages | $427.20 |
| E Pay | 12/27/18 | Katherine Poltash | Wages | $4,263.21 |
| E Pay | 12/27/18 | Jordan Fear | Wages | $379.05 |
| E Pay | 12/27/18 | Christine Flores | Wages | $520.03 |
| E Pay | 12/27/18 | Daiquain Ortiz | Wages | $1,365.17 |
| E Pay | 12/27/18 | Stevie Pearrie | Wages | $1,207.21 |
| E Pay | 12/27/18 | Sarah Michael | Wages | $1,981.83 |
| | | | Total payroll wages disbursements: | $52,117.82 |

# DISBURSEMENT DETAIL

Please use a separate form for each bank account

**Month:** **Dec-18**
**Account #:** 6130
**Bank Name:** AZ Bus Bank

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| ACH | 12/1/18 | ADP | ADP 11/30/2018 - payroll taxes | (3,645.92) |
| Cashiers Check | 12/4/18 | Tim Shaffer | Trustee Retainer | (20,000.00) |
| ACH | 12/10/18 | AZ Business Bank | Service Charge | (58.20) |
| ACH | 12/13/18 | ADP | Payroll date 12/14/2018 payroll taxes paid | (9,618.26) |
| ACH | 12/27/18 | ADP | Payroll date 12/27/2018 Payroll taxes | (8,803.90) |
| | | | Total Dec Disbursements: | (42,126.28) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS FOR THE MONTH: | -$42,126.28 |

{00139493}    Page 10 (Tax)

# Bob Bondurant School of High Performance Driving, Inc.
## A/P Aging Summary - Post- Petition
### As of December 31, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| 2060 Digital | | | 15,000.00 | | | 15,000.00 |
| ACI AIR COMPRESSORS INC | | | | | | - |
| ADP SCREENING AND SELECTION SERVICES | 62.95 | | 62.95 | | | 125.90 |
| ADP, LLC | 2,730.02 | | | | | 2,730.02 |
| ALL PRO FENCE COMPANY | | | | | | - |
| ALLIANCE SOFTWARE GROUP | | | 377.09 | | | 377.09 |
| ALLIED FIRE INC | | | | | | - |
| ALLIED GASES & WELDING SUPPLIES, INC. | 231.77 | | 197.59 | | | 429.36 |
| ALSCO INC | | | | | | - |
| AMAZON | | | | | | - |
| AMERICAN TIRE DISTRIBUTORS | | | 295.10 | | | 295.10 |
| APPIA COMMUNICATIONS INC | | 848.42 | | 0.00 | | 848.42 |
| ARIZONA RUBBER CO. | | | | | | - |
| AT&T MOBILITY | | | | 743.32 | | 743.32 |
| BLAZE CONE COMPANY INC | | | | | | - |
| BLUE CROSS BLUE SHIELD OF ARIZONA | 517.48 | 15,093.08 | | | | 15,610.56 |
| BORLA PERFORMANCE INDUSTRIES INC. | | | | | 0.00 | - |
| BP LUBRICANTS USA INC | | | | | | - |
| CEREUS GRAPHICS | | | | | | - |
| CLIFTON LARSON ALLEN LLP | | | | | | - |
| COMPETITION ENGINEERING, INC. | | | | | | - |
| COPPERPOINT MUTUAL | | | | | | - |
| CRAIN COMMUNICATIONS INC | | | | | | - |
| CREATIVE HANDS CUISINE | | | 437.60 | | | 437.60 |
| DIG-PHOENIX | | | 2,571.45 | | | 2,571.45 |
| DIRECTV | | | | | | - |
| DOCUMENT TECHNOLOGIES | | | | | | - |
| DOCUSIGN INC. | | | | | | - |
| EBAY | | | | 1.55 | | 1.55 |
| EXPERIENCE SCOTTSDALE | | 695.00 | | | | 695.00 |
| FEDEX | | | 13.50 | | | 13.50 |
| FEDEX OFFICE | | | | | | - |
| FERRARI CLUB OF AMERICA | | | | | | - |
| FIREDRUM INTERNET MARKETING | 340.00 | | | | | 340.00 |
| FIREFLY GRAPHICS INC | | | | | | - |
| FIRST CALL AUTO PARTS FOR PROFESSIONALS | | | | | | - |
| FLUORESCO LIGHTING-SIGN MAINT. | | | | 890.94 | | 890.94 |
| GILA RIVER INDIAN COMMUNITY (4001239001) | | | | | | - |
| GILA RIVER INDIAN COMMUNITY (4001240001) | 63.60 | 31.80 | 31.80 | | | 127.20 |
| GILA RIVER INDIAN COMMUNITY (4001240002) | 31.84 | 72.15 | | | | 103.99 |
| GILA RIVER INDIAN COMMUNITY (4001240003) | 4,927.99 | | | | | 4,927.99 |
| GILA RIVER INDIAN COMMUNITY (4001240004) | 114.62 | | | | | 114.62 |
| GILA RIVER INDIAN COMMUNITY (4001240005) | 446.82 | 31.80 | | | | 478.62 |
| GILA RIVER TELECOMMUNICATIONS | | 734.96 | 734.96 | | | 1,469.92 |
| GRAINGER | | | | | | - |
| HOERR RACING PRODUCTS | | | | | | - |
| HUNTER SVC LLC | | | | | | - |
| ICE KING | | | | | | - |
| ICOSTORE LLC | | | | | | - |
| JORDAK | | | | | | - |
| KIMBALL MIDWEST | | | | | | - |
| KNEADERS BAKERY AND CAFE | | | | | | - |
| LAMAR COMPANIES | | | | 1,170.00 | | 1,170.00 |
| MADDEN MEDIA | | | | | | 6,738.53 |

| Vendor | | | | | | Total |
|---|---|---|---|---|---|---|
| METLIFE | 1,230.07 | 897.28 | | | | 2,127.35 |
| MOBILE WHEEL RESTORATION DBA MOBILE WHEEL REPAIR | | | | | | - |
| MOSES SMITH RACING | 16,625.00 | | | | | 16,625.00 |
| NATIONAL CONSTRUCTION RENTALS | 695.05 | 695.05 | | | | 1,390.10 |
| NEOPOST | 79.04 | | 43.44 | | | 122.48 |
| OAKLEY | | | | | | - |
| OCCUPATIONAL HEALTH CENTERS | | | 98.50 | | | 98.50 |
| OEI DESIGN | | | | | | - |
| OREILLY AUTO PARTS | | | | | | - |
| PHILADELPHIA INSURANCE CO | | | 7,369.50 | | | 7,369.50 |
| PLANET SUB | | | | | | - |
| PRINTING SPECIALISTS | | | | | | - |
| PRO AUTO SPORTS | | | | | | - |
| QUARLES & BRADY LLP | | | | 572.00 | | 572.00 |
| RACER MEDIA & MARKETING INC | | | | | | - |
| RED GUITAR ADVERTISING | | | | | | - |
| REPUBLIC SERVICES | 1,964.54 | | 1,947.42 | | | 3,911.96 |
| S & S PAVING AND CONSTRUCTION, INC. | | | | | | |
| SAFETY-KLEEN SYSTEMS INC | 384.09 | | | | | 384.09 |
| Scottsdale Area Chamber of Commerce | | | 625.00 | | | 625.00 |
| SEMPLE, MARCHAL & COOPER, LLP | | | 860.56 | | | 860.56 |
| SENERGY PETROLEUM, LLC | | | | 13,571.12 | | 13,571.12 |
| SHRED-IT USA | | | | | | - |
| SOCIETY'S AIR LLC | | | | | | - |
| STAPLES ADVANTAGE | | 79.18 | | | | 79.18 |
| SUN VALLEY MARINA DEVELOPMENT CORP | | 73,545.64 | 61,350.64 | 16,418.14 | | 151,314.42 |
| TAYLOR RACE ENGINEERING LL | | | | | | - |
| TEMPE DODGE CHRYSLER JEEP RAM KIA | | | | | | - |
| THOMAS PRINTWORKS | | | | | | - |
| TimePiece Public Relations, Inc. | | | 3,000.00 | | | 3,000.00 |
| TIRE EQUIPMENT SERVICE | | | | | | - |
| TITAN RENTALS | | | | | 0.00 | - |
| TLC Equipment Service | | | | | | - |
| TRC AUTO GLASS, LLC | | | | | | - |
| ULINE | | | | | | - |
| UNUM LIFE INSURANCE CO OF AMERICA | | 859.49 | | | | 859.49 |
| USD INC | | | | | | - |
| VERIZON WIRELESS | | 271.57 | | 244.97 | | 516.54 |
| VINTAGE MOTORSPORT INC | | | | | | - |
| Vision Chemical Systems | | | 337.05 | | | 337.05 |
| VOCE TELECOM | | | 69.39 | | | 69.39 |
| WAXIE SANITARY SUPPLY | | | | | | - |
| Western States Petroleum, Inc. | | | 14,573.46 | | | 14,573.46 |
| WESTWOOD PROFESSIONAL SERVICES, INC | | 57.50 | | | | 57.50 |
| WHIRLWIND GOLF CLUB | | | | | | - |
| YESS | | | | | | - |
| TOTAL | $30,444.88 | $93,912.92 | $121,685.53 | $32,442.04 | $ 0.00 | $ 278,485.37 |

| Professional | | | | | | |
|---|---|---|---|---|---|---|
| B2B CFO | 5,000.00 | | | | | 5,000.00 |
| ALLEN BARNES & JONES | | | 44,468.00 | | | 44,468.00 |
| | 5,000.00 | 0.00 | 44,468.00 | 0 | 0 | 49,468.00 |

| Bank Notes | | | | | | |
|---|---|---|---|---|---|---|
| Bancorp Bank | 37,278.14 | 31,031.13 | | 3836.7 | | 72,145.97 |
| WELLS FARGO FINANCIAL LEASING | | 5,599.62 | | | | 5,599.62 |
| WELLS FARGO VENDOR FIN SERV | | 542.82 | | | | 542.82 |
| | 37,278.14 | 37,173.57 | 0.00 | 3836.7 | 0 | 78,288.41 |

**Total Accounts Payable Post- Petition**  $ 406,241.78

 **Arizona Business Bank**

CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

 oz 01     **RETURN SERVICE REQUESTED**
BOB BONDURANT SCHOOL OF HIGH
DEBTOR IN POSSESSION
CASE# 2:18-BK-12041-BKM TAX ACCOUNT
PO BOX 51980
PHOENIX AZ 85076

hoo4a
07859



Independence to succeed.

## CHECKING ACCOUNT

Business Banking Essential Pkg
| | | | |
|---|---|---|---|
| Account Number | 5130 | Number of Enclosures | 1 |
| Previous Balance | (751.07) | Statement Dates | 12/03/18 thru 12/31/18 |
| 1 Deposits | 80,588.72 | Days in the Statement Period | 29 |
| 5 Withdrawals | 42,126.18 | Average Ledger | 48,714.21 |
| Service Charge | .00 | Average Collected | 48,714.21 |
| Interest Paid | .00 | | |
| Ending Balance | 37,711.47 | | |

## DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 12/03 | Telephone transfer credit from Acct No.      4456106-D | 80,588.72 |

## WITHDRAWALS

| Date | Description | | Amount |
|---|---|---|---|
| 12/03 | ADP Tax   ADP Tax   CCD AA0NV 113049A02 | | (3,645.82) |
| 12/10 | ANALYSIS  CO AZ BIZ BANK  CCD | | (58.20) |
| 12/13 | ADP Tax   ADP Tax   CCD AA0NV 121450A01 | | (9,618.26) |
| 12/26 | ADP Tax   ADP Tax   CCD AA0NV 122752A01 | | (8,803.90) |

## CONSUMER DEPOSIT DISCLOSURES

**In Case of Errors or Questions About Your ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201 as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so you will have the use of the money during the time it takes us to complete our investigation.

*Please note: Paper draft and paper check claims must be disputed within 30 days per the Terms and Conditions of your account.

## CONSUMER LENDING DISCLOSURES

If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the statement cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next statement cycle will not include any days included in the prior cycle.

### Consumer Personal or Ready Reserve Line of Credit Computation of Interest Charges
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance.

### What to Do if You Think You Find a Mistake on Your Personal, Ready Reserve Line of Credit or Consumer HELOC Statement
If you think there is an error on your statement, write to us at Customer Service, P.O. Box 8779, Denver, CO 80201. In your letter, give us the following information:
* Account information: Your name and account number.
* Dollar amount: The dollar amount of the suspected error.
* Description of the Problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us at 1.800.624.0102, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether there has been an error, the following are true:
* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.
* Note for Consumer HELOC only: You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

### Consumer HELOC Computation of Finance Charges
Finance charges begin to accrue from the date of each advance. To calculate the finance charge for each statement cycle, the Daily Periodic Rate is multiplied by the Daily Balance. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the cycle. To calculate the Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments, credits and unpaid finance charges.
The Average Daily Balance shown on the front of this statement is for illustration purposes only. To calculate the amount of your finance charge, multiply the number of days in the Cycle by the Average Daily Balance, then multiply by the Daily Periodic Rate.
NOTE: The Annual Percentage Rate and Daily Periodic Rate may vary.

## ADDITIONAL INFORMATION FOR ALL ACCOUNTS

### Negative Information Disclosure
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**CONTACT US FOR PAYMENTS, INQUIRIES, DISPUTES, ERRORS, OR REPORT LOST OR STOLEN CHECKS**
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201

Member FDIC
Part of CoBiz Bank



 **Arizona Business Bank**

CoBiz Financial
PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount |
|---|---|---|
| 12/04 | | 20,000.00 |

* Denotes missing or duplicate (re-presented) check number

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/03 | 76,191.83 | 12/04 | 56,191.83 | 12/10 | 56,133.63 |
| 12/13 | 46,515.37 | 12/26 | 37,711.47 | | |





# Arizona Business Bank

CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)



0                                        20,000.00

 **Arizona Business Bank**
COBIZ Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)


oz 01
hoo4a
07858

**RETURN SERVICE REQUESTED**
BOB BONDURANT SCHOOL OF HIGH
DEBTOR IN POSSISSION
CASE# 2:18-BK-12041-BKM PAYROLL ACCT
PO BOX 51980
PHOENIX AZ 85076



Independence to succeed.

## CHECKING ACCOUNT

**Business Banking Essential Pkg**

| | | | |
|---|---|---|---|
| Account Number | 6114 | Number of Enclosures | 1 |
| Previous Balance | (2,312.96) | Statement Dates | 12/03/18 thru 12/31/18 |
| 3 Deposits | 126,736.35 | Days in the Statement Period | 29 |
| 11 Withdrawals | 64,820.64 | Average Ledger | 88,743.98 |
| Service Charge | .00 | Average Collected | 81,310.46 |
| Interest Paid | .00 | | |
| Ending Balance | 59,602.75 | | |

## DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 12/03 | Telephone transfer credit from Acct No. 6106-D | 15,000.00 |
| 12/03 | Deposit | 111,572.00 |
| 12/05 | WAGE PAY ADP WAGE PAY CCD 5500480610100NV | 164.35 |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 12/03 | WAGE GARN ADP WAGE GARN CCD 7240720430460NV | (513.89) |
| 12/03 | WAGE PAY ADP WAGE PAY CCD 9289086572360NV | (10,599.79) |
| 12/04 | ADP 401k ADP 401k CCD AA0NV 113048V01 | (43.27) |
| 12/04 | ADP 401k ADP 401k CCD AA0NV 113049V02 | (632.66) |
| 12/10 | ANALYSIS CO AZ BIZ BANK CCD | (58.60) |

## CONSUMER DEPOSIT DISCLOSURES

**In Case of Errors or Questions About Your ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201 as soon as possible if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt which the error or problem appeared.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error so you will have the use of the money during the time it takes us to complete our investigation.

*Please note: Paper draft and paper check claims must be disputed within 30 days per the Terms and Conditions of your account.

## CONSUMER LENDING DISCLOSURES

If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the statement cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next statement cycle will not include any days included in the prior cycle.

**Consumer Personal or Ready Reserve Line of Credit Computation of Interest Charges**
We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid interest and any payments or credits. This gives us the daily balance.

**What to Do if You Think You Find a Mistake on Your Personal, Ready Reserve Line of Credit or Consumer HELOC Statement**
If you think there is an error on your statement, write to us at Customer Service, P.O. Box 8779, Denver, CO 80201. In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us at 1.800.624.0102, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
- Note for Consumer HELOC only: You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Consumer HELOC Computation of Finance Charges**
Finance charges begin to accrue from the date of each advance. To calculate the finance charge for each statement cycle, the Daily Periodic Rate is multiplied by the Daily Balance. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the cycle. To calculate the Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments, credits and unpaid finance charges.
The Average Daily Balance shown on the front of this statement is for illustration purposes only. To calculate the amount of your finance charge, multiply the number of days in the Cycle by the Average Daily Balance, then multiply by the Daily Periodic Rate.
NOTE: The Annual Percentage Rate and Daily Periodic Rate may vary.

## ADDITIONAL INFORMATION FOR ALL ACCOUNTS

**Negative Information Disclosure**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**CONTACT US FOR PAYMENTS, INQUIRIES, DISPUTES, ERRORS, OR REPORT LOST OR STOLEN CHECKS**
Please telephone us at 1.800.624.0102 or write to us at Customer Service, P.O. Box 8779, Denver, CO 80201

Member FDIC
Part of CoBiz Bank





# Arizona Business Bank
CoBiz Financial
PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

## WITHDRAWALS (Continued)

| Date | Description | Amount |
|---|---|---|
| 12/13 | WAGE GARN ADP WAGE GARN   CCD  9422082656460NV | (513.89) |
| 12/13 | WAGE PAY  ADP WAGE PAY   CCD  9422082656450NV | (28,229.90) |
| 12/18 | ADP 401k  ADP 401k      CCD  AA0NV 121450V01 | (632.66) |
| 12/26 | WAGE GARN ADP WAGE GARN   CCD  6170679976540NV | (513.89) |
| 12/26 | WAGE PAY  ADP WAGE PAY   CCD  6170679976530NV | (22,141.49) |
| 12/31 | ADP 401k  ADP 401k      CCD  AA0NV 122752V01 | (940.60) |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/03 | 113,145.36 | 12/10 | 112,575.18 | 12/26 | 60,543.35 |
| 12/04 | 112,469.43 | 12/13 | 83,831.39 | 12/31 | 59,602.75 |
| 12/05 | 112,633.78 | 12/18 | 83,198.73 | | |





# Arizona Business Bank

COBIZ Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

## Statement of Account

| Statement Period | 12/03/2018 - 12/31/2018 |
| --- | --- |
| Account Number | 5114 |
| Page | 3 of 3 |

**800.624.0102**          **azbizbank.com**

```
VIRTUAL Internal Use Only Form-CoBiz Bank
P.O.BOX 8779 Denver CO 80201-8779 - 303-293-2265-102003206

EDA Deposit
CREDIT    Drawer: 2302         12/03/2018
          Trans#:    8           10:26:26
Acct#    6114
Total Deposit            111,572.00
```

0                                        111,572.00



Case 2:18-bk-12041-BKM    Doc 135    Filed 01/28/19    Entered 01/28/19 10:21:17    Desc
Main Document    Page 28 of 33

 Arizona Business Bank
CoBIZ Financial
PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

 oz 01        **RETURN SERVICE REQUESTED**
BOB BONDURANT SCHOOL OF HIGH
DEBTOR IN POSSESSION
hoo4a    CASE # 2:18-BK-12041-BKM GENERAL ACCT
08934    PO BOX 51980
PHOENIX AZ 85076

րՈլիիիմասիիրՈւպիիդումեսիիիիրամիիիիիՈւպիիլ



Independence to succeed.

## CHECKING ACCOUNT

| Business Banking Essential Pkg | | Number of Enclosures | 17 |
|---|---|---|---|
| Account Number | 6106 | Statement Dates | 12/03/18 thru 12/31/18 |
| Previous Balance | 100,934.02 | Days in the Statement Period | 29 |
| 25 Deposits | 171,880.16 | Average Ledger | 69,390.65 |
| 22 Withdrawals | 143,914.15 | Average Collected | 67,098.50 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 128,900.03 | | |

## DEPOSITS

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/03 | 181203P2 Square Inc | PPD · | | 3,601.20 |
| 12/03 | Deposit | | | 8,625.05 |
| 12/04 | 181204P2 Square Inc | PPD | | 291.75 |
| 12/04 | Deposit | | | 26,277.50 |
| 12/06 | 181206P2 Square Inc | PPD | | 20,339.77 |
| 12/10 | 181210P2 Square Inc | PPD | | 54.49 |
| 12/10 | 181210P2 Square Inc | PPD | | 594.60 |
| 12/10 | Deposit | | | 3,500.00 |
| 12/11 | 181211P2 Square Inc | PPD | | 4,084.01 |
| 12/12 | 181212P2 Square Inc | PPD | | 7,127.68 |
| 12/13 | 181213P2 Square Inc | PPD | | 6,462.30 |
| 12/14 | 181214P2 Square Inc | PPD | | 615.98 |
| 12/17 | 181217P2 Square Inc | PPD | | 9,778.25 |
| 12/18 | 181218P2 Square Inc | PPD | | 10,008.12 |
| 12/19 | 181219P2 Square Inc | PPD | | 10,786.61 |
| 12/20 | 181220P2 Square Inc | PPD | | 8,037.42 |



# Arizona Business Bank
COBIZ Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

## DEPOSITS (Continued)

| Date | Description | Amount |
| --- | --- | --- |
| 12/20 | CREDIT EXCMERCH BANKCARD  CCD 520002880707 | 8,148.30 |
| 12/21 | 181221P2  Square Inc    PPD | 7,506.88 |
| 12/24 | 181224P2  Square Inc    PPD | 8,229.04 |
| 12/26 | Deposit | 896.13 |
| 12/27 | 181227P2  Square Inc    PPD | 9,575.07 |
| 12/27 | Deposit | 812.00 |
| 12/28 | 181228P2  Square Inc    PPD | 2,065.98 |
| 12/31 | 181231P2  Square Inc    PPD | 502.46 |
| 12/31 | 181231P2  Square Inc    PPD | 13,959.57 |

## WITHDRAWALS

| Date | Description | Amount |
| --- | --- | --- |
| 12/03 | Telephone transfer debit to Acct No.        6114-D | (15,000.00) |
| 12/03 | Telephone transfer debit to Acct No.        6130-D | (80,588.72) |
| 12/05 | AUTH PAYMEUniFi Equipment CCD 195970-0001 | (1,720.20) |
| 12/05 | PAYMENTS  Western States  CCD BONDURANT SCHOO | (14,115.67) |
| 12/06 | Chargeback | (8,625.05) |
| 12/14 | PAYMENT  GilaRiverICUA  PPD | (187.77) |
| 12/17 | EDI PAYMNTMICROSOFT 6041  PPD TRN*1*Z30Q3LOSDK2V\ | (21.72) |
| 12/17 | EDI PAYMNTMICROSOFT 6041  PPD TRN*1*Z30P3LPBPVD4\ | (81.46) |
| 12/17 | EDI PAYMNTMICROSOFT 6041  PPD TRN*1*Z30T3LPA26RD\ | (179.20) |
| 12/17 | AUTH PAYMEUniFi Equipment CCD 195970-0002 | (683.53) |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/21 | 1035 | 3,650.00 | 12/03 | 1039 | 400.00 | 12/12 | 1043 | 243.86 |
| 12/19 | 1036 | 790.54 | 12/17 | 1040 | 400.00 | 12/18 | 1044 | 1,884.62 |
| 12/06 | 1037 | 3,900.00 | 12/11 | 1041 | 400.00 | 12/24 | 1046* | 4,263.21 |
| 12/06 | 1038 | 4,500.00 | 12/13 | 1042 | 278.60 | 12/13 | 1047 | 2,000.00 |

* Denotes missing or duplicate (re-presented) check number




 **Arizona Business Bank**

CoBIZ Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/03 | 17,171.55 | 12/13 | 50,120.27 | 12/24 | 101,088.82 |
| 12/04 | 43,740.80 | 12/14 | 50,548.48 | 12/26 | 101,984.95 |
| 12/05 | 27,904.93 | 12/17 | 58,960.82 | 12/27 | 112,372.02 |
| 12/06 | 31,219.65 | 12/18 | 67,084.32 | 12/28 | 114,438.00 |
| 12/10 | 35,368.74 | 12/19 | 77,080.39 | 12/31 | 128,900.03 |
| 12/11 | 39,052.75 | 12/20 | 93,266.11 | | |
| 12/12 | 45,936.57 | 12/21 | 97,122.99 | | |



# Arizona Business Bank

## CoBiz Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)

---

VIRTUAL Internal Use Only Form-CoBiz Bank
P.O.BOX 8779 Denver CO 80201-8779 - 303-293-2265-102003206

DDA Deposit
CREDIT    Drawer: 2301      12/03/2018
          Trans#:  16       16:57:48
Acct#  6106
Total Deposit              8,625.05

0              12032018              8,625.05

---

VIRTUAL Internal Use Only Form-CoBiz Bank
P.O.BOX 8779 Denver CO 80201-8779 - 303-293-2265-102003206

DDA Deposit
CREDIT    Drawer: 2263      12/04/2018
          Trans#:  19       16:31:46
Acct#  6106
Total Deposit              26,277.50

0              12042018              26,277.50

---

0              12102018              3,500.00

---

VIRTUAL Internal Use Only Form-CoBiz Bank
P.O.BOX 8779 Denver CO 80201-8779 - 303-293-2265-102003206

DDA Deposit
CREDIT    Drawer: 2603      12/26/2018
          Trans#:  21       16:15:49
Acct#  6106
Total Deposit              896.13

0              12262018              896.13

---

0              12272018              812.00

---

1035              12212018              3,650.00

---

1036              12192018              790.54

---

1037              12062018              3,900.00

---

1038              12062018              4,500.00

---

1039              12032018              400.00

---

1040              12172018              400.00

---

1041              12112018              400.00



# Arizona Business Bank

CoBIZ Financial

PO Box 111365
Nashville, TN 37222
(For Return Mail Only)



1042          12132018          278.60

1044          12182018          1,884.62

1047          12132018          2,000.00



1043          12122018          243.86



1046          12242018          4,263.21