# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **STIPULATED ORDER EXTENDING DEADLINE TO ASSUME OR REJECT LEASES** |

Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor-in-possession (the "Debtor") in the above-captioned bankruptcy case ("Case") and Sun Valley Marina Development Corporation ("Landlord," and with the Debtor, the "Parties") agree and stipulate to extend the deadline for the Debtor to assume or reject the sublease by and between the Debtor and the Landlord (the "Lease") to provide more time for the Parties to negotiate a consensual resolution. The Parties hereby agree as follows:

1. On or about March 3, 2017, the Parties entered into the Lease.

2. On October 2, 2018, the Debtor commenced the Case by filing for relief under Chapter 11 of the Bankruptcy Code.

3. Pursuant to 11 U.S.C. § 365(d)(4)(a), the Debtor must assume or reject an unexpired lease of nonresidential real property on or before January 30, 2019.

4. On January 4, 2019, the Landlord filed the *Sun Valley Marina Development Corporation's Motion to Compel Payment of Post-Petition Rent*. ECF No. 118.

5. Currently, the Parties are negotiating certain matters related to the Lease, and the Debtor and certain third parties subject to non-disclosure agreements need additional time to decide on assumption or rejection.

The Parties having agreed to the terms set forth herein and stipulated to entry of this Order, the Court having considered the stipulated terms and the entire record before the Court, after due deliberation thereon and sufficient cause appearing, **IT IS HEREBY ORDERED** that the deadline for assuming or rejecting the Lease is extended to February 15, 2019, and nothing herein shall be construed as prohibiting a further extension if circumstances warrant.

**SIGNED AND DATED ABOVE**

APPROVED AS TO FORM AND CONTENT:

**ALLEN BARNES & JONES, PLC**

*/s/ Hilary L. Barnes*
Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004

**OSBORN MALEDON, P.A.**

*/s/ Warren J. Stapleton (with permission)*
Warren J. Stapleton, #018646
2929 N. Central Avenue, 21st Floor
Phoenix, Arizona 85012
*Counsel for Sun Marina Valley Development Corporation*