Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**MOTION TO EXTEND EXCLUSIVITY PERIODS UNDER 11 U.S.C §§ 1121(c)(2) and (c)(3)** |

Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), hereby requests that the Court enter an order extending the exclusivity periods set forth in 11 U.S.C. §§ 1121(c)(2) and (c)(3) pursuant to 11 U.S.C. § 1121(d) and Fed. R. Bankr. P. 9006(b). The Debtor is in final stages of negotiation for debtor-in-possession financing that will cover Debtor's unpaid administrative expenses and operational costs, including post-petition rent, for the next sixty (60) days. During that time period, the Debtor intends to propose a plan centered around a sale of the Debtor's assets and operations with a stalking horse bidder. Based on the interest the Debtor has received from various third parties thus far, the Debtor believes a sale of its assets and operations will provide a greater return to creditors than they would receive in a chapter 7. Accordingly, with the exclusivity periods under 11 U.S.C. §§ 1121(c)(2) and (c)(3) set to expire on January 30, 2019 and March 31, 2019, respectfully, the Debtor requests an additional sixty (60) days to propose and solicit acceptances of a plan.

The following Memorandum of Points and Authorities supports this Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. FACTUAL BACKGROUND**

1. On October 2, 2018 (the "Petition Date"), the Debtor commenced the Case by filing a petition for relief under Chapter 11 of the Bankruptcy Code.

2. No trustee or creditor committee has been appointed.

3. On December 11, 2018, the Court approved the Debtor's retention and employment of Timothy H. Shaffer of Clotho Recovery Systems as its Chief Restructuring Officer ("CRO"), *nunc pro tunc* to November 13, 2018.

4. Since the Petition Date, the Debtor has been engaged in discussions and negotiations with numerous parties, subject to non-disclosure agreements, regarding debtor-in-possession ("DIP") financing and/or other possible transactions involving the Debtor's operations, assets, and plan of reorganization.

5. The Debtor is in the final stages of negotiating a DIP loan and must ensure that those negotiations are not disrupted by its exclusivity expiring.

6. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1134. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for this Motion is 11 U.S.C. §§ 1121(c)(2) and (c)(3) pursuant to 11 U.S.C. § 1121(d) and Fed. R. Bankr. P. 9006(b).

**II. LEGAL ARGUMENT**

The Court may extend the exclusivity period for "cause," which is determined by considering the facts and circumstances of the case. 11 U.S.C. § 1121(d); *see also In re Tony Downs Foods Co.*, 34 B.R. 405, 407 (Bankr. D. Minn. 1983). The "cause" standard is intended to give courts significant flexibility in determining whether exclusivity should be extended. *See In re Gibson & Cushman Dredging Corp.*, 101 B.R. 405 (E.D.N.Y. 1989) (citations omitted). The critical consideration is whether extending the exclusivity period will "facilitate moving the case forward toward a fair and equitable resolution." *In re Henry Mayo Newhall Memorial*

*Hospital*, 282 B.R. 444 (B.A.P. 9th Cir. 2002) (citation omitted).

In this Case, cause exists to grant an extension of exclusivity for a short 60-day period. As previously discussed, the Debtor is in the final stages of negotiations for debtor-in-possession financing, which will cover Debtor's unpaid administrative expenses and operational costs, including rent, for the next sixty (60) days, and must avoid the disruption that may result from the expiration of exclusivity. During that time period, the Debtor intends to propose a plan centered around a sale of the Debtor's operations. The Debtor believes a sale of its operations will provide a greater return to creditors than they would receive in a chapter 7, and there is no better alternative under the current circumstances. Accordingly, extending the exclusivity periods will allow the Debtor to obtain the debtor-in-possession financing, propose a plan, and move the Case forward toward a fair and equitable resolution for all creditors and parties in interest.

### III. CONCLUSION

**WHEREFORE**, based on the foregoing and the record before the Court, the Debtor respectfully requests that the Court enter an order (i) approving this Motion and (ii) granting an extension of the exclusivity periods set forth in 11 U.S.C. §§ 1121(c)(2) and (c)(3) to April 1, 2019 (61 days) and May 31, 2019 (60 days), and (iii) for other relief that is just under the circumstances.

DATED: January 29, 2019.

**ALLEN BARNES & JONES, PLC**

/s/ *HLB #19669*
Hilary L. Barnes
Philip J. Giles
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
*Attorneys for the Debtor*

/ / /

/ / /

**E-FILED** on January 29, 2019 with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have
appeared in the case.

**COPY** mailed via U.S. Mail to:

OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

**COPY** emailed to:

Elizabeth C. Amorosi
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

/ / /

/ / /

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

Christopher R. Kaup
TIFFANY & BOSCO, P.A.
Seventh Floor, Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
crk@tblaw.com
*Attorneys for Robert and Patricia C. Bondurant*

*/s/ Misty Vasquez*