| | |
|---|---|
| James E. Cross, Bar No. 009063 | |
| **THE CROSS LAW FIRM, P.L.C.** | |
| 1850 N. Central Ave., Suite 1150 | |
| Phoenix, Arizona 85004 | |
| Ph: (602) 412-4422 | |
| Fax: (602) 252-4712 | |
| Email: jcross@crosslawaz.com | |
| Attorney for Arlington Street Investments | |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:18-bk-12041-BKM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

The Cross Law Firm, by James E. Cross, (a) gives notice of appearance in this case as counsel for Arlington Street Investments; (b) requests that his name and address be added to the master mailing list; and (c) requests copies of all pleadings, notices, and other filings be forwarded to him at the email address listed above, and/or mailed to the address below:

James E. Cross
The Cross Law Firm, P.L.C.
1850 N Central Ave., Suite 1150
Phoenix, AZ 85004
Email: JCross@crosslawaz.com

This notice of appearance is filed without prejudice to the rights of Arlington Street Investments to object to the jurisdiction of this Court to hear any matter brought before it in these proceedings and shall not be regarded by any party as a confession of jurisdiction or consent to jurisdiction with respect to any matter brought before this Court, nor is it a waiver of the right to seek a withdrawal of the reference by the United States District Court. By filing this notice, Arlington Street Investments is not waiving or releasing any rights against any person, entity, or property.

DATED this 1st day of February, 2019.

**THE CROSS LAW FIRM, P.L.C.**

/s/ *James Cross (#9063)*
James E. Cross
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Counsel for Arlington Street Investments

Original filed and Copies of the foregoing served electronically via the Court's CM/ECF Notification System this 1st day of February, 2019, on all parties that have appeared in the case.

Additionally, COPIES sent via e-mail transmission this 1st day of February, 2019, to:

Hilary Barnes, Esq.
Philip Giles, Esq.
Allen, Barnes & Jones, PLC
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Email: hbarnes@allenbarneslaw.com
        pgiles@allenbarneslaw.com
Counsel for Debtor

Elizabeth Amorosi, Esq.
Office of the U.S. Trustee
230 N. 1st Ave., Suite 204
Phoenix, AZ 85003
Email: elizabeth.c.amorosi@usdoj.gov

Christopher Kaup, Esq.
Tiffany & Bosco, PA
Camelback Esplanade II, 7th Floor
2525 E. Camelback Rd.
Phoenix, AZ 85016
Email: crk@tblaw.com
Counsel for Patricia and Robert Bondurant

Sheryl Toby, Esq.
Dykema Gossett PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
Email: stoby@dykema.com
Counsel for FCA US, LLC

Christopher Simpson, Esq.
Stinson Leonard Street LLP
1850 N. Central Ave., Suite 2100
Phoenix, AZ 85004
Email: christopher.simpson@stinson.com
Counsel for FCA US, LLC

Larry Folks, Esq.
Folks Hess Kass, PLLC
1850 N. Central Ave., Suite 1140
Phoenix, AZ 85004
Email: folks@folkshesskass.com
Counsel for JPMorgan Chase Bank, NA

2

| 1 | Michelle Shriro, Esq.<br>Singer & Levick, PC<br>16200 Addison Rd., Suite 140<br>Addison, TX 75001<br>Email: mshriro@singerlevick.com<br>Counsel for Moses Smith Racing, LLC | Thomas Littler, Esq.<br>341 W. Secretariat Dr.<br>Tempe, AZ 85284<br>Email: telittler@gmail.com<br>Counsel for Semple, Marchal & Cooper, PLC |
|---|---|---|
| 5 | Warren Stapleton, Esq.<br>Osborn Maledon, PA<br>2929 N. Central Ave., Suite 2100<br>Phoenix, AZ 85012<br>Email: wstapleton@omlaw.com<br>Counsel for Sun valley Marina Development Corporation | Jared Parker, Esq.<br>Parker Schwartz, PLLC<br>7310 N. 16th Street, Suite 330<br>Phoenix, AZ 85020<br>Email: jparker@psazlaw.com<br>Counsel for The Goodyear Tire & Rubber Company |
| 10 | Leslie Berkoff, Esq.<br>Moritt Hock & Hamroff, LLP<br>400 Garden City Plaza, #202<br>Garden City, NY 11530<br>Email: lberkoff@moritthock.com<br>Counsel for Unifi Equipment Finance, Inc. | |

*/s/ Kara L. Stewart*