# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**STIPULATED ORDER CONTINUING HEARING REGARDING SUN MARINA VALLEY DEVELOPMENT CORPORATION'S MOTION TO COMPEL PAYMENT OF POST-PETITION RENT** |

    Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession ("**Debtor**") in the above-captioned bankruptcy case, and Sun Marina Valley Development Corporation ("**Sun Marina**" and with the Debtor, the "**Parties**") have stipulated and agreed to continue the hearing on Sun Marina's *Motion to Compel Payment of Post-Petition Rent* [ECF No. 118] ("**Motion**") from February 6, 2019 at 11:00 a.m. to February 13, 2019 at 2:30 p.m. to allow the Parties additional time to negotiate a consensual resolution to the Motion.

    Based upon the foregoing, and good cause appearing therefor,

    **IT IS HEREBY ORDERED** vacating the hearing on the Motion currently scheduled for February 6, 2019 at 11:00 a.m., and setting a continued hearing on **February 13, 2019 at 2:30 p.m.**

    **IT IS FURTHER ORDERED** that the Debtor shall immediately serve a copy of this Order upon the U.S. Trustee and those creditors and parties-in-interest requesting notice, and file a certificate of service thereof.

**DATED AND SIGNED ABOVE**

**APPROVED AS TO FORM AND CONTENT:**

| ALLEN BARNES & JONES, PLC | OSBORN MALEDON, P.A. |
|---|---|
| /s/ *HLB #19669* | /s/ Warren J. Stapleton *(with permission)* |
| Hilary L. Barnes | Warren J. Stapleton |
| *Attorneys for the Debtor* | *Attorney for Sun Marina Valley Development Corporation* |