ORDERED ACCORDINGLY.

Dated: February 5, 2019



_____
**Brenda K. Martin, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **STIPULATED ORDER CONTINUING HEARING REGARDING SUN MARINA VALLEY DEVELOPMENT CORPORATION'S MOTION TO COMPEL PAYMENT OF POST-PETITION RENT** |

Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession ("**Debtor**") in the above-captioned bankruptcy case, and Sun Marina Valley Development Corporation ("**Sun Marina**" and with the Debtor, the "**Parties**") have stipulated and agreed to continue the hearing on Sun Marina's *Motion to Compel Payment of Post-Petition Rent* [ECF No. 118] ("**Motion**") from February 6, 2019 at 11:00 a.m. to February 13, 2019 at 2:30 p.m. to allow the Parties additional time to negotiate a consensual resolution to the Motion.

Based upon the foregoing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** vacating the hearing on the Motion currently scheduled for February 6, 2019 at 11:00 a.m., and setting a continued hearing on **February 13, 2019 at 2:30 p.m.**

**IT IS FURTHER ORDERED** that the Debtor shall immediately serve a copy of this Order upon the U.S. Trustee and those creditors and parties-in-interest requesting notice, and file a certificate of service thereof.

**DATED AND SIGNED ABOVE**

**APPROVED AS TO FORM AND CONTENT:**

ALLEN BARNES & JONES, PLC               OSBORN MALEDON, P.A.


/s/ *HLB #19669*                         /s/ Warren J. Stapleton *(with permission)*
Hilary L. Barnes                         Warren J. Stapleton
*Attorneys for the Debtor*               *Attorney for Sun Marina Valley Development Corporation*