Hilary L. Barnes, #19669
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **MOTION FOR EMERGENCY HEARING ON DEBTOR'S EXPEDITED MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SECURED FINANCING; (II) GRANTING SECURITY INTERESTS AND LIENS TO DEBTOR-IN-POSSESSION LENDER AND RELATED RELIEF** |

Bob Bondurant School of High Performance Driving, Inc. (the "**Debtor**"), the debtor and debtor in possession in the above-captioned chapter 11 case (the "**Case**"), hereby requests the Court to enter an order setting an emergency hearing on **February 13, 2019 at 2:30 p.m.** to consider the *Expedited Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing; (II) Granting Security Interests and Liens to Debtor-In-Possession Lender and Related Relief* (the "**DIP Motion**") [Docket No. 146]. As set forth in the DIP Motion, the Debtor seeks entry of an interim order, substantially in the form attached as **Exhibit A** hereto (the "**Interim Order**"): (a) authorizing the Debtor to obtain debtor-in-possession financing in the total amount of $675,000 in two tranches: (i) on an interim basis in the amount of $281,186, and (ii) on a final basis in the amount of $393,814, and (b) in connection therewith granting super-priority administrative expense status to the DIP Lender and grant to the DIP Lender a priming lien on substantially all of the Debtor's current and future assets, including Chapter 5 causes of action.

A hearing to consider another matter in this Case, *Sun Valley Marina Development Corporation's Motion to Compel Payment of Post-Petition Rent* [Docket No. 118] ("**Motion to Compel**"), is already set for the requested date and time. If granted on an interim basis, the DIP Motion will resolve the Motion to Compel, which is why the Debtor seeks a hearing on the DIP Motion at the same time.

In support of this Motion, the Bondurant School respectfully states as follows:

## I.   JURISDICTION AND VENUE

1.   The Debtor filed a voluntary bankruptcy petition for relief in the District of Arizona under Chapter 11 on October 2, 2018. The Debtor continues to operate its business as a debtor-in-possession in accordance with Code §§ 1107 and 1108.

2.   This Court has jurisdiction over the Case under 28 U.S.C. §§ 157 and 1334. This Motion is a core proceeding related to the administration of the bankruptcy estate under 28 U.S.C. § 157(b)(2)(A).

3.   The Debtor maintains its headquarters and principal place of business in Chandler, Arizona. Accordingly, venue for this Case is proper in this District under 28 U.S.C. §§ 1408 and 1409.

4.   No trustee or examiner has been appointed in this case, nor has an official committee of unsecured creditors been established.

5.   Timothy H. Shaffer of Clotho Recovery Systems, whose retention and employment the Court approved, continues to serve as the Debtor's Chief Restructuring Officer ("CRO").

## II.   FACTUAL AND PROCEDURAL BACKGROUND

6.   In support of this Motion, the Debtor incorporates by this reference the factual statements contained in the DIP Motion and the *Declaration of Timothy H. Shaffer* (the "**Shaffer Declaration**").

## III.   REQUESTED RELIEF

7.   The Debtor respectfully requests, pursuant to Local Rule 9013-1(h), the Court to

set an expedited hearing on an accelerated notice to consider the Application. The Debtor is unaware of any creditors or parties in interest who oppose or will oppose its request for an expedited hearing on the DIP Motion.

8. An immediate infusion of funds in the form of the first tranche of the DIP Loan is critical to resolving the Motion to Compel and bringing Sun Valley Marina Development Corporation ("**Sun Valley**"), the sublessor of the real property where the Debtor operates, and other leaseholders current, providing the Debtor with operational breathing room, and moving the Debtor forward to a § 363 sale and a confirmable plan of reorganization. Without interim approval of the DIP Loan, the Debtor, its estate, and its creditors face immediate and irreparable harm.

## IV.    <u>NOTICE</u>

9. Notice of this Motion and the Application has been given to the Office of the United States Trustee, the Debtor's secured creditor, JPMorgan Chase Bank, N.A., Sun Valley, the Debtor's twenty (20) largest unsecured creditors, and any party that requested notice through the Court's CM/ECF system.

10. Given the exigent circumstances, the Debtor submits that it is not feasible to give any other notice. Accordingly, the Debtor requests the Court to waive and dispense with the requirement of any further notice for the Application.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order setting an expedited hearing on the DIP Motion for February 13, at 2:30 p.m. A proposed form of order is attached hereto as **Exhibit A**.

DATED: February 8, 2019.

**ALLEN BARNES & JONES, PLC**

/s/ *HLB #19669*
Hilary L. Barnes
*Attorneys for the Debtor*

**E-FILED** on February 8, 2019 with the U.S.
Bankruptcy Court and copies served via ECF
notice on all parties that have appeared in the case.

**COPY** mailed same date via U.S. Mail to:

OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

**COPY** emailed same date to:

Elizabeth C. Amorosi, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov


Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*


Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Christopher R. Kaup
TIFFANY & BOSCO, P.A.
Seventh Floor, Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
crk@tblaw.com
*Attorneys for Robert and Patricia C. Bondurant*


Warren J. Stapleton, Esq.
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development*


Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*


Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*


Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*


*/s/ Carol McDonald*

# Exhibit A

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **ORDER SETTING EMERGENCY HEARING ON DEBTOR'S EXPEDITED MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SECURED FINANCING; (II) GRANTING SECURITY INTERESTS AND LIENS TO DEBTOR-IN-POSSESSION LENDER AND RELATED RELIEF** |

Having reviewed and considered the *Motion for Emergency Hearing on Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing; (II) Granting Security Interests and Liens to Debtor-In-Possession Lender and Related Relief* ("**Motion**") filed in connection with the *Expedited Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing; (II) Granting Security Interests and Liens to Debtor-In-Possession Lender and Related Relief* ("**DIP Motion**") filed by the Bob Bondurant School of High Performance Driving, Inc. (the "**Debtor**"), the debtor and debtor in possession in the above-captioned chapter 11 case, the School having provided adequate and proper notice of the Motion to interested parties under the circumstances, no other notice being necessary, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** setting an expedited hearing on **February __, 2019 at
_____ a.m./p.m.** to be held at the United States Bankruptcy Court,
District of Arizona, 230 North First Avenue, 7th Floor, Courtroom 701, Phoenix, Arizona 85003
to consider the Application.

    **IT IS FURTHER ORDERED** that the Debtor shall immediately serve a copy of this
Order upon the U.S. Trustee, the Debtor's secured creditor, its landlord, and the 20 largest
unsecured creditors, and file a certificate of service thereof.

<strong>DATED AND SIGNED ABOVE</strong>