**ORDERED ACCORDINGLY.**

Dated: February 8, 2019



_____
**Brenda K. Martin, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER SETTING EMERGENCY HEARING ON DEBTOR'S EXPEDITED MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SECURED FINANCING; (II) GRANTING SECURITY INTERESTS AND LIENS TO DEBTOR-IN-POSSESSION LENDER AND RELATED RELIEF** |

Having reviewed and considered the *Motion for Emergency Hearing on Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing; (II) Granting Security Interests and Liens to Debtor-In-Possession Lender and Related Relief* ("**Motion**") filed in connection with the *Expedited Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing; (II) Granting Security Interests and Liens to Debtor-In-Possession Lender and Related Relief* ("**DIP Motion**") filed by the Bob Bondurant School of High Performance Driving, Inc. (the "**Debtor**"), the debtor and debtor in possession in the above-captioned chapter 11 case, the School having provided adequate and proper notice of the Motion to interested parties under the circumstances, no other notice being necessary, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** setting an expedited hearing on **February 13, 2019 at 2:30 p.m.** to be held at the United States Bankruptcy Court, District of Arizona, 230 North First Avenue, 7th Floor, Courtroom 701, Phoenix, Arizona 85003 to consider the Application.

**IT IS FURTHER ORDERED** that the Debtor shall immediately serve a copy of this Order upon the U.S. Trustee, the Debtor's secured creditor, its landlord, and the 20 largest unsecured creditors, and file a certificate of service thereof.

**DATED AND SIGNED ABOVE**