Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
       pgiles@allenbarneslaw.com

Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA**

| In re: | Chapter 11 |
|---|---|
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **AFFIDAVIT OF MAILING** |

STATE OF ARIZONA   )
                   ) ss.
County of Maricopa )

Melissa Morgan, being first duly sworn upon her oath, deposes and states that she is over the age of 21 years, she is employed by the law firm of Allen Barnes & Jones, PLC, and that on **February 8, 2019**, she mailed copies of the following:

1. *Order Setting Emergency Hearing on Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing; (II) Granting Security Interests and Liens to Debtor-in-Possession Lender and Related Relief* [ECF No. 149];

2. *Expedited Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Secured Financing; (II) Granting Security Interests and Liens to Debtor-in-Possession Lender and Related Relief* [ECF No. 146];

3. *Declaration of Timothy H. Shaffer* [ECF No. 150],

via U.S. First Class Mail to all parties listed on the Debtor's master mailing list attached hereto as **Exhibit A**.

/ / /

DATED: February 11, 2019.

                                                              /s/ *Melissa Morgan*
                                                              Melissa Morgan

        SUBSCRIBED AND SWORN TO BEFORE ME this 11th day of February, 2019 by Melissa Morgan.

                                                                /s/ *Sherry Gomez*
                                                                 Notary Public

My Commission Expires: 03/10/20

{00151820}
-2-
Case 2:18-bk-12041-BKM    Doc 152   Filed 02/11/19   Entered 02/11/19 16:39:32   Desc
Main Document   Page 2 of 8

# Exhibit A

Label Matrix for local noticing
0970-2
Case 2:18-bk-12041-BKM
District of Arizona
Phoenix
Fri Feb  8 13:10:39 MST 2019

BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRI
20000 S. MARICOPA ROAD, GATE 3
CHANDLER, AZ 85226-5206

FCA US LLC
STINSON LEONARD STREET LLP
Christopher C. Simpson
PHOENIX, AZ 85004

JPMorgan Chase Bank, N.A.
c/o FOLKS HESS KASS, PLLC
LARRY O. FOLKS
1850 N. CENTRAL AVENUE
SUITE 1140
PHOENIX, AZ 85004-4586

Sun Valley Marina Development Corporation
Osborn Maledon, P.A.
2929 N. Central Ave.
Ste. 2100
Phoenix, AZ 85012-2793

The Goodyear Tire & Rubber Company
c/o Jared G. Parker
Parker Schwartz, PLLC
7310 N. 16th Street, Suite 330
Phoenix, AZ 85020-5276

UNIFI EQUIPMENT FINANCE, INC
C/O Moritt Hock and Hamroff LLP
Attn. Leslie A. Berkoff
400 Garden City Plaza
Garden City, NY 11530-3327

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

2060 Digital Phoenix Hubbard
Lockbox #511553
P.O. Box 511553
Los Angeles CA 90051-8108

ACI Air Compressors Inc.
1298 E. Delano Drive
Casa Grande AZ 85122-1136

ADP Screening and Selection Services
P.O. Box 645177
Cincinnati OH 45264-5177

AMERICAN EXPRESS TRAVEL RELATED SERVICES COM
INC.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AT&T Mobility
P.O. Box 6463
Carol Stream IL 60197-6463

All Pro Fence Company
1055 S. Center Street
Mesa AZ 85210-3601

Allied Fire Inc.
2845 N. Norfolk
Mesa AZ 85215-1139

Allied Gases & Welding Supplies, Inc.
945 E. Curry Road
Tempe AZ 85281-1905

Alsco Inc.
4707 W. Camelback Road
Phoenix AZ 85031-1413

Amazon
P.O. Box #530958
Atlanta GA 30353-0958

American Airlines Business Card Services
P.O. Box 23066
Columbus GA 31902-3066

American Express
P.O. Box 981535
El Paso TX 79998-1535

Appia Communications, Inc.
Dept CH 17329
Palatine IL 60055-7329

Arizona Business Bank
Cardmember Services
P.O. Box 790408
Saint Louis MO 63179-0408

Arizona Rubber Co.
2939 N. 31st Ave
Phoenix AZ 85017-5483

Arlington Street Investments
c/o James Cross, Esq.
Cross Law Firm, PLC
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004-4512

BP Lubricants USA Inc.
P.O. BOx 409383
Atlanta GA 30384-9383

Bancorp Bank
Attn: Lease Payment Center
P.O. Box 140733
Orlando FL 32814-0733

Blaze Cone Company Inc.
4929 SE 17th Ave
Portland OR 97202

Blue Cross Blue Shield
P.O. Box 52563
Phoenix AZ 85072-2563

CRAIN COMMUNICATIONS INC
ATTN LEGAL DEPT
1155 GRATIOT AVENUE
DETROIT MI 48207-2732

Cereus Graphics
2950-2 E. Broadway Road
Phoenix AZ 85040-0705

| | | |
|---|---|---|
| Chase Bank<br>P.O. Box 78039<br>Phoenix AZ 85062-8039 | Chase Cardmember Services<br>P.O. Box 94014<br>Palatine IL 60094-4014 | Clifton Larson Allen LLP<br>P.O. Box 31001-2433<br>Pasadena CA 91110-2433 |
| Competition Engineering, Inc.<br>3442 E. Wood Street<br>Phoenix AZ 85040-1833 | Copperpoint Mutual<br>P.O. Box 33049<br>Phoenix AZ 85067-3049 | Crain Communications Inc.<br>29588 Network Place<br>Chicago IL 60673-1295 |
| Creative Hands Cuisine<br>3035 N. Maple Street, #1<br>Mesa AZ 85215-1127 | Davis Vision<br>HM Life Insurance Company<br>P.O. Box 382038<br>Pittsburgh PA 15251-8038 | Dig-Phoenix<br>P.O. Box 730824<br>Dallas TX 75373-0824 |
| DirecTv<br>P.O. Box 5007<br>Carol Stream IL 60197-5007 | Document Technologies<br>1350 W. 23rd Street<br>Tempe AZ 85282-1837 | Docusign Inc.<br>Dept. 3428<br>P.O. Box 3428<br>Dallas TX 75312-3428 |
| FedEx<br>P.O. Box 7221<br>Pasadena CA 91109-7321 | FedEx Office<br>Customer Admin Services<br>P.O. Box 672085<br>Dallas TX 75267-2085 | Ferrari Club of America<br>Attn: Michael Salemi, Advertising Mgr<br>21129 Chase Drive<br>Novi TX 78375-4751 |
| Firedrum Internet Marketing<br>9903 E. Bell Road, Suite 120<br>Scottsdale AZ 85260-2159 | Firefly Graphics Inc.<br>734 W. Main Street<br>Mesa AZ 85201-7207 | First Call Auto Parts for Professionals<br>P.O. Box 9464<br>Springfield MO 65801-9464 |
| Gila River Indian Community<br>Utility Authority<br>6636 W. Sundust Rd. Box 5091<br>Chandler AZ 85226-5150 | Goodyear<br>200 Innovation Way<br>Akron OH 44306 | Grainger<br>P.O. Box 419267<br>Kansas City MO 64141-6267 |
| Hoerr Racing Products<br>9804 W. Primrose Lane<br>Edwards IL 61528-9306 | Home Depot Credit Card Services<br>P.O. Box 9001043<br>Louisville KY 40290-1043 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Hunter Svc LLC<br>19865 E. Willow Drive<br>Queen Creek AZ 85142-9431 | Ice King<br>5925 W. Van Buren STreet<br>Phoenix AZ 85043-3516 | Icostore LLC<br>1850 W. Drake Drive<br>Tempe AZ 85283-4303 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>Collateral Management Small Business<br>P.O. Box 33035<br>Louisville KY 40232-3035 | JPMorgan Chase Bnk, NA<br>c/o Larry O. Folks<br>Folks Hess Kass, PLLC<br>1850 N. Central Ave., Suite 1140<br>Phoenix, AZ 85004-4586 |

| | | |
|---|---|---|
| Jordak<br>P.O. Box 461904<br>Escondido CA 92046-1904 | KANS AZ LLC DBA PLANET SUB<br>LYNETTE OGLESBY<br>1920 W GERMANN RD STE 1<br>CHANDLER AZ 85286-8452 | Kimball Midwest<br>Dept L-2780<br>Columbus OH 43260-2780 |
| Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork UT 84003-2425 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge LA 70896-9030 | Metlife<br>P.O. Box 804466<br>Kansas City MO 64180-3323 |
| Mobile Wheel Restoration<br>dba Mobile Wheel Repair<br>12605 W. Indianola Avenue<br>Avondale AZ 85392-6328 | Moses Smith Racing<br>9016 Performance Court<br>Cresson TX 76035-4360 | Moses Smith Racing LLC<br>c/o Michelle E. Shriro<br>Singer & Levick PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 |
| Neopost<br>Neofunds<br>P.O.Box 6813<br>Carol Stream IL 60197-6813 | O'Reilly Auto Parts<br>P.O. Box 9464<br>Springfield MO 65801-9464 | OEI Design<br>7120 E. Indian School Road<br>Scottsdale AZ 85251-3855 |
| Oakley<br>P.O. Box 740964<br>Los Angeles CA 90074-0964 | Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia PA 19176-0251 | Planet Sub<br>1920 W. Germann Road, Suite 1<br>Chandler AZ 85286-8452 |
| Printing Specialists<br>1929 E. 5th Street<br>Tempe AZ 85281-2952 | (p)PRO AUTO SPORTS<br>315 S ALMA SCHOOL RD<br>MESA AZ 85210-1012 | Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine CA 92614-5626 |
| Red Guitar Advertising<br>26724 IRON CANYON RD<br>SANTA CLARITA CA 91387-4813 | Regents Capital Corporation<br>3200 Bristol Street, Suite 400<br>Costa Mesa CA 92626-1800 | Robert and Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 |
| S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix AZ 85040-1838 | Safety-Kleen Systems, Inc.<br>P.O. Box 7170<br>Pasadena CA 91109-7170 | Semple, Marchal & Cooper, LLP<br>2700 N. Central Avenue, 9th Floor<br>Phoenix AZ 85004-1147 |
| Shell Small Business<br>P.O.Box 78012<br>Phoenix AZ 85062-8012 | Shred-It USA<br>28883 Network Place<br>Chicago IL 60673-1288 | Society's Air LLC<br>41256 W. Rio Bravo Dr.<br>Maricopa AZ 85138-9540 |
| Sun Marina Valley Development Corporation<br>c/o Warren J. Stapleton<br>Osborn Maledon, P.A.<br>2929 N. Central Ave., Ste. 2100<br>Phoenix, AZ 85012-2793 | Sun Valley Marina Development Corp.<br>P.O. Box 5090<br>Chandler AZ 85226 | TLC Equipment Service<br>25664 N. 71st Drive<br>Peoria AZ 85383-7174 |

| | | |
|---|---|---|
| TRC Auto Glass, LLC<br>P.O. Box 9416<br>Surprise AZ 85374-0140 | Taylor Race Engineering LLC<br>2010 AVenue G, Suite 914<br>Plano TX 75074 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe AZ 85284-1023 |
| Thomas Printworks<br>P.O. Box 740967<br>Dallas TX 75374-0967 | Time Piece Public Relations, Inc.<br>3201 Skylane, #116<br>Carrollton TX 75006-2501 | Tire Equipment Service<br>4002 E. Elwood Street, Suite 4<br>Phoenix AZ 85040-0906 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Uline<br>P.O. Box 88741<br>Chicago IL 60680-1741 | UniFi Equipment Finance, Inc.<br>3893 Research Park Drive<br>Ann Arbor MI 48108-2217 |
| Unifi Equipment Finance<br>P.O. Box 1689<br>Ann Arbor MI 48106-1689 | Unifi Equipment Finance, Inc<br>c/o Moritt Hock and Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327<br>Attn: Leslie A. Berkoff, Esq. | United Pet Care, LLC<br>6232 N. 7th Street, Suite 202<br>Phoenix AZ 85014-1852 |
| Unum Life Insurance Co of America<br>P.O. Box 403748<br>Atlanta GA 30384-3748 | Vintage Motorsports Inc.<br>8712 E. Via De Commercio<br>Scottsdale AZ 85258-3362 | Waxie Sanitary Supply<br>P.O. Box 748802<br>Los Angeles CA 90074-8802 |
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F005-055<br>Des Moines, IA 50309-3605 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street, MAC N0005-044<br>Des Moines IA 50309-3891 | Wells Fargo Vendor Financial Services, L<br>P.O. Box 35701<br>Billings MT 59107-5701 |
| Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix AZ 85007-3398 | Westwood Professional Services, Inc.<br>P.O. Box 856650<br>Minneapolis MN 55485-6650 | Whirlwind Golf Club<br>5692 W. North Loop Road<br>Chandler AZ 85226-5268 |
| Yess<br>168 W. 12th Place<br>Tempe AZ 85281 | HILARY L BARNES<br>ALLEN BARNES & JONES, PLC<br>1850 N. CENTRAL AVE., SUITE 1150<br>PHOENIX, AZ 85004-4512 | PHILIP J GILES<br>Allen Barnes & Jones, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004-4512 |
| Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | Robert Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Home Depot Credit Card Services          Pro Auto Sports
c/o Citicards Private Label              315 S. Alma School Road
P.O. Box 20483                           Mesa AZ 85210
Kansas City MO 64195
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Arlington Street Investments          (u)Moses Smith Racing LLC          (u)Semple Marcal Cooper PLC
                                                                            2700 N Central Ave
                                                                            9th Floor
                                                                            Phoenix


End of Label Matrix
Mailable recipients   115
Bypassed recipients     3
Total                 118
```