# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.
**Case Number:** 2:18-BK-12041-BKM  **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, FEBRUARY 13, 2019 02:30 PM  7TH FLOOR #701
**Bankruptcy Judge:** BRENDA K. MARTIN
**Courtroom Clerk:** ELIZABETH PASCUA
**Reporter / ECR:** LYNNE HUGHES

## Matters:

1) SUN VALLEY MARINA DEVELOPMENT CORPORATION'S MOTION TO COMPEL PAYMENT OF POST-PETITION RENT FILED BY WARREN J. STAPLETON ON BEHALF OF SUN VALLEY MARINA DEVELOPMENT CORPORATION
   R / M #: 118 / 0

2) EMERGENCY HEARING ON DEBTOR'S EXPEDITED MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SECURED FINANCING; (II) GRANTING SECURITY INTERESTS AND LIENS TO DEBTOR-IN-POSSESSION LENDER AND RELATED RELIEF FILED BY HILARY L BARNES ON BEHALF OF BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.
   R / M #: 146 / 0

## Appearances:

HILARY L BARNES, ATTORNEY FOR BOB BONDURANT SCHOOL OF HIGH PERFORMANCE
PHILIP J GILES, ATTORNEY FOR BOB BONDURANT SCHOOL OF HIGH PERFORMANCE
LARRY FOLKS, ATTORNEY FOR JPMORGAN CHASE BANK
JAMES CROSS, ATTORNEY FOR ARLINGTON STREET iNVESTMENTS
WARREN STAPLETON, ATTORNEY FOR SUN VALLEY MARINA DEVELOPMENT CORP
CHRISTOPHER KAUP, ATTORNEY FOR EQUITY HOLDERS
MICHELLE SHRIRO, ATTORNEY FOR MOSES SMITH RACING
ROBERT LAPOWSKY, ATTORNEY FOR BANCORP BANK
SUN VALLEY MARINA DEVELOPMENT CORP. BOARD OF DIRECTORS
SHERYL TOBY FOR FCA, USA
STEVEN WEINSTEIN FOR ARLINGTON STREET INVESTMENTS

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:18-BK-12041-BKM    WEDNESDAY, FEBRUARY 13, 2019 02:30 PM

## *Proceedings:*

Ms. Barnes provides an update. The DIP lender withdrew the offer for the DIP financing. The DIP loan was going to solve the motion to compel payment. She believes the parties have come to an agreement with the motion. She received another DIP financing letter of intent. She believes the debtor will be able to get something else on file. The parties are contemplating a drop dead date of 03-01-2019 with the landlord. She will let Mr. Stapleton put the stipulation on the record. She will make sure that all interested parties have a chance to look at the stipulation with the landlord.

Mr. Stapleton thinks the parties will submit a stipulation. He reviews the stipulation. The debtor will pay the rent for November through February by 03-01-2019. If it is not paid, the lease is deemed rejected. He further reviews the stipulation and discusses FCA's stay lift that has already been obtained. He responds to the Court's questions. He discusses what might happen if payment is not made by 03-01-2019.

Ms. Barnes notes that with the DIP motion being withdrawn and a stipulation to be submitted, the Court will be waiting for the parties to upload a form of order.

COURT: THE COURT INFORMS THE PARTIES THAT IF THE DEBTOR WILL GET ANOTHER DIP LOAN, IT WOULD BE AN ADVANTAGE TO HAVE MORE DETAIL. MR. FOLKS' OBJECTION IS WELL TAKEN. THE COURT WILL WAIT FOR THE STIPULATION.

Page 2 of 2

Case 2:18-bk-12041-BKM    Doc 155    Filed 02/13/19    Entered 02/14/19 13:00:39    Desc
Main Document    Page 2 of 2    02/14/2019    1:00:28PM