# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.<br><br>Debtor. | Chapter 11<br><br>No. 2:18-bk-12041-BKM<br><br>**SUN VALLEY MARINA DEVELOPMENT CORPORATION AND THE DEBTOR'S STIPULATED RESOLUTION OF SUN VALLEY'S MOTION TO COMPEL PAYMENT OF RENT** |

This matter having come before the Court pursuant to Sun Valley Marina Development Corporation's Motion to Compel Payment of Administrative Rent, *see* Dkt #118, and the matter having been appropriately noticed to the parties and creditors, *see* Dkt # 131, no objections having been filed and the parties having consensually resolved the matter, and good cause appearing for the relief herein granted,

IT IS HEREBY ORDERED:

(1) That Debtor acknowledges that it owes Sun Valley $245,402.56 for rent accruing in November 2018, December 2018, January 2019, and February 2019.

(2) That Debtor shall pay that rent no later than March 1, 2019. In the event that the Debtor fails to pay the rent on or before this date, Sun Valley shall notify the Court that the rent has not been paid. At that point, the Lease shall be deemed rejected, and the Debtor shall surrender the premises (the "Lease Rejection"). Further, the automatic stay shall be lifted

to allow Sun Valley to secure the premises in accordance with Gila River Community law. Except as otherwise provided herein, the stay shall not be lifted to permit any collection activities or other acts prohibited by the stay, although this Order is without prejudice to any party seeking additional stay relief.

(3) Upon the occurrence of the Lease Rejection, the conditional stay relief previously granted to FCA US, LLC ("FCA") pursuant to the Stipulated Order Granting Stay Relief, Adequate Protection and Conditional Rejection of Contract, *see* Dkt #119 ("FCA Order"), shall be automatically effective, enabling FCA to take immediate possession of the Vehicles, and the Dodge Contract shall be deemed rejected without further notice or hearing, and Debtor shall not have the benefit of the 5-day period in which to seek a temporary restraining order after FCA files and serves the Court Notice (as defined in the FCA Order).

(4) Sun Valley and the Debtor will cooperate with FCA in facilitating the immediate return of the FCA Vehicles pursuant to an orderly process to be developed by and between Sun Valley and FCA and shall work together in returning or disposing of the Other FCA Items.

(5) In the event that the Debtor files a Section 364 financing motion or Section 363 motion to sell substantially all of the Debtor's assets prior to March 1, 2019, Sun Valley and the Debtor will determine whether or not to consensually extend the March 1, 2019 payment/rejection deadline specified above. Nothing herein prevents any party including the Debtor from seeking relief from the Court should the Debtor file a Section 364 financing motion or Section 363 motion to sell substantially all of the Debtor's assets prior to March 1, 2019.

(6) Sun Valley consents to extending the deadline for assumption or rejection of the Lease, which is currently February 15, 2019, through the close of business March 1, 2019.

(7) This stipulation shall be served in accordance with Rules 2002, 4001 and Local Rule 4001-1.

(8) The Court shall retain jurisdiction over any disputes arising from this Order and the FCA Order.

DATED AND SIGNED AS ABOVE.