# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

**Debtor:** BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.
**Case Number:** 2:18-BK-12041-BKM  **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, FEBRUARY 27, 2019 11:00 AM  7TH FLOOR #701
**Bankruptcy Judge:** BRENDA K. MARTIN
**Courtroom Clerk:** ELIZABETH PASCUA
**Reporter / ECR:** JO-ANN STAWARSKI

### Matter:

CONTINUED CHAPTER 11 STATUS CONFERENCE
R / M #:  30 / 0

### Appearances:

HILARY L BARNES, ATTORNEY FOR BOB BONDURANT SCHOOL OF HIGH PERFORMANCE
PHILIP J GILES, ATTORNEY FOR BOB BONDURANT SCHOOL OF HIGH PERFORMANCE
WARREN STAPLETON, ATTORNEY FOR SUN VALLEY MARINA DEVELOPMENT CORP
CHRISTOPHER KAUP, ATTORNEY FOR BOB AND PATRICIA BONDURANT, ET AL

### Proceedings:

Ms. Barnes provides an update. She reviews the agreement entered into with the landlord. She circulated the stipulation. The parties are fine with it being uploaded. The exclusivity period may need to be extended depending on the 363 sale. She will file an expedited motion to approve bidding procedures and the sale motion. She responds to the Court's questions. An exclusivity order was entered yesterday.

COURT: THE COURT NOTES THAT IT IS NOT AVAILABLE THE WEEK OF 03-25-2019 BUT IS AVAILABLE ON 03-22-2019. IT IS ORDERED SETTING A CONTINUED HEARING FOR 04-18-2019 AT 11:00 AM.

Case 2:18-bk-12041-BKM    Doc 174    Filed 02/27/19    Entered 02/28/19 10:47:34    Desc
Main Document    Page 1 of 1    02/28/2019  10:47:23AM