| | |
|---|---|
| Mark J. Giunta (#015079) | Robert Lapowsky, Esq. |
| Liz Nguyen (#030282) | Stevens & Lee, P.C. |
| Law Office of Mark J. Giunta | 620 Freedom Business Center, Suite 200 |
| 531 East Thomas Road, Suite 200 | King of Prussia, Pennsylvania 19406 |
| Phoenix, Arizona 85012 | Phone (215) 751-2866 |
| Phone (602) 307-0837 | Fax (610) 371-7958 |
| Fax (602) 307-0838 | Email rl@stevenslee.com |
| Email markgiunta@giuntalaw.com | |
| Email liz@giuntalaw.com | *Pro Hac Attorneys for The Bancorp Bank* |

*Attorneys for The Bancorp Bank*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,<br><br>　　　　　Debtor. | Chapter 11 Proceeding<br><br>Case No. 2:18-bk-12041-BKM |
| THE BANCORP BANK,<br><br>　　　Movant,<br><br> v.<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,<br><br>　　　Respondent. | **NOTICE OF HEARING ON MOTION OF THE BANCORP BANK PURSUANT TO 11 U.S.C. § 362(d) FOR RELIEF FROM THE AUTOMATIC STAY** |

**NOTICE IS HEREBY GIVEN** that a hearing on the *Motion of Bancorp Bank Pursuant to 11 U.S.C. § 362(d) for Relief from the Automatic Stay* ("Motion") (DE 168) filed in the above-referenced case will be held on the 19th day of March, 2019, at 1:30 p.m., at the United States Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona, Courtroom 701. A copy of the Motion is on file and available for review with the clerk, United States Bankruptcy Court.

//

//

DATED this 28th day of February, 2019

          LAW OFFICE OF MARK J. GIUNTA

By   /s/  Mark J. Giunta SBN 015079
    Mark J. Giunta, Esq.
    Liz Nguyen, Esq.
    *Attorneys for The Bancorp Bank*

    and

    Robert Lapowsky,
    STEVENS & LEE, P.C.
    620 Freedom Business Center, Suite 200
    King of Prussia, Pennsylvania 19406
    *Attorneys for The Bancorp Bank*

A Copy of the foregoing was electronically filed
This 28th day of February, 2019 with the U.S. Bankruptcy Court.

COPY of the foregoing mailed (and/or served via
fax* or e-mail** if so marked) 28th day of February, 2019, to:

| | |
|---|---|
| Hilary L. Barnes, Esq. | Larry O. Folks, Esq. |
| Philip J. Giles, Esq. | Folks Hess Kass, PLCC |
| Allen Barnes & Jones, PLC | 1850 North Central Avenue, Suite 1140 |
| 1850 N. Central Ave., Ste. 1150 | Phoenix, Arizona 85004 |
| Phoenix, AZ 85004 | folks@folkshesskass.com |
| hbarnes@allenbarneslaw.com | *Attorneys for JPMorgan Chase Bank, N.A.* |
| *Attorney for Debtor* | |
| | |
| Michelle E. Shriro, Esq. | Thomas E. Littler |
| Singer & Levick, P.C. | Littler, PC |
| 16200 Addison Road, Suite 140 | 341 West Secretariat Drive |
| Addison, Texas 75001 | Phoenix, Arizona 85284 |
| mshiro@singerlevick.com | Telittler@gmail.com |
| *Attonreys for Moses Smith Racing LLC* | *Attorneys for Semple Marchal Cooper PLC* |
| | |
| Christopher Simpson, Esq. | Elizabeth Amorosi |
| Stinson Leonard Street LLP | Office of the United States Trustee |
| 1850 North Central Avenue, Suite 2100 | 230 North First Avenue, Suite 204 |
| Phoenix, Arizona 85004 | Phoenix, Arizona 85003 |
| Christopher.simpson@stinson.com | |
| *Attorneys for FCA US LLC* | |

| | | |
|---|---|---|
| 1 | Sheryl L. Toby, Esq.<br>Dykema Gossett PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, Michigan 48304<br>stoby@dykema.com<br>*Attorneys for FCA US LLC* | Office of the United States Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Christopher R. Kaup, Esq.<br>Tiffany & Bosco, P.A.<br>2525 East Camelback Road, 7th Floor<br>Phoenix, Arizona 85016<br>crk@tblaw.com<br>*Attorneys for Patricia and Robert Bondurant* | Leslie A. Berkoff, Esq.<br>Morritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, New York 11530<br>lberkoff@morritthock.com<br>*Attorneys for Unifi Equipment Finance* |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Jared G. Parker, Esq.<br>Parker Schwartz PLLC<br>7310 North 16th Street, Suite 330<br>Phoenix, Arizona 85020<br>jparker@psazlaw.com<br>*Attorneys for Goodyear Tire & Rubber Co.* | James E. Cross, Esq.<br>The Cross Law Firm, PLC<br>1850 North Central Avenue, Suite 1150<br>Phoenix, Arizona 85004<br>jcross@crosslawaz.com<br>*Attorneys for Arlington Street Investments* |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Warren Stapleton, Esq.<br>Osborn Maledon, P.A.<br>2929 North Central Avenue, 21st Floor<br>Phoenix, Arizona 85012<br>wstapleton@omlaw.com<br>*Attorneys for Sun Valley Marina Dev. Corp.* | |
| 14 | | |
| 15 | | |
| 16 | /s/ Logan Schutz | |