| | |
|---|---|
| Mark J. Giunta (#015079) | Robert Lapowsky, Esq. |
| Liz Nguyen (#030282) | Stevens & Lee, P.C. |
| Law Office of Mark J. Giunta | 620 Freedom Business Center, Suite 200 |
| 531 East Thomas Road, Suite 200 | King of Prussia, Pennsylvania 19406 |
| Phoenix, Arizona 85012 | Phone (215) 751-2866 |
| Phone (602) 307-0837 | Fax (610) 371-7958 |
| Fax (602) 307-0838 | Email rl@stevenslee.com |
| Email markgiunta@giuntalaw.com | |
| Email liz@giuntalaw.com | *Pro Hac Attorneys for The Bancorp Bank* |

*Attorneys for The Bancorp Bank*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,<br><br>               Debtor.<br><br>THE BANCORP BANK,<br><br>    Movant,<br><br>v.<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,<br><br>    Respondent. | Chapter 11 Proceeding<br><br>Case No. 2:18-bk-12041-BKM<br><br>**AFFIDAVIT OF MAILING RE: NOTICE OF HEARING ON MOTION OF THE BANCORP BANK PURSUANT TO 11 U.S.C. § 362(d) FOR RELIEF FROM THE AUTOMATIC STAY** |

STATE OF ARIZONA            )
                                        )ss
County of Maricopa          )

      I, Mark J. Giunta, upon my oath, state that:

            I am the attorney of record in this matter and am authorized to make this Affidavit on behalf of The Bancorp Bank. I am a citizen of the United States, over the age of eighteen (18) years and am otherwise competent to testify to the

facts stated herein. I make this evidence of service, by mail, of the *Notice of Hearing Motion of the Bancorp Bank Pursuant to 11 U.S.C. § 362(d) for Relief from the Automatic Stay ("Notice")*. Copies of the Notice were dispatched by first-class mail, postage prepaid, to all creditors and interested parties listed below and on **Exhibit A** attached hereto and made a part hereof on February 28, 2019.

SUBSCRIBED AND SWORN TO ME before this 28th day of February, 2019, by Mark J. Giunta.

                                            Logan Schutz_____
                                            Notary Public

My Commission Expires: September 9, 2020.

DATED this 28th day of February, 2019

                                            LAW OFFICE OF MARK J. GIUNTA

                                            By  /s/  Mark J. Giunta SBN 015079
                                                  Mark J. Giunta, Esq.
                                                  Liz Nguyen, Esq.
                                                  *Attorneys for The Bancorp Bank*

                                                  and

                                                  Robert Lapowsky,
                                                  STEVENS & LEE, P.C.
                                                  620 Freedom Business Center, Suite 200
                                                  King of Prussia, Pennsylvania 19406
                                                  *Attorneys for The Bancorp Bank*

A Copy of the foregoing was electronically filed
This 28th day of February, 2019 with the U.S. Bankruptcy Court.

COPY of the foregoing mailed (and/or served via
fax* or e-mail** if so marked) this 28th day of February, 2019, to:

| | |
|---|---|
| Hilary L. Barnes, Esq.<br>Philip J. Giles, Esq.<br>Allen Barnes & Jones, PLC<br>1850 N. Central Ave., Ste. 1150<br>Phoenix, AZ 85004<br>hbarnes@allenbarneslaw.com<br>*Attorney for Debtor* | Larry O. Folks, Esq.<br>Folks Hess Kass, PLCC<br>1850 North Central Avenue, Suite 1140<br>Phoenix, Arizona 85004<br>folks@folkshesskass.com<br>*Attorneys for JPMorgan Chase Bank, N.A.* |
| Michelle E. Shriro, Esq.<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>mshiro@singerlevick.com<br>*Attonreys for Moses Smith Racing LLC* | Thomas E. Littler<br>Littler, PC<br>341 West Secretariat Drive<br>Phoenix, Arizona 85284<br>Telittler@gmail.com<br>*Attorneys for Semple Marchal Cooper PLC* |
| Christopher Simpson, Esq.<br>Stinson Leonard Street LLP<br>1850 North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004<br>Christopher.simpson@stinson.com<br>*Attorneys for FCA US LLC* | Elizabeth Amorosi<br>Office of the United States Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003 |
| Sheryl L. Toby, Esq.<br>Dykema Gossett PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, Michigan 48304<br>stoby@dykema.com<br>*Attorneys for FCA US LLC* | Office of the United States Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003 |
| Christopher R. Kaup, Esq.<br>Tiffany & Bosco, P.A.<br>2525 East Camelback Road, 7th Floor<br>Phoenix, Arizona 85016<br>crk@tblaw.com<br>*Attorneys for Patricia and Robert Bondurant* | Leslie A. Berkoff, Esq.<br>Morritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, New York 11530<br>lberkoff@morritthock.com<br>*Attorneys for Unifi Equipment Finance* |
| Jared G. Parker, Esq.<br>Parker Schwartz PLLC<br>7310 North 16th Street, Suite 330<br>Phoenix, Arizona 85020 | James E. Cross, Esq.<br>The Cross Law Firm, PLC<br>1850 North Central Avenue, Suite 1150<br>Phoenix, Arizona 85004 |

jparker@psazlaw.com                    jcross@crosslawaz.com
*Attorneys for Goodyear Tire & Rubber Co.*     *Attorneys for Arlington Street Investments*

Warren Stapleton, Esq.
Osborn Maledon, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Dev. Corp.*

Logan Schutz

# EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:18-bk-12041-BKM<br>District of Arizona<br>Phoenix<br>Thu Feb 28 16:04:16 MST 2019 | BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRI<br>20000 S. MARICOPA ROAD, GATE 3<br>CHANDLER, AZ 85226-5206 | FCA US LLC<br>STINSON LEONARD STREET LLP<br>Christopher C. Simpson<br>PHOENIX, AZ 85004 |
| JPMorgan Chase Bank, N.A.<br>c/o FOLKS HESS KASS, PLLC<br>LARRY O. FOLKS<br>1850 N. CENTRAL AVENUE<br>SUITE 1140<br>PHOENIX, AZ 85004-4586 | Sun Valley Marina Development Corporation<br>Osborn Maledon, P.A.<br>2929 N. Central Ave.<br>Ste. 2100<br>Phoenix, AZ 85012-2793 | The Goodyear Tire & Rubber Company<br>c/o Jared G. Parker<br>Parker Schwartz, PLLC<br>7310 N. 16th Street, Suite 330<br>Phoenix, AZ 85020-5276 |
| UNIFI EQUIPMENT FINANCE, INC<br>C/O Moritt Hock and Hamroff LLP<br>Attn. Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 | 2060 Digital Phoenix Hubbard<br>Lockbox #511553<br>P.O. Box 511553<br>Los Angeles CA 90051-8108 |
| ACI Air Compressors Inc.<br>1298 E. Delano Drive<br>Casa Grande AZ 85122-1136 | ADP Screening and Selection Services<br>P.O. Box 645177<br>Cincinnati OH 45264-5177 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COM<br>INC.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AT&T Mobility<br>P.O. Box 6463<br>Carol Stream IL 60197-6463 | All Pro Fence Company<br>1055 S. Center Street<br>Mesa AZ 85210-3601 | Allied Fire Inc.<br>2845 N. Norfolk<br>Mesa AZ 85215-1139 |
| Allied Gases & Welding Supplies, Inc.<br>945 E. Curry Road<br>Tempe AZ 85281-1905 | Alsco Inc.<br>4707 W. Camelback Road<br>Phoenix AZ 85031-1413 | Amazon<br>P.O. Box #530958<br>Atlanta GA 30353-0958 |
| American Airlines Business Card Services<br>P.O. Box 23066<br>Columbus GA 31902-3066 | American Express<br>P.O. Box 981535<br>El Paso TX 79998-1535 | Appia Communications, Inc.<br>Dept CH 17329<br>Palatine IL 60055-7329 |
| Arizona Business Bank<br>Cardmember Services<br>P.O. Box 790408<br>Saint Louis MO 63179-0408 | Arizona Rubber Co.<br>2939 N. 31st Ave<br>Phoenix AZ 85017-5483 | Arlington Street Investments<br>c/o James Cross, Esq.<br>Cross Law Firm, PLC<br>1850 N. Central Ave., Suite 1150<br>Phoenix, AZ 85004-4512 |
| BP Lubricants USA Inc.<br>P.O. BOx 409383<br>Atlanta GA 30384-9383 | Bancorp Bank<br>Attn: Lease Payment Center<br>P.O. Box 140733<br>Orlando FL 32814-0733 | Blaze Cone Company Inc.<br>4929 SE 17th Ave<br>Portland OR 97202 |
| Blue Cross Blue Shield<br>P.O. Box 52563<br>Phoenix AZ 85072-2563 | CRAIN COMMUNICATIONS INC<br>ATTN LEGAL DEPT<br>1155 GRATIOT AVENUE<br>DETROIT MI 48207-2732 | Cereus Graphics<br>2950-2 E. Broadway Road<br>Phoenix AZ 85040-0705 |

| | | |
|---|---|---|
| Chase Bank<br>P.O. Box 78039<br>Phoenix AZ 85062-8039 | Chase Cardmember Services<br>P.O. Box 94014<br>Palatine IL 60094-4014 | Clifton Larson Allen LLP<br>P.O. Box 31001-2433<br>Pasadena CA 91110-2433 |
| Competition Engineering, Inc.<br>3442 E. Wood Street<br>Phoenix AZ 85040-1833 | Copperpoint Mutual<br>P.O. Box 33049<br>Phoenix AZ 85067-3049 | Crain Communications Inc.<br>29588 Network Place<br>Chicago IL 60673-1295 |
| Creative Hands Cuisine<br>3035 N. Maple Street, #1<br>Mesa AZ 85215-1127 | Davis Vision<br>HM Life Insurance Company<br>P.O. Box 382038<br>Pittsburgh PA 15251-8038 | Dig-Phoenix<br>P.O. Box 730824<br>Dallas TX 75373-0824 |
| DirecTv<br>P.O. Box 5007<br>Carol Stream IL 60197-5007 | Document Technologies<br>1350 W. 23rd Street<br>Tempe AZ 85282-1837 | Docusign Inc.<br>Dept. 3428<br>P.O. Box 3428<br>Dallas TX 75312-3428 |
| FedEx<br>P.O. Box 7221<br>Pasadena CA 91109-7321 | FedEx Office<br>Customer Admin Services<br>P.O. Box 672085<br>Dallas TX 75267-2085 | Ferrari Club of America<br>Attn: Michael Salemi, Advertising Mgr<br>21129 Chase Drive<br>Novi TX 78375-4751 |
| Firedrum Internet Marketing<br>9903 E. Bell Road, Suite 120<br>Scottsdale AZ 85260-2159 | Firefly Graphics Inc.<br>734 W. Main Street<br>Mesa AZ 85201-7207 | First Call Auto Parts for Professionals<br>P.O. Box 9464<br>Springfield MO 65801-9464 |
| Gila River Indian Community<br>Utility Authority<br>6636 W. Sundust Rd. Box 5091<br>Chandler AZ 85226-5150 | Goodyear<br>200 Innovation Way<br>Akron OH 44306 | Grainger<br>P.O. Box 419267<br>Kansas City MO 64141-6267 |
| Hoerr Racing Products<br>9804 W. Primrose Lane<br>Edwards IL 61528-9306 | Home Depot Credit Card Services<br>P.O. Box 9001043<br>Louisville KY 40290-1043 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Hunter Svc LLC<br>19865 E. Willow Drive<br>Queen Creek AZ 85142-9431 | Ice King<br>5925 W. Van Buren STreet<br>Phoenix AZ 85043-3516 | Icostore LLC<br>1850 W. Drake Drive<br>Tempe AZ 85283-4303 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>Collateral Management Small Business<br>P.O. Box 33035<br>Louisville KY 40232-3035 | JPMorgan Chase Bnk, NA<br>c/o Larry O. Folks<br>Folks Hess Kass, PLLC<br>1850 N. Central Ave., Suite 1140<br>Phoenix, AZ 85004-4586 |

| | | |
|---|---|---|
| Jordak<br>P.O. Box 461904<br>Escondido CA 92046-1904 | KANS AZ LLC DBA PLANET SUB<br>LYNETTE OGLESBY<br>1920 W GERMANN RD STE 1<br>CHANDLER AZ 85286-8452 | Kimball Midwest<br>Dept L-2780<br>Columbus OH 43260-2780 |
| Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork UT 84003-2425 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge LA 70896-9030 | Metlife<br>P.O. Box 804466<br>Kansas City MO 64180-3323 |
| Mobile Wheel Restoration<br>dba Mobile Wheel Repair<br>12605 W. Indianola Avenue<br>Avondale AZ 85392-6328 | Moses Smith Racing<br>9016 Performance Court<br>Cresson TX 76035-4360 | Moses Smith Racing LLC<br>c/o Michelle E. Shriro<br>Singer & Levick PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 |
| Neopost<br>Neofunds<br>P.O.Box 6813<br>Carol Stream IL 60197-6813 | O'Reilly Auto Parts<br>P.O. Box 9464<br>Springfield MO 65801-9464 | OEI Design<br>7120 E. Indian School Road<br>Scottsdale AZ 85251-3855 |
| Oakley<br>P.O. Box 740964<br>Los Angeles CA 90074-0964 | Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia PA 19176-0251 | Planet Sub<br>1920 W. Germann Road, Suite 1<br>Chandler AZ 85286-8452 |
| Printing Specialists<br>1929 E. 5th Street<br>Tempe AZ 85281-2952 | (p)PRO AUTO SPORTS<br>315 S ALMA SCHOOL RD<br>MESA AZ 85210-1012 | Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine CA 92614-5626 |
| Red Guitar Advertising<br>26724 IRON CANYON RD<br>SANTA CLARITA CA 91387-4813 | Regents Capital Corporation<br>3200 Bristol Street, Suite 400<br>Costa Mesa CA 92626-1800 | Robert and Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 |
| S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix AZ 85040-1838 | Safety-Kleen Systems, Inc.<br>P.O. Box 7170<br>Pasadena CA 91109-7170 | Semple, Marchal & Cooper, LLP<br>2700 N. Central Avenue, 9th Floor<br>Phoenix AZ 85004-1147 |
| Shell Small Business<br>P.O.Box 78012<br>Phoenix AZ 85062-8012 | Shred-It USA<br>28883 Network Place<br>Chicago IL 60673-1288 | Society's Air LLC<br>41256 W. Rio Bravo Dr.<br>Maricopa AZ 85138-9540 |
| Sun Marina Valley Development Corporation<br>c/o Warren J. Stapleton<br>Osborn Maledon, P.A.<br>2929 N. Central Ave., Ste. 2100<br>Phoenix, AZ 85012-2793 | Sun Valley Marina Development Corp.<br>P.O. Box 5090<br>Chandler AZ 85226 | TLC Equipment Service<br>25664 N. 71st Drive<br>Peoria AZ 85383-7174 |

| | | |
|---|---|---|
| TRC Auto Glass, LLC<br>P.O. Box 9416<br>Surprise AZ 85374-0140 | Taylor Race Engineering LLC<br>2010 AVenue G, Suite 914<br>Plano TX 75074 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe AZ 85284-1023 |
| The Bancorp Bank<br>c/o Law Office of Mark J. Giunta<br>531 East Thomas Road, Suite 200<br>Phoenix, Arizona 85012-3244 | Thomas Printworks<br>P.O. Box 740967<br>Dallas TX 75374-0967 | Time Piece Public Relations, Inc.<br>3201 Skylane, #116<br>Carrollton TX 75006-2501 |
| Tire Equipment Service<br>4002 E. Elwood Street, Suite 4<br>Phoenix AZ 85040-0906 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Uline<br>P.O. Box 88741<br>Chicago IL 60680-1741 |
| UniFi Equipment Finance, Inc.<br>3893 Research Park Drive<br>Ann Arbor MI 48108-2217 | Unifi Equipment Finance<br>P.O. Box 1689<br>Ann Arbor MI 48106-1689 | Unifi Equipment Finance, Inc<br>c/o Moritt Hock and Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327<br>Attn: Leslie A. Berkoff, Esq. |
| United Pet Care, LLC<br>6232 N. 7th Street, Suite 202<br>Phoenix AZ 85014-1852 | Unum Life Insurance Co of America<br>P.O. Box 403748<br>Atlanta GA 30384-3748 | Vintage Motorsports Inc.<br>8712 E. Via De Commercio<br>Scottsdale AZ 85258-3362 |
| Waxie Sanitary Supply<br>P.O. Box 748802<br>Los Angeles CA 90074-8802 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F005-055<br>Des Moines, IA 50309-3605 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street, MAC N0005-044<br>Des Moines IA 50309-3891 |
| Wells Fargo Vendor Financial Services, L<br>P.O. Box 35701<br>Billings MT 59107-5701 | Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix AZ 85007-3398 | Westwood Professional Services, Inc.<br>P.O. Box 856650<br>Minneapolis MN 55485-6650 |
| Whirlwind Golf Club<br>5692 W. North Loop Road<br>Chandler AZ 85226-5268 | Yess<br>168 W. 12th Place<br>Tempe AZ 85281 | HILARY L BARNES<br>ALLEN BARNES & JONES, PLC<br>1850 N. CENTRAL AVE., SUITE 1150<br>PHOENIX, AZ 85004-4512 |
| PHILIP J GILES<br>Allen Barnes & Jones, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004-4512 | Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | Robert Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Home Depot Credit Card Services          Pro Auto Sports
c/o Citicards Private Label              315 S. Alma School Road
P.O. Box 20483                           Mesa AZ 85210
Kansas City MO 64195



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Arlington Street Investments          (u)Bancorp Bank                          (u)Moses Smith Racing LLC




(u)Semple Marcal Cooper PLC              End of Label Matrix
2700 N Central Ave                       Mailable recipients    116
9th Floor                                Bypassed recipients      4
Phoenix                                  Total                  120
```