Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| In re: | Chapter 11 |
|---|---|
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **AFFIDAVIT OF SERVICE** |

STATE OF ARIZONA )
) ss.
County of Maricopa )

Misty Vasquez, being first duly sworn upon her oath, deposes and states that she is over the age of 21 years, she is employed by the law firm of Allen Barnes & Jones, PLC, and that on **February 28, 2019**, she mailed copies of the: *Stipulated Order Extending Deadlines for Payment of Rent and Assumption or Rejection of Lease (Amending Related Order at Docket No. 157)* [ECF No. 173], via U.S. First Class Mail to all parties listed on the Debtor's Master Mailing List, a copy of which is attached hereto as **Exhibit A**.

Additionally, on February 28, 2019, the Order was emailed out to all parties who have filed a Notice of Appearance in this case.

DATED: March 1, 2019.

/s/ *Misty Vasquez*
Misty Vasquez

SUBSCRIBED AND SWORN TO BEFORE ME this 1st day of March, 2019 by Misty Vasquez.

/s/ *Sherry Gomez*
Notary Public

My Commission Expires: 03/10/20

# Exhibit A

```
Label Matrix for local noticing              BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRI   FCA US LLC
0970-2                                       20000 S. MARICOPA ROAD, GATE 3                 STINSON LEONARD STREET LLP
Case 2:18-bk-12041-BKM                       CHANDLER, AZ 85226-5206                        Christopher C. Simpson
District of Arizona                                                                         PHOENIX, AZ 85004
Phoenix
Thu Feb 28 10:19:05 MST 2019

JPMorgan Chase Bank, N.A.                    Sun Valley Marina Development Corporation      The Goodyear Tire & Rubber Company
c/o FOLKS HESS KASS, PLLC                    Osborn Maledon, P.A.                           c/o Jared G. Parker
LARRY O. FOLKS                               2929 N. Central Ave.                           Parker Schwartz, PLLC
1850 N. CENTRAL AVENUE                       Ste. 2100                                      7310 N. 16th Street, Suite 330
SUITE 1140                                   Phoenix, AZ 85012-2793                         Phoenix, AZ 85020-5276
PHOENIX, AZ 85004-4586

UNIFI EQUIPMENT FINANCE, INC                 U.S. Bankruptcy Court, Arizona                 2060 Digital Phoenix Hubbard
C/O Moritt Hock and Hamroff LLP              230 North First Avenue, Suite 101              Lockbox #511553
Attn. Leslie A. Berkoff                      Phoenix, AZ 85003-0608                         P.O. Box 511553
400 Garden City Plaza                                                                       Los Angeles CA 90051-8108
Garden City, NY 11530-3327


ACI Air Compressors Inc.                     ADP Screening and Selection Services           AMERICAN EXPRESS TRAVEL RELATED SERVICES COM
1298 E. Delano Drive                         P.O. Box 645177                                INC.
Casa Grande AZ 85122-1136                    Cincinnati OH 45264-5177                       C/O BECKET AND LEE LLP
                                                                                            PO BOX 3001
                                                                                            MALVERN  PA 19355-0701


AT&T Mobility                                All Pro Fence Company                          Allied Fire Inc.
P.O. Box 6463                                1055 S. Center Street                          2845 N. Norfolk
Carol Stream IL 60197-6463                   Mesa AZ 85210-3601                             Mesa AZ 85215-1139



Allied Gases & Welding Supplies, Inc.        Alsco Inc.                                     Amazon
945 E. Curry Road                            4707 W. Camelback Road                         P.O. Box #530958
Tempe AZ 85281-1905                          Phoenix AZ 85031-1413                          Atlanta GA 30353-0958



American Airlines Business Card Services     American Express                               Appia Communications, Inc.
P.O. Box 23066                               P.O. Box 981535                                Dept CH 17329
Columbus GA 31902-3066                       El Paso TX 79998-1535                          Palatine IL 60055-7329



Arizona Business Bank                        Arizona Rubber Co.                             Arlington Street Investments
Cardmember Services                          2939 N. 31st Ave                               c/o James Cross, Esq.
P.O. Box 790408                              Phoenix AZ 85017-5483                          Cross Law Firm, PLC
Saint Louis MO 63179-0408                                                                   1850 N. Central Ave., Suite 1150
                                                                                            Phoenix, AZ 85004-4512


BP Lubricants USA Inc.                       Bancorp Bank                                   Blaze Cone Company Inc.
P.O. BOx 409383                              Attn: Lease Payment Center                     4929 SE 17th Ave
Atlanta GA 30384-9383                        P.O. Box 140733                                Portland OR 97202
                                             Orlando FL 32814-0733



Blue Cross Blue Shield                       CRAIN COMMUNICATIONS INC                       Cereus Graphics
P.O. Box 52563                               ATTN LEGAL DEPT                                2950-2 E. Broadway Road
Phoenix AZ 85072-2563                        1155 GRATIOT AVENUE                            Phoenix AZ 85040-0705
                                             DETROIT MI 48207-2732
```

| | | |
|---|---|---|
| Chase Bank<br>P.O. Box 78039<br>Phoenix AZ 85062-8039 | Chase Cardmember Services<br>P.O. Box 94014<br>Palatine IL 60094-4014 | Clifton Larson Allen LLP<br>P.O. Box 31001-2433<br>Pasadena CA 91110-2433 |
| Competition Engineering, Inc.<br>3442 E. Wood Street<br>Phoenix AZ 85040-1833 | Copperpoint Mutual<br>P.O. Box 33049<br>Phoenix AZ 85067-3049 | Crain Communications Inc.<br>29588 Network Place<br>Chicago IL 60673-1295 |
| Creative Hands Cuisine<br>3035 N. Maple Street, #1<br>Mesa AZ 85215-1127 | Davis Vision<br>HM Life Insurance Company<br>P.O. Box 382038<br>Pittsburgh PA 15251-8038 | Dig-Phoenix<br>P.O. Box 730824<br>Dallas TX 75373-0824 |
| DirecTv<br>P.O. Box 5007<br>Carol Stream IL 60197-5007 | Document Technologies<br>1350 W. 23rd Street<br>Tempe AZ 85282-1837 | Docusign Inc.<br>Dept. 3428<br>P.O. Box 3428<br>Dallas TX 75312-3428 |
| FedEx<br>P.O. Box 7221<br>Pasadena CA 91109-7321 | FedEx Office<br>Customer Admin Services<br>P.O. Box 672085<br>Dallas TX 75267-2085 | Ferrari Club of America<br>Attn: Michael Salemi, Advertising Mgr<br>21129 Chase Drive<br>Novi TX 78375-4751 |
| Firedrum Internet Marketing<br>9903 E. Bell Road, Suite 120<br>Scottsdale AZ 85260-2159 | Firefly Graphics Inc.<br>734 W. Main Street<br>Mesa AZ 85201-7207 | First Call Auto Parts for Professionals<br>P.O. Box 9464<br>Springfield MO 65801-9464 |
| Gila River Indian Community<br>Utility Authority<br>6636 W. Sundust Rd. Box 5091<br>Chandler AZ 85226-5150 | Goodyear<br>200 Innovation Way<br>Akron OH 44306 | Grainger<br>P.O. Box 419267<br>Kansas City MO 64141-6267 |
| Hoerr Racing Products<br>9804 W. Primrose Lane<br>Edwards IL 61528-9306 | Home Depot Credit Card Services<br>P.O. Box 9001043<br>Louisville KY 40290-1043 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Hunter Svc LLC<br>19865 E. Willow Drive<br>Queen Creek AZ 85142-9431 | Ice King<br>5925 W. Van Buren STreet<br>Phoenix AZ 85043-3516 | Icostore LLC<br>1850 W. Drake Drive<br>Tempe AZ 85283-4303 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>Collateral Management Small Business<br>P.O. Box 33035<br>Louisville KY 40232-3035 | JPMorgan Chase Bnk, NA<br>c/o Larry O. Folks<br>Folks Hess Kass, PLLC<br>1850 N. Central Ave., Suite 1140<br>Phoenix, AZ 85004-4586 |

| | | |
|---|---|---|
| Jordak<br>P.O. Box 461904<br>Escondido CA 92046-1904 | KANS AZ LLC DBA PLANET SUB<br>LYNETTE OGLESBY<br>1920 W GERMANN RD STE 1<br>CHANDLER AZ 85286-8452 | Kimball Midwest<br>Dept L-2780<br>Columbus OH 43260-2780 |
| Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork UT 84003-2425 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge LA 70896-9030 | Metlife<br>P.O. Box 804466<br>Kansas City MO 64180-3323 |
| Mobile Wheel Restoration<br>dba Mobile Wheel Repair<br>12605 W. Indianola Avenue<br>Avondale AZ 85392-6328 | Moses Smith Racing<br>9016 Performance Court<br>Cresson TX 76035-4360 | Moses Smith Racing LLC<br>c/o Michelle E. Shriro<br>Singer & Levick PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 |
| Neopost<br>Neofunds<br>P.O.Box 6813<br>Carol Stream IL 60197-6813 | O'Reilly Auto Parts<br>P.O. Box 9464<br>Springfield MO 65801-9464 | OEI Design<br>7120 E. Indian School Road<br>Scottsdale AZ 85251-3855 |
| Oakley<br>P.O. Box 740964<br>Los Angeles CA 90074-0964 | Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia PA 19176-0251 | Planet Sub<br>1920 W. Germann Road, Suite 1<br>Chandler AZ 85286-8452 |
| Printing Specialists<br>1929 E. 5th Street<br>Tempe AZ 85281-2952 | (p)PRO AUTO SPORTS<br>315 S ALMA SCHOOL RD<br>MESA AZ 85210-1012 | Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine CA 92614-5626 |
| Red Guitar Advertising<br>26724 IRON CANYON RD<br>SANTA CLARITA CA 91387-4813 | Regents Capital Corporation<br>3200 Bristol Street, Suite 400<br>Costa Mesa CA 92626-1800 | Robert and Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 |
| S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix AZ 85040-1838 | Safety-Kleen Systems, Inc.<br>P.O. Box 7170<br>Pasadena CA 91109-7170 | Semple, Marchal & Cooper, LLP<br>2700 N. Central Avenue, 9th Floor<br>Phoenix AZ 85004-1147 |
| Shell Small Business<br>P.O.Box 78012<br>Phoenix AZ 85062-8012 | Shred-It USA<br>28883 Network Place<br>Chicago IL 60673-1288 | Society's Air LLC<br>41256 W. Rio Bravo Dr.<br>Maricopa AZ 85138-9540 |
| Sun Marina Valley Development Corporation<br>c/o Warren J. Stapleton<br>Osborn Maledon, P.A.<br>2929 N. Central Ave., Ste. 2100<br>Phoenix, AZ 85012-2793 | Sun Valley Marina Development Corp.<br>P.O. Box 5090<br>Chandler AZ 85226 | TLC Equipment Service<br>25664 N. 71st Drive<br>Peoria AZ 85383-7174 |

| | | |
|---|---|---|
| TRC Auto Glass, LLC<br>P.O. Box 9416<br>Surprise AZ 85374-0140 | Taylor Race Engineering LLC<br>2010 AVenue G, Suite 914<br>Plano TX 75074 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe AZ 85284-1023 |
| The Bancorp Bank<br>c/o Law Office of Mark J. Giunta<br>531 East Thomas Road, Suite 200<br>Phoenix, Arizona 85012-3244 | Thomas Printworks<br>P.O. Box 740967<br>Dallas TX 75374-0967 | Time Piece Public Relations, Inc.<br>3201 Skylane, #116<br>Carrollton TX 75006-2501 |
| Tire Equipment Service<br>4002 E. Elwood Street, Suite 4<br>Phoenix AZ 85040-0906 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Uline<br>P.O. Box 88741<br>Chicago IL 60680-1741 |
| UniFi Equipment Finance, Inc.<br>3893 Research Park Drive<br>Ann Arbor MI 48108-2217 | Unifi Equipment Finance<br>P.O. Box 1689<br>Ann Arbor MI 48106-1689 | Unifi Equipment Finance, Inc<br>c/o Moritt Hock and Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327<br>Attn: Leslie A. Berkoff, Esq. |
| United Pet Care, LLC<br>6232 N. 7th Street, Suite 202<br>Phoenix AZ 85014-1852 | Unum Life Insurance Co of America<br>P.O. Box 403748<br>Atlanta GA 30384-3748 | Vintage Motorsports Inc.<br>8712 E. Via De Commercio<br>Scottsdale AZ 85258-3362 |
| Waxie Sanitary Supply<br>P.O. Box 748802<br>Los Angeles CA 90074-8802 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F005-055<br>Des Moines, IA 50309-3605 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street, MAC N0005-044<br>Des Moines IA 50309-3891 |
| Wells Fargo Vendor Financial Services, L<br>P.O. Box 35701<br>Billings MT 59107-5701 | Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix AZ 85007-3398 | Westwood Professional Services, Inc.<br>P.O. Box 856650<br>Minneapolis MN 55485-6650 |
| Whirlwind Golf Club<br>5692 W. North Loop Road<br>Chandler AZ 85226-5268 | Yess<br>168 W. 12th Place<br>Tempe AZ 85281 | HILARY L BARNES<br>ALLEN BARNES & JONES, PLC<br>1850 N. CENTRAL AVE., SUITE 1150<br>PHOENIX, AZ 85004-4512 |
| PHILIP J GILES<br>Allen Barnes & Jones, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004-4512 | Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | Robert Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

```
Home Depot Credit Card Services        Pro Auto Sports
c/o Citicards Private Label            315 S. Alma School Road
P.O. Box 20483                         Mesa AZ 85210
Kansas City MO 64195
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Arlington Street Investments        (u)Bancorp Bank                        (u)Moses Smith Racing LLC



(u)Semple Marcal Cooper PLC            End of Label Matrix
2700 N Central Ave                     Mailable recipients   116
9th Floor                              Bypassed recipients     4
Phoenix                                Total                 120
```