Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARINGS ON:** |
| | **(I) MOTION TO APPROVE BID PROCEDURES; AND** |
| | **(II) MOTION TO APPROVE SALE** |

Bob Bondurant School of High Performance Driving, Inc., debtor-in-possession, (the "**Debtor**") hereby request expedited hearings on the *Motion to Approve Bid Procedures* [ECF No. 178] ("**Procedures Motion**") and the *Motion to Approve Sale of Assets Free and Clear of Lien* [ECF No. 179] ("**Sale Motion**," and with the Procedures Motion, the "**Sale Pleadings**"). The Debtor seeks to sell most of the Debtor's assets (the "**Subject Assets**") through an auction sale ("**Sale**") to be held on or by March 22, 2019. The Debtor has a stalking horse bidder that wishes to (a) purchase the Subject Assets, (b) assume certain liabilities, and (c) close the sale of the Subject Assets by March 29, 2019 ("**Closing Deadline**"). In addition, the stipulation on file by and between the Debtor and its Landlord [ECF No. 157, amended by ECF No. 173] provides that the Debtor must turn over the leased premises on March 31, 2019 unless cause exists to extend the turnover. The Debtor must sell the assets by the Closing Deadline to maximize the value of the assets and enable the Debtor to continue operating under new management.

After consideration of various factors, the Debtor determined that a public auction of the assets as a going concern will maximize the benefit of the assets to creditors of the estate. Based on the interest in the Debtor's operations from various quarters (over 20 parties executed non-disclosure agreements), the Debtor believes the auction process will be active and robust.

As set forth in more detail in the Sale Motion, the Debtor presently does not have enough operating capital to meet its past due and ongoing rent obligations by April 1, 2019. Approval of the Debtor's proposed bidding procedures and a shortened period of time for parties in interest to object to the Sale will allow the Debtor to avoid a turnover of the leased premises and a forced liquidation scenario, which will significantly detract from the value of the Subject Assets, and more importantly, damage the legacy of its founder. Expedited consideration will ensure that the proposed Sale will maximize the benefit to the Debtor's bankruptcy estate and enable the Debtor's operations to continue.

## II. <u>REQUESTED RELIEF</u>

Pursuant to Local Rule 9013-1(h), the Debtor respectfully request that the Court: (i) set an expedited hearing on accelerated notice to consider the Procedures Motion no later than March 14, 2019; (ii) set an expedited hearing on accelerated notice to consider the Sale Motion, along with scheduling the Sale Hearing for March 22, 2019. Further, the Debtor requests that any objections to the Sale Pleadings be filed no later than 12:00 p.m. MST of the business day prior to the requested hearings. The Debtor is unaware of any parties which oppose the Sale Pleadings or will oppose this request for an expedited hearing.

## III. <u>NOTICE</u>

Notice of the Sale Pleadings, this Motion, and any order approving this Motion will be given to all parties listed on the Debtor's Master Mailing List, as well as all parties subject to non-disclosure agreements or others who have shown interest in acquiring the Debtor's assets and operations. The contact information for the parties/counsel directly affected by the Sale Pleadings are as follows:

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Christopher R. Kaup
TIFFANY & BOSCO, P.A.
Seventh Floor, Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
crk@tblaw.com
*Attorneys for Robert and Patricia C. Bondurant*

**WHEREFORE**, the Debtor respectfully request that the Court enter an order:

(a) setting an expedited hearing on the Procedures Motion for no later than March 14, 2019;

(b) setting an expedited hearing on the Sale Motion for March 22, 2019, which shall also be the date and time set for the Sale Hearing and Auction;

(c) set deadlines for parties to object to the Sale Pleadings by 12:00 p.m. MST of the business day prior to the expedited hearings to be set by the Court; and

(d) granting such other and further relief as is just under the circumstances.

DATED: March 7, 2019.

                  **ALLEN BARNES & JONES, PLC**

                  /s/ *HLB #19669*
                  Hilary L. Barnes
                  Philip J. Giles
                  *Attorneys for the Debtor*

**E-FILED** on March 7, 2019 with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have
appeared in the case.

**COPY** mailed same date via U.S. Mail to:

OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

JP Morgan Chase Bank, N.A.
Collateral Management Small Business
P.O. Box 33035
Louisville, KY 40232-9891
Secured Creditor

Bancorp Bank
Attn: Lease Payment Center
P.O. Box 140733
Orlando FL 32814-0733
Secured Creditor

Sun Valley Marina Development Corp.
P.O. Box 5090
Chandler AZ 85226
Landlord

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Arizona Department of Revenue
P.O. Box 29086
Phoenix, AZ 85038-9086

*Twenty (20) largest unsecured creditors*

**COPY** emailed same date to:

Elizabeth C. Amorosi
OFFICE OF THE UNITED STATES DEBTOR
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

Christopher R. Kaup
TIFFANY & BOSCO, P.A.
Seventh Floor, Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
crk@tblaw.com
*Attorneys for Robert and Patricia C. Bondurant*

James E. Cross
THE CROSS LAW FIRM, P.L.C.
1850 N Central Ave., Suite 1150
Phoenix, AZ 85004
JCross@crosslawaz.com
*Attorneys for Arlington Street Investments*

Mark J. Giunta
Liz Nguyen
Law Office of Mark J. Giunta
531 E. Thomas Rd., Suite 200
Phoenix, AZ 85012
markgiunta@giuntalaw.com
liz@giuntalaw.com
*Attorneys for The Bancorp Bank*

Robert Lapowsky
Stevens & Lee
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
rl@stevenslee.com


*/s/ Carol McDonald*