

_____
**Brenda K. Martin, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **ORDER APPROVING MOTION FOR SHORTENED NOTICE AND SETTING EXPEDITED HEARINGS ON:** |
| | **(I) MOTION TO APPROVE BID PROCEDURES; AND** |
| | **(II) MOTION TO APPROVE SALE** |

These matters came before the Court pursuant to the Motion for Shortened Notice and Expedited Hearings on (I) Motion to Approve Bid Procedures; and (II) Motion to Approve Sale [ECF No. 180] ("**Motion for Expedited Hearing**") filed by Bob Bondurant School of High Performance Driving, Inc., debtor and debtor-in-possession, (the "**Debtor**"), pursuant to which the Debtor requests expedited hearings on the _Motion to Approve Bid Procedures For Sale of Assets_ [ECF No. 178] ("**Procedures Motion**") and the _Motion to Approve Sale of Assets Free and Clear of Lien_ [ECF No. 179] ("**Sale Motion**," and with the Procedures Motion, the "**Sale Pleadings**"). Based upon the Sale Pleadings and the record before the Court, and good cause appearing for shortened notice and expedited relief, **IT IS HEREBY ORDERED:**

(a) an expedited hearing on the Procedures Motion is scheduled on March 14, 2019 at 11:00 a.m. (the "**Procedures Hearing**");

(b) an expedited hearing on the Sale Motion is scheduled on March 22, 2019 at 10:00 a.m., which shall also be the date and time set for the Sale of the Subject Assets via

auction process in accordance with bidding procedures set by the Court;

(c)      Parties objecting to the Sale Pleadings must file objections, with supporting facts and law, by 12:00 p.m. MST the day before the hearings set forth above; and

(d)      The Debtor shall serve (i) a copy of this Order on all parties on the Debtor's master mailing list, the parties that have submitted non-disclosure agreements, and to wider outlets as determined by the Debtor, and (ii) a copy of the bid procedures approved at the Procedures Hearing as directed by the Court immediately thereafter.

**DATED AND SIGNED ABOVE**
