BRYAN CAVE LEIGHTON PAISNER LLP, #145700
Robert J. Miller, 013334
Khaled Tarazi, 032446
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
Email: rjmiller@bclplaw.com
khaled.tarazi@bclplaw.com

Attorneys for Wells Fargo Vendor Financial Services, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

      NOTICE IS HEREBY GIVEN that counsel listed below hereby appear in the above-referenced proceeding as counsel for Wells Fargo Vendor Financial Services, LLC:

Robert J. Miller<br>
Khaled Tarazi<br>
<strong>BRYAN CAVE LEIGHTON PAISNER LLP</strong><br>
Two North Central Avenue, Suite 2100<br>
Phoenix, Arizona 85004-4406<br>
rjmiller@bclplaw.com<br>
khaled.tarazi@bclplaw.com

      The above-listed counsel formally request that all notices and copies of any and all filings and/or notices of hearing in the above-captioned proceeding be sent to them at the address set forth above; that this request shall remain a continuing request and demand for notices to be provided to the above-listed counsel.

///

///

///

DATED this 13th day of March, 2019.

                              BRYAN CAVE LEIGHTON PAISNER LLP

                              By   /s/ KT, #032446
                                  Robert J. Miller
                                  Khaled Tarazi
                                  Two North Central Avenue, Suite 2100
                                  Phoenix, Arizona 85004-4406
                                  Attorneys for Wells Fargo Vendor Financial
                                  Services, LLC

**EFILED** on March 13, 2019 with the U.S. Bankruptcy Court and copies served via CM/ECF notice on all parties who have appeared in this case.

COPY mailed same date via U.S. Mail to:

OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

COPY emailed same date to:

Elizabeth C. Amorosi
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Hilary L. Barnes
Philip J. Giles
ALLEN BARNES & JONES, PLC
1850 North Central Avenue, Suite 1150
Phoenix, Arizona 85004
hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com
Attorneys for the Debtor

  /s/ Cathy Russell