SCOTT B. COHEN, SBA #014377
PATRICK A. CLISHAM, SBA #023154
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: sbc@eblawyers.com
Email: pac@eblawyers.com
_____

MICHELLE E. SHRIRO, TEXAS STATE BAR #18310900
**SINGER & LEVICK, P.C.**
16200 ADDISON RD., SUITE 140
ADDISON, TEXAS 75001
_____
Ph: (972) 380-5533
Fax: (972) 380-5748
Email: mshriro@singerlevick.com
_____

Attorneys for Moses Smith Racing, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM |

**EX PARTE APPLICATION FOR ADMISSION PRO HAC VICE OF MICHELLE E. SHRIRO**

Pursuant to Local Rule of Bankruptcy Procedure 2090-1(c), I, **MICHELLE E. SHRIRO**, hereby apply for leave to appear and participate in this action pro hac vice.

I am a member in good standing of the State Bar of Texas, and admitted to practice before the United States District Court for the Northern District of Texas. I have been retained by creditor Moses Smith Racing, LLC to appear in this Court in this action; I am not a member of the bar of the United States District Court, District of Arizona.

I declare under penalty of perjury that I: (1) do not reside in Arizona; (2) am not

regularly employed in Arizona; and (3) am not regularly engaged in the practice of law in Arizona.

I further declare under penalty of perjury that I have filed no applications for Pro Hac Vice admission within the last year. (Local Rule 2090-1).

I hereby designate Scott B. Cohen, a member of the bar of this Court who maintains an office in this district and who has consented to this designation, as co-counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

Dated: March 13, 2019

/s/ Michelle E. Shriro, Esq. *(with Permission)*
Signature of Attorney
Michelle E. Shriro, Esq.
**SINGER & LEVICK, P.C.**
16200 Addison Rd., Suite 140
Addison, TX 75001
Phone: 972-380-5533
Email: mshriro@singerlevick.com

/s/ Scott B. Cohen, SBA #014377
Scott B. Cohen
Patrick A. Clisham
**ENGELMAN BERGER, P.C.**
3636 N. Central Ave., Ste. 700
Phoenix, AZ 85012
Phone: 602-271-9090
Email: sbc@eblawyers.com
Email: pac@eblawyers.com

*-See following page for Consent to Designation-*

{0005987.0000/00967066.DOCX / }

# CONSENT TO DESIGNATION

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

Date: March 13, 2019                 /s/ Scott B. Cohen, SBA#014377
                                     Signature of Attorney

                                     Scott B. Cohen
                                     Name of Attorney

                                     Scott B. Cohen (SBA #014377)
                                     **ENGELMAN BERGER, P.C.**
                                     3636 N. Central Ave., Ste. 700
                                     Phoenix, Arizona 85012

Copy of the foregoing Emailed
this 13th day of March, 2019 to:

Hillary L. Barnes
Philip J. Giles
**ALLEN BARNES & JONES, PLC**
Email: hbarnes@allenbarneslaw.com
Email: pgiles@allenbarneslaw.com
*Attorneys for Debtor*

Warren J. Stapleton
**OSBORN MALEDON**
Email: wstapleton@omlaw.com
*Attorneys for Landlord Sun Valley Marina Development Corp.*

Christopher C. Simpson
**STINSON LEONARD STREET, LLP**
Email: Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
**DYKEMA GOSSETT PLLC**
Email: stoby@dykema.com
*Attorneys for FCA US LLC*

Thomas E. Littler
**LITTLER, PC**
Email: telittler@gmail.cpom
*Attorneys for Semple Marchal Cooper, PLC*

Larry O. Folks
**FOLKS HESS KASS, PLLC**
Email: folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Christopher R. Kaup
**TIFFANY & BOSCO, P.A.**
Email: CRK@tblaw.com
*Attorneys for Robert and Patricia Bondurant*

Jared G. Parker
**PARKER SCHWARTZ, PLLC**
Email: Jparker@psazlaw.com
*Attorneys for The Goodyear Tire & Rubber Co.*

Leslie A. Berkoff
**MORITT HOCK & HAMROFF, LLP**
Email: lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

James E. Cross
**THE CROSS LAW FIRM, P.L.C.**
Email: jcross@crosslawaz.com
*Attorneys for Arlington Street Investments*

{0005987.0000/00967066.DOCX / }

3

| | |
|---|---|
| Mark J. Giunta<br>Liz Nguyen<br>**LAW OFFICE OF MARK J. GIUNTA**<br>Email: mark.giunta@giuntalaw.com<br>Email: liz@giuntalaw.com<br>*Attorneys for The Bancorp Bank*<br><br>Robert Lapowsky<br>**STEVENS & LEE**<br>Email: rl@stevenslee.com<br>*Attorneys for The Bancorp Bank* | Khaled Tarazi<br>**BRYAN CAVE LEIGHTON PAISNER, LLP**<br>Email: khaled.tarazi@bclplaw.com<br>*Attorneys for Wells Fargo Vendor Financial Services, LLC*<br><br>Elizabeth C. Amorosi<br>**OFFICE OF THE U.S. TRUSTEE**<br>Email: elizabeth.c.amorosi@usdoj.gov |

_____Marie K. Kelly_____

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

{0005987.0000/00967066.DOCX / }