SCOTT B. COHEN, SBA #014377
PATRICK A. CLISHAM, SBA #023154
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012
––––––––––––
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: sbc@eblawyers.com
Email: pac@eblawyers.com
––––––––––––

MICHELLE E. SHRIRO, TEXAS STATE BAR #18310900
**SINGER & LEVICK, P.C.**
16200 ADDISON RD., SUITE 140
ADDISON, TEXAS 75001
––––––––––––
Ph: (972) 380-5533
Fax: (972) 380-5748
Email: mshriro@singerlevick.com
(pro hac vice application pending)

Attorneys for Moses Smith Racing, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**Hearing Date: March 14, 2019**<br>**Hearing Time: 11:00 a.m.** |

**OBJECTION TO DEBTOR'S MOTION TO APPROVE
BID PROCEDURES FOR SALE OF ASSETS**

Moses Smith Racing LLC ("Smith Racing"), by and through undersigned counsel, hereby objects to the *Motion to Approve Bid Procedures for Sale of Assets* [Dkt. 178] ("Bid Procedures Motion") filed by the Bob Bondurant School of High Performance Driving, Inc. (the "Debtor") and submits as follows:

1. The Debtor filed its voluntary petition under Chapter 11 of Title 11 of the U.S. Code on October 2, 2018.

2. Smith Racing is an unsecured creditor with a claim in the amount of $5,317. Smith Racing also has an ongoing vendor relationship with the Debtor and manufacturers some of the cars used in the Debtor's business. The owner of Smith Racing, Moses Smith, is

also part of a group who intends to bid on the Debtor's assets.

3. The Debtor filed the Bid Procedures Motion seeking approval of bid procedures, a stalking horse bid, and a termination fee to be paid to the potential stalking horse. Contemporaneously with the Bid Procedures Motion, the Debtor also filed a ***Motion To Approve Sale of Assets Free and Clear of Liens*** [Dkt. 179] ("Sale Motion")

4. While generally supportive of the sale process, Smith Racing files this limited objection to portions of the sale process, which are not in the best interests of the estate because such procedures will not maximize value or encourage competitive bidding. Specifically, Smith Racing objects to the stalking horse, the proposed termination fee of $100,000 plus expenses, and the initial overbid requirements.

5. Respecting the undisclosed stalking horse, the Bid Procedures Motion contains a single paragraph description of an Asset Purchase Agreement with only the barest of terms. As of the time of this objection, no APA has been filed. Without an APA, potential bidders, creditors and the Court cannot evaluate the bid with respect to the criteria listed in the Bid Procedures Motion such as any terms and conditions, the probability of a prompt closing and any other benefit to the estate.

6. Assuming that the APA is filed and contains the same terms as described in the Bid Procedures Motion, Smith Racing further objects because it is part of another bidding group which has made a better offer to the Debtor. The bidder affiliated with Smith Racing has also made a bid which would be better for the estate. Since there is another offer based on better economic terms, the Court should not approve the APA described in the Bid Procedures Motion because it is not in the best interest of creditors. Furthermore, the current overbid would chill this bid at auction under current structure.

7. Smith Racing also objects to the termination fee of $100,000 plus expenses because it does not induce higher bids and is not an actual and necessary administrative expense of the estate. There are numerous people and entities who are already interested in making a bid. As stated in paragraph 6(i) of the Sale Motion, over 20 potential bidders have

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

executed nondisclosure agreements. The fact that the APA is not attached and cannot be reviewed does not induce other potential buyers into making an offer. In addition, the amount of the termination fee of $100,000 plus expenses is not conducive to bidding and would chill the bidding process because the initial overbid had to be increased by at least $100,000 to pay for the termination fee. Under the bid procedures as currently stated, the stalking horse bid is $300,000 in cash plus assumption of liabilities. The proposed initial overbid is $500,000 in cash plus assumption of certain liabilities. The $200,000 cash differential is not reasonable and will operate to chill bidding. Also, in the context of this case in which there is substantial unsecured debt not likely to be paid, it not reasonable or in the best interests of the estate for the stalking horse to receive $100,000 plus expenses.

8. For all these reasons, Smith Racing requests that the proposed stalking horse bid be denied as the stalking horse, the termination fee be eliminated or reduced to $50,000, and that the initial overbid be reduced to $400,000 in cash plus the assumed liabilities described in the Bid Procedures Motion.

Wherefore, Moses Smith Racing, LLC respectfully requests that the stalking horse bid be denied as the stalking horse, the termination fee be eliminated or reduced to $50,000, and that the initial overbid be reduced to $400,000 in cash plus the assumed liabilities described in the Bid Procedures Motion.

DATED this 13TH day of March, 2019.

**ENGELMAN BERGER, P.C.**

By */s/ SBA # 014377*
Scott B. Cohen
Patrick A. Clisham
Attorneys for the Moses Smith Racing, LLC

AND

**SINGER & LEVICK, P.C.**

Michelle E. Shriro
Attorneys for the Moses Smith Racing, LLC

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

Copy of the foregoing Emailed
this 13th day of March, 2019 to:

Hillary L. Barnes
Philip J. Giles
**ALLEN BARNES & JONES, PLC**
Email: hbarnes@allenbarneslaw.com
Email: pgiles@allenbarneslaw.com
*Attorneys for Debtor*

Warren J. Stapleton
**OSBORN MALEDON**
Email: wstapleton@omlaw.com
*Attorneys for Landlord Sun Valley Marina Development Corp.*

Christopher C. Simpson
**STINSON LEONARD STREET, LLP**
Email: Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
**DYKEMA GOSSETT PLLC**
Email: stoby@dykema.com
*Attorneys for FCA US LLC*

Thomas E. Littler
**LITTLER, PC**
Email: telittler@gmail.cpom
*Attorneys for Semple Marchal Cooper, PLC*

Larry O. Folks
**FOLKS HESS KASS, PLLC**
Email: folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Christopher R. Kaup
**TIFFANY & BOSCO, P.A.**
Email: CRK@tblaw.com
*Attorneys for Robert and Patricia Bondurant*

Jared G. Parker
**PARKER SCHWARTZ, PLLC**
Email: Jparker@psazlaw.com
*Attorneys for The Goodyear Tire & Rubber Co.*

Leslie A. Berkoff
**MORITT HOCK & HAMROFF, LLP**
Email: lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

James E. Cross
**THE CROSS LAW FIRM, P.L.C.**
Email: jcross@crosslawaz.com
*Attorneys for Arlington Street Investments*

Mark J. Giunta
Liz Nguyen
**LAW OFFICE OF MARK J. GIUNTA**
Email: mark.giunta@giuntalaw.com
Email: liz@giuntalaw.com
*Attorneys for The Bancorp Bank*

Robert Lapowsky
**STEVENS & LEE**
Email: rl@stevenslee.com
*Attorneys for The Bancorp Bank*

Khaled Tarazi
**BRYAN CAVE LEIGHTON PAISNER, LLP**
Email: khaled.tarazi@bclplaw.com
*Attorneys for Wells Fargo Vendor Financial Services, LLC*

Elizabeth C. Amorosi
**OFFICE OF THE U.S. TRUSTEE**
Email: elizabeth.c.amorosi@usdoj.gov

/s/ Marie K. Kelly

{0005987.0000/00966953.DOCX / }