# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC. | Case No. 2:18-bk-12041-BKM |
| Debtor. | |

**ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF MICHELLE E. SHRIRO, ESQ.**

Based upon the application of **MICHELLE E. SHRIRO, ESQ.** (the "Applicant") for limited admission to practice in this action on behalf of Moses Smith Racing, LLC, Applicant is hereby permitted to appear and participate in this action as counsel for Moses Smith Racing, LLC.

**DATED AND SIGNED ABOVE.**