**Thomas E Littler, Esq**
Attorney at Law

341 W Secretariat Drive
Tempe, Arizona 85284
Telephone (480) 248-9010
E-mail: telittler@gmail.com
Arizona Bar No. 006917

*Attorney for Semple Marchal Cooper PLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,<br><br>Debtor. | Case No. 2:18-bk-12041-BKM<br><br>Chapter 11<br><br>**JOINDER IN OBJECTION TO DEBTOR'S MOTION TO APPROVE BID PROCEDURES FOR SALE OF ASSETS FILED BY MOSES SMITH RACING**<br>**AND**<br>**JOINDER IN SECTIONS II(a), (b), (d), and (e) OF OBJECTION TO DEBTOR'S (I) MOTION TO APPROVE BID PROCEDURES FOR SALE OF ASSETS; (II) MOTION TO APPROVE ASSETS FREE AND CLEAR OF LIENS; AND (III) LBR 6004-1 NOTICE TO CREDITORS AND INTERESTED PARTIES OF SALE FILED BY ARLINGTON STREET INVESTMENTS.**<br><br>Hearing Date: March 14, 2019<br>Hearing Time: 11:00 am<br>Courtroom: 701, 7th Floor |

Semple Marchal Cooper PLC ("SMC"), an unsecured creditor in the above-referenced Chapter 11 bankruptcy proceeding, hereby joins in the Objection To Debtor's Motion To Approve Bid Procedures For Sale Of Assets Filed By Moses Smith Racing and in sections II (a), (b), (d), and (e) of the Objection To Debtor's (I) Motion To Approve Bid Procedures For Sale

Thomas E Littler Esq.
Attorney and Counselor
341 W Secretariat Dr
Tempe AZ 85284
(480) 248-9010

Case 2:18-bk-12041-BKM    Doc 191    Filed 03/13/19    Entered 03/13/19 14:40:31    Desc
Main Document    Page 1 of 2

Of Assets; (II) Motion To Approve Assets Free And Clear Of Liens; And (III) LBR 6004-1 Notice To Creditors And Interested Parties Of Sale Filed By Arlington Street Investments for the reasons stated therein.

DATED this 13th day of March, 2019

                              **THOMAS E. LITTLER, ESQ.**
                              By: _/s/ Thomas E. Littler_
                              Thomas E. Littler
                              341 W Secretariat Drive
                              Tempe, Arizona 85284
                              *Attorney for Semple Marchal Cooper*

**CERTIFICATE OF SERVICE**

      This is to certify that the foregoing document was E-filed in the U.S. Bankruptcy Court on behalf of Debtor on March 13, 2019 and copies served via ECF Notice the same day upon the persons registered with PACER to receive electronic notice and by United States Mail, First Class and/or by direct e-mail to the persons at the email addresses listed below, if any. I did not receive prior to this filing any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Thomas E Littler_

Thomas E Littler Esq.
*Attorney and Counselor*
341 W Secretariat Dr
Tempe AZ 85284
(480) 248-9010

2

Case 2:18-bk-12041-BKM    Doc 191    Filed 03/13/19    Entered 03/13/19 14:40:31    Desc
Main Document    Page 2 of 2