Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
　　　　pgiles@allenbarneslaw.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**SECOND MOTION TO EXTEND EXCLUSIVITY PERIODS UNDER 11 U.S.C §§ 1121(c)(2) and (c)(3)** |
|---|---|

　　　　Pursuant to 11 U.S.C. § 1121(d) and Fed. R. Bankr. P. 9006(b), Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), hereby requests the Court to enter an order extending the exclusivity periods set forth in 11 U.S.C. §§ 1121(c)(2) and (c)(3). The Debtor is nearing the sale of its operations and most of its assets. The Court entered an Order [DE 182] setting hearing on the Debtor's *Motion to Approve Bid Procedures for Sale of Assets* and the *Motion to Approve Sale of Assets Free and Clear of Lien*. The hearings are set for March 14 and 22, 2019, respectively. Once the sale is complete, the Debtor will focus on preparing a liquidating chapter 11 plan of reorganization. However, the exclusivity period under 11 U.S.C. §§ 1121(c)(2) is set to expire on April 1, 2019; therefore, the Debtor requests an additional sixty (60) days to propose and solicit acceptances of a plan.

　　　　The following Memorandum of Points and Authorities supports this Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

I. **JURISDICTION, VENUE, AND FACTUAL BACKGROUND**

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1134. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for this Motion is 11 U.S.C. §§ 1121(c)(2) and (c)(3) pursuant to 11 U.S.C. § 1121(d) and Fed. R. Bankr. P. 9006(b).

2. On October 2, 2018 (the "Petition Date"), the Debtor commenced the Case by filing a petition for relief under Chapter 11 of the Bankruptcy Code.

3. On December 11, 2018, the Court approved the Debtor's retention and employment of Timothy H. Shaffer of Clotho Recovery Systems as its Chief Restructuring Officer ("CRO"), *nunc pro tunc* to November 13, 2018.

4. The Court previously entered an *Order Approving Motion to Extend Exclusivity Periods under 11 U.S.C. §§ 1121(c)(2) and (c)(3)* [DE 167].

5. On March 7, 2019, the Debtor filed the *Motion to Approve Bid Procedures for Sale of Assets* [DE 178] ("Bid Procedures Motion") and the *Motion to Approve Sale of Assets Free and Clear of Lien* [DE 179] ("Sale Motion").

6. As referenced above, on March 7, 2019, the Court entered an Order setting hearing on the Bid Procedures Motion and Sale Motion for March 14 and 22, 2019, respectively. As currently situated, the sale is set to close no later than March 29, 2019.

7. With the anticipated sale set to close within two days of the April 1, 2019 deadline under 11 U.S.C. § 1121(c)(2), the Debtor requires additional time to liquidate or settle any remaining assets, including any chapter 5 causes of action, and prepare a liquidating chapter 11 plan.

II. **LEGAL ARGUMENT**

The Court may extend the exclusivity period for "cause," which is determined by considering the facts and circumstances of the case. 11 U.S.C. § 1121(d); *see also In re Tony Downs Foods Co.*, 34 B.R. 405, 407 (Bankr. D. Minn. 1983). The "cause" standard is intended

to give courts significant flexibility in determining whether exclusivity should be extended. *See In re Gibson & Cushman Dredging Corp.*, 101 B.R. 405 (E.D.N.Y. 1989) (citations omitted). The critical consideration is whether extending the exclusivity period will "facilitate moving the case forward toward a fair and equitable resolution." *In re Henry Mayo Newhall Memorial Hospital*, 282 B.R. 444 (B.A.P. 9th Cir. 2002) (citation omitted).

In this Case, cause exists to grant an extension of exclusivity for another 60-day period. As previously discussed, the Debtor is nearing the sale of its operations and assets. The sale is set to close by March 29, 2019, two days prior to the currently scheduled exclusivity deadline (April 1, 2019). Because not all of the Debtor's assets will be sold, the Debtor requires additional time to liquidate or settle any remaining assets, including any chapter 5 causes of action, and prepare a liquidating chapter 11 Plan. Because the Debtor's operations and most of its assets will have been sold within the next three weeks, the Debtor believes this additional extension of exclusivity will not prejudice the estate's creditors. Accordingly, extending the exclusivity periods will allow the Debtor to move the Case forward toward a fair and equitable resolution for all creditors and parties in interest.

### III. CONCLUSION

**WHEREFORE**, based on the foregoing and the record before the Court, the Debtor respectfully requests that the Court enter an order (i) approving this Motion and (ii) granting an extension of the exclusivity periods set forth in 11 U.S.C. §§ 1121(c)(2) and (c)(3) to May 31, 2019 (60 days) and July 30, 2019 (60 days), and (iii) for other relief that is just under the circumstances.

DATED: March 13, 2019.

**ALLEN BARNES & JONES, PLC**

/s/ *PJG #30340*
Hilary L. Barnes
Philip J. Giles
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
*Attorneys for the Debtor*

**E-FILED** on March 13, 2019 with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have
appeared in the case.

**COPY** mailed same date via U.S. Mail to:

OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

JP Morgan Chase Bank, N.A.
Collateral Management Small Business
P.O. Box 33035
Louisville, KY 40232-9891
Secured Creditor

Bancorp Bank
Attn: Lease Payment Center
P.O. Box 140733
Orlando FL 32814-0733
Secured Creditor

Sun Valley Marina Development Corp.
P.O. Box 5090
Chandler AZ 85226
Landlord

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Arizona Department of Revenue
P.O. Box 29086
Phoenix, AZ 85038-9086

*Twenty (20) largest unsecured creditors*


**COPY** emailed same date to:

Elizabeth C. Amorosi
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

Christopher R. Kaup
TIFFANY & BOSCO, P.A.
Seventh Floor, Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
crk@tblaw.com
*Attorneys for Robert and Patricia C. Bondurant*

/ / /

/ / /

James E. Cross
THE CROSS LAW FIRM, P.L.C.
1850 N Central Ave., Suite 1150
Phoenix, AZ 85004
JCross@crosslawaz.com
*Attorneys for Arlington Street Investments*

Mark J. Giunta
Liz Nguyen
Law Office of Mark J. Giunta
531 E. Thomas Rd., Suite 200
Phoenix, AZ 85012
markgiunta@giuntalaw.com
liz@giuntalaw.com
*Attorneys for The Bancorp Bank*

Robert Lapowsky
Stevens & Lee
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
rl@stevenslee.com

*/s/ Melissa Morgan*