Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **NOTICE OF BAR DATE REGARDING SECOND MOTION TO EXTEND EXCLUSIVITY PERIODS UNDER 11 U.S.C §§ 1121(c)(2) and (c)(3)** |

**NOTICE IS HEREBY GIVEN** that Bob Bondurant School of High Performance Driving, Inc. ("Debtor"), by and through undersigned counsel, has filed a *Second Motion to Extend Exclusivity Periods Under 11 U.S.C. §§ 1121(c)(2) and (c)(3)* [ECF No. 192] ("Motion"). By the Motion, the Debtor seeks an order granting an extension of the exclusivity periods set forth in 11 U.S.C. §§ 1121(c)(2) and (c)(3) to May 31, 2019 (60 days) and July 30, 2019 (60 days), respectively. A copy of the Motion may be obtained by contacting counsel for the Debtor at the address and phone number above, or from the U.S. Bankruptcy Court.

**NOTICE IS FURTHER GIVEN THAT** any person who wishes to respond to or contest the Motion must file a written response with the Clerk of the U.S. Bankruptcy Court for the District of Arizona, at 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, within **TWENTY ONE (21) DAYS** of the date of service of this Notice.

**NOTICE IS FURTHER GIVEN THAT** any party responding or contesting the Motion also must serve such objection or response contemporaneously upon the Debtor's attorneys as follows:

Hilary L. Barnes, Esq.
Philip J. Giles, Esq.
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

**NOTICE IS FURTHER GIVEN THAT** if a response to the Motion is timely filed and served in accordance with the terms hereof, and the parties are unable to reach a consensual resolution with the objecting party, a hearing before the Court will be set to resolve the matter. If no timely written objection is filed, no hearing will be held, and the Court may enter an Order approving the Motion.

DATED: March 13, 2019.

**ALLEN BARNES & JONES, PLC**

/s/ *PJG #30340*
Hilary L. Barnes
Philip J. Giles
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
*Attorneys for the Debtor*