Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
      pgiles@allenbarneslaw.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM |
| THE BANCORP BANK,<br><br>    Movant,<br><br>v.<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>    Respondent. | **STIPULATION TO CONTINUE HEARING AND RESPONSE DEADLINE RE: BANCORP BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing Date:** March 19, 2019<br>**Hearing Time:** 1:30 p.m.<br>**Location:**   230 North 1st Avenue<br>                 7th Floor, Courtroom 701<br>                 Phoenix, AZ  85003 |

      Bob Bondurant School of High Performance Driving, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), and The Bancorp Bank ("Bancorp") (with the Debtor, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

      1.      On October 2, 2018, Bob Bondurant School of High Performance Driving, Inc. ("Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

      2.      On February 27, 2019, Bancorp filed its *Motion of Bancorp Bank Pursuant to 11 U.S.C. § 362(d) for Relief from the Automatic Stay* ("Motion") [ECF 168].

      3.      The preliminary hearing on Bancorp's Motion is currently set for March 19,

{00156997 2}
Case 2:18-bk-12041-BKM    Doc 197    Filed 03/14/19    Entered 03/14/19 14:28:05    Desc
Main Document     Page 1 of 5

2019 at 1:30 p.m. [ECF 175] ("Hearing").

4. The Parties have met and conferred regarding the Motion, their respective claims and defenses, and the potential for a negotiated resolution of the same. In light of the pending sale motion, the Parties agree to continue the Hearing and the deadline for Debtor to respond to the Motion to the week of April 8, 2019, or the earliest date and time thereafter based upon the Court's schedule and convenience. The Debtor shall file a response to the Motion no later than three (3) days prior to the continued Hearing.

5. In the interim, the Debtor agrees that none of the Vehicles or Equipment, as defined in the Motion shall be sold at the auction scheduled for March 22, 2019 absent Bancorp's written consent and that, if the Debtor sells its assets or at the auction or otherwise and Bancorp has not consented to the sale of the Vehicles and Equipment in connection therewith, the Debtor shall segregate the Vehicles and Equipment from any assets that are sold, store the Vehicles and Equipment in a secure location and insure that the Vehicles and Equipment are not available to any purchasers of the Debtor's assets at such sale .

6. Notwithstanding this Stipulation, the Parties reserve all of their rights, claims and defenses.

**WHEREFORE**, the Parties respectfully request the Court enter an Order: (1) continuing the Hearing to the week of April 8, 2019, or any date thereafter based upon the Court's schedule and convenience, and (2) setting a deadline for the Debtor to respond to the Motion three (3) days prior to the continued Hearing.

DATED: March 14, 2019.

                                                **ALLEN BARNES & JONES, PLC**

                                                /s/ *PJG #30340*
                                                Hilary L. Barnes
                                                Philip J. Giles
                                                1850 N. Central Avenue, Suite 1150
                                                Phoenix, Arizona 85004
                                                *Attorneys for the Debtor*

{00156997 2}    -2-
Case 2:18-bk-12041-BKM   Doc 197   Filed 03/14/19   Entered 03/14/19 14:28:05   Desc
Main Document   Page 2 of 5

LAW OFFICE OF MARK J. GIUNTA

/s/ Mark J. Giunta (*with permission*)
Mark J. Giunta
Liz Nguyen
531 E. Thomas Rd., Suite 200
Phoenix, AZ 85012
*Attorneys for The Bancorp Bank*

and

Robert Lapowsky,
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
*Attorneys for The Bancorp Bank*

**E-FILED** on March 14, 2019 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** mailed same date via U.S. Mail to:

OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

**COPY** emailed same date to:

Elizabeth C. Amorosi
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

/ / /

/ / /

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

Christopher R. Kaup
TIFFANY & BOSCO, P.A.
Seventh Floor, Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
crk@tblaw.com
*Attorneys for Robert and Patricia C. Bondurant*

James E. Cross
THE CROSS LAW FIRM, P.L.C.
1850 N Central Ave., Suite 1150
Phoenix, AZ 85004
JCross@crosslawaz.com
*Attorneys for Arlington Street Investments*

/ / /

/ / /

Mark J. Giunta
Liz Nguyen
Law Office of Mark J. Giunta
531 E. Thomas Rd., Suite 200
Phoenix, AZ 85012
markgiunta@giuntalaw.com
liz@giuntalaw.com
*Attorneys for The Bancorp Bank*

Robert Lapowsky
Stevens & Lee
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
rl@stevenslee.com

Robert J. Miller
Khaled Tarazi
BRYAN CAVE LEIGHTON PAISNER LLP
Two N. Central Ave., Suite 2100
Phoenix, AZ 85004-4406
rjmiller@bclplaw.com
khaled.tarazi@bclplaw.com
*Attorneys for Wells Fargo Vendor Financial Services, LLC*


*/s/ Carol McDonald*