# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 02:18-bk-12041-BKM |
| Debtor. | |
| THE BANCORP BANK, <br> Movant, <br> v. <br> Bob Bondurant School of High Performance Driving, Inc., <br> Respondent. | **ORDER GRANTING STIPULATION TO CONTINUE HEARING AND RESPONSE DEADLINE RE: THE BANCORP BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY** <br><br> Hearing Date: March 19, 2019 <br> Hearing Time: 1:30 p.m. <br> Location: 230 North 1st Avenue <br> 7th Floor, Courtroom 701 <br> Phoenix, AZ 85003 |

Having reviewed and considered the *Stipulation to Continue Hearing and Response Deadline Re: The Bancorp Bank's Motion for Relief from Automatic Stay* ("**Stipulation**") [ECF No. 197] filed by Movant, The Bancorp Bank and Respondent, Bob Bondurant School of High Performance Driving, Inc., and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation;

**IT IS FURTHER ORDERED** vacating the hearing set for March 19, 2019 at 1:30 p.m.; and rescheduling the hearing to _____, 2019 at _____ \_\_.m.;

**IT IS FURTHER ORDERED** continuing Respondent's deadline to respond to The Bancorp Bank's Motion for Relief from Automatic Stay to three (3) days prior to the continued Hearing.

**DATED AND SIGNED ABOVE**