**ORDERED ACCORDINGLY.**

Dated: March 14, 2019



_____
**Brenda K. Martin, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 02:18-bk-12041-BKM |
| THE BANCORP BANK,<br><br>    Movant,<br><br>v.<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>    Respondent. | **ORDER GRANTING STIPULATION TO CONTINUE HEARING AND RESPONSE DEADLINE RE: THE BANCORP BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing Date: March 19, 2019<br>Hearing Time: 1:30 p.m.<br>Location:     230 North 1st Avenue<br>                7th Floor, Courtroom 701<br>                Phoenix, AZ 85003 |

Having reviewed and considered the _Stipulation to Continue Hearing and Response Deadline Re: The Bancorp Bank's Motion for Relief from Automatic Stay_ ("**Stipulation**") [ECF No. 197] filed by Movant, The Bancorp Bank and Respondent, Bob Bondurant School of High Performance Driving, Inc., and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation;

**IT IS FURTHER ORDERED** vacating the hearing set for March 19, 2019 at 1:30 p.m.; and rescheduling the hearing to April 18, 2019 at 11:00 a.m.;

{00156795}
Case 2:18-bk-12041-BKM    Doc 199    Filed 03/14/19    Entered 03/14/19 15:07:38    Desc
Main Document    Page 1 of 2

**IT IS FURTHER ORDERED** continuing Respondent's deadline to respond to The Bancorp Bank's Motion for Relief from Automatic Stay to three (3) days prior to the continued Hearing.

**DATED AND SIGNED ABOVE**