Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **FIRST INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY THOMAS AZARELLI OF BUSINESS TO BUSINESS CFO, LLC** |

## APPLICATION PERIOD: NOVEMBER 19, 2018 THROUGH FEBRUARY 11, 2019

Bob Bondurant School of High Performance Driving, Inc. ("Debtor"), through undersigned counsel, hereby seeks from the Court an order allowing and approving the fees of Thomas Azzarelli of Business to Business CFO ("**B2B**"). In support of this Application, B2B submits its monthly billing statements, which are attached hereto as **Exhibit A**, for fees incurred from November 19, 2018 through February 11, 2019 ("**Application Period**"), for services performed by Azzarelli as the Debtor's Chief Financial Officer.

As set forth on the billing statements, during the Application Period, Azzarelli spent 70.48 hours assisting the Debtor. Based upon its ordinary hourly rates in effect at the time said services were rendered, the total fees incurred by B2B during the Application Period would be far higher given the time and effort expended. However, B2B agreed to cap the fees for this particular engagement at $5,000 per month as set forth in the retention pleadings and approved by the Court [ECF Nos. 90, 91, and 93]; therefore, the fees for the Application Period are only $15,000.00. B2B received no Retainer and has not been paid since Azzarelli began working on the Debtor's

behalf.

**I.    BASIS FOR RELIEF**

    A.    Background

        1.    On October 2, 2018, the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code, thereby initiating the above-captioned case ("**Case**").

        2.    On November 12, 2018, the Debtor's controller resigned, leaving the Debtor with *no* accounting staff and no access to the Company's computer systems, including Quickbooks.

        3.    On November 13, 2018, on an emergency basis, the Debtor engaged Timothy H. Shaffer of Clotho Recovery Systems as its Chief Restructuring Officer ("**CRO**") [ECF No. 52].

        4.    The CRO immediately met with and engaged B2B for Azzarelli's assistance with accessing Quickbooks and other financial information and to perform other accounting functions necessary to the Debtor's operations in bankruptcy.

        5.    On December 12, 2018, the Debtor filed an Application to Employ Azzarelli of B2B as its Chief Financial Officer *nunc pro tunc* as of November 19, 2019 [ECF #90], which was approved by the Court the next day ("**Retention Order**") [ECF No. 93].

        6.    This is B2B's first interim application for compensation, and B2B has not received any payment for the services rendered by Azzarelli on the Debtor's behalf.

        7.    The Debtor requests that the Court approve payment to B2B for 70.48 hours spent in its representation of the Debtor. Based upon the agreed fee structure as set forth in the Retention Order, B2B's fees for the Application Period total $15,000.00.

        8.    The services for which compensation is requested were rendered on behalf of the Debtor and compensation is sought pursuant to 11 U.S.C. §330(a), 331, and 503(a), 503(b), and Fed. R. Bankr. P. 2016(a). By this Application, Azzarelli seeks to comply fully with the Order employing him as a Chief Financial Officer for the Debtor and the Guidelines of the Office of the United States Trustee for the District of Arizona.

9. Except as it may be entitled to receive compensation herein, B2B has no arrangements with any other party to pay for the services it rendered to the estate, and it has not received any funds from any party for the services rendered for the Debtor's bankruptcy estate. Further, B2B has not made any arrangement to share any compensation received by order of this Court with any party.

10. The fees as may be awarded and paid to B2B pursuant to this Application will be "on account" type fees.

11. The capped rates agreed to by B2B are far below the going rate for a Chief Financial Officer in bankruptcy cases with similar expertise and experience performing similar services in Phoenix, Arizona.

B. <u>Summary of Services Performed and Costs Incurred</u>

12. Azzarelli's actual hours expended, services performed, and fees incurred is detailed on **Exhibit A** hereto. As agreed and approved by the Court, B2B's compensation is capped at $5,000 per month.

13. As set forth in more detail on Exhibit A, B2B provided the Debtor with assistance regarding its finances and systems including without limitation:

   a. Setting up Quickbooks for new users and ChronosBooks to enable sharing of information with potential investors;
   b. Reviewing and reconciling financials and bank statements;
   c. Advising, working and consulting with the CRO as necessary;
   d. Seeking bookkeeper applicants, interviewing applicants, and hiring and training a bookkeeper for the accounting department;
   e. Assisting with monthly operating reports;
   f. Reviewing GL transactions/posting and closed year end books; and
   g. Corresponding with and provided information to venders, lessors, and potential purchasers.

## II. BASIS FOR RELIEF

The Ninth Circuit has referred to and adopted the Fifth Circuit's twelve factors that should be considered in awarding fees in bankruptcy cases: 1) The time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the service properly; (4) the preclusion of other employment by the due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the professional; (10) the 'undesirability' of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Johnson v. Georgia Highway Express, Inc. 488 F.2d 713, 717-19 (5th Cir. 1974). The Ninth Circuit Bankruptcy Appellate Panel concluded that the "lodestar" approach, coupled with consideration of the "Johnson factors" is the appropriate standard to be applied in awarding fees in a bankruptcy case. See In re Powerine Oil Co., 71 B.R. 767 (9th Cir. 1986).

In addition, the provisions of Section 330(a) place a premium on the timeliness of administration of the case. Compensable services must be "performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed." 11 U.S.C. § 330(a)(3)(D).

As detailed in the retention pleadings, Azzarelli has considerable experience and skill to assist the Debtor. The Debtor retained him at a very challenging moment, and he stepped up and took control of the Debtor's accounting systems and obtained and reconciled financial information as quickly as possible. B2B's invoices reflect that Azzarelli delivered more services and expended more time than the compensation requested or deserved. B2B' fees for professional services rendered during the Application Period total $15,000.00, or $5,000 per month for three months. The compensation sought is below that which B2B would be seeking under the "lodestar approach," which, if warranted, can be adjusted upward or downward. In addition, the results obtained by B2B within the time frames of this Application illustrate that it:

1. Possessed and used the expertise required to represent the Debtor in this case;

2. Provided services necessary to the administration of the case; and

3. Performed the services within a reasonable amount of time commensurate with the complexity, importance and nature of each task.

Furthermore, based upon the results obtained by B2B within the time-frame of this Application and the rate charged by B2B for the services performed, the compensation requested is reasonable based on the customary compensation charged by comparably skilled Chief Financial Officer performing services in the area of Phoenix, Arizona.

## III. CONCLUSION

The CRO has reviewed and approved this Fee Application. Based upon the foregoing, the Debtor respectfully request that this Court enter an order:

A. Allowing compensation for professional services rendered by B2B during the Application Period in the amount of $15,000.00;

B. Authorizing the Debtor to immediately pay the aforesaid fees, as an allowed administrative expense; and

C. Such other and further relief as this Court deems just and proper.

DATED: March 19, 2019.

**ALLEN BARNES & JONES, PLC**

/s/ *HLB #19669*
Hilary L. Barnes
Philip J. Giles
*Attorneys for the Debtor*

**E-FILED** on March 19, 2019 with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have
appeared in the case.

**COPY** mailed same date to:

OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706

Thomas Azzarelli
6179 S White Place
Chandler, AZ 85249

**COPY** emailed same date to:

Elizabeth C. Amorosi
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Warren J. Stapleton
OSBORN MALEDON
2929 N. Central Ave., Ste 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
*Attorneys for Sun Valley Marina Development Corp.*

Michelle E. Shriro
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing LLC*

Thomas E. Littler
LITTLER, PC
341 W Secretariat Dr.
Phoenix, AZ 85284
telittler@gmail.com
*Attorneys for Semple Marchal Cooper PLC*

Christopher C. Simpson
STINSON LEONARD STREET LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Christopher.simpson@stinson.com
*Attorneys for FCA US LLC*

Sheryl L. Toby
DYKEMA GOSSETT PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
stoby@dykema.com
*Attorneys for FCA US LLC*

Larry O. Folks
FOLKS HESS KASS, PLLC
1850 North Central Ave., Suite 1140
Phoenix, AZ 85004
folks@folkshesskass.com
*Attorneys for JPMorgan Chase Bank, NA*

Leslie A. Berkoff
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
*Attorneys for Unifi Equipment Finance, Inc.*

Christopher R. Kaup
TIFFANY & BOSCO, P.A.
Seventh Floor, Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
crk@tblaw.com
*Attorneys for Robert and Patricia C. Bondurant*

James E. Cross
THE CROSS LAW FIRM, P.L.C.
1850 N Central Ave., Suite 1150
Phoenix, AZ 85004
JCross@crosslawaz.com
*Attorneys for Arlington Street Investments*

Mark J. Giunta
Liz Nguyen
LAW OFFICE OF MARK J. GIUNTA
531 E. Thomas Rd., Suite 200
Phoenix, AZ 85012
markgiunta@giuntalaw.com
liz@giuntalaw.com
*Attorneys for The Bancorp Bank*

Robert Lapowsky
STEVENS & LEE
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
rl@stevenslee.com

Robert J. Miller
Khaled Tarazi
BRYAN CAVE LEIGHTON PAISNER LLP
Two N. Central Ave., Suite 2100
Phoenix, AZ 85004-4406
rjmiller@bclplaw.com
khaled.tarazi@bclplaw.com
*Attorneys for Wells Fargo Vendor Financial Services, LLC*

Scott B. Cohen
Patrick A. Clisham
ENGELMAN BERGER, P.C.
3636 N. Central Ave., Ste. 700
Phoenix, AZ 85012
sbc@eblawyers.com
pac@eblawyers.com
*Local Counsel for Moses Smith Racing, LLC*

Michelle E. Shriro
SINGER &LEVICK, P.C.
16200 Addison Rd., Suite 140
Addison, TX 75001
mshriro@singerlevick.com
*Attorneys for Moses Smith Racing, LLC*

Jared G. Parker
PARKER SCHWARTZ PLLC
7310 N. 16th Street, Suite 330
Phoenix, AZ 85020
jparker@psazlaw.com
*Attorneys for The Goodyear Tire & Rubber Company*

*/s/ Melissa Morgan*

# Exhibit A



**Thomas Azzarelli**
**6179 S White Place**
**Chandler, AZ 85249**
Work    480.993.4720

**INVOICE  12/19/2018**

**Bondurant Racing School**
**20000 S Maricopa Rd # 3**
**Chandler, Az 85248**

|   | Please find my fees for services: | Actual Hrs | Billed Hours | Amount |
|---|---|---|---|---|
|   | *Services for Month per agreement* |   |   | *5,000.00* |
|   | Minimum hours = 23 |   |   |   |
|   | <u>Completed services.</u> |   |   |   |
| 1 | Set up QuickBooks online for new users- reset all user controls | 2.50 | 1.00 | *225.00* |
| 2 | Set-up ChronosBook for potential investor - various communication | 1.00 | 1.00 | *225.00* |
|   | calls with Chronosbook support and emails with investor on QB file access |   |   |   |
| 3 | Review GL postings through October, Controller recorded--corrections | 5.00 | 2.75 | *618.75* |
|   | and adjustments as required and identified |   |   |   |
| 4 | Interviews- candidate for bookkeeper, 8 candidates | 6.00 | 5.00 | *1,125.00* |
|   | (setup and write ad on Indeed - receive multiple resumes for selection) |   |   |   |
| 5 | Review October payroll registers - accrual for last week October recorded | 2.00 | 0.75 | *168.75* |
| 6 | October GL adjustments and complete month closing | 3.00 | 2.50 | *562.50* |
| 6 | Assist in preparation of October MOR - review with TS | 6.00 | 5.00 | *1,125.00* |
| 7 | Bank statements reconciled through November - assist bookkeeper | 2.50 | - | - |
|   | and provide guidance on recording of transactions |   |   |   |
| 8 | Work on closing November - guidance and assit bookkeeper with | 5.00 | 3.00 | *675.00* |
|   | recording transaction and corrections |   |   |   |
| 9 | Discussion with Merchant Service Processor - PayTrace (Vantiv) acct frozen |   |   |   |
|   | Amounts in settlement account - chargebacks and ACH rejects |   |   |   |
|   | to bank account ( request full accounting of account and cash held) | 1.00 | 1.00 | *225.00* |
| 10 | Class attendance Salesforce report for review - Revenue recogition for | 1.00 | 1.00 | *225.00* |
|   | month of November and future class registrations for cash flow reporting |   |   |   |
| 11 | General discussions with Tim Shaffer and staff - business financial items | 1.00 | - |   |
| 12 | Call with potential investor 12-19-2018 with TS | 0.75 | - |   |
| 13 | Time researching documents, talking with bank and other service providers | 2.00 | - |   |
|   | General oversight of accoutning department |   |   |   |
|   | **Amount Due** | **38.75** | **23.00** | *5,000.00* |

**Make Checks Payable to:  Thomas Azzarelli**
**6179 S White Place**
**Chandler, Arizona 85249**

NOTICE: *B2B CFO Partners, LLC, dba B2B CFO® is an Arizona limited liability company that provides advisory and consulting services. B2B CFO® partners are independent contractors and are not officers, employees or agents of, or partners or joint venturers with, the companies they serve nor are they Independent CPA's.*



480.993.4720

INVOICE 1/14/2019

**Bondurant Racing School**
**20000 S Maricopa Rd # 3**
**Chandler, Az 85248**

|   | Please find my fees for services: | Actual Hrs | Billed Hours | Amount |
|---|---|---|---|---|
|   | *Services for Month per agreement* |   |   | *5,000.00* |
|   | Minimum hours = 23 |   |   |   |
|   | *Completed services. December 20, 2018 to January 14, 2019* |   |   |   |
| 1 | Maintain QuickBooks online - reset user controls as needed and approved | 1.00 | 0.50 | *112.50* |
| 2 | Review GL postings through November and December - New Bookkeeper (Adjusting Journal Entries as required) | 5.00 | 3.75 | *843.75* |
| 3 | Review November payroll registers - Prepare accrual for last week Novemner, recorded | 2.00 | 1.00 | *225.00* |
| 4 | November GL transactions review and postings as recorded | 2.00 | 1.73 | *388.13* |
| 5 | Assist in preparation of November MOR - review with TS | 6.00 | 6.00 | *1,350.00* |
| 6 | Bank statements reconciled through December - assist bookkeeper and provide guidance on recording of transactions to reconcile accounts | 2.50 | 1.00 | *225.00* |
| 7 | Work on closing November and December- guidance and assit bookkeeper with recording transaction and corrections | 5.00 | 3.75 | *843.75* |
| 8 | Discussion with Merchant Service Processor - PayTrace (Vantiv) acct frozen Amounts in settlement account - chargebacks and ACH rejects to bank account ( request full accounting of account and cash held) *Continue discussions to obtain names of customers that have cancelled classes* | 1.00 | 0.50 | *112.50* |
| 9 | Class attendance Salesforce report for review - Revenue recogition for month of November and future class registrations for cash flow reporting | 1.00 | 0.50 | *112.50* |
| 10 | Time researching documents, talking with bank and other service providers *Calls with COBIz to get bank accounts set up on line* | 2.00 | 1.00 | *225.00* |
| 11 | Set up daily cash flow report for bookkeeper to maintain | 2.50 | 2.00 | 450.00 |
| 12 | Meeting with Wildhorse Pass Executives - Proposal on rent payments Etc. | 1.50 | 1.50 | 337.50 |
|   | **Amount Due** | **31.50** | **23.23** | **5,225.63** |
|   | **Make Checks Payable to: Thomas Azzarelli** |   |   |   |
|   | **6179 S White Place** |   |   |   |
|   | **Chandler, Arizona 85249** |   |   |   |

NOTICE: *B2B CFO Partners, LLC, dba B2B CFO® is an Arizona limited liability company that provides advisory and consulting services. B2B CFO® partners are independent contractors and are not officers, employees or agents of, or partners or joint venturers with, the companies they serve nor are they Independent CPA's.*



480.993.4720

INVOICE    2/11/2019

**Bondurant Racing School**
20000 S Maricopa Rd # 3
Chandler, Az 85248

| | Please find my fees for services: | Actual Hrs | Billed Hours | Amount |
|---|---|---|---|---|
| | *Services for Month per agreement* | | | **5,000.00** |
| | Minimum hours = 23 | | | |
| | *Completed services. January 15, 2019 to February 11, 2019* | | | |
| 1 | Maintain QuickBooks online - reset user controls as needed and approved | 0.50 | - | - |
| 2 | Review GL postings through December Year-To-Date | 4.00 | 4.00 | 900.00 |
| | (Adjusting Journal Entries as required) | | | |
| 3 | Review December payroll registers - Prepare accrual for last week December | 1.50 | 1.50 | 337.50 |
| 4 | December GL transactions review and postings as recorded - AJE's as needed | 2.00 | 2.00 | 450.00 |
| 5 | Assist in preparation of December MOR - review with TS | 6.00 | 6.00 | 1,350.00 |
| 6 | Bank statements reconciled through December - assist bookkeeper | 2.00 | 2.00 | 450.00 |
| | and provide guidance on recording of transactions to reconcile accounts, | | | |
| | adjust duplicates recorded in prior period (Prior Controller) entires and errors. | | | |
| 7 | Work on closing December- guidance and assit bookkeeper with | 3.50 | 3.50 | 787.50 |
| | recording transactions and corrections | | | |
| 8 | Discussion with Bancorp on outstanding balances at 12.31.2018 | 0.50 | 0.50 | 112.50 |
| | Adjust all notes balances at 12.31.2018 per balances provided by Bancorp Representative | 3.50 | 3.50 | 787.50 |
| | numbers provided. | | | |
| | Adjust YTD interest - based on outstanding note balances. | | | |
| | *Prior Controller posted all note payments for most of the year to note balances.* | | | |
| | *Prior periods were not adjusted and correction made in December reflecting interest charges* | | | |
| | *Awaiting loan amortization tables from Bancorp for further review* | | | |
| 9 | Class attendance Salesforce report for review - Revenue recogition for | 1.00 | 1.00 | 225.00 |
| | month of December and future class registrations for cash flow reporting | | | |
| 10 | Call with Jacob Rueben and reports sent for 3 years of financial statements | 0.75 | 0.75 | 168.75 |
| | **Amount Due** | **24.75** | **24.25** | **5,456.25** |
| | **Make Checks Payable to: Thomas Azzarelli** | | | |
| | **6179 S White Place** | | | |
| | **Chandler, Arizona 85249** | | | |

NOTICE: *B2B CFO Partners, LLC, dba B2B CFO® is an Arizona limited liability company that provides advisory and consulting services. B2B CFO® partners are independent contractors and are not officers, employees or agents of, or partners or joint venturers with, the companies they serve nor are they Independent CPA's.*