Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona  85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
      pgiles@allenbarneslaw.com

Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **NOTICE OF BAR DATE RE: FIRST INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY THOMAS AZARELLI OF BUSINESS TO BUSINESS CFO, LLC** |

<u>**APPLICATION PERIOD: NOVEMBER 19, 2018 THROUGH FEBRUARY 11, 2019**</u>

**NOTICE IS HEREBY GIVEN** that on March 19, 2018, Bob Bondurant School of High Performance Driving, Inc. (the "Debtor"), through undersigned counsel, filed the *First Interim Application for Compensation of Fees and Reimbursement of Costs by Thomas Azzarelli of Business to Business CFO, LLC* ("Application").  The Application requests allowance and approval of compensation of the fees in the amount of **$15,000.00** and seeks immediate payment from the Debtor of such fees as an allowed administrative claim.

Copies of the Application may be obtained by contacting the Debtor's counsel at the above-referenced address.  Objections to the Application must (a) contain facts and law in support of the Objection and (b) be filed with the U.S. Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003 on or before **twenty-one (21) days** from the date of the filing of this Notice.  Copies of any objections also must be mailed to counsel for the Debtor at the above-referenced address.

/ / /

{00157442}

If no objections are timely filed, the Court may enter an order approving the fees and costs requested in the Application without further notice or a hearing.

DATED: March 19, 2019.

**ALLEN BARNES & JONES, PLC**

/s/ *HLB #19669*
Hilary L. Barnes
Philip J. Giles
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
*Attorneys for the Debtor*