**ORDERED ACCORDINGLY.**

**Dated: March 19, 2019**

*Brenda K. Martin, Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER GRANTING APPLICATION FOR LIMITED ADMISSION FOR BENJAMIN J. COURT** |

Pursuant to the Application for Limited Admission for Benjamin J. Court, and good cause appearing,

IT IS ORDERED that the Limited Admission is granted to Benjamin J. Court to appear and participate on behalf of the Stig Investments, Inc.

DATED AND SIGNED ABOVE