| | |
|---|---|
| 1 | Hilary L. Barnes, #19669<br>Philip J. Giles, #30340 |
| 2 | **ALLEN BARNES & JONES, PLC**<br>1850 N. Central Avenue, Suite 1150 |
| 3 | Phoenix, Arizona 85004<br>Office: (602) 256-6000 |
| 4 | Fax: (602) 252-4712<br>Email: hbarnes@allenbarneslaw.com |
| 5 | pgiles@allenbarneslaw.com |
| 6 | Attorneys for the Debtor |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 11 |
|---|---|
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **AFFIDAVIT OF MAILING** |

STATE OF ARIZONA )
                           ) ss.
County of Maricopa )

      Melissa Morgan, being first duly sworn upon her oath, deposes and states that she is over the age of 21 years, that she is employed by the law firm of Allen Barnes & Jones, PLC, and that on **March 19, 2019**, she caused to be deposited with the U.S. Postal Service, copies of the *Bar Date Notice Re: First Interim Application for Compensation of Fees and Reimbursement of Costs by Thomas Azzarelli of Business to Business CFO, LLC* [ECF No. 210] addressed to all parties listed on the Debtor's Master Mailing Lists, a copy of which is attached hereto as **Exhibit A**.

      DATED: March 20, 2019.

                                                */s/ Melissa Morgan*
                                                Melissa Morgan

      SUBSCRIBED AND SWORN TO BEFORE ME this 20th day of March 2019, by Melissa Morgan.

                                                */s/ Sherry Gomez*
                                                Notary Public

My Commission Expires: 03/10/2020

# Exhibit A

```
Label Matrix for local noticing            BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRI    FCA US LLC
0970-2                                     20000 S. MARICOPA ROAD, GATE 3                  STINSON LEONARD STREET LLP
Case 2:18-bk-12041-BKM                     CHANDLER, AZ 85226-5206                         Christopher C. Simpson
District of Arizona                                                                        PHOENIX, AZ 85004
Phoenix
Tue Mar 19 10:37:46 MST 2019

JPMorgan Chase Bank, N.A.                  Stig Investments, Inc.                          Sun Valley Marina Development Corporation
c/o FOLKS HESS KASS, PLLC                  Stinson Leonard Street, LLP                     Osborn Maledon, P.A.
LARRY O. FOLKS                             Christopher C. Simpson                          2929 N. Central Ave.
1850 N. CENTRAL AVENUE                     1850 N. Central Ave., #2100                     Ste. 2100
SUITE 1140                                 , AZ 85004-4584                                 Phoenix, AZ 85012-2793
PHOENIX, AZ 85004-4586

The Goodyear Tire & Rubber Company         UNIFI EQUIPMENT FINANCE, INC                    Wells Fargo Vendor Financial Services, LLC
c/o Jared G. Parker                        C/O Moritt Hock and Hamroff LLP                 Bryan Cave Leighton Paisner LLP
Parker Schwartz, PLLC                      Attn. Leslie A. Berkoff                         c/o Robert J. Miller and Khaled Tarazi
7310 N. 16th Street, Suite 330             400 Garden City Plaza                           Two N. Central Avenue
Phoenix, AZ 85020-5276                     Garden City, NY 11530-3327                      Suite 2100
                                                                                           Phoenix, AZ 85004-4533

U.S. Bankruptcy Court, Arizona             2060 Digital Phoenix Hubbard                    ACI Air Compressors Inc.
230 North First Avenue, Suite 101          Lockbox #511553                                 1298 E. Delano Drive
Phoenix, AZ 85003-0608                     P.O. Box 511553                                 Casa Grande AZ 85122-1136
                                           Los Angeles CA 90051-8108


ADP Screening and Selection Services       AMERICAN EXPRESS TRAVEL RELATED SERVICES COM    AT&T Mobility
P.O. Box 645177                            INC.                                            P.O. Box 6463
Cincinnati OH 45264-5177                   C/O BECKET AND LEE LLP                          Carol Stream IL 60197-6463
                                           PO BOX 3001
                                           MALVERN  PA 19355-0701

All Pro Fence Company                      Allied Fire Inc.                                Allied Gases & Welding Supplies, Inc.
1055 S. Center Street                      2845 N. Norfolk                                 945 E. Curry Road
Mesa AZ 85210-3601                         Mesa AZ 85215-1139                              Tempe AZ 85281-1905



Alsco Inc.                                 Amazon                                          American Airlines Business Card Services
4707 W. Camelback Road                     P.O. Box #530958                                P.O. Box 23066
Phoenix AZ 85031-1413                      Atlanta GA 30353-0958                           Columbus GA 31902-3066


American Express                           Appia Communications, Inc.                     Arizona Business Bank
P.O. Box 981535                            Dept CH 17329                                   Cardmember Services
El Paso TX 79998-1535                      Palatine IL 60055-7329                          P.O. Box 790408
                                                                                           Saint Louis MO 63179-0408


Arizona Rubber Co.                         Arlington Street Investments                    BP Lubricants USA Inc.
2939 N. 31st Ave                           c/o James Cross, Esq.                           P.O. BOx 409383
Phoenix AZ 85017-5483                      Cross Law Firm, PLC                             Atlanta GA 30384-9383
                                           1850 N. Central Ave., Suite 1150
                                           Phoenix, AZ 85004-4512


Bancorp Bank                               Blaze Cone Company Inc.                         Blue Cross Blue Shield
Attn: Lease Payment Center                 4929 SE 17th Ave                                P.O. Box 52563
P.O. Box 140733                            Portland OR 97202                               Phoenix AZ 85072-2563
Orlando FL 32814-0733
```

CRAIN COMMUNICATIONS INC
ATTN LEGAL DEPT
1155 GRATIOT AVENUE
DETROIT MI 48207-2732

Cereus Graphics
2950-2 E. Broadway Road
Phoenix AZ 85040-0705

Chase Bank
P.O. Box 78039
Phoenix AZ 85062-8039

Chase Cardmember Services
P.O. Box 94014
Palatine IL 60094-4014

Clifton Larson Allen LLP
P.O. Box 31001-2433
Pasadena CA 91110-2433

Competition Engineering, Inc.
3442 E. Wood Street
Phoenix AZ 85040-1833

Copperpoint Mutual
P.O. Box 33049
Phoenix AZ 85067-3049

Crain Communications Inc.
29588 Network Place
Chicago IL 60673-1295

Creative Hands Cuisine
3035 N. Maple Street, #1
Mesa AZ 85215-1127

Davis Vision
HM Life Insurance Company
P.O. Box 382038
Pittsburgh PA 15251-8038

Dig-Phoenix
P.O. Box 730824
Dallas TX 75373-0824

DirecTv
P.O. Box 5007
Carol Stream IL 60197-5007

Document Technologies
1350 W. 23rd Street
Tempe AZ 85282-1837

Docusign Inc.
Dept. 3428
P.O. Box 3428
Dallas TX 75312-3428

FedEx
P.O. Box 7221
Pasadena CA 91109-7321

FedEx Office
Customer Admin Services
P.O. Box 672085
Dallas TX 75267-2085

Ferrari Club of America
Attn: Michael Salemi, Advertising Mgr
21129 Chase Drive
Novi TX 78375-4751

Firedrum Internet Marketing
9903 E. Bell Road, Suite 120
Scottsdale AZ 85260-2159

Firefly Graphics Inc.
734 W. Main Street
Mesa AZ 85201-7207

First Call Auto Parts for Professionals
P.O. Box 9464
Springfield MO 65801-9464

Gila River Indian Community
Utility Authority
6636 W. Sundust Rd. Box 5091
Chandler AZ 85226-5150

Goodyear
200 Innovation Way
Akron OH 44306

Grainger
P.O. Box 419267
Kansas City MO 64141-6267

Hoerr Racing Products
9804 W. Primrose Lane
Edwards IL 61528-9306

Home Depot Credit Card Services
P.O. Box 9001043
Louisville KY 40290-1043

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Hunter Svc LLC
19865 E. Willow Drive
Queen Creek AZ 85142-9431

Ice King
5925 W. Van Buren STreet
Phoenix AZ 85043-3516

Icostore LLC
1850 W. Drake Drive
Tempe AZ 85283-4303

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>Collateral Management Small Business<br>P.O. Box 33035<br>Louisville KY 40232-3035 | JPMorgan Chase Bnk, NA<br>c/o Larry O. Folks<br>Folks Hess Kass, PLLC<br>1850 N. Central Ave., Suite 1140<br>Phoenix, AZ 85004-4586 | Jordak<br>P.O. Box 461904<br>Escondido CA 92046-1904 |
| KANS AZ LLC DBA PLANET SUB<br>LYNETTE OGLESBY<br>1920 W GERMANN RD STE 1<br>CHANDLER AZ 85286-8452 | Kimball Midwest<br>Dept L-2780<br>Columbus OH 43260-2780 | Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork UT 84003-2425 |
| Lamar Companies<br>P.O. Box 96030<br>Baton Rouge LA 70896-9030 | Metlife<br>P.O. Box 804466<br>Kansas City MO 64180-3323 | Mobile Wheel Restoration<br>dba Mobile Wheel Repair<br>12605 W. Indianola Avenue<br>Avondale AZ 85392-6328 |
| Moses Smith Racing<br>9016 Performance Court<br>Cresson TX 76035-4360 | Moses Smith Racing LLC<br>c/o Michelle E. Shriro<br>Singer & Levick PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 | Neopost<br>Neofunds<br>P.O.Box 6813<br>Carol Stream IL 60197-6813 |
| O'Reilly Auto Parts<br>P.O. Box 9464<br>Springfield MO 65801-9464 | OEI Design<br>7120 E. Indian School Road<br>Scottsdale AZ 85251-3855 | Oakley<br>P.O. Box 740964<br>Los Angeles CA 90074-0964 |
| Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia PA 19176-0251 | Planet Sub<br>1920 W. Germann Road, Suite 1<br>Chandler AZ 85286-8452 | Printing Specialists<br>1929 E. 5th Street<br>Tempe AZ 85281-2952 |
| (p)PRO AUTO SPORTS<br>315 S ALMA SCHOOL RD<br>MESA AZ 85210-1012 | Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine CA 92614-5626 | Red Guitar Advertising<br>26724 IRON CANYON RD<br>SANTA CLARITA CA 91387-4813 |
| Regents Capital Corporation<br>3200 Bristol Street, Suite 400<br>Costa Mesa CA 92626-1800 | Robert and Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix AZ 85040-1838 |
| Safety-Kleen Systems, Inc.<br>P.O. Box 7170<br>Pasadena CA 91109-7170 | Semple, Marchal & Cooper, LLP<br>2700 N. Central Avenue, 9th Floor<br>Phoenix AZ 85004-1147 | Shell Small Business<br>P.O.Box 78012<br>Phoenix AZ 85062-8012 |
| Shred-It USA<br>28883 Network Place<br>Chicago IL 60673-1288 | Society's Air LLC<br>41256 W. Rio Bravo Dr.<br>Maricopa AZ 85138-9540 | Sun Marina Valley Development Corporation<br>c/o Warren J. Stapleton<br>Osborn Maledon, P.A.<br>2929 N. Central Ave., Ste. 2100<br>Phoenix, AZ 85012-2793 |

| | | |
|---|---|---|
| Sun Valley Marina Development Corp.<br>P.O. Box 5090<br>Chandler AZ 85226 | TLC Equipment Service<br>25664 N. 71st Drive<br>Peoria AZ 85383-7174 | TRC Auto Glass, LLC<br>P.O. Box 9416<br>Surprise AZ 85374-0140 |
| Taylor Race Engineering LLC<br>2010 AVenue G, Suite 914<br>Plano TX 75074 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe AZ 85284-1023 | The Bancorp Bank<br>c/o Law Office of Mark J. Giunta<br>531 East Thomas Road, Suite 200<br>Phoenix, Arizona 85012-3244 |
| Thomas Printworks<br>P.O. Box 740967<br>Dallas TX 75374-0967 | Time Piece Public Relations, Inc.<br>3201 Skylane, #116<br>Carrollton TX 75006-2501 | Tire Equipment Service<br>4002 E. Elwood Street, Suite 4<br>Phoenix AZ 85040-0906 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Uline<br>P.O. Box 88741<br>Chicago IL 60680-1741 | UniFi Equipment Finance, Inc.<br>3893 Research Park Drive<br>Ann Arbor MI 48108-2217 |
| Unifi Equipment Finance<br>P.O. Box 1689<br>Ann Arbor MI 48106-1689 | Unifi Equipment Finance, Inc<br>c/o Moritt Hock and Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327<br>Attn: Leslie A. Berkoff, Esq. | United Pet Care, LLC<br>6232 N. 7th Street, Suite 202<br>Phoenix AZ 85014-1852 |
| Unum Life Insurance Co of America<br>P.O. Box 403748<br>Atlanta GA 30384-3748 | Vintage Motorsports Inc.<br>8712 E. Via De Commercio<br>Scottsdale AZ 85258-3362 | Waxie Sanitary Supply<br>P.O. Box 748802<br>Los Angeles CA 90074-8802 |
| Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F005-055<br>Des Moines, IA 50309-3605 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street, MAC N0005-044<br>Des Moines IA 50309-3891 | Wells Fargo Vendor Financial Services, L<br>P.O. Box 35701<br>Billings MT 59107-5701 |
| Wells Fargo Vendor Financial Services, LLC<br>c/o Robert J. Miller and Khaled Tarazi<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4533 | Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix AZ 85007-3398 | Westwood Professional Services, Inc.<br>P.O. Box 856650<br>Minneapolis MN 55485-6650 |
| Whirlwind Golf Club<br>5692 W. North Loop Road<br>Chandler AZ 85226-5268 | Yess<br>168 W. 12th Place<br>Tempe AZ 85281 | HILARY L BARNES<br>ALLEN BARNES & JONES, PLC<br>1850 N. CENTRAL AVE., SUITE 1150<br>PHOENIX, AZ 85004-4512 |
| PHILIP J GILES<br>Allen Barnes & Jones, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004-4512 | Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | Robert Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Home Depot Credit Card Services<br>c/o Citicards Private Label<br>P.O. Box 20483<br>Kansas City MO 64195 | Pro Auto Sports<br>315 S. Alma School Road<br>Mesa AZ 85210 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arlington Street Investments | (u)Bancorp Bank | (u)Moses Smith Racing LLC |

| | |
|---|---|
| (u)Semple Marcal Cooper PLC<br>2700 N Central Ave<br>9th Floor<br>Phoenix | End of Label Matrix<br>Mailable recipients   119<br>Bypassed recipients     4<br>Total                 123 |