BRYAN CAVE LEIGHTON PAISNER LLP, #145700
Robert J. Miller, 013334
Khaled Tarazi, 032446
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
Email: rjmiller@bclplaw.com
khaled.tarazi@bclplaw.com

Attorneys for Wells Fargo Vendor Financial Services, LLC
and Wells Fargo Financial Leasing, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **MOTION FOR EXPEDITED HEARING ON STIPULATED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>**Re: Wells Fargo Equipment**<br><br>Hearing Date: March 22, 2019<br>Hearing Time: 10:00 a.m.<br>Location: 230 N. 1st Ave., 7th Fl.<br>Courtroom 701<br>Phoenix, AZ |

Pursuant to Local Bankruptcy Rule 9013-1(h), Wells Fargo Vendor Financial Services, LLC and Wells Fargo Financial Leasing, Inc., creditors in the above-captioned bankruptcy case (collectively, "**Wells Fargo**"), hereby request the Court enter an order setting an expedited hearing at the Court's earliest opportunity regarding the *Stipulated Order Granting Relief from Automatic Stay re: Wells Fargo Equipment* [DE __] ("**Stipulated Order**") filed contemporaneously herewith.

The Debtor and Wells Fargo agree to entry of the Stipulated Order. The Court has scheduled the Debtor's motion for sale of substantially all of its assets and an auction in connection therewith for hearing on March 22, 2019 ("**Sale Hearing**"). The equipment and

Case 2:18-bk-12041-BKM    Doc 215    Filed 03/20/19    Entered 03/20/19 13:28:42    Desc
Main Document    Page 1 of 7

related contracts that are the subjects of the Stipulated Order are excluded from the sale, and the Debtor intends to close the sale as soon as practicable following the Sale Hearing. Concurrent consideration of the Stipulated Order at the Sale Hearing will allow Wells Fargo to exercise its rights with respect to the equipment prior to the close of the sale and avoid transfer of the equipment to a buyer that does not wish to purchase or take possession of the equipment. Accordingly, Well Fargo respectfully requests an expedited hearing on the Stipulated Order be set on March 22, 2019 at 10:00 a.m. along with the Sale Hearing.

In accordance with Local Rule of Bankruptcy Procedure 9013-1(h), Wells Fargo states as follows:

1. Wells Fargo is serving copies of the Stipulated Order and this Motion: (i) via ECF notice upon all parties who have filed notices of appearance in these jointly-administered cases (including counsel for the United States Trustee); and (ii) via U.S. Mail, postage prepaid, upon the 20 largest unsecured creditors in the case immediately after such documents are filed with the Court.

2. The Debtor supports the relief in the Stipulated Order. The contact information for Debtor's counsel is as follows:

> Hilary L. Barnes
> Philip J. Giles
> Allen Barnes & Jones, PLC
> 1850 N. Central Ave., Suite 1150
> Phoenix, Arizona 85004
> Ofc: (602) 256-6000
> Fax: (602) 252-4712
> Email: hbarnes@allenbarneslaw.com
>        pgiles@allenbarneslaw.com

3. A form or order consistent with the relief requested herein is attached hereto as **Exhibit A** and is being uploaded concurrently herewith.

4. Wells Fargo requests the Court set this matter for hearing on March 22, 2019 at 10:00 a.m. (at the date and time currently set for the Sale Hearing).

5. Concurrently with the filing of this Motion, Wells Fargo will email the Stipulated Order and this Motion to the Judicial Assistant.

6. Immediately after receiving a copy of a signed order granting this Motion from the Court, Wells Fargo will serve such signed order upon the parties set forth in paragraph 1 above.

**WHEREFORE**, Wells Fargo respectfully requests that the Court grant this motion and enter an Order: (i) setting a hearing on the Stipulated Order on March 22, 2019 at 10:00 a.m.; (ii) requiring any objections to the Stipulated Order to be filed with the Court and served on counsel prior to the hearing; and (iii) granting Wells Fargo such other and further relief as the Court deems just and proper under the circumstances.

DATED this 20th day of March, 2019.

BRYAN CAVE LEIGHTON PAISNER LLP

By /s/ KT, #032446
Robert J. Miller
Khaled Tarazi
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Attorneys for Wells Fargo Vendor Financial
Services, LLC and Wells Fargo Financial
Leasing, Inc.

**E-FILED** on March 20, 2019 with the U.S. Bankruptcy
Court and copies served via CM/ECF notice on all parties
who have appeared in this case.

COPY mailed same date via U.S. Mail to:

OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

COPY emailed same date to:

Elizabeth C. Amorosi
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Hilary L. Barnes
Philip J. Giles
ALLEN BARNES & JONES, PLC
1850 North Central Avenue, Suite 1150
Phoenix, Arizona 85004
hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com
Attorneys for the Debtor

By /s/ Cathy Russell

# *EXHIBIT A*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON STIPULATED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>Re: Wells Fargo Equipment<br><br>Hearing Date: March 22, 2019<br>Hearing Time: 10:00 a.m.<br>Location:     230 N. 1st Ave., 7th Floor<br>                   Courtroom 701<br>                   Phoenix, AZ |

This matter came before the Court pursuant to the *Motion for Expedited Hearing on Stipulated Order Granting Relief from Automatic Stay* ("**Motion for Expedited Hearing**") filed by Wells Fargo Vendor Financial Services, LLC and Wells Fargo Financial Leasing, Inc., creditors in the above-captioned bankruptcy case (collectively, "**Wells Fargo**") regarding the *Stipulated Order Granting Relief from Automatic Stay re: Wells Fargo Equipment* [DE__] ("**Stipulated Order**"). Pursuant to the Motion for Expedited Hearing, Wells Fargo seeks entry of an order setting an expedited hearing on the Stipulated Order. Based upon the Motion for Expedited Hearing and good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion for Expedited Hearing is granted.

2. Setting an expedited hearing on the Stipulated Order for **March 22, 2019 at 10:00 a.m., in Courtroom 701 of the United States Bankruptcy Court, District of Arizona, located at 230 North First Avenue, Phoenix, Arizona 85003.**

3. Any objection or response shall be filed prior to the hearing and must contemporaneously be served via e-mail on opposing counsel.

4. Counsel for Wells Fargo shall immediately serve a copy of this Order via e-mail or First-Class U.S. Mail upon the Debtor, the Office of the United States Trustee, the List of Twenty Largest Unsecured Creditors, and any other party specifically requesting notice, and shall file a certificate of service with the Court.

**SIGNED AND DATED ABOVE**