BRYAN CAVE LEIGHTON PAISNER LLP, #145700
Robert J. Miller, 013334
Khaled Tarazi, 032446
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone:  (602) 364-7000
Fax:  (602) 364-7070
Email:  rjmiller@bclplaw.com
khaled.tarazi@bclplaw.com

Attorneys for Wells Fargo Vendor Financial Services, LLC
and Wells Fargo Financial Leasing, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**NOTICE OF LODGING ORDER GRANTING MOTION FOR EXPEDITED HEARING ON STIPULATED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>**Re:  Wells Fargo Equipment**<br><br>Hearing Date:  March 22, 2019<br>Hearing Time:  10:00 a.m.<br>Location:  230 N. 1st Ave., 7th Floor<br>　　　　　　　Courtroom 701<br>　　　　　　　Phoenix, AZ |

　　　　NOTICE IS HEREBY GIVEN that pursuant to Local Rule of Bankruptcy Procedure 9022-1, Wells Fargo Vendor Financial Services, LLC and Wells Fargo Financial Leasing, Inc., creditors in the above-captioned bankruptcy case, by and through their undersigned counsel, have lodged the *Order Granting Motion for Expedited Hearing on Stipulated Order Granting Relief from Automatic Stay* ("**Order**"), a copy of which is attached hereto as **Exhibit A**.

///

///

///

DATED this 20th day of March, 2019.

BRYAN CAVE LEIGHTON PAISNER LLP


By   /s/ KT, #032446
Robert J. Miller
Khaled Tarazi
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Attorneys for Wells Fargo Vendor Financial
Services, LLC and Wells Fargo Financial
Leasing, Inc.


**E-FILED** on March 20, 2019 with the U.S. Bankruptcy Court and copies served via CM/ECF notice on all parties who have appeared in this case.

COPY mailed same date via U.S. Mail to:

OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

COPY emailed same date to:

Elizabeth C. Amorosi
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Hilary L. Barnes
Philip J. Giles
ALLEN BARNES & JONES, PLC
1850 North Central Avenue, Suite 1150
Phoenix, Arizona 85004
hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com
Attorneys for the Debtor


By /s/ Cathy Russell

# *EXHIBIT A*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON STIPULATED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>**Re:  Wells Fargo Equipment**<br><br>Hearing Date:  March 22, 2019<br>Hearing Time:  10:00 a.m.<br>Location:        230 N. 1st Ave., 7th Floor<br>                    Courtroom 701<br>                    Phoenix, AZ |

      This matter came before the Court pursuant to the *Motion for Expedited Hearing on Stipulated Order Granting Relief from Automatic Stay* ("**Motion for Expedited Hearing**") filed by Wells Fargo Vendor Financial Services, LLC and Wells Fargo Financial Leasing, Inc., creditors in the above-captioned bankruptcy case (collectively, "**Wells Fargo**") regarding the *Stipulated Order Granting Relief from Automatic Stay re: Wells Fargo Equipment* [DE 214] ("**Stipulated Order**").  Pursuant to the Motion for Expedited Hearing, Wells Fargo seeks entry of an order setting an expedited hearing on the Stipulated Order.  Based upon the Motion for Expedited Hearing and good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion for Expedited Hearing is granted.

2. Setting an expedited hearing on the Stipulated Order for **March 22, 2019 at 10:00 a.m., in Courtroom 701 of the United States Bankruptcy Court, District of Arizona, located at 230 North First Avenue, Phoenix, Arizona 85003.**

3. Any objection or response shall be filed prior to the hearing and must contemporaneously be served via e-mail on opposing counsel.

4. Counsel for Wells Fargo shall immediately serve a copy of this Order via e-mail or First-Class U.S. Mail upon the Debtor, the Office of the United States Trustee, the List of Twenty Largest Unsecured Creditors, and any other party specifically requesting notice, and shall file a certificate of service with the Court.

**SIGNED AND DATED ABOVE**