**ORDERED ACCORDINGLY.**

Dated: March 20, 2019



_Brenda K. Martin_
**Brenda K. Martin, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON STIPULATED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>Re:  Wells Fargo Equipment<br><br>Hearing Date:  March 22, 2019<br>Hearing Time:  10:00 a.m.<br>Location:       230 N. 1st Ave., 7th Floor<br>                      Courtroom 701<br>                      Phoenix, AZ |

      This matter came before the Court pursuant to the _Motion for Expedited Hearing on Stipulated Order Granting Relief from Automatic Stay_ ("**Motion for Expedited Hearing**") filed by Wells Fargo Vendor Financial Services, LLC and Wells Fargo Financial Leasing, Inc., creditors in the above-captioned bankruptcy case (collectively, "**Wells Fargo**") regarding the _Stipulated Order Granting Relief from Automatic Stay re: Wells Fargo Equipment_ [DE 214] ("**Stipulated Order**").  Pursuant to the Motion for Expedited Hearing, Wells Fargo seeks entry of an order setting an expedited hearing on the Stipulated Order.  Based upon the Motion for Expedited Hearing and good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion for Expedited Hearing is granted.

2. Setting an expedited hearing on the Stipulated Order for **March 22, 2019 at 10:00 a.m., in Courtroom 701 of the United States Bankruptcy Court, District of Arizona, located at 230 North First Avenue, Phoenix, Arizona 85003.**

3. Any objection or response shall be filed prior to the hearing and must contemporaneously be served via e-mail on opposing counsel.

4. Counsel for Wells Fargo shall immediately serve a copy of this Order via e-mail or First-Class U.S. Mail upon the Debtor, the Office of the United States Trustee, the List of Twenty Largest Unsecured Creditors, and any other party specifically requesting notice, and shall file a certificate of service with the Court.

**SIGNED AND DATED ABOVE**