BRYAN CAVE LEIGHTON PAISNER LLP, #145700
Robert J. Miller, 013334
Khaled Tarazi, 032446
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone:   (602) 364-7000
Fax:         (602) 364-7070
Email:       rjmiller@bclplaw.com
             khaled.tarazi@bclplaw.com

Attorneys for Wells Fargo Vendor Financial Services, LLC
and Wells Fargo Financial Leasing, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Bob Bondurant School of High Performance Driving, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 2:18-bk-12041-BKM<br><br>**CERTIFICATE OF SERVICE RE: DOCKET ENTRIES 214-217**<br><br>**Re:  Wells Fargo Equipment** |

      I, Cathy Russell, legal assistant at Bryan Cave Leighton Paisner LLP, declare that I caused the following documents filed by Wells Fargo Vendor Financial Services, LLC and Wells Fargo Financial Leasing, Inc. to be served on March 20, 2019, via email to the creditors and parties in interest set forth on **Exhibit A** and via First Class U.S. Mail to the creditors and parties in interest set forth on **Exhibit B**:

- *Notice of Filing Stipulated Order Granting Relief from the Automatic Stay* at Docket Entry ("DE") 214;

- *Motion for Expedited Hearing on Stipulated Order Granting Relief from Automatic Stay* at DE 215;

- *Notice of Lodging Order Granting Motion for Expedited Hearing on Stipulated Order Granting Relief from Automatic Stay* at DE 216;

- *Order Granting Motion for Expedited Hearing on Stipulated Order Granting Relief from Automatic Stay* at DE 217;

I certify under penalty of perjury that the foregoing is true and correct.

DATED: March 20, 2019, at Phoenix, Arizona.

By /s/ Cathy Russell
Legal Assistant

**E-FILED** on March 20, 2019 with the U.S. Bankruptcy Court and copies served via CM/ECF notice on all parties who have appeared in this case.

By /s/ Cathy Russell

# EXHIBIT A

Elizabeth C. Amorosi
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Elizabeth.C.Amorosi@usdoj.gov

Hilary L. Barnes
Philip J. Giles
ALLEN BARNES & JONES, PLC
1850 North Central Avenue, Suite 1150
Phoenix, Arizona 85004
hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com
Attorneys for the Debtor

# EXHIBIT B

| | |
|---|---|
| Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706 | Bancorp Bank<br>Attn: Lease Payment Center<br>P.O. Box 140733<br>Orlando, FL 32814-0733 |
| Chase Cardmember Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Semple, Marchal & Cooper, LLP<br>2700 N. Central Avenue<br>9th Floor<br>Phoenix, AZ 85004-1147 |
| Sun Valley Marina Development Corp.<br>P.O. Box 5090<br>Chandler, AZ 85226 | Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia, PA 19176-0251 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | 2060 Digital Phoenix Hubbard<br>Lockbox #511553<br>P.O. Box 511553<br>Los Angeles, CA 90051-8108 |
| Goodyear<br>200 Innovation Way<br>Akron, OH 44306 | Clifton Larson Allen LLP<br>P.O. Box 31001-2433<br>Pasadena, CA 91110-2433 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix, AZ 85040 |
| Arizona Business Bank<br>Cardmember Services<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe, AZ 85284 |
| Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine, CA 92614 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 |
| Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix, AZ 85007 | Crain Communications Inc.<br>29588 Network Place<br>Chicago, IL 60673-1295 |
| Dig-Phoenix<br>P.O. Box 730824<br>Dallas, TX 75373-0824 | Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork, UT 84003 |
| Firefly Graphics Inc.<br>734 W. Main Street<br>Mesa, AZ 85201 | |