Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
702 E. Osborn Rd., Suite 200
Phoenix, AZ 85014
Tel 602.274.7611
ameda@bcattorneys.com

*Attorneys for Bondurant Legacy Acquisition, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC. | Case No. 2:18-bk-12041-BKM |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**NOTICE IS HEREBY GIVEN** of the appearance of Alan A. Meda of Burch & Cracchiolo, P.A., as counsel for Bondurant Legacy Acquisition, LLC, an Arizona corporation ("**BLA**"), in the above-referenced bankruptcy case. Notice and copies of all pleadings and documents should be transmitted to the BLA at the following address:

Alan A. Meda, Esq.
BURCH & CRACCHIOLO PA
702 E. Osborn Rd., Suite 200
Phoenix, AZ 85014
ameda@bcattorneys.com

DATED this 21st day of March 2019.

**BURCH & CRACCHIOLO, P.A.**

By  /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorneys for Bondurant Legacy Acquisition, LLC*

| | |
|---|---|
| COPY sent this 21st day of March, 2019 to: | |
| Hilary L. Barnes<br>hbarnes@allenbarneslaw.com<br>Philip J. Giles<br>pgiles@allenbarneslaw.com<br>ALLEN BARNES & JONES PLC<br>*Attorney for Debtor* | Elizabeth C. Amorosi<br>Elizabeth.c.amorisi@usdoj.gov<br>UNITED STATES TRUSTEE<br>USTPRegion14.PX.ECF@usdoj.gov |

/s/ Tracy Dunham
Tracy Dunham