Benjamin J. Court (No. 0319016)
**STINSON LEONARD STREET LLP**
50 S. Sixth Street, #2600
Minneapolis, MN 55402
Tel: (612) 335-1615
Fax: (612) 335-1657
Benajmin.court@stinson.com
*Counsel to Stig Investments, Inc.*

Christopher C. Simpson (AZ018626)
Stinson Leonard Street LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Tel: 602-279-1600
Fax: 602-240-6925
Email: christopher. simpson@stinson.com
Local Counsel for *Stig Investments, Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), Benjamin J. Court of the law firm of Stinson Leonard Street LLP hereby appears in the above-captioned bankruptcy as counsel for Stig Investments, Inc., and requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the contact information below.

Benjamin J. Court, Esq.
**STINSON LEONARD STREET LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
E-mail: benjamin.court@stinson.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated: March 25, 2019

/e/ *Benjamin J. Court*
Benjamin J. Court (#0319016 - MN)
**STINSON LEONARD STREET LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Email: benjamin.court@stinson.com

**PRO HAC VICE COUNSEL FOR STIG INVESTMENTS, INC.**