# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC. | No. 2:18-bk-12041-BKM |
| Debtor. | **STIPULATED ORDER EXTENDING DEADLINES FOR PAYMENT OF RENT AND ASSUMPTION OR REJECTION OF LEASE**<br><br>[Amending Related Orders at Docket Nos. 157 and 173] |

Sun Valley Marina Development Corporation ("Sun Valley") and Bob Bondurant School of High Performance Driving, Inc. ("Debtor"), the debtor and debtor in possession in the above-captioned bankruptcy case hereby stipulate and agree that the March 1, 2019 deadlines set forth in *Sun Valley Marina Development Corporation and The Debtor's Stipulated Resolution of Sun Valley's Motion to Compel Payment of Rent* [Dkt. 157], as extended to April 1, 2019 by way of the *Stipulated Order Extending Deadlines […]* [Dkt. #173] (collectively, the "Rejection Order"), shall be extended an additional 45 days, or until May 15, 2019. The additional 45 days will enable the Debtor to continue its operations while it works to close the sale transaction with Stig Investments, Inc., meet its obligations to its students and partners, and achieve an outcome that will be more advantageous for creditors than turnover of the leased premises. Due to the outcome of the March 22, 2019 auction for the sale of substantially all of Debtor's assets, Sun Valley will not be prejudiced by the additional time.

Based on the foregoing, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

(1) The Rejection Order is hereby amended to change "April 1, 2019" to "May 15, 2019" in paragraphs 2, 5, and 6.

(2) All other provisions in the Rejection Order remain in full force and effect.

**DATED AND SIGNED AS ABOVE.**


Approved as to form and content:

*/s/ Sheryl L. Toby (with permission)*
Sheryl L. Toby (P39114)
Dykema Gossett PLLC
39577 Woodward Ave., #300
Bloomfield Hills, MI 48304
Counsel for FCA USA, LLC

*/s/ Warren J. Stapleton (with permission)*
Warren J. Stapleton (AZ Bar No. 018646)
OSBORN MALEDON P.A.
2929 North Central Ave, 21st Floor
Phoenix, AZ 85012
Counsel for Sun Valley Marina Development Corporation