Hilary L. Barnes, #19669
Philip J. Giles, #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
Email: hbarnes@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA**

| In re: | Chapter 11 |
|---|---|
| Bob Bondurant School of High Performance Driving, Inc., | Case No. 2:18-bk-12041-BKM |
| Debtor. | **AFFIDAVIT OF SERVICE** |

STATE OF ARIZONA )
) ss.
County of Maricopa )

Melissa Morgan, being first duly sworn upon her oath, deposes and states that she is over the age of 21 years, she is employed by the law firm of Allen Barnes & Jones, PLC, and that on **March 29, 2019**, she mailed copies of the: *Stipulated Order Extending Deadlines for Payment of Rent and Assumption or Rejection of Lease (Amending Related Order at Docket No. 157 and 173),* via U.S. First Class Mail to all parties listed on the Debtor's Master Mailing List, a copy of which is attached hereto as **Exhibit A**.

Additionally, on March 29, 2019, the Order was emailed out to all parties who have filed a Notice of Appearance in this case.

DATED: March 29, 2019.

/s/ *Melissa Morgan*
Melissa Morgan

SUBSCRIBED AND SWORN TO BEFORE ME this 29th day of March, 2019 by Melissa Morgan.

/s/ *Sherry Gomez*
Notary Public

My Commission Expires: 03/10/20

# Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:18-bk-12041-BKM<br>District of Arizona<br>Phoenix<br>Fri Mar 29 14:33:23 MST 2019 | BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRI<br>20000 S. MARICOPA ROAD, GATE 3<br>CHANDLER, AZ 85226-5206 | FCA US LLC<br>STINSON LEONARD STREET LLP<br>Christopher C. Simpson<br>PHOENIX, AZ 85004 |
| JPMorgan Chase Bank, N.A.<br>c/o FOLKS HESS KASS, PLLC<br>LARRY O. FOLKS<br>1850 N. CENTRAL AVENUE<br>SUITE 1140<br>PHOENIX, AZ 85004-4586 | Stig Investments, Inc.<br>Stinson Leonard Street, LLP<br>Christopher C. Simpson<br>1850 N. Central Ave., #2100<br>, AZ 85004-4584 | Sun Valley Marina Development Corporation<br>Osborn Maledon, P.A.<br>2929 N. Central Ave.<br>Ste. 2100<br>Phoenix, AZ 85012-2793 |
| The Goodyear Tire & Rubber Company<br>c/o Jared G. Parker<br>Parker Schwartz, PLLC<br>7310 N. 16th Street, Suite 330<br>Phoenix, AZ 85020-5276 | UNIFI EQUIPMENT FINANCE, INC<br>C/O Moritt Hock and Hamroff LLP<br>Attn. Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Wells Fargo Vendor Financial Services, LLC<br>Bryan Cave Leighton Paisner LLP<br>c/o Robert J. Miller and Khaled Tarazi<br>Two N. Central Avenue<br>Suite 2100<br>Phoenix, AZ 85004-4533 |
| U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 | 2060 Digital Phoenix Hubbard<br>Lockbox #511553<br>P.O. Box 511553<br>Los Angeles CA 90051-8108 | ACI Air Compressors Inc.<br>1298 E. Delano Drive<br>Casa Grande AZ 85122-1136 |
| ADP Screening and Selection Services<br>P.O. Box 645177<br>Cincinnati OH 45264-5177 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COM<br>INC.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream IL 60197-6463 |
| All Pro Fence Company<br>1055 S. Center Street<br>Mesa AZ 85210-3601 | Allied Fire Inc.<br>2845 N. Norfolk<br>Mesa AZ 85215-1139 | Allied Gases & Welding Supplies, Inc.<br>945 E. Curry Road<br>Tempe AZ 85281-1905 |
| Alsco Inc.<br>4707 W. Camelback Road<br>Phoenix AZ 85031-1413 | Amazon<br>P.O. Box #530958<br>Atlanta GA 30353-0958 | American Airlines Business Card Services<br>P.O. Box 23066<br>Columbus GA 31902-3066 |
| American Express<br>P.O. Box 981535<br>El Paso TX 79998-1535 | Appia Communications, Inc.<br>Dept CH 17329<br>Palatine IL 60055-7329 | Arizona Business Bank<br>Cardmember Services<br>P.O. Box 790408<br>Saint Louis MO 63179-0408 |
| Arizona Rubber Co.<br>2939 N. 31st Ave<br>Phoenix AZ 85017-5483 | Arlington Street Investments<br>c/o James Cross, Esq.<br>Cross Law Firm, PLC<br>1850 N. Central Ave., Suite 1150<br>Phoenix, AZ 85004-4512 | BP Lubricants USA Inc.<br>P.O. BOx 409383<br>Atlanta GA 30384-9383 |
| Bancorp Bank<br>Attn: Lease Payment Center<br>P.O. Box 140733<br>Orlando FL 32814-0733 | Blaze Cone Company Inc.<br>4929 SE 17th Ave<br>Portland OR 97202 | Blue Cross Blue Shield<br>P.O. Box 52563<br>Phoenix AZ 85072-2563 |

```
CRAIN COMMUNICATIONS INC                Cereus Graphics                         Chase Bank
ATTN LEGAL DEPT                         2950-2 E. Broadway Road                 P.O. Box 78039
1155 GRATIOT AVENUE                     Phoenix AZ 85040-0705                   Phoenix AZ 85062-8039
DETROIT MI 48207-2732


Chase Cardmember Services              Clifton Larson Allen LLP                Competition Engineering, Inc.
P.O. Box 94014                         P.O. Box 31001-2433                     3442 E. Wood Street
Palatine IL 60094-4014                 Pasadena CA 91110-2433                  Phoenix AZ 85040-1833


Copperpoint Mutual                     Crain Communications Inc.               Creative Hands Cuisine
P.O. Box 33049                         29588 Network Place                     3035 N.  Maple Street, #1
Phoenix AZ 85067-3049                  Chicago IL 60673-1295                   Mesa AZ 85215-1127


Davis Vision                           Dig-Phoenix                             DirecTv
HM Life Insurance Company              P.O. Box 730824                         P.O. Box 5007
P.O. Box 382038                        Dallas TX 75373-0824                    Carol Stream IL 60197-5007
Pittsburgh PA 15251-8038


Document Technologies                  Docusign Inc.                           FedEx
1350 W. 23rd Street                    Dept. 3428                              P.O. Box 7221
Tempe AZ 85282-1837                    P.O. Box 3428                           Pasadena CA 91109-7321
                                       Dallas TX 75312-3428


FedEx Office                           Ferrari Club of America                 Firedrum Internet Marketing
Customer Admin Services                Attn: Michael Salemi, Advertising Mgr   9903 E. Bell Road, Suite 120
P.O. Box 672085                        21129 Chase Drive                       Scottsdale AZ 85260-2159
Dallas TX 75267-2085                   Novi TX 78375-4751


Firefly Graphics Inc.                  First Call Auto Parts for Professionals Gila River Indian Community
734 W. Main Street                     P.O. Box 9464                           Utility Authority
Mesa AZ 85201-7207                     Springfield MO 65801-9464               6636 W. Sundust Rd. Box 5091
                                                                               Chandler AZ 85226-5150


Goodyear                               Grainger                                Hoerr Racing Products
200 Innovation Way                     P.O. Box 419267                         9804 W. Primrose Lane
Akron OH 44306                         Kansas City MO 64141-6267               Edwards IL 61528-9306


Home Depot Credit Card Services        (p)CITIBANK                             Hunter Svc LLC
P.O. Box 9001043                       PO BOX 790034                           19865 E. Willow Drive
Louisville KY 40290-1043               ST LOUIS MO 63179-0034                  Queen Creek AZ 85142-9431


Ice King                               Icostore LLC                            Internal Revenue Service
5925 W. Van Buren STreet               1850 W. Drake Drive                     P.O. Box 7346
Phoenix AZ 85043-3516                  Tempe AZ 85283-4303                     Philadelphia, PA  19101-7346
```

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>Collateral Management Small Business<br>P.O. Box 33035<br>Louisville KY 40232-3035 | JPMorgan Chase Bnk, NA<br>c/o Larry O. Folks<br>Folks Hess Kass, PLLC<br>1850 N. Central Ave., Suite 1140<br>Phoenix, AZ 85004-4586 | Jordak<br>P.O. Box 461904<br>Escondido CA 92046-1904 |
| KANS AZ LLC DBA PLANET SUB<br>LYNETTE OGLESBY<br>1920 W GERMANN RD STE 1<br>CHANDLER AZ 85286-8452 | Kimball Midwest<br>Dept L-2780<br>Columbus OH 43260-2780 | Kneaders Bakery and Cafe<br>871 South Auto Mall Drive<br>American Fork UT 84003-2425 |
| Lamar Companies<br>P.O. Box 96030<br>Baton Rouge LA 70896-9030 | Metlife<br>P.O. Box 804466<br>Kansas City MO 64180-3323 | Mobile Wheel Restoration<br>dba Mobile Wheel Repair<br>12605 W. Indianola Avenue<br>Avondale AZ 85392-6328 |
| Moses Smith Racing<br>9016 Performance Court<br>Cresson TX 76035-4360 | Moses Smith Racing LLC<br>c/o Michelle E. Shriro<br>Singer & Levick PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 | Neopost<br>Neofunds<br>P.O.Box 6813<br>Carol Stream IL 60197-6813 |
| O'Reilly Auto Parts<br>P.O. Box 9464<br>Springfield MO 65801-9464 | OEI Design<br>7120 E. Indian School Road<br>Scottsdale AZ 85251-3855 | Oakley<br>P.O. Box 740964<br>Los Angeles CA 90074-0964 |
| Philadelphia Insurance Co.<br>P.O. Box 70251<br>Philadelphia PA 19176-0251 | Planet Sub<br>1920 W. Germann Road, Suite 1<br>Chandler AZ 85286-8452 | Printing Specialists<br>1929 E. 5th Street<br>Tempe AZ 85281-2952 |
| (p)PRO AUTO SPORTS<br>315 S ALMA SCHOOL RD<br>MESA AZ 85210-1012 | Racer Media & Marketing Inc.<br>17030 Red Hill Avenue<br>Irvine CA 92614-5626 | Red Guitar Advertising<br>26724 IRON CANYON RD<br>SANTA CLARITA CA 91387-4813 |
| Regents Capital Corporation<br>3200 Bristol Street, Suite 400<br>Costa Mesa CA 92626-1800 | Robert and Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | S&S Paving and Construction, Inc.<br>3401 E. Illini Street<br>Phoenix AZ 85040-1838 |
| Safety-Kleen Systems, Inc.<br>P.O. Box 7170<br>Pasadena CA 91109-7170 | Semple, Marchal & Cooper, LLP<br>2700 N. Central Avenue, 9th Floor<br>Phoenix AZ 85004-1147 | Shell Small Business<br>P.O.Box 78012<br>Phoenix AZ 85062-8012 |
| Shred-It USA<br>28883 Network Place<br>Chicago IL 60673-1288 | Society's Air LLC<br>41256 W. Rio Bravo Dr.<br>Maricopa AZ 85138-9540 | Stig Investments, Inc.<br>c/o Benjamin Court<br>Stinson Leonard Street<br>50 S 6th St., Ste. 2600<br>Minneapolis, MN 55402-2241 |

| | | |
|---|---|---|
| Sun Marina Valley Development Corporation<br>c/o Warren J. Stapleton<br>Osborn Maledon, P.A.<br>2929 N. Central Ave., Ste. 2100<br>Phoenix, AZ 85012-2793 | Sun Valley Marina Development Corp.<br>P.O. Box 5090<br>Chandler AZ 85226 | TLC Equipment Service<br>25664 N. 71st Drive<br>Peoria AZ 85383-7174 |
| TRC Auto Glass, LLC<br>P.O. Box 9416<br>Surprise AZ 85374-0140 | Taylor Race Engineering LLC<br>2010 AVenue G, Suite 914<br>Plano TX 75074 | Tempe Dodge Chrysler Jeep Ram Kia<br>7975 S. Autoplex Loop<br>Tempe AZ 85284-1023 |
| The Bancorp Bank<br>c/o Law Office of Mark J. Giunta<br>531 East Thomas Road, Suite 200<br>Phoenix, Arizona 85012-3244 | Thomas Printworks<br>P.O. Box 740967<br>Dallas TX 75374-0967 | Time Piece Public Relations, Inc.<br>3201 Skylane, #116<br>Carrollton TX 75006-2501 |
| Tire Equipment Service<br>4002 E. Elwood Street, Suite 4<br>Phoenix AZ 85040-0906 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Uline<br>P.O. Box 88741<br>Chicago IL 60680-1741 |
| UniFi Equipment Finance, Inc.<br>3893 Research Park Drive<br>Ann Arbor MI 48108-2217 | Unifi Equipment Finance<br>P.O. Box 1689<br>Ann Arbor MI 48106-1689 | Unifi Equipment Finance, Inc<br>c/o Moritt Hock and Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327<br>Attn: Leslie A. Berkoff, Esq. |
| United Pet Care, LLC<br>6232 N. 7th Street, Suite 202<br>Phoenix AZ 85014-1852 | Unum Life Insurance Co of America<br>P.O. Box 403748<br>Atlanta GA 30384-3748 | Vintage Motorsports Inc.<br>8712 E. Via De Commercio<br>Scottsdale AZ 85258-3362 |
| Waxie Sanitary Supply<br>P.O. Box 748802<br>Los Angeles CA 90074-8802 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC F005-055<br>Des Moines, IA 50309-3605 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street, MAC N0005-044<br>Des Moines IA 50309-3891 |
| Wells Fargo Financial Leasing, Inc.<br>c/o Robert J. Miller and Khaled Tarazi<br>Two North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4533 | Wells Fargo Vendor Financial Services, L<br>P.O. Box 35701<br>Billings MT 59107-5701 | Wells Fargo Vendor Financial Services, LLC<br>c/o Robert J. Miller and Khaled Tarazi<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4533 |
| Western States Petroleum, Inc.<br>450 S. 15th Avenue<br>Phoenix AZ 85007-3398 | Westwood Professional Services, Inc.<br>P.O. Box 856650<br>Minneapolis MN 55485-6650 | Whirlwind Golf Club<br>5692 W. North Loop Road<br>Chandler AZ 85226-5268 |
| Yess<br>168 W. 12th Place<br>Tempe AZ 85281 | HILARY L BARNES<br>ALLEN BARNES & JONES, PLC<br>1850 N. CENTRAL AVE., SUITE 1150<br>PHOENIX, AZ 85004-4512 | PHILIP J GILES<br>Allen Barnes & Jones, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004-4512 |

| | | |
|---|---|---|
| Patricia Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | Robert Bondurant<br>c/o TIFFANY & BOSCO, P.A<br>CAMELBACK ESPLANADE II, SEVENTH FLOOR<br>2525 E CAMELBACK RD<br>PHOENIX, AZ 85016-4237 | c/o Robert J. Miller Wells Fargo Financial L<br>Bryan Cave Leighton Paisner LLP<br>Two North Central Avenue, Suite 2100<br>Phoenix, AZ 85004-4533 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Home Depot Credit Card Services<br>c/o Citicards Private Label<br>P.O. Box 20483<br>Kansas City MO 64195 | Pro Auto Sports<br>315 S. Alma School Road<br>Mesa AZ 85210 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arlington Street Investments | (u)Bancorp Bank | (u)Bondurant Legacy Acquisition, LLC |
| (u)Moses Smith Racing LLC | (u)Semple Marcal Cooper PLC<br>2700 N Central Ave<br>9th Floor<br>Phoenix | (u)Very Fast Enterprises, LLC |

End of Label Matrix
Mailable recipients   122
Bypassed recipients     6
Total                 128