# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BOB BONDURANT SCHOOL OF HIGH PERFORMANCE DRIVING, INC.,<br><br>Debtor. | Chapter 11<br><br>No. 2:18-bk-12041-BKM<br><br>**STIPULATED ORDER CONTINUING STATUS HEARING**<br><br>**Hearing Date: April 12, 2019<br>Hearing Time: 11:00 a.m.<br>Location: Courtroom 701** |

Bob Bondurant School of High Performance Driving, Inc. ("Debtor"), the debtor and debtor in possession in the above-captioned bankruptcy case, Sun Valley Marina Development Corporation, and Stig Investments, Inc. (collectively, the "Parties") hereby stipulate and agree to continue the status hearing on the Sun Valley Lease negotiations currently set for April 4, 2019 at 10:30 a.m. to April 12, 2019 at 11:00 a.m., due to the Parties' unexpected travel schedules that conflict with the April 4 date and time.

Based on the foregoing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the status hearing currently scheduled for April 4, 2019 is continued to April 12, 2019 at 11:00 a.m.

**DATED AND SIGNED AS ABOVE.**

Approved as to form and content:


*/s/ Warren J. Stapleton (with permission)*
Warren J. Stapleton (AZ Bar No. 018646)
OSBORN MALEDON P.A.
2929 North Central Ave, 21st Floor
Phoenix, AZ 85012
*Counsel for Sun Valley Marina Development Corporation*


*/s/ Benjamin J. Court (with permission)*
Benjamin J. Court
STINSON LEONARD STREET LLP
50 S. Sixth Street, Suite 2600
Minneapolis, MN 55402
*Counsel for Stig Investments, Inc.*